Jamie Lucia (CA Bar #246163)
STEPTOE & JOHNSON LLP
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699
jlucia@steptoe.com

Michael B. Eisenberg (*pro hac vice* to be filed)
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 506-3931
Facsimile:   (212) 506-3950
meisenberg@steptoe.com

Christopher A. Suarez (*pro hac vice* to be filed)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile:  (202) 429-3902
csuarez@steptoe.com

*Attorneys for Plaintiffs*
*SEOUL SEMICONDUCTOR CO., LTD.,*
*SEOUL VIOSYS CO., LTD.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., SEOUL VIOSYS CO., LTD. <br><br> Plaintiffs, <br><br> v. <br><br> FINELITE, INC. <br><br> Defendant. | Case No. 3:22-cv-02869 <br><br> **NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENTS PURSUANT TO PATENT LOCAL RULE 2-1(A)** |

Pursuant to Patent Local Rule 2-1(a)(2), plaintiffs Seoul Semiconductor Co., Ltd., and Seoul Viosys Co., Ltd. ("Seoul") hereby notifies the Court it has filed the following patent infringement actions that concern the same patents as this matter: U.S. Patent Nos. 7,397,069, 9,269,868, 9,799,800, 7,667,225, 8,664,638, 9,716,210, 10,418,514, 8,604,496, 7,982,207, 10,672,952, 8,981,410, 9,577,157, 10,134,967, and 10,510,933. Patent Local Rule 2-1(a)(1) provides that when "actions concerning the same patent are filed within two years of each other by the same plaintiff, they will be deemed related."

1. Seoul has alleged that the defendant in the following action has infringed U.S. Patent Nos. 7,397,069, 7,667,225, 8,604,496, 8,981,410, 9,269,868, 9,716,210, and 10,134,967, which also are at issue in this action:

- *Seoul Semiconductor Co., Ltd. et al v. Ace Hardware Corporation,* 3-22-cv-00271 (EDVA)

2. Seoul has alleged that the defendant in the following case has infringed U.S. Patent Nos. 7,982,207, 9,716,210, and 9,577,157, which also are at issue in this action:

- *Seoul Semiconductor Co., Ltd.et al v. Bed Bath and Beyond, Inc.*, 2-18-cv-03837 (CDCA)

//

Respectfully submitted,

DATED:  May 13, 2022

STEPTOE & JOHNSON LLP

By:  */s/ Jamie Lucia*

Jamie Lucia (CA Bar #246163)
STEPTOE & JOHNSON LLP
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
jlucia@steptoe.com

Michael B. Eisenberg (*pro hac vice* to be filed)
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036

---

NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENTS
PURSUANT TO PATENT LOCAL RULE 2-1(A)                                                             CASE NO. 3:22-cv-02869

1

Telephone: (212) 506-3931
Facsimile: (212) 506-3950
meisenberg@steptoe.com

Christopher A. Suarez (*pro hac vice* to be filed)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
csuarez@steptoe.com

*Attorneys for Plaintiffs*
*SEOUL SEMICONDUCTOR CO., LTD.,*
*SEOUL VIOSYS CO., LTD.*

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENTS
PURSUANT TO PATENT LOCAL RULE 2-1(A)

CASE NO. 3:22-cv-02869

2