| | |
|---|---|
| 1 | MCCARTER & ENGLISH, LLP |
| 2 | MARK GIARRATANA (*pro hac vice anticipated*)<br>THOMAS J. RECHEN (*pro hac vice anticipated*) |
| 3 | KEVIN REINER (*pro hac vice anticipated*) |
| 4 | mgiarratana@mccarter.com<br>trechen@mccarter.com |
| 5 | kreiner@mccarter.com<br>CityPlace I |
| 6 | 185 Asylum Street<br>Hartford, CT 06103 |
| 7 | Telephone:   860.275.6706<br>Facsimile:    860.218.9680 |
| 8 | |
| 9 | NOSSAMAN LLP<br>JAMES H. VORHIS (SBN 245034) |
| 10 | jvorhis@nossaman.com<br>DAVID C. LEE (SBN 193743) |
| 11 | dlee@nossaman.com |
| 12 | 50 California Street, 34th Floor<br>San Francisco, CA 94111 |
| 13 | Telephone:   415.398.3600<br>Facsimile:    415.398.2438 |
| 14 | |
| 15 | Attorneys for Defendant FINELITE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation, SEOUL VIOSYS CO., LTD., a Korean corporation,<br><br>                Plaintiffs,<br><br>        vs.<br><br>FINELITE, INC.,<br><br>                Defendant. | Case No:  3:22-cv-02869-WHO<br><br>*Assigned for all purposes to Hon. William H. Orrick*<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT FINELITE, INC.'S PARTIAL MOTION TO DISMISS**<br><br>Date:         August 31, 2022<br>Time:        2:00 p.m.<br>Location:   Courtroom 2, 17th Floor<br><br>Action Filed: May 13, 2022 |

1  Defendant Finelite, Inc. ("Finelite") respectfully requests that the Court take judicial
2  notice of the following documents attached to the Declaration of Kevin L. Reiner, filed
3  concurrently herewith, pursuant to Federal Rule of Evidence ("Rule") 201:
4  **Exhibit A**:  Final Written Decision of the Patent Trial and Appeal Board ("PTAB")
5  within the United States Patent and Trademark Office ("USPTO") for U.S. Patent no. 10,134,967
6  ("'967 Patent"), dated July 21, 2021.
7  **Exhibit B**:  Inter Partes Review ("IPR") Certificate for U.S. Patent no. 10,134,967,
8  issued by PTAB on April 5, 2022.
9  Both the Final Written Decision and IPR Certificate are part of the official, public
10 UPSTO file history of the '967 Patent.  Under Rule 201(b), courts may judicially notice a fact
11 that is not subject to reasonable dispute because it is "generally known within the territorial
12 jurisdiction of the trial court" or "capable of accurate and ready determination by resort to
13 sources whose accuracy cannot reasonably be questioned."  Courts may also take judicial notice
14 of public records, including the UPSTO record. *Lee v. City of Los Angeles*, 250 F.3d 668, 689
15 (9th Cir. 2001) (taking judicial notice of "matters of public record"); *see also Prime Focus*
16 *Creative Servs. Can. v. Legend3D, Inc*., No. CV-15-2340-MWF (PLA), 2015 U.S. Dist. LEXIS
17 188992, at *4 (C.D. Cal. 2015) (taking judicial notice of IPR Petition as part of USPTO record,
18 and thus "taken from a source whose accuracy cannot reasonably be questioned."); *Advanced*
19 *Steel Recovery, LLC v. X-Body Equip., Inc*., No. 216CV00148KJMEFB, 2016 U.S. Dist. LEXIS
20 105211, 2016 WL 4192439, at *3 (E.D. Cal. 2016) (patent's file history was matter of public
21 record subject to judicial notice); *Wi-LAN Inc. v. LG Elecs.*, Inc., 382 F. Supp. 3d 1012, 1028
22 (S.D. Cal. 2019) (taking judicial notice of records and reports of administrative bodies, including
23 USPTO records).
24 In sum, both the Final Written Decision and IPR Certificate are part of the public USPTO
25 record, and thus are taken from a source whose accuracy cannot reasonably be questioned.
26 Finelite respectfully requests that this request for judicial notice be granted as to each such
27 document.
28

Date:   July 27, 2022

NOSSAMAN LLP
JAMES H. VORHIS
DAVID C. LEE

By: /s/ *James H. Vorhis*
        James H. Vorhis

Attorneys for Defendant FINELITE, INC.