MCCARTER & ENGLISH, LLP
MARK GIARRATANA (*pro hac vice*)
THOMAS J. RECHEN (*pro hac vice*)
KEVIN REINER (*pro hac vice*)
mgiarratana@mccarter.com
trechen@mccarter.com
kreiner@mccarter.com
CityPlace I
185 Asylum Street
Hartford, CT 06103
Telephone:     860.275.6700
Facsimile:     860.218.9680

NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:     415.398.3600
Facsimile:     415.398.2438

Attorneys for Defendant FINELITE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation, SEOUL VIOSYS CO., LTD., a Korean corporation,<br><br>              Plaintiffs,<br><br>       vs.<br><br>FINELITE, INC.,<br><br>              Defendant. | Case No:  3:22-cv-02869-WHO<br><br>*Assigned for all purposes to Hon. William H. Orrick*<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT FINELITE, INC.'S PARTIAL MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:          September 28, 2022<br>Time:         2:00 p.m.<br>Location:    Courtroom 2, 17th Floor<br><br>Action Filed: May 13, 2022 |

- 1 -                              Case No. 3:22-cv-02869-WHO
REQUEST FOR JUDICIAL NOTICE ISO DEFENDANT FINELITE, INC.'S
PARTIAL MOTION TO DISMISS AMENDED COMPLAINT

60732487.v1

Defendant Finelite, Inc. ("Finelite") respectfully requests that the Court take judicial notice of the following documents attached to the Declaration of Kevin L. Reiner, filed concurrently herewith, pursuant to Federal Rule of Evidence 201:

**Exhibit A**:  Final Written Decision ("FWD") of the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office ("USPTO"), dated June 25, 2021, in *inter partes* review ("IPR") no. 2020-00146 of U.S. Patent No. 7,667,225 ("the '225 Patent").

**Exhibit B**:  Decision of the PTAB of the USPTO, dated June 8, 2020, in IPR no. 2020-00248 of U.S. Patent No. 9,716,210 ("the '210 Patent").

**Exhibit C**:  FWD of the PTAB of the USPTO, dated July 21, 2021, in IPR no. 2020-00410 of U.S. Patent No. 10,134,967 ("the '967 Patent").

The FWDs and the Decision are part of the official, public USPTO file history of the respective Patents. Under Fed. R. Evid. 201(b), courts may judicially notice a fact that is not subject to reasonable dispute because it is "generally known within the territorial jurisdiction of the trial court" or "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Courts may also take judicial notice of public records, including the UPSTO's records. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (taking judicial notice of "matters of public record"); *see also Prime Focus Creative Servs. Can. v. Legend3D, Inc.*, No. CV-15-2340-MWF (PLA), 2015 U.S. Dist. LEXIS 188992, at *4 (C.D. Cal. 2015) (taking judicial notice of IPR Petition as part of USPTO record, and thus "taken from a source whose accuracy cannot reasonably be questioned"); *Advanced Steel Recovery, LLC v. X-Body Equip., Inc.*, No. 216CV00148KJMEFB, 2016 U.S. Dist. LEXIS 105211, 2016 WL 4192439, at *3 (E.D. Cal. 2016) (patent's file history was matter of public record subject to judicial notice); *Wi-LAN Inc. v. LG Elecs.*, Inc., 382 F. Supp. 3d 1012, 1028 (S.D. Cal. 2019) (taking judicial notice of records and reports of administrative bodies, including USPTO records).

- 2 -   Case No. 3:22-cv-02869-WHO
REQUEST FOR JUDICIAL NOTICE ISO DEFENDANT FINELITE, INC.'S
PARTIAL MOTION TO DISMISS AMENDED COMPLAINT

60732487.v1

In sum, the FWDs and the Decision are part of the public USPTO record, and thus are taken from a source whose accuracy cannot reasonably be questioned. Finelite respectfully requests that this request for judicial notice be granted as to each such document.

Date:   August 24, 2022

MCCARTER & ENGLISH, LLP
NOSSAMAN LLP
JAMES H. VORHIS
DAVID C. LEE

By:  /s/ *James H. Vorhis*
      James H. Vorhis

Attorneys for Defendant FINELITE, INC.

- 3 -     Case No. 3:22-cv-02869-WHO
REQUEST FOR JUDICIAL NOTICE ISO DEFENDANT FINELITE, INC.'S
PARTIAL MOTION TO DISMISS AMENDED COMPLAINT

60732487.v1