AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:22-cv-02869-TLT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Samsung Semiconductor, Inc.
was received by me on *(date)* 12/01/2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Diana Ruiz, Intake Clerk, at 11:18 AM, who is designated by law to accept service of process on behalf of *(name of organization)* National Registered Agents 330 N Brand Blvd, Ste. 700, Glendale, CA 91203 on *(date)* 12/01/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/01/2022

*Server's signature*

Calvin Jones, Process Server, Los Angeles County Reg. No. 6014
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

List of documents served: Summons on a Third-Party Complaint; Complaint for Patent Infringement; Amended Complaint for Patent Infringement; Finelite, Inc.'s Third-Party Complaint Against Samsung Semiconductor, Inc.; Case Management and Scheduling Order; Joint Case Management Statement & [Proposed] Order; ECF Registration Information; Consent or Declination to Magistrate Judge Jurisdiction; Standing Order for All Judges of the Northern District of California; Standing Order for Civil Cases Before District Judge Trina L. Thompson; Standing Order for Civil Pretrial and Bench Trials Before District Judge Trina L. Thompson; Standing Order for Patent Cases Before District Judge Trina L. Thompson;