1  DOUGLAS A. WINTHROP (SB# 183532)
   douglas.winthrop@arnoldporter.com
2  ARNOLD & PORTER KAYE SCHOLER LLP
   Three Embarcadero Center, 10th Floor
3  San Francisco, CA 94111-4024

4  ALI R. SHARIFAHMADIAN (*pro hac vice pending*)
   ali.sharifahmadian@arnoldporter.com
5  ARNOLD & PORTER KAYE SCHOLER LLP
   601 Massachusetts Ave, NW
6  Washington, DC 20001-3743

7  RYAN M. NISHIMOTO (SB# 235208)
   ryan.nishimoto@arnoldporter.com
8  ARNOLD & PORTER KAYE SCHOLER LLP
   777 South Figueroa Street, 44th Floor
9  Los Angeles, CA 90017-5844

10 *Attorneys for Third-Party Defendant
   Samsung Semiconductor, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation, SEOUL VIOSYS CO., LTD., a Korean corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FINELITE, INC.,<br><br>Defendant. | Case No. 3:22-cv-02869-TLT<br><br>**SAMSUNG SEMICONDUCTOR, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| FINELITE, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>SAMSUNG SEMICONDUCTOR, INC.,<br><br>Third-Party Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1, Third-Party Defendant Samsung Semiconductor, Inc. ("SSI") states as follows:

1. Samsung Semiconductor, Inc. ("SSI") is a wholly owned subsidiary of Samsung Electronics America, Inc. ("SEA").
2. SEA is a wholly owned subsidiary of Samsung Electronics Co., Ltd. ("SEC").
3. No publicly held corporation owns 10% or more of SEC's stock and SEC has no parent corporation. No other publicly held corporation owns 10% or more of SSI's stock or SEA's stock.

Respectfully submitted,

Dated: January 20, 2023        ARNOLD & PORTER KAYE SCHOLER LLP

*/s/Douglas A. Winthrop*
Douglas A. Winthrop
douglas.winthrop@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

Ali R. Sharifahmadian (*pro hac vice pending*)
ali.sharifahmadian@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743

Ryan M. Nishimoto
ryan.nishimoto@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844

*Attorneys for Third-Party Defendant
Samsung Semiconductor, Inc.*