McCARTER & ENGLISH, LLP
MARK D. GIARRATANA (*pro hac vice*)
mgiarratana@mccarter.com
THOMAS J. RECHEN (*pro hac vice*)
trechen@mccarter.com
KEVIN L. REINER (*pro hac vice*)
kreiner@mccarter.com
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6700
Facsimile: (860) 724-3397

NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 398-3600
Facsimile:   (415) 398-2438

Attorneys for Defendant FINELITE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SEOUL SEMICONDUCTOR CO., LTD., and SEOUL VIOSYS CO., LTD., | Case No: 3:22-cv-02869-TLT |
|---|---|
| Plaintiffs, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT FINELITE, INC.'S PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| v. | |
| FINELITE, INC., | Date:        June 20, 2023 |
| Defendant. | Time:        2:00 p.m. |
| ------------------------------------------------------- | Location:   Courtroom 9, 19th Floor |
| FINELITE, INC., | Action Filed: May 13, 2022 |
| Third-Party Plaintiff, | |
| v. | |
| SAMSUNG SEMICONDUCTOR, INC., | |
| Third-Party Defendant. | |

Case No. 3:22-cv-02869-TLT
REQUEST FOR JUDICIAL NOTICE ISO DEFENDANT FINELITE, INC.'s
PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT

1

Defendant Finelite, Inc. ("Finelite") respectfully requests that the Court take judicial notice of the following documents attached to the Declaration of Kevin L. Reiner, filed concurrently herewith, pursuant to Federal Rule of Evidence 201:

**Exhibit A** constitutes publicly-available records of the United States District Court for the District of Delaware in the matter of *Manufacturing Resources International v. Civiq Smartscapes*, Civil Action. No. 17-269-RGA;

**Exhibits B-M** constitute publicly-available records of the United States Patent and Trademark Office ("USPTO"), namely, documents that are part of the public USPTO file histories of U.S. Trademark Registration Nos. 4315332, 4344733, 4527553, 5010295, 5766311 and 5986743; and

**Exhibits N-V** constitute publicly available websites and documents of Plaintiffs Seoul Semiconductor Co., Ltd., and Seoul Viosys Co., Ltd.

Under Fed. R. Evid. 201(b), courts may judicially notice a fact that is not subject to reasonable dispute because it is "generally known within the territorial jurisdiction of the trial court" or "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Courts may also take judicial notice of public records, including documents in the records of other courts and the USPTO's trademark records. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (taking judicial notice of "matters of public record"); *Lindora, LLC v. Limitless Longevity, LLC*, No. 15-cv-2847 (JAH), 2016 WL 6804443, at *2 (S.D. Cal. Sept. 29, 2016) (citing *Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002)); *Baja Ins. Serv., Inc. v. Shanze Enters., Inc.*, No. 2:16-CV-02423 (KJM), 2016 WL 1267999, at *1 (E.D. Cal. Mar. 31, 2016) (taking "judicial notice of the file wrappers for plaintiff's federally registered trademarks from the United States Patent and Trademark Office"); *Autodesk, Inc. v. Dassault Sys. SolidWorks Corp.*, No. 08-4397, 2008 WL 6742224, at *2 n.1 (N.D. Cal. Dec. 18, 2008) (taking judicial notice of trademark registrations publicly available on the USPTO website).

1    Courts may yet also take judicial notice of publicly available websites that are "capable
2 of accurate and ready determination by ... sources whose accuracy cannot reasonably be
3 questioned." *Lindora*, 2016 WL 6804443, at *3; *see also.Al-Ahmed v. Twitter, Inc.*, 603 F. Supp.
4 3d 857, 866 (N.D. Cal. 2022). Exhibits N-V constitute such documents because they are publicly
5 available, and, being Plaintiffs' own websites/webpages, their accuracy and authenticity cannot
6 reasonably be questioned. *See Lindora*, 2016 WL 6804443, at *3 (taking judicial notice of
7 party's own webpages); *Al-Ahmed v. Twitter, Inc.*, 603 F. Supp. 3d at 866, 869 (taking judicial
8 notice of plaintiff's own Twitter pages).

9    In sum, the Exhibits have been obtained from sources that are widely recognized as
10 proper sources for judicial notice. Finelite respectfully requests that this request for judicial
11 notice be granted as to each such document.

13 Date:    March 10, 2023             NOSSAMAN LLP
                                       JAMES H. VORHIS
14                                     DAVID C. LEE

16                                     By: /s/ *James H. Vorhis*
                                            James H. Vorhis

                                       Attorneys for Defendant FINELITE, INC.