UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FINELITE, INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-02869-TLT (AGT)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 113 |

　　The Court grants Plaintiffs' request for leave to amend their infringement contentions. The amendment will incorporate information that Plaintiffs obtained upon reverse engineering additional LED boards, which Defendant produced during discovery.

　　Defendant says Plaintiffs could have obtained the LED boards several months earlier than they did; but at this stage, with nine months of fact discovery to go, *see* dkt. 62, the Court isn't convinced that Defendant will be prejudiced, especially given that the amendment won't add new claims but will "develop previously asserted theories of infringement." Dkt. 113 at 5.

　　**IT IS SO ORDERED.**

Dated: July 12, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Alex G. Tse
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge