| | |
|---|---|
| 1 | MCCARTER & ENGLISH, LLP |
| 2 | MARK GIARRATANA (*pro hac vice*) |
|   | THOMAS J. RECHEN (*pro hac vice*) |
| 3 | KEVIN REINER (*pro hac vice*) |
| 4 | mgiarratana@mccarter.com |
|   | trechen@mccarter.com |
| 5 | kreiner@mccarter.com |
|   | CityPlace I |
| 6 | 185 Asylum Street |
|   | Hartford, CT 06103 |
| 7 | Telephone:     860.275.6700 |
|   | Facsimile:     860.218.9680 |
| 8 | |
| 9 | NOSSAMAN LLP |
|   | JAMES H. VORHIS (SBN 245034) |
| 10 | jvorhis@nossaman.com |
|    | DAVID C. LEE (SBN 193743) |
| 11 | dlee@nossaman.com |
|    | 50 California Street, 34th Floor |
| 12 | San Francisco, CA 94111 |
|    | Telephone:     415.398.3600 |
| 13 | Facsimile:     415.398.2438 |
| 14 | |
|    | Attorneys for Defendant FINELITE, INC. |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation, SEOUL VIOSYS CO., LTD., a Korean corporation, | Case No: 3:22-cv-02869-TLT |
| 19 | | |
| 20 | Plaintiffs, | **DECLARATION OF KEVIN L. REINER IN SUPPORT OF DEFENDANT FINELITE, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |
| 21 | vs. | |
| 22 | FINELITE, INC., | Date:        December 12, 2022 |
|    |                | Time:        2:00 p.m. |
| 23 | Defendant. | Location:    Courtroom 2, 17th Floor |

Case No. 3:22-cv-02869-TLT

DECLARATION OF KEVIN L. REINER ISO DEFENDANT FINELITE, INC.'S
RESPONSIVE CLAIM CONSTRUCTION BRIEF

ME1 46815786v.1

1    I, Kevin L. Reiner, hereby declare as follows:

2    1.   I am a partner with the law firm of McCarter &English, LLP, and counsel for
3    Defendant Finelite, Inc.

4    2.   I am admitted *pro hac vice* in this matter.

5    3.   I submit this declaration in support of Defendant Finelite, Inc.'s Responsive
6    Claim Construction Brief. I have personal knowledge of the matters set forth herein, and could
7    and would testify competently to them if asked to do so.

8    4.   Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Dr.
9    Daniel van der Weide dated November 22, 2023, including Exhibits 1-17 attached thereto.

10   5.   Attached hereto as **Exhibit B** is a true and correct copy of the October 31, 2023
11   Corrected Transcript of the October 9, 2023 deposition of Dr. van der Weide.

12   6.   Attached hereto as **Exhibit C** is a partially redacted version of a true and correct
13   copy of the transcript of the November 14, 2023 deposition of Steven DenBaars.

14   7.   Attached hereto as **Exhibit D** is a true and correct copy of ECF No. 42 filed
15   March 22, 2019 in *Seoul Semiconductor Co., LTD. v. Bed Bath & Beyond*, No. 18-cv-03837-
16   PSG-SK (C.D. Cal.).

17   8.   Attached hereto as **Exhibit E** is a true and correct copy of Exhibit DX 20 to the
18   November 14, 2023 deposition of Steven DenBaars.

19   9.   Attached hereto as **Exhibit F** is a true and correct copy of Exhibit DX 21 to the
20   November 14, 2023 deposition of Steven DenBaars.

21   10.  Attached hereto as **Exhibit G** is a true and correct copy of Patent Owner's
22   Preliminary Response filed on April 14, 2020 in *Satco Products, Inc. v. Seoul Semiconductor*
23   *Co., Ltd.*, IPR2020-00146 (P.T.A.B.).

24   I declare under penalty of perjury under the laws of the United States that the foregoing is
25   true and correct.  Executed on November 22, 2022, in Hartford, Connecticut.

26

27                                              */s/ Kevin L. Reiner*
                                                Kevin L. Reiner
28