# EXHIBIT B

Page 1

```
1            UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
2
3          DOCKET NUMBER:  3:22-CV-02869-TLT
4
     --------------------------)
5    SEOUL SEMICONDUCTOR CO.,   )
     LTD. and SEOUL VIOSYS      )
6    CO., LTD.                  )
                                )
7              Plaintiff(s),    )
                                )
8    VS                         )
                                )
9    FINELITE, INC.,            )
                                )
10             Defendant(s).    )
                                )
11    and                       )
                                )
12   FINELITE, INC.             )
                                )
13         Third-Party Plaintiff)
                                )
14   VS                         )
                                )
15   SAMSUNG SEMICONDUCTOR, INC. )
                                )
16         Third-Party Defendant)
                                )
17   --------------------------)
18         DEPOSITION OF:  DANIEL VAN DER WEIDE, Ph.D
19
     DATE:      October 9 , 2023
20   TIME:      10:00 a.m.
     HELD AT:  McCarter and English
21             185 Asylum Street
               Hartford, Connecticut
22
                        - - -
23              CORRECTED 10/31/23
24
     Reporter:  JENNY C. EBNER, RPR/CLR/LSR 00030
25
```

Page 2

1                        APPEARANCES:
2      REPRESENTING THE PLAINTIFF:
3      RADULESCU, LLP
       5 Penn Plaza
4      19th Floor
       New York, NY 10001
5      646.502.5828
       jonathan@radip.com
6      By:  JONATHAN AUERBACH, ESQ.
7
8      REPRESENTING THE DEFENDANT:
9      MCCARTER & ENGLISH
       CityPlace I
10     185 Asylum Street
       Hartford, CT 06106
11     860.275.6700
       mgiarratana@mccarter.com
12     By:  MARK D. GIARRATANA, ESQ.
13
14     IN ATTENDANCE:
        Brian Capouch, Videographer
15
16
17
18
19
20
21
22
23
24
25

Page 3

1                    INDEX
               October 9, 2023
2

   WITNESS NAME                              PAGE
3

4  DANIEL VAN DER WEIDE, Ph.D.
      Direct By Mr. Auerbach ...................  7
5     Cross By Mr. Giarratana ................. 119
      Redirect By Mr. Auerbach ................ 132
6     Recross By MR. Giarratana ............... 134
7                  EXHIBITS
8  Exhibit                                   Page
9  Exhibit PX1 Curriculum vitae               27
   Exhibit PX2 9/13 Expert report             43
10 Exhibit PX3 Deposition/Trial Testimony     66
   Exhibit PX4 Dictionary definition          74
11 Exhibit PX5 Dictionary definition          76
   Exhibit PX6 Dictionary definition          77
12 Exhibit PX6 069 Patent                     78
   Exhibit PX8 DenBaars' Declaration          88
13 Exhibit PX9 SPIE Proceedings Exhibit 1     90
   Exhibit PX10 800 Patent                    99
14 Exhibit PX11 225 Patent                   104
   Exhibit PX12 Reply Expert report          104
15

   Recess                                    Page
16

   Commenced at 10:30 a.m.                      5
17 Recess 11:34 a.m. - 11:57 a.m.             41
   Lunch recess at 12:57 p.m.                 72
18 Afternoon session began 1:53 p.m.          73
   Recess 2:48 p.m. - 3:12 p.m.               98
19 Recess 3:51 p.m. - 3:58 p.m.              119
   Concluded at 4:26 p.m.                    139
20

   TRANSCRIPT ORDER                          Page
21

   Auerbach:  Standing order                    4
22 Giarratana:  Standing order                  4
   Auerbach:  Standing order, expedite          4
23

   **Exhibits returned to Veritext*8
24

25

```
                                          Page 4

 1

 2              COURT REPORTER:  Do you know what you

 3         want for a transcript?

 4              MR. AUERBACH:  In terms of time?

 5              COURT REPORTER:  Do you want E-tran,

 6         hard copy, mini?

 7              MR. AUERBACH:  That I don't know.  Can

 8         you follow up with my paralegals?

 9              COURT REPORTER: I will check.

10              MR. AUERBACH:  Probably a standing

11         order.

12              COURT REPORTER NOTE:  After deposition

13         was over Mr. Giarratana e-mailed he wanted

14         regular delivery standing order.

15              MR. Auerbach:  Ordered an overnight

16         rough and a 3-day expedite final.

17

18

19

20

21

22

23

24

25
```

1        (Deposition commenced at 10:30  a.m.)

2

3            VIDEOGRAPHER:  One second.

4            Good morning.  This is the beginning of

5        media number one in the deposition of Daniel

6        van der Weide.

7            Today's date is October 9, 20123.  The

8        time on the monitor is 10:30 a.m..

9            The case is Seoul Semiconductor Company

10       versus Finelite, Incorporated.

11           My name name is Brian Capouch.  The

12       court reporter is Jenny Ebner.  We represent

13       Veritext, Incorporated.

14           Videotaping will continue until all

15       parties agree to go off the record.

16           Counsel will, please state your

17       appearances for the record after which the

18       court reporter will swear the witness.

19           MR. AUERBACH:  My name is Jonathan

20       Auerbach of Radulescu firm, counsel for

21       Plaintiffs.

22           MR. GIARRATANA:  Good morning.  My name

23       is Mark Giarratana of McCarter and English

24       representing the Defendant Finelite, Inc.

25           I am here with Dr. van der Weide.

1            VIDEOGRAPHER:  Thank you very much.

2        Swear in the witness, please.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           DANIEL VAN DER WEIDE, Ph.D,

2       called as a witness, being duly sworn or

3       affirmed by Jenny C. Ebner, RPR, CSR, CLR,a

4       Notary Public in and for the State of

5       Connecticut, testified as follows:

6

7                   DIRECT EXAMINATION

8

9   BY MR. AUERBACH:

10       Q    Good morning.

11       A    Good morning.

12       Q    Please state your name for the record.

13       A    Daniel Warren van der Weide.

14       Q    Dr. van der Weide, I think you have done

15   depositions before, but I am going to go over some

16   ground rules so we are all on the same page.

17       A    I am going to be asking you some questions

18   today and unless Mr. Giarratana instructs you not to

19   answer, you give an response.

20            Your responses have to be verbal.  The court

21   reporter cannot take down a nod of the much head or

22   gesture.

23            We will take breaks as both sides need, but I

24   will just ask that if there's a question is pending

25   that you please answer the question before we take a

Page 8

1      break.

2            I also ask you to please pause to allow

3      counsel to object after I ask my questions.

4            And please let me know if you don't

5      understand if any of my questions.

6            Is there any reason you cannot testify

7      truthfully today?

8        A   Not that I am aware of.

9        Q   Did you bring anything with you to the

10     deposition today?

11       A   I did.

12       Q   What did you bring?

13       A   I brought printed copies of my opening and

14     reply declarations and copies of the patents in suit.

15            And I also have a copy of the joint claim

16     instruction proposal.

17       Q   Are there any written markings on any of the

18     documents in the binders that are in front of you?

19       A   I noted some very minor markings in the joint

20     claim construction that I can show you.  There is one,

21     and I am happy to get clean copies, and there is

22     another one where I underlined something.

23            COURT REPORTER:   I need you to keep

24          your voice up, please.

25            THE WITNESS:  I'm sorry.  I'm sorry.  So

1              I have noted three markings that I made in

2              this claim construction copy.

3         BY MR. AUERBACH:

4              Q    Okay.  We need to figure out how to deal with

5         that later on.

6                   Are there any other markings on the other

7         copies, the other documents that you brought with you

8         here today?

9              A    Not that I am aware of because I just

10        received these directly from one of the attorneys.

11             Q    Which attorney was that?

12             A    Kevin Reiner.

13             Q    I have copies of probably those documents as

14        well so we'll figure out what copies we will use when

15        the time comes.

16                  What did you do to prepare for today's

17        deposition?

18             A    Well, in addition to my review of the patents

19        and file histories, I also reviewed both my

20        declarations as well as the declarations of Professor

21        DenBaars and the appendices to those declarations.

22        There were many of them.

23                  So, I have a comprehensive list in memory,

24        and then I also met with Attorneys Giarratana and

25        Reiner in person yesterday, but had telephonic

```
                                            Page 10
 1     communications with them, with Mr. Reiner over the
 2     course of several months including last.
 3                    COURT REPORTER:  Could you please keep
 4          voice up?
 5                    THE WITNESS:  I am sorry.
 6     BY MR. AUERBACH:
 7          Q    You said including some last week?
 8          A    Yes.
 9          Q    How long was your in-person meeting with the
10     attorneys yesterday?
11          A    I recall getting started around 10:30 in the
12     morning and finishing up around 6:00 or 6:30 p.m.
13          Q    Other than Mark and Kevin was there anyone
14     else physically present at the meeting yesterday?
15          A    No.
16          Q    Did anyone else participate or listen in on
17     the Zoom meeting?
18          A    No.
19          Q    Did anyone else listen in or participate in
20     the telephone?
21          A    No.
22          Q    Did you review any documents at the meeting
23     yesterday?
24          A    Yes.
25          Q    What documents were those?
```

                                                    Page 11

1          A    Primarily the patents in suit and some of the

2     associated file histories that were relevant to my

3     opinions, my opening and responsive or implied

4     declaration.

5               And beyond that I don't, I don't

6          Q    Do you recall if you reviewed any of the

7     exhibits to any of the expert declarations after that?

8                    MR. GIARRATANA:   Objection to the form.

9               You can answer.

10                   Just for the record I believe that

11                   Dr. van der Weide submitted two reports, and

12                   I believe Professor DenBaars submitted

13                   declarations.

14                   So -- but I know that the doctor

15                   referred to his as a declaration.

16                   So I just wanted to clarify that for the

17                   record.

18    BY MR. AUERBACH:

19         Q    You can answer.

20         A    I don't recall reviewing -- at least in the

21    meeting I think I reviewed, briefly reviewed a handful

22    of the appendices provided, the references that

23    Dr. DenBaars provided.  The schuBERT paper or excerpts

24    from the book, for example.

25         Q    You testified previously that you had several

Page 12

1    telephonic conversations with Mr. Reiner over the

2    course of several months; is that correct?

3         A    Yes. That is my recollection.

4         Q    You testified that you had a conversation

5    with him last week; is that also correct?

6         A    Yes.

7         Q    How long did that conversation with

8    Mr. Reiner last?

9         A    I think there were a couple of just

10   incidental telephonic conversations having to do

11   with --

12                MR. GIARRATANA:  Let me --

13                THE WITNESS:  -- travel arrangements.

14                MR. GIARRATANA:  Okay.  I am going to

15           instruct the witness not to reveal the

16           substance of any communications with counsel.

17           Those are protected from discovery; however,

18           you can indicate whether you had a

19           conversation, and you can indicate if you

20           recall how long that conversation was.

21   BY MR. AUERBACH:

22        Q    Other than conversations about travel

23   arrangements last week did any of those conversations

24   involve substantively preparing for today's

25   deposition?

Page 13

1        A    I don't believe so.

2        Q    Other than the telephone conversations last

3    week did you have any telephone conversations with

4    Mr. Reiner in preparation for the substance of

5    today's deposition?

6        A    I don't recall having any substantive

7    conversations with him outside of just travel

8    arrangements.

9        Q    Okay.  Did you have any conversations with

10   attorneys representing Finelite last week about your

11   reply declaration?

12              MR. GIARRATANA:  You can answer that yes

13         or no, but you can't reveal the substance of

14         any discussions you had with counsel.

15              For the record I will clarify that it

16         was a report.

17              THE WITNESS:  I know that I was quite

18         busy with another matter last week, prep for

19         trial, and when I am doing that I don't have

20         conversations with anybody.

21              So, I do not recall any substantive

22         conversations about prep for this deposition

23         telephonically.

24   BY MR. AUERBACH:

25        Q    Let me correct my question.  Did you have any

Page 14

1    substantive conversations with the attorneys

2    representing Finelite last week regarding your reply

3    claim construction report?

4                    MR. GIARRATANA:   I'm going to instruct

5               the witness you can let them know if you had

6               discussions concerning the preparation of

7               your report, but you can not let them know

8               what the substance of those discussions were.

9                    THE WITNESS:   I don't recall having any

10              conversations about the preparation of my

11              reply report last week.

12                   Well, I mean, I want to clarify because

13              I know my reply report was -- okay, I am

14              getting my dates a little mixed up, because

15              my reply report I think went in on the 4th of

16              October.   I don't recall the date.   I want to

17              be sure for purposes of testimony.   I can

18              look in here if you want.

19   BY MR. AUERBACH:

20        Q    I can confirm it was served on October 4th.

21        A    Okay.   So, I certainly had telephonic

22   conversations with Mr. Reiner during the time that I

23   was preparing my reply declaration or report.

24        Q    When were those conversations?   When did

25   those conversations take place?

```
                                                    Page 15
1         A    Over the course of several days prior to
2    October 4th.
3         Q    Those conversations specifically, about how
4    long did they last?
5         A    I think there were at least two or three that
6    were two hours or longer.  Then a few that were
7    shorter in addition to.  Yes.
8         Q    When you say "a few," how many do you think
9    there were if you remember?
10        A    I can't remember.
11        Q    I know it's not a memory test.
12        A    I recall having at least three conversations
13   of length an hour or greater, and more that were
14   shorter.
15        Q    Earlier you mentioned that you were preparing
16   for a trial; do you remember saying that?
17        A    That's right.
18        Q    When was that preparation?
19        A    That was last Thursday and Friday.
20        Q    Is that a trial in another patent litigation
21   you were involved in?
22        A    Yes.
23        Q    What case is that?
24        A    That is one of, it's a Western District
25   of Texas matter.  And in that case I am appearing on
```

1    behalf of NXP.

2                    COURT REPORTER:  NXP?

3                    THE WITNESS:  N, November X, x-ray,

4            papa, NXP versus Inpinj.

5    BY MR. AUERBACH:

6        Q    When is that trial scheduled to take place?

7        A    I believe the offensive portion is scheduled

8    for the first full week in November.

9        Q    Is there a defensive portion?

10       A    That is my understanding.

11       Q    Do you know when that is scheduled for?

12       A    The week prior to that.  I am not involved in

13   that part.

14       Q    What law firm are you working with on that

15   matter?

16                    MR. GIARRATANA:  I object on the grounds

17            I think it's outside the scope of his subject

18            matter of his deposition.

19            This is about his claim construction

20            opinions.  It's not a full-ranging of

21            discovery deposition.  I will give you some

22            leeway but I'm going to caution you that if

23            we delve too far outside the scope of his

24            claim construction report, I'm going to, at

25            some point we may have to address it with the

```
 1              court.
 2                   MR. AUERBACH:  I think the matter is
 3              probably listed in his list of litigation
 4              history, so it's certainly in the scope of
 5              the materials that are connected with the
 6              support, but I hear you.
 7                   THE WITNESS:  Jones Day.
 8      BY MR. AUERBACH:
 9         Q   At a high level what is the subject matter of
10      the patent involved in that suit?
11         A   That has to do with ultra high frequency,
12      radio frequency identification circuits, integrated
13      circuits.
14         Q   Is that different from RFID?
15         A   That's the same as RFID.
16                   MR. AUERBACH: I guess I would just like
17              to note for the record, and we will get to it
18              later when we look at the reply declaration,
19              looking back and forth, the face of the reply
20              expert report says October 4, 2023; however,
21              we were served a copy of that on October 5th,
22              2023 at 11:25 p.m.
23                   So, just to correct the record with
24              respect to my earlier confirmation that the
25              date of the report was October 4th, 2023.
```

Page 18

```
 1                    MR. GIARRATANA:  If I could add to that,
 2               Jonathan, it appears that the first page of
 3               the report is dated October 4th, but the
 4               second page is dated October 5 and the
 5               Certificate of Service is dated October 5.
 6     BY MR. AUERBACH:
 7          Q    Dr. van der Weide, when we get to talking
 8     about that you will understand what I am talking about
 9     when I refer to your October 5th report.  Right?
10          A    I will.
11          Q    Okay.  I don't know if that will be an issue,
12     but as long as we are on the same page.  I said -- I
13     don't know that it will be an issue but I want
14     everyone on the same page.
15          Q    You reviewed your September 14th, 2023 report
16     in preparation for today's deposition.  Correct?
17          A    Yes.
18          Q    You reviewed your October 5th report in
19     preparation for today's deposition.  Correct?
20          A    Yes.
21          Q    You have extensive experience in RFID and
22     related memory technologies.  Correct?
23          A    I would agree that I have substantial
24     experience in RFID technologies, and memory
25     technologies are a wide-ranging field.
```

Page 19

1              So, if the question is directed to memory

2       technologies related to RFID, I would agree that those

3       are part of RIFD circuits which I am quite familiar.

4              Q    You are an expert in high frequency

5       electrical measurement and communications systems.

6       Right?

7              A    In general I agree with that.

8              Q    You are also an expert in advanced high

9       frequency measurement circuit design.  Right?

10             A    Again, I agree with that.

11             Q    You are an expert in the design and

12      implementation of radio frequency identification or

13      RFID systems.  Correct?

14             A    I agree.

15             Q    You perform research on digital radio and

16      communication systems.  Right?

17             A    I do.

18             Q    Those systems involve things like RFID tags;

19      is that correct?

20             A    Not -- excuse me -- not only.

21             Q    But they include, the digital radio and

22      communications systems that you perform research on

23      include RFDI tags.  Correct?

24             A    I would broadly include RFID in a form of

25      digital radio.

```
                                        Page 20
 1          Q    You also perform research on light wave

 2     transceivers; is that correct?

 3          A    Yes.

 4          Q    What is a light wave transceiver?

 5          A    The work I have done in that area is

 6     primarily in coherent light wave signal analysis for

 7     long-haul telecom.

 8               So, at 1550 nanometers, one, five, five,

 9     zero.  The work was primarily in the context of a

10     start-up company called Optametra, wherein I served as

11     the chief technical officer and did research and

12     development around digital communications via

13     fiberoptic networks, including development of

14     photodiodes as receivers for the instruments that we

15     sold.

16          Q    What were, what kind of instruments did

17     Optametra sell?

18          A    Optametra sold coherent light wave receiver

19     which was a combination of hardware and software to

20     analyze coherent communications in optical fiber

21     networks.

22               It also sold a reference transmitter that

23     consisted of lasers and modulators as well as

24     microwave sources to drive those.

25               And we sold a laser-based calibration kit for
```

```
                                            Page 21
 1     our receivers.
 2          Q    Are you still involved in the day-to-day
 3     running of Optametra?
 4          A    No.
 5          Q    Okay.  Is Optametra as a company still in
 6     existence?
 7          A    It was acquired by Techtronics in 2011.  And
 8     the technology continues under a different name.
 9          Q    What name is that?
10          A    Quantifi, with an I.
11          Q    You are currently a professor at the
12     University of Wisconsin, Madison.  Correct?
13          A    Correct.
14          Q    I may refer to it as just Wisconsin.  I just
15     want to make sure you are, instead of the full name,
16     if that is okay with you.
17               You conduct research as part of being a
18     professor at Wisconsin.  Correct?
19          A    Yes.
20          Q    You have a research laboratory at Wisconsin.
21     Correct?
22          A    Yes.
23          Q    What equipment is in your lab?
24          A    I have a lot of equipment.  So I won't be
25     able to provide an exhaustive list.
```

Page 22

1          Q    Can you give me some examples of what is in

2     your lab at Wisconsin?

3          A    Vector network analyzers for microwave and

4     millimeter wave measurements; spectrum analyzers for

5     the same thing; titanium sapphire lasers; scanning

6     probe microscopes; Helium-3 Cryostats, C-r-y-o,

7     antenna measurement systems, pattern generators,

8     oscilloscopes, power supplies, microscopes, a Fourier

9     transform infrared spectrometer, many optical

10    elements, lenses, mirrors, telescopes, filters, beam

11    splitters, fiber couplers, lasers of different

12    wavelengths, microwave components ranging from filters

13    through low noise and power amplifiers, cables,

14    connectors, optical fibers, integrated circuits of

15    many different types that we have fabricated and

16    performed tests on; the associated probe stations to

17    use for testing integrated circuits.

18              I'd say that is a -- blocking amplifiers,

19    signal recovery equipment, computers, many different

20    high frequency instruments that I may not have listed

21    previously.

22              That is a partial list.

23         Q    Do you have any equipment currently in your

24    laboratory that could be used for metal organic

25    chemical vapor deposition?

```
                                                   Page 23
 1                COURT REPORTER:  Chemical what, sir?
 2                MR. AUERBACH:  Vapor deposition.
 3                THE WITNESS:  I collaborate with other
 4           groups that do materials growth, including
 5           some who perform MOCVD.
 6      BY MR. AUERBACH:
 7           Q    In your lab do you have any equipment
 8      relating to MOCVD?
 9                COURT REPORTER:   I'm sorry.  You need
10           to put your hand down.
11                THE WITNESS:   I apologize.
12                COURT REPORTER:   Relating to MOC what?
13                THE WITNESS: MOCVD.
14                COURT REPORTER:  VD?
15                THE WITNESS:  Victor Delta.
16                COURT REPORTER:  Got it.
17                MR. GIARRATANA:  Objection to the form.
18                Do you need that read back, that
19           question because I kind of forget it.
20                THE WITNESS:  I recall the question was
21           do I have in my lab any equipment related to
22           MOCVD; is that a fair summary?
23      BY MR. AUERBACH:
24           Q    That is a fair summary.
25           A    As an initial matter at Wisconsin MOCVD
```

1      growth systems are located in a different building

2      where there are appropriate ventilation systems.

3      That's not the building I am in.

4              So, when I was testifying as to my laboratory

5      I am talking about laboratory in a building called

6      Engineering Hall.

7              The MOCVD systems we have on campus are in a

8      building called the Engineering Centers Building,

9      which also includes our fabrication facility.

10             There are other groups who have MOCVD systems

11     on campus, but I do not do materials growth.

12     Q    You mentioned a few minutes ago that you

13     collaborate with other groups that do materials

14     growth; do you recall?

15     A    Yes

16     Q    Can you elaborate on that collaboration?

17     A    Sure.  I have collaborated with the group of

18     Professor Luke Mawst, M-a-w-s-t, who has grown

19     heterostructures on gallium arsenide for me.

20             And I am more recently collaborating with a

21     group consisting of Chirag Gupta.

22                 COURT REPORTER:  Chirag group what?

23                 THE WITNESS:  C-h-i-r-a-g.  His last

24             name is Gupta, G-u-p-t-a, and Shubhra

25             Praysat.

1              COURT REPORTER:   Okay.  Let's do that

2        one.

3              THE WITNESS:   S-h-u-b-h-r-a, last name

4        P-r-a-y-s-a-t, I believe.  They do growth of

5        gallium nitride materials.

6    BY MR. AUERBACH:

7        Q   For the, you said, more recent collaboration

8    with Gupta and Praysat, what did that involve?

9        A   That is primarily at the discussion and

10   advisory level about gallium nitride transistors.  And

11   I also have served as an informal advisor to a

12   start-up company that they have founded.

13       Q   When was this collaboration with that group?

14       A   We initiated our discussions when they

15   arrived at Wisconsin, which I believe is over two

16   years ago.

17       Q   Is it fair to say that the collaboration to

18   date with that group has mainly been discussions?

19             MR. GIARRATANA:  Object to the form.

20             THE WITNESS:  Well, we appear on

21        proposals together.  But we haven't published

22        any results together.

23   BY MR. AUERBACH:

24       Q   Earlier you talked about your collaboration

25   with Luke Mawst and that he grew some

```
                                            Page 26
1     heterostructure --
2                    THE WITNESS:  I'm sorry?
3                    MR. AUERBACH:   I'm sorry.
4                    COURT REPORTER:  Luke Mock?
5                    THE WITNESS:  It's Mawst.
6     BY MR. AUERBACH:
7          Q    He grew some heterostructures on gallium
8     arsenide for you.  Do you recall that testimony?
9          A    Yes.
10         Q    What was the purpose of those
11    heterostructures that you had him grow?
12         A    Well, there is two, at least two aspects of
13    what he has done, some of which the results of which I
14    have listed in my CV.  So I don't have a ready
15    recollection of when we published our work, but it's
16    clearly a matter of record.
17              Luke is part of a start-up company that I am
18    also hosting in an incubator of mine.  And that
19    start-up company is being managed by Rob Marsland who
20    was my cofounder in Optametra.
21              The company is called Intraband.  And they
22    build quantum box lasers whose materials are grown by
23    Professor Mawst.
24              I have also collaborated with Professor Mawst
25    in growing materials that we have used in nonlinear
```

1    transmission lines which are short pulse,

2    electric-based circuits for generation and measurement

3    of subpicosecond pulses and corresponding terahertz

4    radiation.

5             Those circuits are diode-based circuits.

6                  COURT REPORTER:  Dial?

7                  THE WITNESS:  Diode, d-i-o-d-e.

8                  MR. AUERBACH:  Mark this as Exhibit 1.

9                      (Exhibit PX1:

10             Marked for identification.)

11                 MR. GIARRATANA:  I am sorry to

12             interrupt, John.  How are we marking these,

13             as PX1?

14                 COURT REPORTER:  I just put a "1" on

15             there.  How do you want me to mark it?

16                 MR. GIARRATANA:  I think we should --

17             what do you think about marking your Exhibits

18             PX1, and we can mark our exhibits DX followed

19             by the number?

20                 MR. AUERBACH:  Sure.

21                 MR. GIARRATANA:  Would you prefer to use

22             consecutive numbers?  I think it's easier

23             probably if we each have our own set of

24             numbers.

25                 MR. AUERBACH:  We always have a

                                                              Page 28

1              discussion internally if we're going to do

2              all the deposition exhibits in consecutive

3              and not repeat.

4                   As we are the first deposition, we can

5              mark it PX1 we can decide later how we're

6              going to do the rest of our numbering.

7                   MR. GIARRATANA:  Okay.  Today we'll go

8              with PX followed by the number.  Thank you.

9                   MR. AUERBACH:  I have a copy.  Do you

10             need this copy?

11                  COURT REPORTER:  I will eventually.  You

12             can keep the originals and give me a copy.  I

13             can keep the originals and send them back to

14             you.  However you prefer.

15                  COURT REPORTER:  I'll keep the

16             originals.

17                  MR. AUERBACH: I think you keep the

18             originals.

19   By MR. AUERBACH:

20        Q    The court reporter has handed you a document

21   marked as PX1.  I will represent that the first page

22   says Exhibit 1.  I will represent this is Exhibit 1 to

23   your September 14 claim construction report in this

24   matter?

25                  THE WITNESS: Are you saying "claim

```
                                                    Page 29
 1          construction"?
 2                  MR. AUERBACH:  Yes.
 3     BY MR. AUERBACH:
 4          Q    Turn to page two of PX1. Do you recognize
 5     this as a copy of your CV dated September 9, 2023
 6          A    Yes.
 7          Q    Does the September 9, 2023 date at the bottom
 8     of what is internally labeled as page one indicate the
 9     last date that this document was updated?
10          A    Yes.
11          Q    Did you make that update on September 19,
12     2023?
13          A    Yes.
14          Q    If you look at page one of your CV, is that
15     heading that says Academic Experience; do you see
16     that?
17          A    Yes.
18          Q    Then right under that is a bullet that says
19     Professor Electrical and Computer Engineering, see
20     that?
21          A    Yes.
22          Q    Further under that it says University of
23     Wisconsin, dash, Madison.  See that?
24          A    Yes.
25          Q    In the second column it says Microfabricated
```

Page 30

1     High Frequency Electromagnetic Sensors.  See that?

2          A    Yes.

3          Q    Is that a current, is microfabricated high

4     frequency electromagnetic sensors a current area of

5     your research?

6          A    It's one aspect of my research.

7          Q    You have written it in small caps; do you see

8     that?

9          A    Yes.

10         Q    Does that have any significance?

11         A    It's just intended to capture what I see as a

12    descriptive phrase.

13         Q    What do you mean by "descriptive phrase"?

14         A    A shorthand way of communicating to the

15    reader an area of, that describes some of my research.

16         Q    Would you say that microfabricated high

17    frequency electromagnetic sensors is a main area of

18    your current research?

19                   MR. GIARRATANA:  Object to the form.

20                   THE WITNESS:  I have several areas of

21              research interests.  And the reason I wrote

22              this phrase is because it encompasses, it

23              touches on many of the areas in which I

24              perform research.

25

```
 1    BY MR. AUERBACH:
 2         Q    See after that phrase there, it says,
 3    "Localized broadband spectrosocopy and microscopy,"
 4    comma, "low dimensional devices and circuits using
 5    multifunctional scanning probes"?
 6         A    Yes.
 7         Q    Do you currently do research in this area?
 8         A    I have a student working on a multifunctional
 9    scanning probe microscope.
10         Q    Are you supervising that work that your
11    student is doing?
12         A    Yes.
13         Q    Would you consider that work part of your
14    research at Wisconsin?
15         A    Ye.
16         Q    Other than that student that you mentioned,
17    other research in localized broadband spectroscopy and
18    microscope?
19         A    Currently the student I'm referring to is the
20    only one whose primary focus is in that area.
21              I have had a larger group in the past with
22    more than one student working on that particular area.
23         Q    What point in time did you have that larger
24    group of students?
25         A    I think that is well correlated with the
```

Page 32

```
 1     publications and their dates and the associated titles

 2     that indicate what the work done was.

 3          Q    Sitting here today without reference to those

 4     publications do you know approximately when that work

 5     took place?

 6          A    Starting from around 1995 or '6 through

 7     approximately 2016.

 8          Q    Speaking to the same area of your CV at the

 9     top of page one, see the next phrase in the second

10     column says, "THz spectroscopy with nonlinear

11     transmission lines?"

12          A    Yes.

13          Q    Are you currently doing any research in this

14     area?

15          A    So THZ is shorthand for terahertz.

16               COURT REPORTER:  Terahertz?

17               THE WITNESS:  T-e-r-a hertz.  And the

18               terahertz spectroscopy system that we have

19               using nonlinear transmission lines is

20               currently a useful instrument but does not

21               have a student performing research on it at

22               this time.

23     BY MR. AUERBACH:

24          Q    When was the last time you had a student

25     performing on that system?
```

                                                      Page 33

1          A    Around 2020 or 2021 when the student left for

2     Harvard.

3          Q    On your CV after the next phrase, Instruments

4     for Wireless Communication, wireless communications?

5          A    Yes.

6          Q    Are you currently doing research in this

7     area?

8          A    Broadly speaking, yes.

9          Q    What would you -- what does your research

10    encompass in this area, your current research?

11         A    One of the things that we are working on is

12    microfabricated helical structures for beam wave

13    interaction devices that will result in high gain

14    amplifiers for multihundred gigahertz communications.

15         Q    Sticking with this area of your CV, on page

16    1, the last phrase in this section 1 is contactless

17    sensors; do you see that?

18                   COURT REPORTER:  Contact with what?

19                   MR. AUERBACH:  Contactless sensors.

20                   THE WITNESS:  I do.

21    BY MR. AUERBACH:

22         Q    Are you currently doing research in this

23    area?

24         A    Yes.

25         Q    What does that research involve?

1      A    That involves primarily sensors for

2      determining whether tissue has -- is healthy or has a

3      malignancy.  And it's primarily directed to assessing

4      the health of human skin.

5           We are branching now recently with another

6      multidisciplinary group at Wisconsin called Panther,

7      to take these techniques that we have developed and

8      apply them to understanding traumatic brain injury.

9           So using, contactless means of measuring the

10     interaction of radio frequency and microwave energy

11     with tissue.

12     Q    Sticking with that section of your CV as a

13     whole, the paragraph here next to, on the top of page

14     one, this section of your CV does not list light

15     emitting diodes as an area of your research.  Right?

16     A    That is correct.

17     Q    Moving down page one on your CV the next

18     bullet is Associate Professor, Electrical and Computer

19     Engineering.  Correct?

20     A    Yes.

21     Q    Below that it that says University of

22     Delaware.  Correct?

23     A    Yes.

24     Q    You were an associate.  You were an Associate

25     Professor at the University of Delaware.  Do I have

```
 1     that right?
 2          A    Yes.  And as you can see in the right-hand
 3     column in parenthesis it says Assistant, September
 4     1995 through May 1998.
 5          Q    Okay.  Moving to the next bullet point on
 6     page one of your CV, it says that you were a Post
 7     Doctoral Researcher.  Correct?
 8          Q    And you did your post doctoral research at
 9     Max Planck Institute?
10               You did your post doctoral research at Max
11     Planck Institute.  Correct?
12          A    Correct.
13          Q    Some additional words in German that I am not
14     going to labor to pronounce.
15               Your CV says the research you did at the Max
16     Planck Institute was Contactless High-frequency
17     spectroscopy of low-dimensional electron systems.
18     Correct?
19          A    Yes.
20          Q    After that phrase it says, "Achieved current
21     record 480 fs, comma, 3.5 V nonlinear transmission
22     lines.  See that?
23          A    Yes.
24          Q    This section of your CV, describing your
25     research at Max Planck Institute, does not list LEDs
```

                                                      Page 36

1       in the past as an area of that research.  Right?

2            A    Correct.

3            Q    Moving further down the left-hand column of

4       page one of your CV, you have a bullet that says that

5       you received a Doctor of Philosophy and Master of

6       Science in Electrical Engineering.  Correct?

7            A    Yes.

8            Q    And under that it says Stamford, University?

9            A    Yes.

10           Q    You received your Ph.D. Masters Degree as far

11      as that degree in Electrical Engineering from

12      Stamford.  Correct?

13           A    Correct.

14           Q    Your dissertation was titled, quote,

15      All-electronic Generation and Detection of Terahertz

16      Radiation with Subpicosecond Pulses.  See that?

17           A    Yes.

18           Q    Then it says, "Attained the first sub-ps and

19      record 808 fs electrical pulses with GaAs nonlinear

20      transmission lines; used these pulses for free-space

21      signal generation and detection from 6 GHz-3 THz."

22      Correct?

23           A    Yes.

24           Q    And GaAs in that description I just read is

25      short for gallium arsenide.  Correct?

Page 37

1           COURT REPORTER:  Gallium?

2           MR. AUERBACH:  Arsenide.  I will give

3       you the spelling at a break.

4    BY MR. AUERBACH:

5       Q   The subject of your dissertation at Stamford

6    was not about LEDs.  Correct?

7       A   Well, the circuits I used were diode

8    circuits.  They were not light emitting diodes.

9           COURT REPORTER:  They were not what?

10          THE WITNESS:  Light emitting diodes.

11   BY MR. AUERBACH:

12      Q   You have a teaching course load at Wisconsin.

13   Correct?

14      A   Yes.

15      Q   And you are currently teaching ECE230; is

16   that correct?

17      A   I am.

18      Q   Want to turn to page nine of your CV.  You

19   are also currently teaching ECE447; is that correct?

20      A   That is correct.

21      Q   Are you teaching any other courses in the

22   fall 2023 semester?

23      A   No.

24      Q   The title of ECE230 is Circuit Analysis.

25   Correct?

1       A    Yes.

2       Q    What topics do you cover in ECE230?

3       A    It is the foundational-for-credit course in

4    electrical engineering at Wisconsin.

5            We cover the basics of circuit analysis and

6    the tools used for doing that, including Kirchoff's

7    Voltage Law, Kirchoff's current law, super position,

8    determination of input impedances, operational

9    amplifiers, frequency dependent circuits, power

10   circuits, filters and associated mathematical

11   techniques for circuit analysis.

12      Q    How many students do you have approximately

13   in ECE30 right now?

14      A    About 110.

15      Q    ECE447 is Applied Communications Systems; is

16   that correct?

17      A    Yes.

18      Q    What topics do you cover in ECE447?

19      A    It is listed here as drawing on

20   electromagnetic theory for transmission lines that

21   includes impedance matching techniques and

22   understanding of device physics including diodes and

23   transisters for high frequency signal amplification

24   and detection, including models for those

25   semiconductor devices.

1          Both time and frequency domain measurement

2     techniques, analysis of linear and nonlinear networks,

3     filters, oscillators, low noise amplifiers, power

4     amplifiers and some high level communications

5     concepts, including the use of antennas for wireless

6     communications.

7          Finally it uses computer-aided design

8     software to expose students to modern techniques for

9     design and analysis of microwave circuits.

10    Q    In the spring semester you teach Advanced

11    Communications Circuit Design; is that correct?

12    A    I believe that is scheduled for this spring.

13    Q    That's ECE547?

14    A    Correct.

15    Q    And you have taught that in prior spring

16    semesters at Wisconsin.  Correct?

17    A    Yes.

18    Q    What topics do you cover in ECE547?

19    A    That focuses on using the foundation laid in

20    earlier courses such as ECE447, but expands that

21    understanding to phase lock loops, transceiver

22    architectures, integrated circuit concepts, including

23    some high level discussion of fabrication techniques

24    or high frequency transisters and circuits.

25          Pulse code modulation and how to both

                                                        Page 40

1        generate and detect that type of modulation.

2              And it involves not only a project but also

3        some experimental hands-on work with a multifunctional

4        circuit lab that I helped develop with Keysight

5        Technologies.

6          Q    You didn't mention anything about light

7        emitting diodes in the topics covered by those three

8        courses that we just talked about.  Correct?

9                    MR. GIARRATANA:  Objection to the form.

10                   THE WITNESS:  I did not mention light

11                   emitting diodes in the those topics.

12                   MR. AUERBACH:  I think we have been

13                   going for about an hour, want to take a short

14                   break?

15                   MR. GIARRATANA:  Sure.

16                   MR. AUERBACH:  In terms of break after

17                   that, I am not sure.  That will be probably

18                   close to lunch, or maybe lunch time.

19                   For scheduling purposes is lunch ordered

20                   in or is there a place near here that we

21                   should take a longer break to go get lunch?

22                   MR. GIARRATANA:  The short answer is I

23                   don't know because I think today is Columbus

24                   Day.

25                   MR. AUERBACH:  Yes.

```
                                              Page 41

  1                    MR. GIARRATANA:  So why don't we talk

  2            about that off line?

  3                    MR. AUERBACH:  Okay.

  4                    MR. GIARRATANA:  And see what is

  5            available.

  6                    VIDEOGRAPHER:  Going off the record.

  7            The time is 11:34.

  8

  9        (Whereupon, a recess was taken from 11:34 o'clock

 10               a.m. until 11:57 o'clock a.m.)

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

```
                                                    Page 42
 1                    VIDEOGRAPHER:  Back on the record.  One
 2               second.  We're back on the record.  The time
 3               is 11:57.
 4     BY MR. AUERBACH:
 5          Q    Good morning again, dr. Van der Weide.  Did
 6     you speak with anyone during the break that we just
 7     had?
 8          A    Yes.
 9          Q    Who did you speak to?
10          A    Mr. -- help me with your name again.
11                    MR. GIARRATANA:  Giarratana.
12                    THE WITNESS:  Giarratana. I mispronounce
13               it all the time.  I'm used to having my name
14               mispronounced as well.
15     BY MR. AUERBACH:
16          Q    Did you discuss the substance of your
17     testimony with Mr. Giarratana during this last break?
18          A    No.
19          Q    Did you have any other discussions with
20     anyone during this last break?
21          A    I think Mr. Reiner was present for a moment.
22     I think I may have talked about hotel reservations or
23     something with him.
24          Q    Let me -- I am going to mark PX2.
25
```

```
                                                Page 43

 1                      (Exhibit PX2:

 2                 Marked for identification.)

 3      BY MR. AUERBACH:

 4           Q    Dr. van der Weide, I have handed you what has

 5      been marked as PX2.

 6                Do you recognize this as your September 14

 7      expert report on claim construction in this matter?

 8           A    I do.

 9           Q    Turning to page 49.  Although it does not

10      have a page number at the bottom, turning to your

11      signature page of PX2.  Is that your signature at the

12      top of the page?

13           A    Yes.

14           Q    You received your Bachelors Degree from the

15      University of Iowa; is that correct?

16           A    I did.

17           Q    And after graduating from Iowa, you worked

18      for Motorola; is that correct?

19           A    That was my first full-time job, yes.

20           Q    Turn to paragraph 15 of PX2 on page three.

21      Let me know when you are there.

22           A    I am there.

23           Q    You see on line 26 it says, "My first

24      full-time employment upon graduation was as an

25      engineer with Motorola, Inc. international cellular
```

1    subscriber division, that work has involved compound

2    semiconductor devices for light emitting diodes

3    including among other techniques, materials, growth

4    and fabrication of devices; do you see that?

5          A    I do.

6          Q    Your CV PX1 lists this work experience.

7    Correct?

8          A    Yes.

9          Q    Turn to page 14 of PX1.

10         A    If I could at least point out that this

11   was -- the sentence that I wrote on page 26 -- on page

12   3, line 26 should have not been -- it should not have

13   been placed there.  The following sentence, "that work

14   involves compound semiconductor devices," should just

15   refer in general to my research on radio and

16   communication systems.

17              So the sentence is out of order.  I did not

18   mean for that to refer to my first full-time

19   employment with Motorola.  That is a typo.

20         Q    It's your testimony now that the sentence

21   starting on line 27 of page 3 of PX 2 that begins

22   "that work has involved," it's your testimony that

23   that sentence "that work" is not referring to your

24   first full-time employment upon graduation as an

25   engineer with Motorola; is that correct?

```
                                                    Page 45

 1          A    That is correct.

 2          Q    When did you notice that this was a typo?

 3          A    I don't recall when I noticed it, but I did

 4     not inform the attorneys after noticing it.  So that

 5     is a mistake that I made.

 6          Q    Do you remember whether you noticed it before

 7     you served your October 5th reply declaration?

 8          A    I don't believe so.

 9          Q    You don't remember whether?

10          A    I didn't remember it before that time.  I

11     remembered it when I was reviewing my report in

12     preparation for this deposition.

13          Q    Turn to page 14 of your CV.  And I will

14     direct you to your entry for cellular telephone

15     engineering, international cellular subscriber

16     division, Motorola, Inc., Schaumburg, Illinois, August

17     1987 to 1988.  Do you see that?

18          A    I do.

19          Q    You started working for Motorola in August of

20     1987.  Correct?

21          A    That's right.

22          Q    You left in April of 1998?

23          A    1988.

24          Q    Sorry?

25          A    1988.
```

```
                                            Page 46
  1        Q    That was less than a year.  Correct?
  2        A    Correct.
  3        Q    You state that you designed and developed a
  4   fixed subscriber unit for remote cellular telephone
  5   installations.  Correct?
  6        A    Yes.
  7        Q    What is a fixed subscriber unit?
  8        A    That is a transceivers, cellular transceiver
  9   that was not intended to be mobile.  So something that
 10   would be located in a building to provide an RJ11 C
 11   jack for ordinary telephone service.
 12        Q    So I could connect a regular land line phone
 13   to that jack and get phone service?
 14        A    Get a dial tone, that is right.
 15        Q    Did any of your work at Motorola involve
 16   compound semiconductor devices for light emitting
 17   diodes?
 18        A    No.
 19        Q    Turn to page 13 of your CV.  After working
 20   for Motorola you then worked for Watkins-Johnson
 21   Company.  Correct?
 22        A    Yes.
 23        Q    Your work at Watkins-Johnson Company did not
 24   involve LEDs.  Correct?
 25        A    It involved compound semiconductors.
```

1      Q   How did your work at the Watkins-Johnson

2  Company involve compound semiconductors?

3      A   I worked with materials growth experts there

4  including Paul Brunemeier, B-r-u-n-e-m-e-i-e-r, on

5  developing gallium arsenide for, gallium arsenide

6  devices for nonlinear transmission lines.  And also

7  built microwave oscillators using devices such as

8  gallium arsenide heterojunction bipolar transistors as

9  well as field transisters and other circuits that used

10  compound semiconductors.

11      Q   None of the compound semiconductors that you

12  worked with at Watkins-Johnson Company were LEDs.

13  Correct?

14      A   They were diodes but not light emitting

15  diodes.

16      Q   None of the work that you did at

17  Watkins-Johnson Company was for the application of

18  illumination; is that correct?

19              MR. GIARRATANA:  Objection to the form.

20              THE WITNESS:  That is correct.

21  BY MR. AUERBACH:

22      Q   Have you ever worked for an LED company?

23      A   I have performed work as an expert witness on

24  behalf of an LED company as I noted in I believe my

25  opening report.  It's certainly listed in the list of

Page 48

1     cases.

2          Q    What case was that?

3          A    I don't have my list of cases in front of me

4     to go directly, but it involved you 3M.

5          Q    We'll get back to that.  Have you ever

6     received a grant from a LED company?

7                    MR. GIARRATANA:  Objection to the form.

8                    THE WITNESS:  Well, my work with

9               Polaronyx cited on page three of my CV under,

10              about the middle of the page, Research Grant,

11              STTR Phase I Near-field fiber laser comb

12              spectroscopy with Polaronyx, that used a

13              semiconductor laser coupled into a fiber.

14                   It wasn't explicitly a LED.

15    BY MR. AUERBACH:

16         Q    Polaronyx is not a LED company.  Correct?

17                   MR. GIARRATANA:  Objection form.

18                   THE WITNESS:  That is not that I recall

19              primary business as I understand it.

20    BY MR. AUERBACH:

21         Q    To be clear, the work that you did that was

22    funded by Polaronyx that you that used a semiconductor

23    laser did not involve light emitting diodes.  Correct?

24         A    It was a laser not a LED, yes.

25         Q    Turn to paragraph 15 of your report, line 24.

1      Says, "Specifically I perform research on digital

2      radio and communication systems ranging can from RFID

3      tags to lightweight transceivers with emphasis on

4      wireless and microwave technology."

5              Do you see that sentence?

6                  MR. GIARRATANA:  I apologize for

7              interrupting.  What page?

8                  MR. AUERBACH:  Page three.

9                  MR. GIARRATANA:  Line?

10                 MR. AUERBACH:  Line 24.

11                 MR. GIARRATANA:  Thank you.

12                 THE WITNESS:  Yes.

13     BY MR. AUERBACH:

14         Q    Understanding your earlier testimony that the

15     sentence that starts on line 27 is modifying this

16     sentence that starts on line 24.  Correct?

17         A    That is correct.

18         Q    Okay.  What work in your research on digital

19     radio and communications systems involved light

20     emitting diodes?

21         A    Well, as I mentioned previously, my work with

22     Optametra involved my design and layout and testing of

23     heterostructural materials for photodiodes, which are

24     closely related to light emitting diodes in that they

25     have may have been same considerations.

```
                                              Page 50

1              So, my work involving compound semiconductor

2        devices incorporate the principles quantum confinement

3        barriers, quantum wells, and contacts that are common

4        to many different diode structures involved with

5        either emitting or detecting light.

6              So that's the intent of the sentence that I

7        have written.

8        Q    Photodiode detects light.  Correct?

9        A    That is correct.

10       Q    You didn't write in your sentence that starts

11       on line 27 page 23 of your expert report that you

12       worked on semiconductor -- component semiconductor

13       devices for photodiodes.  Correct?

14                  MR. GIARRATANA:  Objection.  Form.

15                  THE WITNESS:  No, the what I wrote

16              however, as I explained previously, still

17              applies.

18       BY MR. AUERBACH:

19       Q    You didn't write that you worked with

20       photodiodes and the principles with respect to

21       photodiodes are similar to the principles with respect

22       to light emitting diodes.  Correct?

23                  MR. GIARRATANA:  Objection to the form.

24                  THE WITNESS:  I didn't use those words,

25              but the intent and force of what I wrote
```

```
                                          Page 51
 1              still applies.
 2      BY MR. AUERBACH:
 3          Q    Your sentence that that work has involved
 4      component semiconductor devices for light emitting
 5      diodes is not accurate.  Correct?
 6                   MR. GIARRATANA:  Objection.  Form.
 7                   THE WITNESS:  I disagree.
 8      BY MR. AUERBACH:
 9          Q    Has any of your work involved compound
10      semiconductor devices for light emitting diodes?
11          A    Yes, to the extent that I already testified
12      the work that I have done with Professor Mawst and the
13      work that I have put into proposals with Professors
14      Gupta and Pasayat at least covers the same principles
15      for both light emitting diodes and laser diodes.
16          Q    You have not done any work on compound
17      semiconductor devices for light emitting diodes.
18      Correct?
19                   MR. GIARRATANA:  Objection.  Form.
20              Asked and answered.
21                   THE WITNESS:  I have done work on
22              gallium nitride and in fact, proposed local
23              probing of gallium nitride in light emitting
24              structures for observing the presence of
25              defects.
```

```
                                                   Page 52
 1      BY MR. AUERBACH:
 2           Q    When did you do that work?
 3           A    That was a proposal and a couple of talks
 4      that I gave at the University of Illinois, Champaign,
 5      Urbana, and a couple of dedicated workshops called
 6      WOCCESMAD, W-O-C-C-E-S-M-A-D.  I don't recall exactly
 7      how that acronym spells out.
 8                It's a workshop on compound semiconductor
 9      materials and devices.
10                One of those workshops was in Tucson, and one
11      was in New Orleans.  So I have been invited to those
12      workshops in the past several years.
13           Q    In your prior answer you mentioned gallium
14      nitride in light emitting structures for the observing
15      defects.
16           A    Yes.
17           Q    What was the light emitting structure that
18      you were talking about?
19           A    A cross section of a gallium nitride device
20      that we proposed to measure using scanning probe
21      microscopy.
22           Q    That work involved measuring across a section
23      of gallium nitride device using scanning probe
24      microscopy?
25           A    Yes.
```

Page 53

1    Q   It did not involve gallium nitride device
2    emitting light, is that accurate?
3                    MR. GIARRATANA:  Objection to the form.
4                    THE WITNESS:  It was not emitting light
5             for the purpose of this measurement.  But it
6             was the same structure.
7    BY MR. AUERBACH:
8    Q   That was in a proposal.  Correct?
9    A   A proposal, yes.
10   Q   You did the work that you had put into the
11   proposal?
12                   MR. GIARRATANA:  Object to the form.
13                   THE WITNESS:  We did some of the
14            experiments but the proposal ultimately
15            wasn't funded.
16   BY MR. AUERBACH:
17   Q   Let's turn to --
18   A   Incidentally, in paragraph 16 I highlighted
19   the work in the matter, the LED matter Kerr versus
20   Sybron.
21   Q   Turn to page 13 of your CV.  Under a heading
22   Professional Experience there is a subheading that
23   says Startups; do you see that?
24   A   Yes.
25   Q   The first startup listed is AntenniX, comma,

```
                                             Page 54
 1     B.V. Do you see that?
 2          A    Yes.
 3          Q    What kind of company is was AntenniX?
 4          A    Well, just for clarity these are listed in
 5     reverse chronological order.
 6          Q    Okay.
 7          A    It's not a was, it is.
 8          Q    Okay.
 9          A    It is a company that is performing new types
10     of millimeter wave antenna measurements.
11          Q    What type applications are you using those
12     measurements for?
13          A    For 5G and 6G communications as well as
14     automotive radar.
15          Q    You are still actively involved in AntenniX?
16          A    Yes.
17          Q    What is your role at the company currently?
18          A    I am a cofounder and advisor.
19          Q    Moving down to the second bullet under
20     Startups lists a company Elucent Medical.  Are you
21     still involved with Elucent Medical?
22          A    Yes.
23          Q    What is your involvement in Elucent Medical?
24          A    I am a board member and advisor to the
25     company.
```

Page 55

1        Q    What kind of company is Elucent Medical?
2        A    It's a venture financed medical surgical
3    navigation company for doing navigation to tumors and
4    soft tissues such as breasts and lung.
5        Q    Looking at the third bullet point under
6    Startups it says Accure Medical.  Do you see that?
7        A    Yes.
8        Q    Is Accure Medical still an active company?
9        A    Yes.
10       Q    What was your role or what is your role at
11   Accure Medical?
12       A    Cofounder and advisor.
13       Q    Are you currently an advisor to Accure
14   Medical?
15       A    Yes.
16       Q    What kind of company is Accure Medical?
17       A    Accure is developing high frequency non
18   surgical treatments for eradicating nail infections.
19       Q    Look at the fourth bullet, it says Through
20   Puter, LLC.  Do you see that?
21       A    Yes.
22       Q    Is Through Puter still an active company?
23       A    Yes.
24       Q    What is your involvement in Through Puter?
25       A    I am a business advisor.

1          Q    What sort of company is Through Puter?

2          A    Through Puter uses programmable logic devices

3     for performing authentication and estimation services.

4          Q    For what applications?

5          A    Authentication can be used for authenticating

6     computer users.  The estimator can can be used for a

7     variety of applications including predicting prices of

8     securities.

9          Q    Look at the fifth bullet under Startups.  It

10    says, vdW Design; do you see that?

11         A    Yes.

12         Q    Is vdW Design still an active company?

13         A    Yes.

14         Q    What is the nature of that company?

15         A    That is essentially the incubator that I

16    referred to earlier that hosts some other startup

17    companies including the diode laser company that I

18    referred to being run by Rob Marsland.

19         Q    VdW is the initials of your last name.

20    Correct?

21         A    That is correct.

22         Q    Going down to the sixth bullet, under

23    Startups it lists Microblade, LLC, now NeuWave

24    Medical, Inc.  Do you see that?

25         A    Yes.

Page 57

1          Q    Says that company was acquired by Johnson and
2     Johnson in 2016; is that correct?
3          A    Yes.
4          Q    Are you still actively involved in that
5     company?
6          A    No.
7          Q    What was the nature of Microblade's business
8     when you were involved?
9          A    Well, it changed its name to NeuWave Medical,
10    but it was a company I cofounded with a physician to
11    perform percutaneous ablation of solid tumors in
12    organs like liver, lung and kidney.
13         Q    Look at the next under Startups.  It says
14    NFI, LLC.  Do you see that?
15         A    Yes.
16         Q    Are you still actively involved in NFI?
17         A    Yes.
18         Q    What is the nature of NFI's business?
19         A    This is the work that I referred to earlier
20    in the context of contactless sensing.  It is to
21    commercialize the techniques developed for sensing
22    healthy versus malignant tissue in skin.
23         Q    What is your role currently with NFI?
24         A    I am a nominal president.
25         Q    Is someone else running the day-to-day

```
                                            Page 58
 1    operations of NFI?
 2         A    It's -- it only has a couple of part-time
 3    employees or contributors.  So it's a very low level
 4    activity at this time.
 5         Q    Next company under Startup is Tera-X, LLC.
 6    Do you see that?
 7         A    Yes.
 8         Q    Is that still an active company?
 9         A    Yes.
10         Q    Are you still actively involved with Tera-X?
11         A    Yes.
12         Q    What is it nature of Tera-XEs best?
13         A    Tera-X has been in the business of designing
14    the building, utralight band antennas and developing
15    techniques for imaging radar and is currently, has a
16    defense-related proposal pending.
17         Q    What are the applications of Tera-X's
18    ultralight band antennas?
19         A    Primarily for communications and imaging
20    radar.
21         Q    What is imaging radar?
22         A    Imaging radar is a type of radar that can
23    build up an image correlated with the visible light
24    image of a target.
25         Q    What is the application of imaging radar?
```

Page 59

1          A    Sensing concealed weapons.

2          Q    Then the last bullet under Startups is

3     Optametra.  See that?

4          A    Yes.

5          Q    You talked about Optametra earlier.  Correct?

6          A    That's right.

7          Q    Are you still actively involved in Optametra

8     as it's currently exists as acquired Tektronix?

9          A    No.

10         Q    Did your involvement with Optametra cease

11    when the company was acquired in 2011?

12         A    No.

13         Q    How long did you remain involved with

14    Optametra?

15         A    To at least 2016 when I went on Sabbatical.

16         Q    None of the companies we talked about that

17    are listed in startup section have sold or sell LEDs

18    for general illumination.  Right?

19         A    That is correct.

20         Q    You didn't testify that they had any --

21    strike that.

22              None of these companies that you listed under

23    Startups design LEDs.  Correct?

24         A    Well, I already mentioned my work with

25    Optametra in compound semiconductor photodiodes, but

```
                                                    Page 60
1     it does not, it did not involve a light emitting

2     diode.

3          Q    In addition to Optametra none of the other

4     companies listed in this Startups section design LEDs.

5     Correct?

6                    MR. GIARRATANA:  Objection to the form.

7                    THE WITNESS:  Outside the principals

8               that I mentioned in regard to Optametra's

9               compound semiconductor photodetectors, that

10              is correct.

11    BY MR. AUERBACH:

12         Q    None of the companies that you list in your

13    Startup section fabricate light emitting diodes.

14    Correct?

15         A    That is correct.

16                  (Videographer left the room)

17    BY MR. AUERBACH:

18         Q    Turn to page 14 of your CV, look at the

19    bottom of the page heading that says Journal

20    Publications.  Correct?

21         A    Yes.

22         Q    Subheading it says Current.  Correct?

23         A    Yes.

24         Q    In this section you list 106 papers; is that

25    correct?
```

                                                        Page 61

1          A    What page?

2          Q    Between page 14 and page 21.

3          A    Yes.

4          Q    And the dates of these papers go from 1991 to

5     2002; is that correct?

6                    MR. GIARRATANA:  Objection to the form.

7                    THE WITNESS:  2022.

8                    MR. AUERBACH:  Sorry, strike that.

9     BY MR. AUERBACH:

10         Q    The dates of these papers go from 1991 to

11    2022; is that correct?

12         A    That's right.

13         Q    Do you any of the papers listed in this

14    section involve designing light emitting diodes?

15                    MR. GIARRATANA:  Objection to the form.

16                    THE WITNESS:  There are several papers

17              that deal with the use of light in compound

18              semiconductor structures.  But there are no

19              papers on, specifically design of light

20              emitting diodes.

21    BY MR. AUERBACH:

22         Q    Did any of these papers involve fabricating

23    light emitting diodes?

24                    MR. GIARRATANA:  Object to the form.

25                    THE WITNESS:  Well, as I previously

Page 62

```
 1              testified I have done substantial work in

 2              fabrication of diodes for different

 3              applications.

 4                   Those structures were for light

 5              detection, for manipulation of electrical

 6              signals, not LEDs.

 7     BY MR. AUERBACH:

 8         Q   Turn to page 21 of your CV.  At the bottom

 9     there is a heading titled Book Sections; do you see

10     that?

11         A   Yes.

12         Q   That continues on to page 22.  See that?

13         A   Yes.

14         Q   And the numbering restarts in the middle of

15     page 22, but I believe there are, kind of hold them

16     up, there are eight book sections?

17         A   I see that now, yes.

18         Q   None of the book sections listed in this

19     section of your CV have anything to do with designing

20     LEDs.  Right?

21                   MR. GIARRATANA:  Objection.  Form.

22                   THE WITNESS:  Well, to the extent that

23              the compound semiconductor techniques used in

24              LEDs are encompassed in some of the work that

25              I have done in other compound semiconductors
```

```
                                             Page 63
 1              or to the extent that I have designed and
 2              fabricated diode structures on compound
 3              semiconductors I would disagree.
 4      BY MR. AUERBACH:
 5          Q    Which of these book sections have something
 6      to do with designing of light emitting diodes?
 7          A    None of them has a specific light emitting
 8      diode application, but the discussion and use of
 9      diodes on compound semiconductors is, in my opinion,
10      still relevant.
11          Q    What is the most popular conference in the
12      field of light emitting diodes?
13                  MR. GIARRATANA:  Objection.  Form.
14                  THE WITNESS:  I'll go with CLEO.
15      BY MR. AUERBACH:
16          Q    What conference -- what does CLEO stand for?
17      Is that an acronym?
18          A    Yes.  Conference on Lasers and
19      Electro-Optics.
20          Q    Is there a group that puts on that
21      conference?
22          A    The Optical Society of America now called
23      Optica.
24          Q    Have you ever attended that conference?
25          A    Yes.
```

```
                                              Page 64

1          Q    How many times?

2          A    I am sorry.

3          Q    Have you attended that conference?

4          A    I don't recall.  At least twice.

5          Q    Can you give me the names of the top three

6     conferences specifically in the field of MOCVD growth

7     of LEDs?

8                    MR. GIARRATANA:  Objection to the form.

9                    THE WITNESS:  Well, there are

10               conferences sponsored by the Materials

11               Research Society that would certainly host

12               work on MOCVD of gallium nitride.

13    BY MR. AUERBACH:

14         Q    Have you ever been to any of those

15    conferences?

16         A    Yes.

17         Q    When was the last time you were at one of

18    those conferences?

19         A    2002.

20         Q    Are you referencing something in your CV with

21    respect to that answer?

22         A    Yes.

23         Q    What are you referencing?

24         A    Materials Research Society on there, the

25    entry on page 34 and entry 106.
```

Page 65

1          Q    I see it.  Thank you.

2          A    And for example, for CLEO entry 54 on page 30

3     there's at least one.

4          Q    Entry on page 54 that you are referring to

5     that was for a conference that happened, that occurred

6     in June of 2007; is that correct?

7          A    Yes, on page 30.  Not page 54.  Entry 54.

8          Q    All right.  Entry 54, page 30.

9          A    Right.

10         Q    Other than the entry on page 30 about CLEO,

11    your CV doesn't list another paper presented at CLEO.

12    Correct?

13         A    I have attended CLEO without presenting a

14    paper, but that's the, I believe that's the only entry

15    where I presented a paper.

16         Q    Okay.  Turn to page 38 of your CV.  Do you

17    see there is a heading entitled Selected Patents?

18         A    Yes.

19         Q    This section lists 17 patents.  Correct?

20         A    Correct.

21         Q    None of the patents listed here involve

22    designing LEDs.  Correct?

23              MR. GIARRATANA:  Object to the form.

24              THE WITNESS:  As I point out the

25              complete list of my patents can be searched

Page 66

1              in Google Patents, I am just providing a

2              selected list here.

3                     But in this list I don't believe there

4              is any patent related to LEDs.

5      BY MR. AUERBACH:

6          Q    Turn to your September Expert Report, PX2,

7      and paragraph 16 on page 4.  Let me know when you are

8      there.

9          A    I am there.

10         Q    Okay.  It states, "I have previously

11     testified as an expert witness in a LED matter," in

12     parenthesis, Kerr Ver Sybron, end parenthesis.  See

13     that?

14         A    Yes.

15         Q    What matter are you referring to here?

16         A    It's listed on my list of cases and testimony

17     that I -- excuse me -- provided.

18         Q    I am going to mark PX3, please.

19                        (Exhibit PX3:

20                 Marked for identification.)

21

22     BY MR. AUERBACH:

23         Q    I have handed you what the court reporter has

24     marked as PX3.  This is Exhibit 2 to your September

25     14, 2023 expert report.  Do you recognize this

```
                                                      Page 67
 1     document?

 2          A    Yes.

 3          Q    What do you recognize it to be?

 4          A    A list of my deposition and trial testimony.

 5          Q    Okay.  So just a minute ago you said that the

 6     Kerr versus Sybron matter -- that you previously

 7     served as an expert witness in a LED matter, Kerr

 8     versus Sybron, and you said it was listed in your

 9     prior testimony.

10               Can you identify the matter in this exhibit?

11          A    Pages are not numbered but it's on the last

12     page.

13          Q    Okay.

14          A    In the middle.  It doesn't say Sybron there,

15     but it is my recollection that Sybron was a defendant.

16     And so you can see Kerr Corporation which was the

17     plaintiff and the party on whose behalf I was serving

18     as an expert.

19          Q    That is Kerr Corporation, Plaintiff V 3M

20     Company and Dent Supply International, Inc. case in

21     the United States District Court for the Western

22     District of Wisconsin.  Right?

23          A    Yes.

24          Q    What was the subject matter of that case,

25          A    That was use of LEDs in dental adhesive
```

Page 68

1    curing applications.

2        Q    It says that you provided written testimony,

3    do you see that?

4        A    Yes.

5        Q    What was the subject matter of your written

6    testimony?

7        A    I had to provide -- I was asked to provide an

8    expert report on may analysis of the light emitting

9    diode structures that were being used in these

10   instruments.

11       Q    The instruments meaning dental adhesive

12   curing applications.  Correct?

13                MR. GIARRATANA:  Object to the form.

14                THE WITNESS:  LED driven dental curing

15           lights.

16   BY MR. AUERBACH:

17       Q    Okay.  How many years of experience do you

18   have researching light emitting diodes?

19                MR. GIARRATANA:  Objection.  Form.

20                THE WITNESS:  I have at least

21           accumulated between five and 10 years of work

22           with compound semiconductor diode devices

23           whose design and fabrication principles share

24           many of the same concepts as light emitting

25           diodes.

```
                                                     Page 69

 1    BY MR. AUERBACH:

 2         Q    Specifically with respect to LEDs how many

 3    years of experience do you have researching LEDs?

 4                   MR. GIARRATANA:  Objection to the form.

 5                   THE WITNESS:  At least with my

 6              involvement in the Kerr Corporation analysis,

 7              tear down and testing, I believe that

 8              occurred over a period of at least two years.

 9    BY MR. AUERBACH:

10         Q    How many years of experience do you have

11    designing LEDs?

12         A    I have designed a number of diode structures

13    that use similar principles to those used in LEDs but

14    have not designed a LED.

15         Q    How many years of experience do you have

16    fabricating LEDs?

17         A    I have fabricated a number of diode

18    structures on compound semiconductors that use similar

19    principles.  I have not fabricated a LED.

20         Q    When was the first high power blue LED

21    created?

22                   MR. GIARRATANA:  Objection to the form.

23                   THE WITNESS:  I know that Nakamura was

24              the first to produce material of sufficient

25              quality to realize a visible light LED in
```

Page 70

```
 1              gallium nitride, and for that he won the
 2              Nobel Prize.
 3                   I believe that work was done in the
 4              early 2000s, but I don't have a precise
 5              recollection.
 6    BY MR. AUERBACH:
 7         Q    How did LEDs emit white light?
 8         A    LEDs emit a short wave length in a blue that
 9    excites phosphors or other color emitting molecules
10    structures such as quantum dots that in turn emit a
11    full spectrum of visible light.
12         Q    What do you mean by -- when you say that in
13    turn emits a full spectrum of visible light?
14                   MR. GIARRATANA:  Objection to the form.
15                   THE WITNESS:  Phosphors or quantum dots,
16              for example can be excited by the bluing
17              machine from the LED and in turn emit longer
18              wave length light to fill out the spectrum
19              that appears to be white.
20    BY MR. AUERBACH:
21         Q    Is the emission from the phosphor or quantum
22    dot that produces the white light?
23                   MR. GIARRATANA:  Objection to the form.
24                   THE WITNESS:  Contributes to it?
25    BY MR. AUERBACH:
```

1          Q   What else contributes to the emission of of

2     white in the spectrum?

3               MR. GIARRATANA:  Objection to the form.

4               THE WITNESS:  Well, the -- to the extent

5               there's direct emission from the, the laser

6               of the LED itself, that contributes.

7     BY MR. AUERBACH:

8          Q   Are you aware of whether the light from the

9     LED contributes to the spectrum of light produced by a

10    white LED?

11              MR. GIARRATANA:  Objection to the form.

12              THE WITNESS:  The patents in suit, some

13              of the patents in suit are directed to

14              emission of white light using phosphors or

15              other means of being excited and emitting the

16              spectrum.

17              So I would want to refresh my memory

18              about the precise mix of emitters.

19    BY MR. AUERBACH:.

20         Q   I am not talking about the patents in suit.

21    I am just talking about in general.

22              Are you aware of whether the light from the

23    LED chip contributes to the spectrum of light produced

24    by a white LED?

25              MR. GIARRATANA:  Objection to the form.

Page 72

1            THE WITNESS:  In general it's the

2      phosphors that are excited that produce that

3      spectrum.

4            MR. AUERBACH:  Okay.  I think we are at

5      about an hour.  So, I think this is a

6      terrific time to break for lunch.

7            VIDEOGRAPHER:  Off the record.  The time

8      is 12:57.

9

10      (Whereupon, the witness was excused

11            and a recess for lunch was

12            taken at 12:57 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                       Page 73

 1                      AFTERNOON SESSION

 2                      1:53 O'CLOCK P.M.

 3

 4                 VIDEOGRAPHER:  We are back on the

 5            record.  The time is 1:53.

 6    BY MR. AUERBACH:

 7        Q    Good afternoon, Dr. van der Weide.  Did you

 8    speak with anyone during that last break?

 9        A    Yes.

10        Q    Who did you speak to?

11        A    The Finelite attorneys.

12        Q    Did you discuss the substance of your

13    testimony with the Finelite attorneys during this last

14    break?

15        A    No.

16        Q    Could you take out PX2 which is your

17    September report?

18             I ask you to turn to page 11, please.

19             You see at the bottom of the page there is a

20    heading BO69 patent; do you see that?

21        A    Yes.

22        Q    And in paragraph 31 you are beginning to

23    discuss the term Overflow Prevention Layer; do you see

24    that?

25        A    Yes.
```

1        Q    And if I could direct your attention to

2    paragraph 32 on the next page, in paragraph 32 you

3    cite several dictionary definitions for the term

4    "layer"; is that correct?

5        A    Yes.

6        Q    If you look at lines 9 and 10, you see you're

7    citing the URL for the Merriam-Webster dictionary?  Do

8    you see that?

9        A    Yes.

10       Q    You are citing the Merriam-Webster dictionary

11   for the definition of the term layer in this line.

12   Correct?

13       A    In support of my opinion.

14       Q    The Merriam-Webster dictionary is not a

15   technical dictionary.  Correct?

16       A    That is correct.

17       Q    I am going to have the court reporter mark

18   this document as PX4, I think.

19                       (Exhibit PX4:

20                 Marked for identification.)

21   BY MR. AUERBACH:

22       Q    I handed you what the court reporter has

23   marked as PX4.  Do you recognize this document?

24       A    Yes.

25       Q    What is it?

```
                                                    Page 75
 1           A    It appears to be -- excuse me -- a printout
 2      from the Merriam-Webster online dictionary definition
 3      for layer.
 4           Q    Before I ask my next question, I want to note
 5      for the record that PX4 is a document bearing Bates
 6      number Finelite 009217 through 9226.
 7                There is no reference to semiconductors in
 8      the Merriam-Webster definition of layer.  Correct?
 9           A    That is correct.
10           Q    Turning back to page, paragraph 32 of your
11      report, do you see that on lines 10, starting on line
12      10 and going to line 11, you cite the American
13      Heritage dictionary for the definition of the term
14      layer?  Correct?
15           A    Yes.
16           Q    You cite that by listing the URL for the
17      American Heritage dictionary; do you see that?
18           A    Yes.
19           Q    The America Heritage dictionary is not a
20      technical dictionary.  Correct?
21           A    I don't know that it -- it does not have
22      definitions of technical terms, but in general it is a
23      general purpose dictionary.
24                     MR. AUERBACH:  Mark this as PX5.
25
```

```
                                                        Page 76

 1                      (Exhibit PX5:

 2                 Marked for identification.)

 3                  MR. GIARRATANA:  This is PX5?

 4                  MR. AUERBACH:  PX5.

 5                  MR. GIARRATANA:  Thank you.

 6      BY MR. AUERBACH:

 7           Q    I have handed you what the court reporter has

 8      marked as PX5, a document bearing Bates number

 9      Finelite 009215 through 9216.

10              Do you recognize this document?

11           A    Yes.

12           Q    What is it?

13           A    It's a printout of the American Heritage

14      dictionary entry for the word layer.

15           Q    There is no reference to semiconductors in

16      the American Heritage dictionary definition of layer.

17      Correct?

18           A    That is correct.

19           Q    Turn your attention back to paragraph 32 of

20      your report.  On line 11 you also cite the Collins

21      dictionary for the definition of the term layer.

22      Correct?

23           A    Yes.

24           Q    Collins dictionary is not a technical

25      dictionary.  Correct?
```

```
                                            Page 77
 1        A    That is my understanding.
 2              MR. AUERBACH:  Mark this as PX6,
 3        please.
 4                  (Exhibit PX6:
 5              Marked for identification.)
 6    BY MR. AUERBACH:
 7        Q    I have just handed you a document that the
 8    court reporter has marked as PX6.  It is a document
 9    bearing Bates number Finelite 009227 through 9231.
10            Do you recognize this document?
11        A    Yes.
12        Q    What is it?
13        A    It's a printout of the Collins dictionary web
14    entry for the definition of layer.
15        Q    There's no reference to semiconductor in the
16    Collins definition of layer.  Correct?
17        A    I don't see a reference to semiconductors
18    here.
19        Q    Okay. And in paragraph 33 of your report you
20    cite several dictionary dictionaries for the for the
21    term overflow; is that correct?
22        A    Yes.
23        Q    On line 16 you cite the Cambridge dictionary.
24    Correct?
25        A    Yes.
```

1      Q    The Cambridge dictionary is not a technical

2    dictionary.   Correct?

3      A    I believe it's a general dictionary.

4      Q    If you go back to paragraph 31 of your

5    report, you opine that a POSA would understand the

6    longer -- I am not going to repeat the longer term --

7    you opine that a POSA would understand the term

8    overflow -- strike that.  I will read the whole --

9         In paragraph 31 you're opining on the term,

10    quote, an overflow prevention layer which is doped

11    with impurities of first conductive type and which

12    prevents overflow of electron or holes Correct?

13      A    Yes.

14      Q    It's your opinion that the term -- a POSA

15    would understand the term to mean Gao.8Alo.2N layer

16    doped with four times 10 to the 18th centimeters to

17    the minus three to five times ten to the 19th

18    centimeters to the minus three of MG and equivalence.

19    Correct?

20      A    Yes.

21              MR. AUERBACH:   I am going to mark PX7.

22                   (Exhibit PX7:

23              Marked for identification.)

24    BY MR. AUERBACH:

25      Q    I have handed you what the court reporter has

Page 79

1    marked as PX7.  Do you recognize this document?

2         A    Yes, It's what I referred to as the 069

3    patent entitled Semiconductor Device.

4         Q    Okay.  If you go to, turn to the page with

5    column three, column three, starting at line 66, the

6    069 patent states, "The overflow prevention layer can

7    be extended more generally to In1-x-yGaxALyN; do you

8    see that?

9         A    Yes.

10        Q    It gives quantification of what X and Y can

11   be where X is greater than or equal to zero and less

12   than one, and where Y is greater than zero and less

13   than or equal to one.  Correct?

14        A    That is what it says.

15        Q    Your proposed structure in your report does

16   not explicitly include a layer made of indium gallium

17   aluminum nitride.  Right?

18        A    That is correct.

19        Q    Turn to paragraph 42 of your September

20   report.  You see there is a section with a heading, C,

21   the 800 patent?  The letter C?

22        A    Yes.

23        Q    Under that it says One -- there is a

24   subheading One, and then it says an electron blocking

25   layer; do you see that?

```
                                          Page 80
 1                MR. GIARRATANA:  I am sorry.  Where are
 2           we, John?
 3                MR. AUERBACH:  We are on page 14 of the
 4           report paragraph starting at 41.
 5                MR. GIARRATANA:  Thank you.
 6      BY MR. AUERBACH:
 7           Q   In paragraphs 42 and 43, you are citing a
 8      number of general purpose dictionaries again.
 9      Correct?
10           A   That is correct.
11           Q   Paragraph, in paragraph 42, starting at the
12      end of line 18 you state, "I am aware of no structure
13      or structures in the art where the name for that
14      structure is, quote, electron blocking layer, end
15      quote.  Do you see that?
16           A   Yes.
17           Q   What art are you referring to in that
18      sentence?
19           A   In the general art of compound semiconductor
20      devices.
21           Q   What is your lack of awareness of, quote, an
22      electron blocking layer, end quote, in the art based
23      on?
24                MR. GIARRATANA:  Objection.  Form.  Go
25           ahead.
```

```
                                                    Page 81
 1              THE WITNESS:  It's based on my
 2         understanding of the term as used in the
 3         claim.
 4              So, in my opinion the claim term and
 5         specifically the term "layer" informs one of
 6         skill when reading that claim term that this
 7         is a means plus function claim term.
 8              So, another way of understanding that is
 9         layer for blocking electrons, where layer is
10         the nonce word.
11    BY MR. AUERBACH:
12         Q   Did you do any literature searches for
13    layers?
14         A   I don't recall, but the substance of my
15    opinion is that one of skill would look to the
16    intrinsic evidence to gain an understanding of the
17    structure that would perform the function of blocking
18    electrons.
19              And in that context I didn't find it in the
20    intrinsic evidence.
21         Q   So, you didn't find what in the intrinsic
22    evidence?
23         A   Sufficient structure to define a layer for
24    blocking electrons.
25         Q   Okay.  Look at --
```

Page 82

1          A    Let me, let me rephrase that --

2          Q    Okay.

3          A    -- if I may.  Because I -- I am saying above

4     in paragraph 41 that the POSITA would understand this

5     term to mean a layer that is formed of or includes

6     aluminum gallium nitride and as larger band gap than

7     the P type semiconductor layer and its equivalence.

8          Q    Are you retracting your earlier testimony

9     from a minute ago?

10         A    I am clarifying it.

11         Q    Is it still your testimony that a POSA could

12    not find sufficient structure for a layer for blocking

13    electrons in the intrinsic evidence?

14         A    It is not.  It's that the POSITA would

15    understand it to be those specific terms.

16         Q    You turn to the next page and paragraph 44.

17    In paragraph 44 of your report you are quoting a

18    section from the specification.  Correct?

19         A    Yes.

20         Q    Then on line 10 after the quote you state,

21    "POSITO would understand this passage to clearly link

22    the structure to the claimed function of preventing

23    blocking electrons, end quote.  Right?

24         A    That's right.

25         Q    Did I read that correctly?

1         A    Yes.

2         Q    What is a -- what is a blocking electron?

3                   MR. GIARRATANA:  Objection form.

4                   THE WITNESS:  This is a typo in line 11.

5     BY MR. AUERBACH:

6         Q    What is it supposed to say?

7         A    It's the word "preventing" shouldn't be

8     there.  It's just blocking electrons.

9         Q    Prior to looking at the sentence just now did

10    you know that in your prior review of the declaration

11    that this was a typo?

12                  MR. GIARRATANA:  Objection.  Form.

13                  THE WITNESS:  I don't recall.

14    BY MR. AUERBACH:

15        Q    In paragraph 45 of your report, line,

16    starting at line 17, you state that a POSITO would

17    understand that a quote, that quote a T-type AlGan

18    layer, end of quote, is not adequate structure to

19    block electrons.  Many different layers in LEDs and

20    other semiconductors are P-type AlGan layer which do

21    not block electrons.

22             Do you see that?

23        A    Yes.

24        Q    Can you give me an example of a P-type AlGan

25    layer in a LED that does not block electrons?

1         A    I think I have already opined that down below

2    in, starting in paragraph 48, that the understanding,

3    in my opinion, of blocking, as one of skill would

4    understand it, is not the same as suppressing.

5               So there are -- one of skill is not put on

6    notice that any aluminum gallium nitride layer at all

7    in a light emitting diode structure would perform the

8    function of blocking electrons.

9         Q    Can you give me an example of a P-type AlGan

10   layer in a LED that does not block electrons?

11        A    It's my opinion that blocking is a different

12   term from suppressing.

13        Q    That wasn't my question.

14        A    So --

15        Q    You stated in your report on, in paragraph a

16   45 line 18, quote, many different layers in LEDs and

17   other semiconductors are P-type AlGan layers which do

18   not block electrons.

19               My question is:  Can you please give me an

20   example of a P-type AlGan layer in a LED that does not

21   block electrons?

22        A    And as I previously stated, it's my opinion

23   that the mere provision of this AlGan layer does not

24   block electrons.

25               It can suppress electrons, as Plaintiffs wish

                                                              Page 85

1      to, in the way that Plaintiffs are seeking to rewrite

2      the claim language, but not block electrons, as I have

3      stated in paragraphs at least 48 through 50.

4           Q    If -- you are not giving me an example of a

5      AlGan, a P-type AlGan layer in a LED that does not

6      block electrons.  Right?  I have asked you three

7      times?

8                     MR. GIARRATANA:  Objection to the form.

9                     THE WITNESS:  As I said, I have been

10                focused on the term "blocking."  So in my

11                opinion the AlGan layer on its own is always

12                going to allow some electrons to surmount

13                that barrier.

14     BY MR. AUERBACH:

15          Q    Let's turn to paragraph 51, on page 16 of

16     your report.  You state, "I have also reviewed the

17     Schubert article Plaintiffs cited to the court, see

18     that?

19          A    Yes.

20          Q    What article are you referring to?

21          A    The excerpts from the Schubert text.

22          Q    So, not a Schubert article.  It's a Schubert

23     textbook.  Correct?

24          A    Correct.

25                     MR. GIARRATANA:  Objection to the form.

```
 1              THE WITNESS:  I said Correct.  More
 2         precisely referred to as excerpts from the
 3         text.
 4    BY MR. AUERBACH:
 5         Q    And what you reviewed was excerpts from the
 6    textbook was entitled Light Emitting Diode.  Correct?
 7         A    Correct.
 8         Q    That textbook was written by E. Fred
 9    Schubert.  Correct?
10         A    Correct.
11         Q    Have you heard of Professor Schubert?
12         A    Yes.
13         Q    Have you ever met him?
14         A    No.
15         Q    Professor Schubert's textbook is a seminal
16    textbook in the field of LEDs.  Correct?
17         A    I agree.
18         Q    You would you agree that the Professor
19    Schubert's textbook is written for persons of ordinary
20    skill in the art in the field of the asserted patents.
21    Correct?
22              MR. GIARRATANA:  Object to the form.
23              THE WITNESS:  It could be a reference
24         that one of skill would consult.
25    BY MR. AUERBACH:
```

Page 87

1          Q    It's not a textbook written for lawyers.

2     Correct?

3                    MR. GIARRATANA:  Objection.  Form.

4                    THE WITNESS:  I don't know that it has a

5              limited audience.

6     BY MR. AUERBACH:

7          Q    In paragraph 51 you wrote on line 20, quote,

8     you wrote, Schubert describes an electron blocking

9     layer in terms of its function.  Correct?

10         A    Yes.

11         Q    Professor Schubert's book discloses a

12    structure for the example electron locking layer that

13    he discusses.  Correct?

14                   MR. GIARRATANA:  Objection to the form.

15                   THE WITNESS:  More precisely I'd say

16             that Schubert states, quote, that electron

17             blocking layers have a, quote, high band gap

18             energy.  I go on to state that Schubert does

19             not explain what a, quote, high band gap

20             energy means what structure provides such.

21                   And I go on to state and emphasize that

22             this feature does not mean that such layers

23             block electrons.

24    BY MR. AUERBACH:

25         Q    I have just handed you a document that the

Page 88

1      court reporter has marked as PX8.

2                          (Exhibit PX8:

3                      Marked for identification.)

4      BY MR. AUERBACH:

5           Q    The first page says Exhibit 1, which is a

6      reference, I will represent it's a reference that

7      Exhibit 1 is Professor DenBaars' September 2023

8      declaration.

9                After that the rest of the pages bear BATES

10     number SSC_Finelite_00054983 through 55004.

11               Dr. van der Weide, do you recognize this

12     exhibit?

13          A    I do.

14          Q    What is it?

15          A    Excerpts from the Schubert text.

16          Q    On numbered page 55000, which is also page 82

17     of the textbook, at the top of the page Schubert is

18     describing 4.14(a) and it says figure 4.14(a) a

19     showing the undoped structure illustrate that the

20     AlGan electron-blocking layer creates a barrier to the

21     current flow in both the conduction band as well as

22     the valence band.  Do you see that?

23          A    Yes.

24          Q    So, Professor Schubert discloses a structure

25     for the electron locking layer that is referenced.

Page 89

1    Correct?

2        A   It's certainly a schematic.

3        Q   Well, Professor Schubert doesn't -- the

4    textbook discloses that the electron locking layer is

5    made of AlGan.  Correct?

6        A   It does say that.

7        Q   And in your report which we talked about

8    earlier on paragraph 51 line 21 you state, "Schubert

9    does not explain what," quote "high," end quote, "band

10   depth energy means."  See that?

11       A   I do.

12       Q   A POSA reading Professor Schubert's book

13   would know what high band depth energy means.  Right?

14              MR. GIARRATANA:  Objection.  Form.

15              THE WITNESS:  I am not sure that

16          Schubert provides a number.

17   BY MR. AUERBACH:

18       Q   My question is:  A person of ordinary skill

19   in the art reading Professor Schubert's book would

20   know what the term high band depth energy means.

21   Correct?

22              MR. GIARRATANA:  Objection.  Form.

23              THE WITNESS:  Relative to the band gaps

24          of materials surrounding the electron

25          blocking layers I could agree with that.

                                                    Page 90

1                   However, in absolute terms I don't see

2              that described here.

3      BY MR. AUERBACH:

4         Q   Go to paragraph 52 of your report.  It says,

5      "I have also reviewed the Heikkila article Plaintiffs

6      cited to the court."  H-e-i-k-k-i-l-a.  See that?

7         A   Yes.

8                   MR. AUERBACH:  Mark this PX9.

9                        (Exhibit PX9:

10                  Marked for identification.)

11     BY MR. AUERBACH:

12        Q   I just handed you what the court reporter has

13     marked as PX9.  The first page is an exhibit.  Says

14     Exhibit 2.  That is Exhibit 2 to Professor DenBaars'

15     September claims construction declaration, September

16     2023 claim construction declaration.  The rest of the

17     pages in PX9 bear dates number SSC_ Finelite _

18     00054929 through 54937.

19                  Dr. van der Weide, do you recognize PX9?

20        A   Yes.

21        Q   What is it?

22        A   It is a publication in proceedings of SPIE,

23     entitled the Role of the Electron Blocking Layer in

24     the current transport of efficient III-N

25     light-emitting diodes.

1      Q    You reviewed PX9.  Correct?

2      A    I did.

3      Q    This was a paper presented at SPIE OPTO.

4   Correct?

5      A    That is my understanding.

6      Q    That is a major OPTO electronics conference.

7   Right?

8           MR. GIARRATANA:  Objection to form.

9           THE WITNESS:  I believe that is correct.

10  BY MR. AUERBACH:

11     Q    You were invited to the speak at this

12  conference once.  Correct?

13     A    At least once.

14     Q    You would agree that this paper is written

15  for persons of ordinary skill in the art in the field

16  of the asserted patents.  Correct?

17          MR. GIARRATANA:  Objection to the form.

18          THE WITNESS:  I would agree that one

19          skilled in the art could access this paper.

20  BY MR. AUERBACH:

21     Q    What do you mean by "access this paper"?

22     A    That it's my understanding that the

23  hypothetical person of ordinary skill in the art in

24  the context of looking for prior art could have access

25  to the publicly-available prior art.

1      Q   My question wasn't whether it was accessible

2    as if someone could find it.  My question was:  This

3    was written for persons of ordinary is skill in the

4    art in the field of the assert the patent.  Correct?

5                 MR. GIARRATANA:  Objection to the form.

6                 THE WITNESS:  I don't know that I have

7             opined that the level at which this paper was

8             written was directed to the definition that I

9             put forth for one of ordinary skill in the

10            art.

11   BY MR. AUERBACH:

12      Q   This paper is written for people who have

13   knowledge of the field of LEDs.  Correct?

14                 MR. GIARRATANA:  Objection to the form.

15                 THE WITNESS:  That is a general

16            statement but I could agree with that.

17   BY MR. AUERBACH:

18      Q   Turn to page 54930.  Look at the abstract, it

19   says paper states quote electron blocking layer,

20   paren, EBLs, end paren, are commonly used to reduce

21   the leakage current in modern multiquantum well paren

22   MQW end paren, InGaN  light emitting diodes, paren

23   LEDs, end paren.  See that?

24      A   Yes.

25      Q   In your opinion a person of ordinary skill in

1     the art reading that at the same time would not

2     understand that an electron blocking layer is the name

3     of a structure.  Correct?

4               MR. GIARRATANA:  Objection to the form.

5               THE WITNESS:  That's not the structure

6          that is in the specification.  This is a

7          general description of electron blocking

8          layers outside the context of the 800 patent

9          specification.

10    BY MR. AUERBACH:

11         Q   Turn back to paragraph 42.  You wrote,

12    starting on line 18, "I am aware of no structure or

13    structures in the art where the name for that

14    structure is," quote, electron blocking area," end

15    quote.  Correct?

16         A   That is what I wrote.

17         Q   And the Heikkila paper in PX9 is a paper

18    written for those in the field of LEDs.  Correct?

19               MR. GIARRATANA:  Objection to the form.

20               THE WITNESS:  I think I already answered

21          that question.

22    BY MR. AUERBACH:

23         Q   What was your answer?

24               MR. GIARRATANA:  Should we read it back?

25               THE WITNESS:  Yes.  I would like the

```
                                            Page 94
 1              answer read back, please.
 2
 3       (Following Record read by the Court Reporter.)
 4                   Question: "This paper is written for
 5              people who have knowledge of the field of
 6              LEDs.  Correct?"
 7                   MR. GIARRATANA:  "Objection to the
 8              form."
 9                   Answer:  "That is a general statement
10              but I could agree with that."
11
12       BY MR. AUERBACH:
13          Q   You agree that this paper is written for
14       people who have knowledge in the field of LEDs.
15       Correct?
16                   MR. GIARRATANA:  Objection to the form.
17                   THE WITNESS:  I didn't wish to
18              contradict any earlier answer that I had
19              given to that question.
20       BY MR. AUERBACH:
21          Q   The answer to my question is yes, though,
22       correct?
23                   MR. GIARRATANA:  Same objection.
24                   THE WITNESS:  I already answered that
25              question, so in the same form I answered the
```

Page 95

1          question previously I am answering it now.

2     BY MR. AUERBACH:

3          Q   You see that the paper is disclosing people

4     who are knowledgeable of LEDs a common structure call

5     the elect blocking layer.  Correct?

6               MR. GIARRATANA:  Objection to the form.

7               THE WITNESS:  It certainly uses that

8          phrase.

9     BY MR. AUERBACH:

10         Q   You disagree that this paper is disclosing a

11    structure called an electron blocking layer to persons

12    of ordinary skill in the art?

13         A   I am stating that it discloses a number of

14    different simulated structures that it uses in its

15    study.

16         So I stand by my previous opinion that the

17    term electron blocking layer as used in the 800 patent

18    is subject to a means plus functional analysis..

19         Q   Review the next section of your declaration

20    on page 17.  See there is a subheading 2, and then it

21    says, Hole Injection Layer.  See that?

22         A   Yes.

23         Q   Paragraph 54, starting on line 13 you state,

24    "I am aware of no structure or structures in the art

25    where the name for that structure is hole injection

Page 96

```
 1     layer."  See that?
 2          A    I do.
 3          Q    Again, what art are you referring to in your
 4     statement there?
 5          A    I am referring to the -- I am referring to
 6     the art that one skilled would have been familiar
 7     with.
 8          Q    What is your lack of awareness about hole
 9     injection layer in the art based on?
10               MR. GIARRATANA:  Objection to the form.
11               THE WITNESS:  Well, the understanding
12               that I am opining on is in the context of my
13               opinion that the term layer is a nonce word
14               and in the context under the patent would
15               mean layer for hole injection.  I provided
16               how one skilled would understand that in the
17               context of the 800 patent specification.
18               That's the context in which I am writing
19               these words.
20     BY MR. AUERBACH:
21          Q    Did you do any literature searches for hole
22     injection layer?
23          A    I don't recall doing a literature search for
24     that.  And the reason is because my opinion is that it
25     is understood by one skilled in the art as a layer for
```

1     hole injection.  And thus I provided my understanding

2     of how one skilled in the art would understand, my

3     opinion about how one skilled in the art would

4     understand the term based on the structures disclosed

5     in the 800 patent's specification.

6          Q    Look at paragraph 54 of your report.  You are

7     again relying on a number of general purpose

8     dictionaries.  Correct?

9          A    Yes.

10         Q    And in paragraph 55 you are also relying on

11    the Random House College dictionary.  Correct?

12         A    Yes.

13         Q    And the Random House College dictionary is a

14    general purpose dictionary.  Correct?

15         A    Yes, it's a general dictionary.

16         Q    And in paragraph 56 you are quoting several

17    sections from the specifications of that 800 patent.

18    Correct?

19         A    That is correct.  I am listing them on page

20    18.

21         Q    At the end of the quotes on page 18 on line

22    20 you state, "A POSITO would understand these patents

23    to clearly link the recited structure to the claims

24    function of preventing overflow of electrons."

25    Correct?

```
                                            Page 98

 1         A    I think that is a typographical error.  And I

 2    meant to say that in the context of hole injection

 3    layer.

 4         Q    You noticed this typo in paragraph 56 before

 5    I just pointed it out to you?

 6         A    I don't recall.

 7         Q    You go on to talk about hole injection layer

 8    through paragraph 59.  Correct?

 9         A    Yes.

10         Q    And your section on hole injection layer in

11    your September report you don't address any of the

12    intrinsic evidence cited by Professor DenBaars.

13    Correct?

14              MR. GIARRATANA:  Objection to the form.

15              THE WITNESS:  I am not doing that in

16         this section of my September report.

17              MR. AUERBACH:  Why don't we take a

18         coffee break and I'm hoping to only go for

19         one more session.  After that I don't know if

20         I can keep going, but --

21              MR. GIARRATANA:  Okay.

22              VIDEOGRAPHER:  Going off the record.

23         The time is 2:48.

24

25      (Whereupon, a recess was taken from 2:48 o'clock
```

Page 99

```
1                   until 3:12 o'clock p.m.)

2

3                   VIDEOGRAPHER:  One second, please.  We

4              are back on the record.  The time is 3:12.

5   BY MR. AUERBACH:

6         Q    Good afternoon again, Dr. van der Weide.  Did

7   you speak with anyone during this last break?

8         A    Yes.

9         Q    Who did you speak with?

10        A    The Finelite attorneys.

11        Q    Did you discuss the substance of your

12   testimony with the Finelite attorneys?

13        A    No.

14                   MR. AUERBACH:  Let's mark PX10.

15                        (Exhibit PX10:

16                   Marked for identification.)

17   BY MR. AUERBACH:

18        Q    I have handed you what the court reporter has

19   marked as PX10.

20             Do you recognize this document?

21        A    Yes.

22        Q    What do you recognize it to be?

23        A    The 800 patent.

24        Q    Turn to the last page, the other side of the

25   last page, column 10.  See at the bottom it lists
```

1    Claim One.  Let me know when you are there.

2         A   I am there.

3         Q   Okay.  See Claim One of the 800 patent

4    claims, quote, a P-type semiconductor layer.  Correct?

5         A   I see that.

6         Q   A P-type semiconductor layer is one of the

7    claim elements of Claim One.  Correct?

8         A   Yes.

9         Q   And you know what it means when a claim

10   recites a limitation.  Correct?

11              MR. GIARRATANA:  Objection to the form.

12              THE WITNESS:  Well, I think I have

13          testified in my written report that to the

14          effect that I am not a lawyer, I understand

15          the laws that is explained to me by lawyers.

16          I have a general understanding of that.

17   BY MR. AUERBACH:

18        Q   You used the word "recite" dozens of times in

19   your report.  Correct?

20        A   I do.

21        Q   Turn to page 22 of your opening report,

22   paragraph 66.  You let me know when you are there.

23        A   I am there.

24        Q   And in paragraph 66, you state, quote, In

25   addition although Claim One recites, quote, a P-type

                                          Page 101

1       semiconductor layer, end quote, and, quote, a hole

2       injection layer, end quote, it does not require that

3       such layers have any doping.  See that?

4            A    Yes.

5            Q    Here you are in paragraph 66 of your opening

6       report, you are referring to the limitation of a

7       P-type semiconductor layer.  Correct?

8            A    I am referring to that limitation.

9            Q    You are referring to a P-type semiconductor

10      layer.  Correct?

11                    MR. GIARRATANA:  Object to the form.

12                    THE WITNESS:  Yes.

13      BY MR. AUERBACH:

14           Q    Okay.  You would agree that the claim term

15      P-type semiconductor layer recites something about the

16      doping of the P-type semiconductor layer.  Right?

17                    MR. GIARRATANA:  Object to the form.

18                    THE WITNESS:  I clarified this in my

19           reply declaration.

20      BY MR. AUERBACH:

21           Q    Without looking at your reply declaration,

22      can you answer my question?

23           A    In -- I would agree that P-type connotes that

24      a semiconductor is generally doped with an acceptor

25      type of dopant.  However, my point in line 22 of

1    paragraph 66 is directed to any specific doping, not

2    that it has, that it is an intrinsic semiconductor

3    with no doping whatsoever.  I clarified that in my

4    reply.

5         Q   Again in paragraph 66 you are talking about

6    P-type semiconductor layer claim term.  Correct?

7                   MR. GIARRATANA:  Objection to the form.

8                   MR. AUERBACH:  On line 21.

9                   MR. GIARRATANA:  Objection to the form.

10                   THE WITNESS:  Could I have the question

11              again, please?

12

13         (Following Record read by the Court Reporter.)

14                   Question:  "Again in paragraph 66 you

15              are talking about P-type semiconductor layer

16              claim term.  Correct?"

17                   MR. AUERBACH:  "On line 21" is the end

18              of the question.

19                   THE WITNESS:  I used that term in

20              quotes, and it appears in Claim One.

21    BY MR. AUERBACH:

22         Q   Okay.  Let's turn to page 306 of your opening

23    report, please.  On the top of page 30 of your opening

24    report there is a subheader D.  It says the 225

25    patent; do you see that?

Page 103

1          A    Yes.

2          Q    And further down on page 30 in paragraph

3     89 -- sorry -- in paragraph 88, you state, "I

4     understand that the parties dispute the construction

5     of the term, quote, carrier trap portion, end quote,

6     in Claim One of this patent," do you see that?

7          A    I do.

8          Q    In paragraph 89 you state on line 23.  "I am

9     aware of no structure or structures in the art where

10    the name for that structure is, quote, carrier trap

11    portion, end quote.  Do you see that?

12         A    I do.

13         Q    You've heard of a carrier trap.  Correct?

14         A    I have heard of the phrase carrier trap.

15         Q    How long have you been familiar with the

16    phrase carrier trap?

17         A    Probably since at least 1995.

18         Q    You didn't state in your opening report that

19    you were familiar with carrier traps.  Correct?

20              MR. GIARRATANA:  Object to the form.

21              THE WITNESS:  On -- I didn't opine on --

22         my opinions were directed to the claim term

23         carrier trap portion.

24    BY MR. AUERBACH:

25         Q    You didn't state in your opening report that

```
                                              Page 104
```

1       you were aware of what carrier -- you weren't aware of

2       carrier traps.  Correct?

3                     MR. GIARRATANA:  Objection to the form.

4                     THE WITNESS:  I don't recall

5               affirmatively making that statement in my

6               opening report.

7       BY MR. AUERBACH:

8           Q    Okay.

9                     MR. AUERBACH:  Mark this PX11 and 12.

10                        (Exhibit PX11:

11                  Marked for identification.)

12

13                        (Exhibit PX12:

14                  Marked for identification.)

15      BY MR. AUERBACH:

16          Q    I have just handed you what the court

17      reporter has marked as PX11 and PX12.  Do you

18      recognize PX11?

19          A    Appears to be the 225 patent.

20          Q    Okay.  Do you recognize PX12?

21          A    It looks like my reply expert report.

22          Q    As we talked about earlier, you understand

23      that the October 4, 2023 date on the first page of

24      PX12 is meant to be October 5, 2023.  Correct?

25          A    I signed it on the 5th, yes.

Page 105

1          Q    And the, on page -- on page 21 of your reply
2      expert report, that is your signature?
3          A    Yes.
4               Turning to paragraph 28 of your reply
5               report, line 17, you state, "I have been,"
6               quote, aware, unquote, "of carrier traps for
7               many years and I have publications on
8               measuring the transport ofCHAIR ARBITRATOR
9               LEONARDO:  single electrons through quantum
10              dots which, as Professor DenBaars explains,"
11              paren, though the 225 patent does not, end
12              paren, "are a type of carrier trap."  Do you
13              see that.
14         A    I do.
15         Q    You see in paragraph 9 of your reply report
16     that there is a reference to figure 6 of the 225
17     patent starting on line 24?
18              MR. GIARRATANA:  Paragraph 9, page --
19              MR. AUERBACH:  Right.  Strike that.
20     BY MR. AUERBACH:
21         Q    You see in paragraph 29 that there is
22     reference to figure 6 of the 225 patent?
23         A    I see that.
24         Q    Okay.  You didn't discuss figure 6 of the 225
25     patent in your opening report.  Correct?

```
                                                    Page 106
 1              MR. GIARRATANA:  Objection to the form.
 2              THE WITNESS:  While I didn't discuss it
 3         explicitly, I did write in paragraph 91 of my
 4         opening report I reviewed the specification
 5         of the 225 patent for corresponding
 6         structure, slash, materials.
 7              However, I could not locate nor could a
 8         POSITA locate any structure described in the
 9         specification that is sufficient to trap
10         carriers.
11              As exemplified in the preceding
12         paragraph, the specification, for the most
13         part, describes the carrier trap by the
14         function it performs and not its structure.
15    BY MR. AUERBACH:
16         Q   In paragraph 31 of your reply report you
17    state starting on line -- sorry -- you state starting
18    on line 8, "One cannot discern from figure 6 how many
19    carrier trap portions are shown in the figure."  See
20    that?
21         A   I do.
22         Q   It's your opinion you can't identify the
23    individual carrier trap portions in figure 6 of the
24    225 patent?
25         A   Well, my opinion is substantiated by in fact
```

1    what Professor DenBaars provided in the article from

2    Joffe that as I elaborate in my reply report, and my

3    opinion only further supports my originally expressed

4    opinion that just because there are dark sections in

5    figure 6 does not immediately inform one skilled in

6    the art how many of those dark sections, if any,

7    function as carrier traps.

8          So that is why I said in line 8 of my

9    paragraph 31, "The patent does not state and one

10   cannot discern from figure 6 how many carrier trap

11   portions are shown in the figure."

12        Q   You cannot identify the individual carrier

13   trap portions in figure 6 of the 225 patent; is that

14   right?

15        A   I can count dark spots.  But it's my opinion

16   that one skilled in the art, at least because not all

17   the dark spots are even dimensioned, for example, the

18   right-most one, and a portion of the third dark spot

19   from the left, that at least indicates, in my opinion,

20   to one of skill that these are dark spots but not that

21   they are necessarily functioning as carrier traps.  Or

22   that any subset of them does.  It's not clear to one

23   who is skilled.

24        Q   Figure 6 is, as you say, the figure 6 shows a

25   carrier trap cluster.  Correct?

Page 108

1           MR. GIARRATANA:  Objection to the form.

2           THE WITNESS:  That is how I quote

3       Professor DenBaars.  And I also refer to

4       column 3 of the 225 patent, lines 19 through

5       21, where it says it's an APT or tomic probe

6       tomography image of a multiquantum well, MQW,

7       having a carrier trap cluster according to

8       another embodiment of the present invention.

9           So it says carrier trap cluster.

10          Importantly, as I state in paragraph 31

11      of my reply, one cannot discern from figure 6

12      how many carrier trap portions are shown in

13      the figure.

14  BY MR. AUERBACH:

15      Q   But you agree that there are some amount of

16  carrier trap portions depicted in figure 6 of the 225

17  patent?

18      A   It's my opinion that the term carrier trap

19  portion is understood by one skilled in the art as a

20  means plus function term where the term "portion" is a

21  nonce word such that it is otherwise read as portion

22  to trap carriers, so carrier trap here is functional

23  language and not structural.

24          I don't think you answered my question.  You

25  agree that there are some amounts of carrier trap

Page 109

1       portions depicted in figure 6 of the 225 patent.

2       Right?

3                      MR. GIARRATANA:  Object to the form.

4                      THE WITNESS:  The patent describes

5                 figure 6 as an APT image of a multiquantum

6                 well MQW having a carrier trap cluster.

7                      It does not say carrier trap portion.

8                      And moreover --

9       BY MR. AUERBACH:

10          Q    Let's go --

11                     MR. GIARRATANA:  Let him finish, please.

12                     MR. AUERBACH:  No.  We don't need to

13                have a speech.

14                     MR. GIARRATANA:  He's not finished

15                answering.  He is not giving a speech.  He

16                has not done that at all today.

17                     You are entitled to finish your answer,

18                Dr. van der Weide.

19                     THE WITNESS:  Moreover, in column 4 of

20                the 225 patent, starting on line 40, it says

21                clearly to one of skill in the art, "Herein,

22                the carrier trap portion 27 refers to a

23                structure capable of using carriers which can

24                be trapped and lost by the dislocations.

25                     "Such a structure is not limited to a

Page 110

```
 1              physical shape."
 2                   In other words, according to embodiments
 3              of the invention, the carrier trap portion 27
 4              may be a physical shape or a quantum
 5              mechanical energy state capable of
 6              efficiently using the carriers which can be
 7              trapped and lost by the dislocations."
 8                   So it's, again, described as a
 9              functional limitation.  And in my opinion
10              there is insufficient structure disclosed in
11              the specification so that the term is
12              indefinite.
13       BY MR. AUERBACH:
14            Q    Okay. You just testified that the patent
15       describes figure 6 as an APT image of a multiquantum
16       well having a carrier trap cluster.  It does not say
17       carrier trap.  Remember saying that?
18                      MR. GIARRATANA:  Object to the form.
19                      MR. AUERBACH:  Or you talked about
20              column 4?
21                      MR. GIARRATANA:  Objection to the form.
22              Go ahead.
23                      THE WITNESS:  I said carrier trap
24              portion.
25       BY MR. AUERBACH:
```

1          Q    Right.  And so, your testimony was that

2     figure 6 is not described as showing carrier trap

3     portions; is that right?

4          A    It's not how it's described.

5          Q    Okay.  Let's turn to page -- let's turn to

6     column five of the 225 patent, line 51.

7               It says -- line 51 starts, quote, According

8     to another embodiment, the multiquantum well structure

9     17 may further include a carrier trap cluster that is

10    formed by clustering at least two carrier trap

11    portions 27 described above.

12               This configuration is clearly shown in the

13    dotted part of figure 5 or in figure 6.  You see that?

14         A    I see that.

15         Q    Here the 225 patent is stating that figure 6

16    is depicting carrier trap portions.  Correct?

17                    MR. GIARRATANA:  Objection to the form.

18                    THE WITNESS:  I see the words on the

19               page, but I also see that in line 53, for

20               example, it says -- or just above in 52, may

21               further include permissive language a carrier

22               trap cluster that is formed by clustering at

23               least two carrier trap portions 27 described

24               above.

25                    So it doesn't enumerate what it

1              contemplates as carrier trap portions,

2              despite having ample opportunity to do so as

3              it refers to figure 6.

4                   So I stand by my opinion that one of

5              skill is not informed as to what, in fact, is

6              a carrier trap portion.

7     BY MR. AUERBACH:

8         Q    You would agree that the 225 patent discloses

9     that figure 6 depicts a carrier trap cluster.

10    Correct?

11                   MR. GIARRATANA:  Object to the form.  Go

12             ahead.

13                   THE WITNESS:  I agree because it's, as I

14             previously testified, that is what it says in

15             column 3, lines 19 through 21.

16    BY MR. AUERBACH:

17        Q    And the 225 patent also states that the

18    configuration of a carrier trap cluster formed by

19    clustering at least two carrier trap portions 27 is,

20    quote, clearly shown in a dotted part of figure 5 or

21    in figure 6.  Correct?

22                   MR. GIARRATANA:  Object to the form.

23                   THE WITNESS:  It says that the

24             multiquantum well structure 17 may further

25             include a carrier trap cluster that is formed

1                 by clustering at least two carrier trap

2                 portions 27 described above.

3       BY MR. AUERBACH:

4            Q    All right.  Then the 225 patent says, "This

5       configuration is clearly shown in a dotted part of

6       figure 5 or in figure 6."  Correct?

7            A    It does say that.

8            Q    You would agree though figure 6 depicts at

9       least one carrier trap portion.  Correct?

10                     MR. GIARRATANA:  Object to the form.

11                     THE WITNESS:  It's in reference to a

12                 configuration, and my opinion is that carrier

13                 trap portion is a means-plus-function term.

14                     And I have already stated that one of

15                 skill is not informed by the patent or for

16                 that matter figure 6 as to at least how many

17                 carrier traps are present in the depiction in

18                 figure 6.

19                     So it's not clear at all what functions

20                 as a carrier trap based on this structure,

21                 such as it is, disclosed in figure 6.

22       BY MR. AUERBACH:

23            Q    So, you don't agree that figure 6 discloses,

24       depicts -- strike that.

25                     You don't agree that figure 6 of the 225

Page 114

1      patent depicts at least one carrier trap portion; is

2      that your testimony?

3           A    I think that needs to be understood in light

4      of the patent's own words in column four that I

5      already read into the record, which state in part,

6      starting at line 42, "Such a structure is not limited

7      to a physical shape.

8                In other words, according to embodiments of

9      the invention, the carrier trap portion 27 may be a

10     physical shape or a quantum mechanical energy state

11     capable of efficiently using the carriers which can be

12     trapped and lost by the dislocations.

13                So although the citation in column five

14     speaks to a carrier trap cluster, first of all, it

15     uses permissive language.

16                It says it may further include a carrier trap

17     cluster that is formed by clustering at least two

18     carrier trap portions 27.  It does not adequately

19     inform one of skill in the art as to what the

20     dimensions of a structure that it contemplates is

21     capable of performing the function of trapping

22     carriers would be.

23                It lists a set of dimensions.  It dimensions

24     four different shapes, none of which has a regular

25     structure and does not adequately point out to one of

Page 115

1    skill in the art which, if any of these, performs the

2    function of trapping carriers.

3        Q   You would agree that figure 6 provides

4    measurements of what you call the dark areas.

5    Correct?

6        A   I'd agree that it superimposes double-headed

7    arrows with dimensions and nanometers on some of the

8    dark portions of the APT image of figure 6.

9        Q   You can turn to column five of the 225

10   patent, line 41, the patent states, "The carrier trap

11   portion 27 may have a size of 1 to 10 nanometers.

12           Alternatively if the carrier trap portion 27

13   may have a size of two to five nanometers.   Correct?

14       A   That is what it says.

15       Q   A POSA would understand from this disclosure

16   in figure 6 that there are four carrier trap portions

17   depicted in the figure with explicit measurements.

18   Correct?

19               MR. GIARRATANA:   Objection to the form.

20               THE WITNESS:   Well, as I previously

21               testified, none of these, none of the shapes

22               in figure 6 is a regular shape such as a

23               circle that could be adequately described by

24               a single dimension such as a diameter.

25               So, I stand by my opinion that that

                                                        Page 116

1                disclosure in column five, 41 through 43, not
2                only uses permissive language with relatively
3                wide ranges of dimensions but only quotes the
4                single dimension for what is clearly a
5                multidimensional shape depicted in figure 6.
6       BY MR. AUERBACH:
7            Q    Let's turn back to PX3, please, which is, I
8       think, right there, under -- there (indicating), your
9       list of -- testimony?
10           A    Yes.
11           Q    Okay.  Can you tell me at a high level what
12      the nature of the technology is in the first case you
13      list here in your list of prior testimony, the Digi,
14      D-i-g-i, International case.
15           A    It deals with wireless communications via
16      cellular modems.
17           Q    In the case under that, which is an ITC case,
18      what is the subject matter of that litigation?
19           A    It's related to what I described in my work
20      with NFI.
21           Q    That would be Near-Field Imaging?
22           A    Correct.
23           Q    Further down is the case Canfield Scientific
24      versus Quantificare.  See that?
25           A    Yes.

1      Q    It looks like there are three IPRs between

2   those parties.  Right?

3      A    That is correct.

4      Q    Okay.  And what is the technical area

5   involved in those IPRs?

6      A    That had to do with medical imaging.

7      Q    Were you an expert in those IPRs?

8      A    Yes.

9      Q    And were you an expert in those IPRs?

10      A    Yes.

11      Q    Were you an expert for the, you were an

12   expert for the patent owner; is that right?

13      A    Yes.

14      Q    What law firm did you work for, work with, in

15   those IPRs?

16      A    McCarter and English.

17      Q    Do you know which lawyers you worked with in

18   those IPRs?

19      A    The same attorneys that I am working with in

20   this matter.

21      Q    Okay.  Are those IPRs still ongoing?

22      A    I am not aware of their current status.

23      Q    Two cases below the Canfield Quanticare IPRs

24   are the NXP Impinj disputes that we talked about

25   earlier.  Right?

```
                                                    Page 118
 1          A    That is correct.
 2          Q    Remind me again of the general technical area
 3     of those litigations.
 4          A    That is ultra high frequency RFID.
 5          Q    Turn to -- not the -- turn to the two pages
 6     ahead.  The one on top that says "cardiovascular
 7     systems versus Shockwave Medical"; do you see that?
 8          A    Yes.
 9          Q    Okay.  And about five down there's a Canfield
10     Scientific versus Milanoscan, IPR; do you see that?
11          A    Yes.
12          Q    What was the technical subject matter of that
13     case?
14          A    Again, medical imaging.
15          Q    Excuse me.  And which law firm did you work
16     with on that IPR?
17          A    McCarter and English.
18          Q    Which attorneys at McCarter & English did you
19     work with?
20          A    Same ones.
21          Q    The same ones you are working with now in
22     this matter?
23          A    That is correct.
24               MR. AUERBACH:  I don't have any more
25          questions at the moment.
```

```
                                              Page 119
 1                  MR. GIARRATANA:  Okay.  Why don't we
 2             take a break.  I think I am going to have a
 3             short examination.
 4                  VIDEOGRAPHER:  Going off the record.
 5             The time is 3:51.
 6
 7      (Whereupon, a recess was taken from 3:51 o'clock
 8                 p.m. until 3:58 o'clock p.m.)
 9
10                  VIDEOGRAPHER:  One second, please.
11                  Back on the record.  The time is 3:58.
12
13                    CROSS EXAMINATION
14
15     BY MR. GIARRATANA:
16          Q   Dr. van der Weide, you testified earlier that
17     you have experience regarding compound semiconductor
18     devices?
19          A   Yes.
20          Q   Okay.  What is a compound semiconductors?
21          A   Well, compound semiconductors are materials
22     that are formed of at least two different species
23     typically from different complimentary columns of the
24     periodic table.
25                  For example, gallium and arsenide, and are
```

1    used in applications that involve manipulation,

2    whether absorption or emission of light or just very

3    high speed electronics.

4              So, devices made on compound semiconductors

5    include two terminal devices such as diodes and three

6    terminal devices such as transistors.

7        Q    Okay.  So, is a compound semiconductor device

8    a device that's made out of compound semiconductor or

9    compound semiconductor material?

10       A    That is correct.

11       Q    What is -- I think you explained this, but

12   what is a compound semiconductor material?

13       A    As I tried to explain previously, it's a

14   material that is comprised of two, at least two

15   different species, such as gallium nitride, for

16   example.

17             So, it is formed on a crystalline structure

18   that is comprised of at least two, if not more,

19   different species.

20       Q    Can you provide a general description of your

21   experience involving compound semiconductor devices

22   beyond what you already testified to today?

23             Let me rephrase that.  Can you provide more

24   detail about your experience regarding compound

25   semiconductor devices beyond what you already

Page 121

1    testified to today?

2         A    I listed and enumerated a number of the

3    publications that have resulted from work that I have

4    done on devices and circuits that are realized on,

5    fabricated on compound semiconductors such as gallium

6    arsenide.

7              And I have worked with compound

8    semiconductors that have multiple quantum wells such

9    as aluminum gallium arsenide, gallium arsenide,

10   quantum well structures for the purpose of confining

11   carriers to less than three dimensions.

12             And those include structures that are often

13   referred to as single electron transisters.

14             In other words, quantum dots that are

15   effectively zero dimensional structures that confine

16   electrons to or carriers in general, if you will, but

17   generally electrons to such confined dimensions that

18   the energy to add an additional electron to the

19   structure is significant.

20             So the realization of structures like this

21   involves many of the same principles that are common

22   to light emitting structures such as diodes or lasers,

23   as well as light detecting structures such as

24   photodiodes and photodetectors.

25        Q    Does your experience regarding compound

1    semiconductors, has it involved the design of compound

2    semiconductor devices?

3                    MR. AUERBACH:  Objection.  Leading.

4                    THE WITNESS:  Yes.  I mean that is what

5              the work I have done has involved.  It's not

6              only using materials and specifying materials

7              growth parameters, but also designing, laying

8              out, and fabricating devices in a clean room

9              and then subsequently testing them.

10                   COURT REPORTER:  And then what?

11                   THE WITNESS: Subsequently testing them.

12   BY MR. GIARRATANA:

13       Q   So you have experience designing compound

14   semiconductor devices; is that fair?

15                   MR. AUERBACH:  Objection.  Leading.

16                   THE WITNESS:  Yes.

17   BY MR. GIARRATANA:

18       Q   Is it fair to say you have experienced

19   fabricating compound semiconductor devices?

20                   MR. AUERBACH:  Objection.  Leading.

21                   THE WITNESS:  Yes.

22   BY MR. GIARRATANA:

23       Q   Is it fair to say you have experienced

24   testing compound semiconductor devices?

25                   MR. AUERBACH:  Objection.  Leading.

```
                                              Page 123
```

 1                    THE WITNESS:  Yes.
 2       BY MR. GIARRATANA:
 3            Q    Approximately how long have you been involved
 4       with the design, fabrication, and testing of compound
 5       semiconductor devices?
 6            A    Since I started my work at Watkins-Johnson
 7       Company prior to entering graduate school at Stanford.
 8       So that would have been 1989.
 9            Q    Do you consider yourself an expert in the
10       fields of design, fabrication, and testing of compound
11       semiconductor devices?
12                    MR. AUERBACH:  Objection.  Leading.
13                    THE WITNESS:  Yes.
14       BY MR. GIARRATANA:
15            Q    Why?
16            A    Because I have substantial industry
17       experience; because I have substantial research
18       experience, including many publications in different
19       journals, as well as research with different groups in
20       different environments; because I have performed
21       analysis and disassembly and testing of light emitting
22       diodes, and because I teach some of these principles
23       in the context of my high frequency circuits courses.
24            Q    What types of compound semiconductors do you
25       have experience with?

                                                    Page 124

1        A    I have direct experience with gallium

2    arsenide and aluminum gallium arsenide materials

3    primarily.  Also silicon germanium which is another

4    form of a compound semiconductor.

5             And other material systems that are used for

6    photodetectors such as indium aluminum arsenide,

7    indium arsenide, indium gallium arsenide, and as I

8    have previously testified, in work with the Gupta and

9    Pasayat group in proposals for gallium nitride

10   devices.

11       Q   So I think you have just generally described

12   the types of compound semiconductors that you worked

13   with.  How about the types of compound semiconductor

14   devices that you have experience with or had

15   experience with?

16             MR. AUERBACH:  Objection to form.

17             Leading.

18             THE WITNESS:  Many of my publications

19             are using two terminal devices, diodes and

20             either using those diodes in forward bias or

21             in reverse bias as voltage variable

22             capacitors for electrical purposes to create

23             and measure extremely short pulses.

24             In fact, I hold the world record for the

25             shortest electronically generated and

1           measured pulses on compound semiconductor

2           circuits that I, myself, designed and

3           fabricated and tested.

4     BY MR. AUERBACH:

5           Q    What is a diode?

6           A    A diode is a two-terminal device formed of a

7     junction between two dissimilar materials.   One is

8     called an anode and one is called a cathode.

9           A diode typically is regarded as a -- from an

10    electrical perspective, as a one-way valve for the

11    flow of electricity.

12          Q    Have you worked with diodes that are compound

13    semiconductor devices?

14          A    Yes.   That's the essence of the work that I

15    have done in diode structures that are used for pulse

16    generation, voltage sampling and photodetection, all

17    of which use compound semiconductors and associated

18    technologies and techniques.

19          Q    Can you give me an example of a type of diode

20    that would be a compound semiconductor device?

21          A    Well, light emitting diode is a compound

22    semiconductor device.   A laser diode is a compound

23    semiconductor device.

24          The distinction between those two is that the

25    laser diode is, has a cavity surrounding it so that it

Page 126

1    emits a coherent, essentially single-frequency or

2    narrow line width beam of light, whereas, a light

3    emitting diode does not have a coherent emission.

4         Q   What is a coherent admission (sic)?  I am

5    sorry.  What is a coherent emission?

6         A   Coherent means that the phases of the photons

7    being emitted are all synchronous, and as opposed to

8    an incoherent emission, for example, from a light

9    emitting diode which emits photons with random phase.

10        Q   We have used the term light

11   emitting diodes -- strike that.

12            We've heard the term mentioned many times

13   today LED.  Is a LED an acronym for light emitting

14   diodes?

15        A   Yes.

16        Q   Have you worked with these types of laser

17   diodes that you described?

18        A   Yes.

19        Q   And those laser diodes, are those compound

20   semiconductors that emit light?

21        A   Yes.

22        Q   And I think you may have said this, but did

23   you previously testify that a LED or a light emitting

24   diode is a compound semiconductor device?

25        A   Yes.

```
                                                    Page 127
```

1          Q    And why, briefly, is a LED a compound

2     semiconductor device?

3          A    Well, many compound semiconductors have what

4     are called direct band gaps.  In other words, the

5     emission of a photon can be accomplished without an

6     associated phonon.  Such as in an indirect band gap

7     device such as silicon, for example.

8               So compound semiconductors such as gallium

9     nitride are widely used in light emitting structures,

10    because they can be structured to efficiently emit

11    photons on injection of carriers into their active

12    regions.

13         Q    What are some examples of compound

14    semiconductors that are used to fabricate LEDs?

15         A    Well, many of the patents in this matter

16    enumerate those kinds of materials.  But depending on

17    the type of structure sought, whether an active layer

18    or barrier layer, gallium nitride, aluminum gallium

19    nitride, indium gallium nitride, and other related

20    compounds can be used.

21         Q    So, do you have experience in the design and

22    fabrication and testing of those type of structures?

23               MR. AUERBACH:  Objection.  Form.

24               THE WITNESS:  Yes.

25

1    BY MR. GIARRATANA:

2         Q    And I think you mentioned, when I say "those

3    types of structures" quantum wells?

4         A    Yes.

5         Q    How about barrier layers?

6         A    Yes.

7         Q    How about super lattices?

8         A    Yes.

9         Q    How about N-type semiconductor materials?

10                  MR. AUERBACH:  Objection.  Form.

11                  THE WITNESS:  Yes.

12   BY MR. GIARRATANA:

13        Q    How about P-type semiconductor materials?

14                  MR. AUERBACH:  Same objection.

15                  THE WITNESS:  Yes.

16   BY MR. GIARRATANA:

17        Q    You have experience with all those types of

18   semiconductor material structures that I just

19   mentioned to you; is that fair?

20                  MR. AUERBACH:  Objection.  Form.

21            Leading.

22                  THE WITNESS:  I do.

23   BY MR. GIARRATANA:

24        Q    I think you mentioned earlier today that you

25   testified in a case that involved light emitting

Page 129

1    diodes; is that fair?

2         A    I didn't provide oral testimony, but I did

3    provide a written report.

4         Q    Okay.  And did that case involve any of the

5    types of structures that we just mentioned?

6                    MR. AUERBACH:  Objection.

7                    MR. GIARRATANA:  Semiconductor

8             structures?  I apologize.

9                    MR. AUERBACH:  Objection.  Form.

10                   THE WITNESS:  Yes.

11   BY MR. GIARRATANA:

12        Q    Which ones?

13        A    Those were blue light emitting diodes.  So

14   they involved the materials and material structures

15   and packaging as well as lenses that have all been

16   recited in various of the patents that I read

17   regarding this case.

18        Q    Okay.  You were a technical expert in that

19   case?

20        A    That is correct.

21        Q    Does your experience and expertise with

22   compound semiconductor devices apply to LEDs.

23                   MR. AUERBACH:  Objection.  Leading.

24                   THE WITNESS:  Yes.

25

Page 130

1      BY MR. GIARRATANA:

2          Q    Why is that the case?

3                    MR. AUERBACH:   Same objection.

4                    THE WITNESS:   Because LEDs, as one of

5               skill understands, are formed on compound

6               semiconductors using various growth

7               techniques and layer designs, as well as

8               contacts for injection of carriers and

9               removal of carriers.

10                   They also involve fabrication techniques

11              that are generally common across many

12              fabrication strategies for compound

13              semiconductors which I have experience with.

14                   And so, in general, LEDs fall within the

15              broad categories of expertise that I have in

16              compound semiconductor devices.

17     BY MR. GIARRATANA:

18         Q    Is it fair to characterize the field of LEDs

19     as being a subset of the general field of compound

20     semiconductors devices?

21                   MR. AUERBACH:   Objection.   Leading.

22                   THE WITNESS:   To the extent that LEDs

23              are devices that are formed and fabricated in

24              compound semiconductors the answer is yes.

25

Page 131

1    BY MR. GIARRATANA:

2        Q   Okay.  How would you characterize -- you have

3    defined -- you provided in this case a definition of

4    the level of ordinary skill in the art; do you recall

5    that?

6        A   Yes.

7        Q   How would you characterize your education,

8    experience relative to that person of ordinary skill

9    in the art as you defined it?

10       A   I have greater than ordinary skill in the art

11   as I define it, and I also have taught students who I

12   would consider to be persons of ordinary skill in the

13   art as I have defined it.

14                MR. GIARRATANA:  I have nothing further

15           at this time.

16

17

18

19

20

21

22

23

24

25

```
                                                      Page 132

 1                    REDIRECT EXAMINATION

 2

 3      BY MR. AUERBACH:

 4           Q    Briefly, let's turn to your opening report,

 5      paragraph 28.  Let me know when you are there.

 6           A    I am there.

 7           Q    You were just asked some questions about your

 8      definition of a person of ordinary skill in the art;

 9      do you recall that?

10           A    Yes.

11           Q    In paragraph 28 of your opening report you

12      are opining on what your definition of the person of

13      ordinary skill in the art is.  Correct?

14           A    That is correct.

15           Q    And you list requirements for that person in

16      terms of educational requirements.  Correct?

17           A    Yes.

18           Q    You also list requirements in terms of

19      experience.  Correct?

20           A    I do.

21           Q    And the experience that you provide is,

22      quote, experience in the research, design and/or

23      fabrication of LEDs.  Correct?

24           A    Yes.

25           Q    You testified a little while ago that you had
```

Page 133

1    experience in the analysis, disassembly and testing of

2    LEDs; do you recall that?

3          A    Yes.

4          Q    That was in the context of your litigation

5    consulting for Kerr; is that correct?

6          A    Yes.

7          Q    You testified that you had experience with

8    gallium arsenide.  Correct?

9          A    Yes.

10         Q    You also testified that you had experience

11   with silicon germanium.  Correct?

12         A    As a compound semiconductor, yes.

13         Q    You don't have any experience with gallium

14   nitride based compound semiconductors.  Correct?

15         A    I have not fabricated a device on gallium

16   nitride.  That doesn't mean that I don't understand

17   the material system sufficiently to appreciate its

18   challenges.

19                   MR. AUERBACH:  That is all my questions.

20                   Do you have anything else?

21                   MR. GIARRATANA:  Maybe one or two.

22

23

24

25

1                    RECROSS EXAMINATION

2

3     BY MR. GIARRATANA:

4          Q    Dr. van der Weide, if we could turn back to

5     paragraph 28 of PX2 which is your opening report, and

6     specifically lines 12, 14, where you indicated that

7     the level of skill would include about three to five

8     years experience in research, design and/or

9     fabrication of LEDs; see that?

10         A    I do.

11         Q    And I believe you previously testified that

12    LEDs are a subset of the field of compound

13    semiconductor devices; is that fair?

14                   MR. AUERBACH:  Objection.  Leading.

15                   THE WITNESS:  That is correct.

16    BY MR. GIARRATANA:

17         Q    Okay.  How does your level of experience in

18    the research, design and fabrication of compound

19    semiconductors devices compare to the three-to-five

20    years of experience identified in your definition of

21    the person of ordinary skill in the art.

22                   MR. AUERBACH:  Objection.  Leading.

23                   THE WITNESS:  Well, to be more precise,

24         I am proposing two alternatives for a POSIDA.

25         One with a Bachelors degree and about

1           three-to-five years of experience in the

2           research, design and/or fabrication of LEDs,

3           or alternatively, a Master's degree in

4           chemical engineering, materials engineering,

5           electrical engineering or similar scientific

6           or engineering degree with a corresponding

7           lesser amount of experience in research,

8           design and/or fabrication of LEDs.

9               In my opinion I meet at least the

10          threshold of the Masters Degree with a lesser

11          amount of experience, if not the greater

12          amount of experience associated with the

13          Bachelors Degree.

14              And, of course, I have a Ph.D. degree.

15     BY MR. GIARRATANA:

16          Q    And how many years of experience do you have

17     in the research, design and/or fabrication of compound

18     semiconductor devices?

19          A    As I previously testified, I got started

20     using and designing and building compound

21     semiconductors devices when I joined Watkins-Johnson

22     company in the summer of 1989, and continued my work

23     at Stamford in nonlinear transmission lines, as well

24     as use of lasers in that laboratory at that time.

25          Q    And have you regularly been involved in the

                                              Page 136

1    research, design and/or fabrication of compound

2    semiconductor devices since that time?

3                    MR. AUERBACH:  I'm going to object as

4              outside the scope of my recross examination.

5                    THE WITNESS:  Yes.

6    BY MR. GIARRATANA:

7         Q   A LED is a type of compound semiconductor

8    device; is that fair.

9                    MR. AUERBACH:  I make the same

10             objection.

11                   Also asked and answered.

12                   THE WITNESS:  I agree.

13   BY MR. GIARRATANA:

14        Q   Okay.  Thank you.

15                   MR. AUERBACH:  Before we go off the

16             record I just wanted to note two things.

17                   As we talked about earlier, Dr. van der

18             Weide has brought a copy of the Exhibit B,

19             the disputed claim constructions chart with

20             him to the deposition today and it has

21             markings on it.

22                   We asked that that document be retained

23             until we review the issue further, and that

24             it not be destroyed.

25                   MR. GIARRATANA:  Understood.

1          MR. AUERBACH:  My other, the other thing

2     I want to note is we have received Dr. van

3     der Weide's reply expert report, one business

4     day before the deposition, this deposition,

5     at a time when counsel for the defendant knew

6     that we did not have access to our expert due

7     to a medical condition.

8          We have done the best to prepare for

9     this deposition based on that report without

10     consulting our expert.

11          But once he becomes available to review

12     we may seek additional time for this

13     deposition based on his input.

14          Other than that I have no further

15     questions today.

16          MR. GIARRATANA:  I have a brief

17     response.  With respect to Dr. van der

18     Weide's responsive report, first of all, we

19     did not know when we scheduled this

20     deposition that you had planned to submit a

21     second declaration from Professor DenBaars.

22          And when we received Professor DenBaars'

23     second declaration approximately two weeks

24     after his first deposition and after this

25     deposition was scheduled we immediately set

1          about reviewing it and considering whether or

2          not we should submit, with Dr. van der Weide,

3          a responsive report, and that was done within

4          one week.

5               So, we were extremely diligent, despite

6          not being aware you planned to submit that to

7          us, in getting you a response to the report

8          several days in advance of the deposition

9          today so that you would have an opportunity

10         to review it and examine him on it today,

11         which you have taken advantage of and done.

12              Now with respect to your assertion we

13         were not aware or that we were aware that you

14         do not have access to Professor DanBaars or

15         did not have access to him prior to this

16         deposition, that's not something we are aware

17         of.

18              We understand that he may have been

19         undergoing or will be undergoing a medical

20         procedure, but we have no knowledge with

21         respect to or did not have any knowledge with

22         respect to your access to him.

23              And quite frankly, that did not enter

24         into our thinking.  We simply acted as

25         diligently and as quickly as we could to get

Page 139

1           you a responsive report sufficiently in

2           advance of this deposition so you would have

3           the time to consider it and examine Dr. van

4           der Weide on that, and I believe you did have

5           that opportunity.

6                MR. AUERBACH:  I will disagree with the

7           timing as sufficient time, but that is an

8           issue for another day.  And I think unless

9           you have something to add after that I think

10          we can go off the record.

11               And I thank you, Dr. van der Weide.  for

12          your time today.

13               MR. GIARRATANA:  Very good.

14               VIDEOGRAPHER:  Going off the record.

15          The time is 4:26.

16

17               (Whereupon, the deposition was

18                  concluded at 4:26 p.m.)

19

20

21

22

23

24

25

1                              JURAT

2              I, DR. DANIEL VAN DER WEIDE, do hereby

3       certify that the foregoing testimony given by me on

4       October 9, 2023 is true and accurate, including any

5       corrections noted on the corrections page, to the

6       best of my knowledge and belief.

7

8

9

                          _____

10                        DR. DANIEL VAN DER WEIDE

11             At _____ in said County of

12      _____, this _____ day of

13      _____, 2023 personally appeared DR. DANIEL VAN

14      DER WEIDE, and he made an oath to the truth of the

15      foregoing corrections by him subscribed.

16

17

18      Before me, _____ Notary Public.

19      My Commission expires: _____

20

21

22

23

24

25

Page 141

1                    TRANSCRIPT CORRECTIONS

2                    REPORTER:   JENNY EBNER

3     CASE STYLE:   SEOUL SEMICONDUCTOR, CO., LTD and SEOUL

4     VIOSYS CO., LTD. VS FINELITE, INC.,

5     and FINELITE, INC., VS SAMSUNG SEMICONDUCTOR, INC.

6

      PAGE LINE   CORRECTION              REASON

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21

22            _____

              DR. DANIEL VAN DER WEIDE

23

              DATE:_____

24

25

Page 142

```
1              STATE OF CONNECTICUT
2         I, JENNY C. EBNER, a Registered Professional
   Reporter/Commissioner within and for the State of
3  Connecticut, do hereby certify that pursuant to Notice
   I took the deposition of DR. DANIEL VAN DER WEIDE, on
4  October 9, 2023, at the offices of McCarter and
   English, 185 Asylum Street, Hartford, Connecticut.
5
           I further certify that the above named
6  deponent was by me first duly sworn to testify to the
   truth and nothing but the truth concerning his
7  knowledge in the matter of the case of SEOUL
   SEMICONDUCTOR, CO., LTD and SEOUL VIOSYS CO., LTD. VS
8  FINELITE, INC., and FINELITE, INC., VS SAMSUNG
   SEMICONDUCTOR, INC. now pending in the United States
9  District Court Northern District of California.
10         I further certify that the within testimony
   was taken by me stenographically and reduced to
11 typewritten form under my direction by means of
   COMPUTER ASSISTED TRANSCRIPTION; and I further certify
12 that said deposition is a true record of the testimony
   given by said witness.
13
           I further certify that I am neither counsel
14 for, related to, nor employed by any of the parties to
   the action in which this deposition was taken; and
15 further, that I am not a relative or employee of any
   attorney or counsel employed by the parties hereto,
16 nor financially or otherwise interested in the outcome
   of the action.
17
      WITNESS my hand and seal this 31st day of
18 October, 2023.
19
20
21         Jenny C. Ebner, RPR, CSR, CLR,
22
   Certified Connecticut Reporter Number:  00030
23 Notary Expires:  12/31/26
24
25
```

Page 143

1    Mark D. Giarratana, Esq.

2    mgiarratana@mccarter.com

3                        October 31, 2023

4    RE: Seoul Semiconductor Co. v. Finelite Inc.

5         10/9/2023, Daniel van der Weide (#6137207)

6         The above-referenced transcript is available for

7    review.

8         Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-ny@veritext.com.

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19      If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

[& - 27]                                                                    Page 1

**&**

**&**   2:9 118:18

**0**

**00030**   1:24
142:22
**00054929**   90:18
**00054983**   88:10
**009215**   76:9
**009217**   75:6
**009227**   77:9
**02869**   1:3
**06106**   2:10
**069**   3:12 79:2,6

**1**

**1**   3:13 27:8,14
28:22,22 33:16
33:16 88:5,7
115:11
**10**   68:21 74:6
75:11,12 78:16
82:20 99:25
115:11
**10/31/23**   1:23
**10/9/2023**
143:5
**10001**   2:4
**104**   3:14,14
**106**   60:24
64:25
**10:00**   1:20
**10:30**   3:16 5:1
5:8 10:11
**11**   73:18 75:12
76:20 83:4

**110**   38:14
**119**   3:5,19
**11:25**   17:22
**11:34**   3:17 41:7
41:9
**11:57**   3:17
41:10 42:3
**12**   104:9 134:6
**12/31/26**
142:23
**12:57**   3:17 72:8
72:12
**13**   46:19 53:21
95:23
**132**   3:5
**134**   3:6
**139**   3:19
**14**   28:23 43:6
44:9 45:13
60:18 61:2
66:25 80:3
134:6
**14th**   18:15
**15**   43:20 48:25
**1550**   20:8
**16**   53:18 66:7
77:23 85:15
**17**   65:19 83:16
95:20 105:5
111:9 112:24
**18**   80:12 84:16
93:12 97:20,21
**185**   1:21 2:10
142:4

**18978**   142:21
**18th**   78:16
**19**   29:11 108:4
112:15
**1987**   45:17,20
**1988**   45:17,23
45:25
**1989**   123:8
135:22
**1991**   61:4,10
**1995**   32:6 35:4
103:17
**1998**   35:4
45:22
**19th**   2:4 78:17
**1:53**   3:18 73:2
73:5

**2**

**2**   44:21 66:24
90:14,14 95:20
**20**   87:7 97:22
**2000s**   70:4
**2002**   61:5
64:19
**2007**   65:6
**2011**   21:7
59:11
**20123**   5:7
**2016**   32:7 57:2
59:15
**2020**   33:1
**2021**   33:1
**2022**   61:7,11
**2023**   1:19 3:1
17:20,22,25

18:15 29:5,7
29:12 37:22
66:25 88:7
90:16 104:23
104:24 140:4
140:13 142:4
142:18 143:3
**21**   61:2 62:8
89:8 102:8,17
105:1 108:5
112:15
**22**   62:12,15
100:21 101:25
**225**   3:14
102:24 104:19
105:11,16,22
105:24 106:5
106:24 107:13
108:4,16 109:1
109:20 111:6
111:15 112:8
112:17 113:4
113:25 115:9
**23**   50:11 103:8
**24**   48:25 49:10
49:16 105:17
**26**   43:23 44:11
44:12
**27**   3:9 44:21
49:15 50:11
109:22 110:3
111:11,23
112:19 113:2
114:9,18
115:11,12

**[28 - 9231]**

**28**  105:4 132:5 132:11 134:5
**29**  105:21
**2:48**  3:18 98:23 98:25

**3**

**3**  4:16 22:6 36:21 44:12,21 108:4 112:15
**3.5**  35:21
**30**  65:2,7,8,10 102:23 103:2 143:17
**306**  102:22
**31**  73:22 78:4,9 106:16 107:9 108:10 143:3
**31st**  142:17
**32**  74:2,2 75:10 76:19
**33**  77:19
**34**  64:25
**38**  65:16
**3:12**  3:18 99:1 99:4
**3:22**  1:3
**3:51**  3:19 119:5 119:7
**3:58**  3:19 119:8 119:11
**3m**  48:4 67:19

**4**

**4**  3:21,22,22 17:20 66:7

104:23 109:19 110:20
**4.14**  88:18,18
**40**  109:20
**41**  3:17 80:4 82:4 115:10 116:1
**42**  79:19 80:7 80:11 93:11 114:6
**43**  3:9 80:7 116:1
**44**  82:16,17
**45**  83:15 84:16
**48**  84:2 85:3
**480**  35:21
**49**  43:9
**4:26**  3:19 139:15,18
**4th**  14:15,20 15:2 17:25 18:3

**5**

**5**  2:3 3:16 18:4 18:5 104:24 111:13 112:20 113:6
**50**  85:3
**51**  85:15 87:7 89:8 111:6,7
**52**  90:4 111:20
**53**  111:19
**54**  65:2,4,7,7,8 95:23 97:6

**54930**  92:18
**54937**  90:18
**55**  97:10
**55000**  88:16
**55004**  88:10
**56**  97:16 98:4
**59**  98:8
**5g**  54:13
**5th**  17:21 18:9 18:18 45:7 104:25

**6**

**6**  32:6 36:21 105:16,22,24 106:18,23 107:5,10,13,24 107:24 108:11 108:16 109:1,5 110:15 111:2 111:13,15 112:3,9,21 113:6,8,16,18 113:21,23,25 115:3,8,16,22 116:5
**6137207**  143:5
**646.502.5828**  2:5
**66**  3:10 79:5 100:22,24 101:5 102:1,5 102:14
**6:00**  10:12
**6:30**  10:12

**6g**  54:13

**7**

**7**  3:4
**72**  3:17
**73**  3:18
**74**  3:10
**76**  3:11
**77**  3:11
**78**  3:12

**8**

**8**  3:23 106:18 107:8
**800**  3:13 79:21 93:8 95:17 96:17 97:5,17 99:23 100:3
**808**  36:19
**82**  88:16
**860.275.6700**  2:11
**88**  3:12 103:3
**89**  103:3,8

**9**

**9**  1:19 3:1 5:7 29:5,7 74:6 105:15,18 140:4 142:4
**9/13**  3:9
**90**  3:13
**91**  106:3
**9216**  76:9
**9226**  75:6
**9231**  77:9

**[98 - analyzers]**

| | | | |
|---|---|---|---|
| **98** 3:18 | **acknowledg...** | **advance** 138:8 | 84:20,23 85:5 |
| **99** 3:13 | 143:12 | 139:2 | 85:5,11 88:20 |
| **a** | **acquired** 21:7 | **advanced** 19:8 | 89:5 |
| **a.m.** 1:20 3:16 | 57:1 59:8,11 | 39:10 | **allotted** 143:20 |
| 3:17,17 5:1 | **acronym** 52:7 | **advantage** | **allow** 8:2 85:12 |
| 41:10,10 | 63:17 126:13 | 138:11 | **alternatively** |
| **a.m..** 5:8 | **acted** 138:24 | **advisor** 25:11 | 115:12 135:3 |
| **ablation** 57:11 | **action** 142:14 | 54:18,24 55:12 | **alternatives** |
| **able** 21:25 | 142:16 | 55:13,25 | 134:24 |
| **above** 82:3 | **active** 55:8,22 | **advisory** 25:10 | **aluminum** |
| 111:11,20,24 | 56:12 58:8 | **affirmatively** | 79:17 82:6 |
| 113:2 142:5 | 127:11,17 | 104:5 | 84:6 121:9 |
| 143:6 | **actively** 54:15 | **affirmed** 7:3 | 124:2,6 127:18 |
| **absolute** 90:1 | 57:4,16 58:10 | **afternoon** 3:18 | **america** 63:22 |
| **absorption** | 59:7 | 73:1,7 99:6 | 75:19 |
| 120:2 | **activity** 58:4 | **ago** 24:12 | **american** 75:12 |
| **abstract** 92:18 | **add** 18:1 | 25:16 67:5 | 75:17 76:13,16 |
| **academic** 29:15 | 121:18 139:9 | 82:9 132:25 | **amount** 108:15 |
| **acceptor** | **addition** 9:18 | **agree** 5:15 | 135:7,11,12 |
| 101:24 | 15:7 60:3 | 18:23 19:2,7 | **amounts** |
| **access** 91:19,21 | 100:25 | 19:10,14 86:17 | 108:25 |
| 91:24 137:6 | **additional** | 86:18 89:25 | **ample** 112:2 |
| 138:14,15,22 | 35:13 121:18 | 91:14,18 92:16 | **amplification** |
| **accessible** 92:1 | 137:12 | 94:10,13 | 38:23 |
| **accomplished** | **address** 16:25 | 101:14,23 | **amplifiers** |
| 127:5 | 98:11 | 108:15,25 | 22:13,18 33:14 |
| **accumulated** | **adequate** 83:18 | 112:8,13 113:8 | 38:9 39:3,4 |
| 68:21 | **adequately** | 113:23,25 | **analysis** 20:6 |
| **accuracy** 143:9 | 114:18,25 | 115:3,6 136:12 | 37:24 38:5,11 |
| **accurate** 51:5 | 115:23 | **ahead** 80:25 | 39:2,9 68:8 |
| 53:2 140:4 | **adhesive** 67:25 | 110:22 112:12 | 69:6 95:18 |
| **accure** 55:6,8 | 68:11 | 118:6 | 123:21 133:1 |
| 55:11,13,16,17 | **admission** | **aided** 39:7 | **analyze** 20:20 |
| **achieved** 35:20 | 126:4 | **algan** 83:17,20 | **analyzers** 22:3 |
| | | 83:24 84:9,17 | 22:4 |

**anode** 125:8
**answer** 7:19,25
  11:9,19 13:12
  40:22 52:13
  64:21 93:23
  94:1,9,18,21
  101:22 109:17
  130:24
**answered**
  51:20 93:20
  94:24,25
  108:24 136:11
**answering** 95:1
  109:15
**antenna** 22:7
  54:10
**antennas** 39:5
  58:14,18
**antennix** 53:25
  54:3,15
**anybody** 13:20
**apologize** 23:11
  49:6 129:8
**appear** 25:20
**appearances**
  2:1 5:17
**appeared**
  140:13
**appearing**
  15:25
**appears** 18:2
  70:19 75:1
  102:20 104:19
**appendices**
  9:21 11:22

**applicable**
  143:8
**application**
  47:17 58:25
  63:8
**applications**
  54:11 56:4,7
  58:17 62:3
  68:1,12 120:1
**applied** 38:15
**applies** 50:17
  51:1
**apply** 34:8
  129:22
**appreciate**
  133:17
**appropriate**
  24:2
**approximately**
  32:4,7 38:12
  123:3 137:23
**april** 45:22
**apt** 108:5 109:5
  110:15 115:8
**arbitrator**
  105:8
**architectures**
  39:22
**area** 20:5 30:4
  30:15,17 31:7
  31:20,22 32:8
  32:14 33:7,10
  33:15,23 34:15
  36:1 93:14
  117:4 118:2

**areas** 30:20,23
  115:4
**arrangements**
  12:13,23 13:8
**arrived** 25:15
**arrows** 115:7
**arsenide** 24:19
  26:8 36:25
  37:2 47:5,5,8
  119:25 121:6,9
  121:9 124:2,2
  124:6,7,7
  133:8
**art** 80:13,17,19
  80:22 86:20
  89:19 91:15,19
  91:23,24,25
  92:4,10 93:1
  93:13 95:12,24
  96:3,6,9,25
  97:2,3 103:9
  107:6,16
  108:19 109:21
  114:19 115:1
  131:4,9,10,13
  132:8,13
  134:21
**article** 85:17,20
  85:22 90:5
  107:1
**asked** 51:20
  68:7 85:6
  132:7 136:11
  136:22

**asking** 7:17
**aspect** 30:6
**aspects** 26:12
**assert** 92:4
**asserted** 86:20
  91:16
**assertion**
  138:12
**assessing** 34:3
**assistant** 35:3
**assisted** 142:11
**associate** 34:18
  34:24,24
**associated** 11:2
  22:16 32:1
  38:10 125:17
  127:6 135:12
**asylum** 1:21
  2:10 142:4
**attached**
  143:11
**attained** 36:18
**attendance**
  2:14
**attended** 63:24
  64:3 65:13
**attention** 74:1
  76:19
**attorney** 9:11
  142:15 143:13
**attorneys** 9:10
  9:24 10:10
  13:10 14:1
  45:4 73:11,13
  99:10,12

117:19 118:18
**audience**  87:5
**auerbach**  2:6
  3:4,5,21,22 4:4
  4:7,10,15 5:19
  5:20 7:9 9:3
  10:6 11:18
  12:21 13:24
  14:19 16:5
  17:2,8,16 18:6
  23:2,6,23 25:6
  25:23 26:3,6
  27:8,20,25
  28:9,17,19
  29:2,3 31:1
  32:23 33:19,21
  37:2,4,11
  40:12,16,25
  41:3 42:4,15
  43:3 47:21
  48:15,20 49:8
  49:10,13 50:18
  51:2,8 52:1
  53:7,16 60:11
  60:17 61:8,9
  61:21 62:7
  63:4,15 64:13
  66:5,22 68:16
  69:1,9 70:6,20
  70:25 71:7,19
  72:4 73:6
  74:21 75:24
  76:4,6 77:2,6
  78:21,24 80:3
  80:6 81:11

83:5,14 85:14
86:4,25 87:6
87:24 88:4
89:17 90:3,8
90:11 91:10,20
92:11,17 93:10
93:22 94:12,20
95:2,9 96:20
98:17 99:5,14
99:17 100:17
101:13,20
102:8,17,21
103:24 104:7,9
104:15 105:19
105:20 106:15
108:14 109:9
109:12 110:13
110:19,25
112:7,16 113:3
113:22 116:6
118:24 122:3
122:15,20,25
123:12 124:16
125:4 127:23
128:10,14,20
129:6,9,23
130:3,21 132:3
133:19 134:14
134:22 136:3,9
136:15 137:1
139:6
**august**  45:16
  45:19
**authenticating**
  56:5

**authentication**
  56:3,5
**automotive**
  54:14
**available**  41:5
  91:25 137:11
  143:6
**aware**  8:8 9:9
  71:8,22 80:12
  93:12 95:24
  103:9 104:1,1
  105:6 117:22
  138:6,13,13,16
**awareness**
  80:21 96:8

**b**

**b**  25:3 47:4
  136:18
**b.v.**  54:1
**bachelors**
  43:14 134:25
  135:13
**back**  17:19
  23:18 28:13
  42:1,2 48:5
  73:4 75:10
  76:19 78:4
  93:11,24 94:1
  99:4 116:7
  119:11 134:4
**band**  58:14,18
  82:6 87:17,19
  88:21,22 89:9
  89:13,20,23
  127:4,6

**barrier**  85:13
  88:20 127:18
  128:5
**barriers**  50:3
**based**  20:25
  27:2,5 80:22
  81:1 96:9 97:4
  113:20 133:14
  137:9,13
**basics**  38:5
**bates**  75:5 76:8
  77:9 88:9
**beam**  22:10
  33:12 126:2
**bear**  88:9 90:17
**bearing**  75:5
  76:8 77:9
**began**  3:18
**beginning**  5:4
  73:22
**begins**  44:21
**behalf**  16:1
  47:24 67:17
**belief**  140:6
**believe**  11:10
  11:12 13:1
  16:7 25:4,15
  39:12 45:8
  47:24 62:15
  65:14 66:3
  69:7 70:3 78:3
  91:9 134:11
  139:4
**best**  58:12
  137:8 140:6

**beyond** 11:5 120:22,25
**bias** 124:20,21
**binders** 8:18
**bipolar** 47:8
**block** 83:19,21 83:25 84:10,18 84:21,24 85:2 85:6 87:23
**blocking** 22:18 79:24 80:14,22 81:9,17,24 82:12,23 83:2 83:8 84:3,8,11 85:10 87:8,17 88:20 89:25 90:23 92:19 93:2,7,14 95:5 95:11,17
**blue** 69:20 70:8 129:13
**bluing** 70:16
**bo69** 73:20
**board** 54:24
**book** 11:24 62:9,16,18 63:5 87:11 89:12,19
**bottom** 29:7 43:10 60:19 62:8 73:19 99:25
**box** 26:22
**brain** 34:8

**branching** 34:5
**break** 8:1 37:3 40:14,16,21 42:6,17,20 72:6 73:8,14 98:18 99:7 119:2
**breaks** 7:23
**breasts** 55:4
**brian** 2:14 5:11
**brief** 137:16
**briefly** 11:21 127:1 132:4
**bring** 8:9,12
**broad** 130:15
**broadband** 31:3,17
**broadly** 19:24 33:8
**brought** 8:13 9:7 136:18
**brunemeier** 47:4
**build** 26:22 58:23
**building** 24:1,3 24:5,8,8 46:10 58:14 135:20
**built** 47:7
**bullet** 29:18 34:18 35:5 36:4 54:19 55:5,19 56:9 56:22 59:2

**business** 48:19 55:25 57:7,18 58:13 137:3
**busy** 13:18

### c

**c** 1:24 7:3 22:6 24:23 46:10 52:6,6 79:20 79:21 142:2,21
**cables** 22:13
**calibration** 20:25
**california** 1:1 142:9
**call** 95:4 115:4
**called** 7:2 20:10 24:5,8 26:21 34:6 52:5 63:22 95:11 125:8,8 127:4
**cambridge** 77:23 78:1
**campus** 24:7,11
**canfield** 116:23 117:23 118:9
**capable** 109:23 110:5 114:11 114:21
**capacitors** 124:22
**capouch** 2:14 5:11
**caps** 30:7
**capture** 30:11

**cardiovascular** 118:6
**carrier** 103:5 103:10,13,14 103:16,19,23 104:1,2 105:6 105:12 106:13 106:19,23 107:7,10,12,21 107:25 108:7,9 108:12,16,18 108:22,25 109:6,7,22 110:3,16,17,23 111:2,9,10,16 111:21,23 112:1,6,9,18,19 112:25 113:1,9 113:12,17,20 114:1,9,14,16 114:18 115:10 115:12,16
**carriers** 106:10 108:22 109:23 110:6 114:11 114:22 115:2 121:11,16 127:11 130:8,9
**case** 5:9 15:23 15:25 48:2 67:20,24 116:12,14,17 116:17,23 118:13 128:25 129:4,17,19

**[case - column]**

130:2 131:3
141:3 142:7
**cases** 48:1,3
66:16 117:23
**categories**
130:15
**cathode** 125:8
**caution** 16:22
**cavity** 125:25
**cease** 59:10
**cellular** 43:25
45:14,15 46:4
46:8 116:16
**centers** 24:8
**centimeters**
78:16,18
**certainly** 14:21
17:4 47:25
64:11 89:2
95:7
**certificate** 18:5
**certified**
142:22
**certify** 140:3
142:3,5,10,11
142:13
**challenges**
133:18
**champaign**
52:4
**changed** 57:9
**changes** 143:10
**characterize**
130:18 131:2,7

**chart** 136:19
**check** 4:9
**chemical** 22:25
23:1 135:4
**chief** 20:11
**chip** 71:23
**chirag** 24:21,22
**chronological**
54:5
**circle** 115:23
**circuit** 19:9
37:24 38:5,11
39:11,22 40:4
**circuits** 17:12
17:13 19:3
22:14,17 27:2
27:5,5 31:4
37:7,8 38:9,10
39:9,24 47:9
121:4 123:23
125:2
**citation** 114:13
**cite** 74:3 75:12
75:16 76:20
77:20,23
**cited** 48:9
85:17 90:6
98:12
**citing** 74:7,10
80:7
**cityplace** 2:9
**claim** 8:15,20
9:2 14:3 16:19
16:24 28:23,25
43:7 81:3,4,6,7

85:2 90:16
100:1,3,7,7,9
100:25 101:14
102:6,16,20
103:6,22
136:19
**claimed** 82:22
**claims** 90:15
97:23 100:4
**clarified**
101:18 102:3
**clarify** 11:16
13:15 14:12
**clarifying**
82:10
**clarity** 54:4
**clean** 8:21
122:8
**clear** 48:21
107:22 113:19
**clearly** 26:16
82:21 97:23
109:21 111:12
112:20 113:5
116:4
**cleo** 63:14,16
65:2,10,11,13
**close** 40:18
**closely** 49:24
**clr** 1:24 7:3
142:21
**cluster** 107:25
108:7,9 109:6
110:16 111:9
111:22 112:9

112:18,25
114:14,17
**clustering**
111:10,22
112:19 113:1
114:17
**code** 39:25
**coffee** 98:18
**cofounded**
57:10
**cofounder**
26:20 54:18
55:12
**coherent** 20:6
20:18,20 126:1
126:3,4,5,6
**collaborate**
23:3 24:13
**collaborated**
24:17 26:24
**collaborating**
24:20
**collaboration**
24:16 25:7,13
25:17,24
**college** 97:11
97:13
**collins** 76:20,24
77:13,16
**color** 70:9
**columbus**
40:23
**column** 29:25
32:10 35:3
36:3 79:5,5

99:25 108:4
109:19 110:20
111:6 112:15
114:4,13 115:9
116:1
**columns**
119:23
**comb**  48:11
**combination**
20:19
**comes**  9:15
**comma**  31:4
35:21 53:25
**commenced**
3:16 5:1
**commercialize**
57:21
**commission**
140:19
**commissioner**
142:2
**common**  50:3
95:4 121:21
130:11
**commonly**
92:20
**communicating**
30:14
**communication**
19:16 33:4
44:16 49:2
**communicati...**
10:1 12:16
19:5,22 20:12
20:20 33:4,14

38:15 39:4,6
39:11 49:19
54:13 58:19
116:15
**companies**
56:17 59:16,22
60:4,12
**company**  5:9
20:10 21:5
25:12 26:17,19
26:21 46:21,23
47:2,12,17,22
47:24 48:6,16
54:3,9,17,20,25
55:1,3,8,16,22
56:1,12,14,17
57:1,5,10 58:5
58:8 59:11
67:20 123:7
135:22
**compare**
134:19
**complete**  65:25
**completed**
143:17
**complimentary**
119:23
**component**
50:12 51:4
**components**
22:12
**compound**  44:1
44:14 46:16,25
47:2,10,11
50:1 51:9,16

52:8 59:25
60:9 61:17
62:23,25 63:2
63:9 68:22
69:18 80:19
119:17,20,21
120:4,7,8,9,12
120:21,24
121:5,7,25
122:1,13,19,24
123:4,10,24
124:4,12,13
125:1,12,17,20
125:21,22
126:19,24
127:1,3,8,13
129:22 130:5
130:12,16,19
130:24 133:12
133:14 134:12
134:18 135:17
135:20 136:1,7
**compounds**
127:20
**comprehensive**
9:23
**comprised**
120:14,18
**computer**
29:19 34:18
39:7 56:6
142:11
**computers**
22:19

**concealed**  59:1
**concepts**  39:5
39:22 68:24
**concerning**
14:6 142:6
**concluded**  3:19
139:18
**condition** 137:7
**conduct**  21:17
**conduction**
88:21
**conductive**
78:11
**conference**
63:11,16,18,21
63:24 64:3
65:5 91:6,12
**conferences**
64:6,10,15,18
**configuration**
111:12 112:18
113:5,12
**confine**  121:15
**confined**
121:17
**confinement**
50:2
**confining**
121:10
**confirm**  14:20
**confirmation**
17:24
**connect**  46:12
**connected**  17:5

**connecticut**
1:21 7:5 142:1
142:3,4,22
**connectors**
22:14
**connotes**
101:23
**consecutive**
27:22 28:2
**consider** 31:13
123:9 131:12
139:3
**considerations**
49:25
**considering**
138:1
**consisted** 20:23
**consisting**
24:21
**construction**
8:20 9:2 14:3
16:19,24 28:23
29:1 43:7
90:15,16 103:4
**constructions**
136:19
**consult** 86:24
**consulting**
133:5 137:10
**contact** 33:18
**contactless**
33:16,19 34:9
35:16 57:20
**contacts** 50:3
130:8

**contemplates**
112:1 114:20
**context** 20:9
57:20 81:19
91:24 93:8
96:12,14,17,18
98:2 123:23
133:4
**continue** 5:14
**continued**
135:22
**continues** 21:8
62:12
**contradict**
94:18
**contributes**
70:24 71:1,6,9
71:23
**contributors**
58:3
**conversation**
12:4,7,19,20
**conversations**
12:1,10,22,23
13:2,3,7,9,20
13:22 14:1,10
14:22,24,25
15:3,12
**copies** 8:13,14
8:21 9:7,13,14
143:14
**copy** 4:6 8:15
9:2 17:21 28:9
28:10,12 29:5
136:18

**corporation**
67:16,19 69:6
**correct** 12:2,5
13:25 17:23
18:16,19,22
19:13,19,23
20:2 21:12,13
21:18,21 34:16
34:19,22 35:7
35:11,12,18
36:2,6,12,13,22
36:25 37:6,13
37:16,19,20,25
38:16 39:11,14
39:16 40:8
43:15,18 44:7
44:25 45:1,20
46:1,2,5,21,24
47:13,18,20
48:16,23 49:16
49:17 50:8,9
50:13,22 51:5
51:18 53:8
56:20,21 57:2
59:5,19,23
60:5,10,14,15
60:20,22,25
61:5,11 65:6
65:12,19,20,22
68:12 74:4,12
74:15,16 75:8
75:9,14,20
76:17,18,22,25
77:16,21,24
78:2,12,19

79:13,18 80:9
80:10 82:18
85:23,24 86:1
86:6,7,9,10,16
86:21 87:2,9
87:13 89:1,5
89:21 91:1,4,9
91:12,16 92:4
92:13 93:3,15
93:18 94:6,15
94:22 95:5
97:8,11,14,18
97:19,25 98:8
98:13 100:4,7
100:10,19
101:7,10 102:6
102:16 103:13
103:19 104:2
104:24 105:25
107:25 111:16
112:10,21
113:6,9 115:5
115:13,18
116:22 117:3
118:1,23
120:10 129:20
132:13,14,16
132:19,23
133:5,8,11,14
134:15
**corrected** 1:23
**correction**
141:6
**corrections**
140:5,5,15

[corrections - define]                                    Page 10

141:1
**correctly** 82:25
**correlated**
31:25 58:23
**corresponding**
27:3 106:5
135:6
**counsel** 5:16,20
8:3 12:16
13:14 137:5
142:13,15
143:14
**count** 107:15
**county** 140:11
**couple** 12:9
52:3,5 58:2
**coupled** 48:13
**couplers** 22:11
**course** 10:2
12:2 15:1
37:12 38:3
135:14
**courses** 37:21
39:20 40:8
123:23
**court** 1:1 4:2,5
4:9,12 5:12,18
7:20 8:23 10:3
16:2 17:1 23:1
23:9,12,14,16
24:22 25:1
26:4 27:6,14
28:11,15,20
32:16 33:18
37:1,9 66:23

67:21 74:17,22
76:7 77:8
78:25 85:17
88:1 90:6,12
94:3 99:18
102:13 104:16
122:10 142:9
**cover** 38:2,5,18
39:18
**covered** 40:7
**covers** 51:14
**create** 124:22
**created** 69:21
**creates** 88:20
**credit** 38:3
**cross** 3:5 52:19
119:13
**cryostats** 22:6
**crystalline**
120:17
**cs** 143:15
**csr** 7:3 142:21
**ct** 2:10
**curing** 68:1,12
68:14
**current** 30:3,4
30:18 33:10
35:20 38:7
60:22 88:21
90:24 92:21
117:22
**currently** 21:11
22:23 31:7,19
32:13,20 33:6
33:22 37:15,19

54:17 55:13
57:23 58:15
59:8
**curriculum** 3:9
**cv** 1:3 26:14
29:5,14 32:8
33:3,15 34:12
34:14,17 35:6
35:15,24 36:4
37:18 44:6
45:13 46:19
48:9 53:21
60:18 62:8,19
64:20 65:11,16

| d |
|---|

**d** 2:12 27:7,7
52:6 102:24
116:14 143:1
**danbaars**
138:14
**daniel** 1:18 3:4
5:5 7:1,13
140:2,10,13
141:22 142:3
143:5
**dark** 107:4,6
107:15,17,18
107:20 115:4,8
**dash** 29:23
**date** 1:19 5:7
14:16 17:25
25:18 29:7,9
104:23 141:23
**dated** 18:3,4,5
29:5

**dates** 14:14
32:1 61:4,10
90:17
**day** 4:16 17:7
21:2,2 40:24
57:25,25 137:4
139:8 140:12
142:17
**days** 15:1 138:8
143:17
**deal** 9:4 61:17
**deals** 116:15
**decide** 28:5
**declaration**
3:12 11:4,15
13:11 14:23
17:18 45:7
83:10 88:8
90:15,16 95:19
101:19,21
137:21,23
**declarations**
8:14 9:20,20
9:21 11:7,13
**dedicated** 52:5
**defects** 51:25
52:15
**defendant** 1:10
1:16 2:8 5:24
67:15 137:5
**defense** 58:16
**defensive** 16:9
**define** 81:23
131:11

defined 131:3,9
131:13
definition 3:10
3:11,11 74:11
75:2,8,13
76:16,21 77:14
77:16 92:8
131:3 132:8,12
134:20
definitions 74:3
75:22
degree 36:10
36:11 43:14
134:25 135:3,6
135:10,13,14
delaware 34:22
34:25
delivery 4:14
delta 23:15
delve 16:23
denbaars 3:12
9:21 11:12,23
88:7 90:14
98:12 105:10
107:1 108:3
137:21,22
dent 67:20
dental 67:25
68:11,14
dependent 38:9
depending
127:16
depicted
108:16 109:1
115:17 116:5

depicting
111:16
depiction
113:17
depicts 112:9
113:8,24 114:1
deponent 142:6
143:13
deposing
143:13
deposition 1:18
3:10 4:12 5:1,5
8:10 9:17
12:25 13:5,22
16:18,21 18:16
18:19 22:25
23:2 28:2,4
45:12 67:4
136:20 137:4,4
137:9,13,20,24
137:25 138:8
138:16 139:2
139:17 142:3
142:12,14
depositions
7:15
depth 89:10,13
89:20
der 1:18 3:4 5:6
5:25 7:1,13,14
11:11 18:7
42:5 43:4 73:7
88:11 90:19
99:6 109:18
119:16 134:4

136:17 137:3
137:17 138:2
139:4,11 140:2
140:10,14
141:22 142:3
143:5
described 90:2
106:8 110:8
111:2,4,11,23
113:2 115:23
116:19 124:11
126:17
describes 30:15
87:8 106:13
109:4 110:15
describing
35:24 88:18
description
36:24 93:7
120:20
descriptive
30:12,13
design 19:9,11
39:7,9,11
49:22 56:10,12
59:23 60:4
61:19 68:23
122:1 123:4,10
127:21 132:22
134:8,18 135:2
135:8,17 136:1
designed 46:3
63:1 69:12,14
125:2

designing
58:13 61:14
62:19 63:6
65:22 69:11
122:7,13
135:20
designs 130:7
despite 112:2
138:5
destroyed
136:24
detail 120:24
detect 40:1
detecting 50:5
121:23
detection 36:15
36:21 38:24
62:5
detects 50:8
determination
38:8
determining
34:2
develop 40:4
developed 34:7
46:3 57:21
developing
47:5 55:17
58:14
development
20:12,13
device 38:22
52:19,23 53:1
79:3 120:7,8
125:6,20,22,23

126:24 127:2,7
133:15 136:8
**devices** 31:4
33:13 38:25
44:2,4,14
46:16 47:6,7
50:2,13 51:4
51:10,17 52:9
56:2 68:22
80:20 119:18
120:4,5,6,21,25
121:4 122:2,8
122:14,19,24
123:5,11
124:10,14,19
125:13 129:22
130:16,20,23
134:13,19
135:18,21
136:2
**dial** 27:6 46:14
**diameter**
115:24
**dictionaries**
77:20 80:8
97:8
**dictionary** 3:10
3:11,11 74:3,7
74:10,14,15
75:2,13,17,19
75:20,23 76:14
76:16,21,24,25
77:13,20,23
78:1,2,3 97:11
97:13,14,15

**different** 17:14
21:8 22:11,15
22:19 24:1
50:4 62:2
83:19 84:11,16
95:14 114:24
119:22,23
120:15,19
123:18,19,20
**digi** 116:13
**digital** 19:15,21
19:25 20:12
49:1,18
**diligent** 138:5
**diligently**
138:25
**dimension**
115:24 116:4
**dimensional**
31:4 35:17
121:15
**dimensioned**
107:17
**dimensions**
114:20,23,23
115:7 116:3
121:11,17
**diode** 27:5,7
37:7 50:4
56:17 60:2
63:2,8 68:9,22
69:12,17 84:7
86:6 125:5,6,9
125:15,19,21
125:22,25

126:3,9,24
**diodes** 34:15
37:8,10 38:22
40:7,11 44:2
46:17 47:14,15
48:23 49:20,24
50:22 51:5,10
51:15,15,17
60:13 61:14,20
61:23 62:2
63:6,9,12
68:18,25 90:25
92:22 120:5
121:22 123:22
124:19,20
125:12 126:11
126:14,17,19
129:1,13
**direct** 3:4 7:7
45:14 71:5
74:1 124:1
127:4
**directed** 19:1
34:3 71:13
92:8 102:1
103:22
**direction**
142:11
**directly** 9:10
48:4
**disagree** 51:7
63:3 95:10
139:6
**disassembly**
123:21 133:1

**discern** 106:18
107:10 108:11
**disclosed** 97:4
110:10 113:21
**discloses** 87:11
88:24 89:4
95:13 112:8
113:23
**disclosing** 95:3
95:10
**disclosure**
115:15 116:1
**discovery**
12:17 16:21
**discuss** 42:16
73:12,23 99:11
105:24 106:2
**discusses** 87:13
**discussion** 25:9
28:1 39:23
63:8
**discussions**
13:14 14:6,8
25:14,18 42:19
**dislocations**
109:24 110:7
114:12
**dispute** 103:4
**disputed**
136:19
**disputes** 117:24
**dissertation**
36:14 37:5
**dissimilar**
125:7

**distinction**
125:24
**district** 1:1,1
15:24 67:21,22
142:9,9
**division** 44:1
45:16
**docket** 1:3
**doctor** 11:14
36:5
**doctoral** 35:7,8
35:10
**document**
28:20 29:9
67:1 74:18,23
75:5 76:8,10
77:7,8,10 79:1
87:25 99:20
136:22
**documents**
8:18 9:7,13
10:22,25
**doing** 13:19
31:11 32:13
33:6,22 38:6
55:3 96:23
98:15
**domain** 39:1
**dopant** 101:25
**doped** 78:10,16
101:24
**doping** 101:3
101:16 102:1,3
**dot** 70:22

**dots** 70:10,15
105:10 121:14
**dotted** 111:13
112:20 113:5
**double** 115:6
**dozens** 100:18
**dr** 5:25 7:14
11:11,23 18:7
42:5 43:4 73:7
88:11 90:19
99:6 109:18
119:16 134:4
136:17 137:2
137:17 138:2
139:3,11 140:2
140:10,13
141:22 142:3
**drawing** 38:19
**drive** 20:24
**driven** 68:14
**due** 137:6
**duly** 7:2 142:6
**dx** 27:18

**e**

**e** 4:5,13 27:7
32:17 47:4,4,4
52:6 86:8 90:6
**earlier** 15:15
17:24 25:24
39:20 49:14
56:16 57:19
59:5 82:8 89:8
94:18 104:22
117:25 119:16
128:24 136:17

**early** 70:4
**easier** 27:22
**ebls** 92:20
**ebner** 1:24 5:12
7:3 141:2
142:2,21
**ece230** 37:15
37:24 38:2
**ece30** 38:13
**ece447** 37:19
38:15,18 39:20
**ece547** 39:13
39:18
**education**
131:7
**educational**
132:16
**effect** 100:14
**effectively**
121:15
**efficient** 90:24
**efficiently**
110:6 114:11
127:10
**eight** 62:16
**either** 50:5
124:20
**elaborate** 24:16
107:2
**elect** 95:5
**electric** 27:2
**electrical** 19:5
29:19 34:18
36:6,11,19
38:4 62:5

124:22 125:10
135:5
**electricity**
125:11
**electro** 63:19
**electromagne...**
30:1,4,17
38:20
**electron** 35:17
78:12 79:24
80:14,22 83:2
87:8,12,16
88:20,25 89:4
89:24 90:23
92:19 93:2,7
93:14 95:11,17
121:13,18
**electronic**
36:15
**electronically**
124:25
**electronics**
91:6 120:3
**electrons** 81:9
81:18,24 82:13
82:23 83:8,19
83:21,25 84:8
84:10,18,21,24
84:25 85:2,6
85:12 87:23
97:24 105:9
121:16,17
**elements** 22:10
100:7

elucent 54:20
54:21,23 55:1
embodiment
108:8 111:8
embodiments
110:2 114:8
emission 70:21
71:1,5,14
120:2 126:3,5
126:8 127:5
emit 70:7,8,10
70:17 126:20
127:10
emits 70:13
126:1,9
emitted 126:7
emitters 71:18
emitting 34:15
37:8,10 40:7
40:11 44:2
46:16 47:14
48:23 49:20,24
50:5,22 51:4
51:10,15,17,23
52:14,17 53:2
53:4 60:1,13
61:14,20,23
63:6,7,12 68:8
68:18,24 70:9
71:15 84:7
86:6 90:25
92:22 121:22
123:21 125:21
126:3,9,11,13
126:23 127:9

128:25 129:13
emphasis 49:3
emphasize
87:21
employed
142:14,15
employee
142:15
employees 58:3
employment
43:24 44:19,24
encompass
33:10
encompassed
62:24
encompasses
30:22
energy 34:10
87:18,20 89:10
89:13,20 110:5
114:10 121:18
engineer 43:25
44:25
engineering
24:6,8 29:19
34:19 36:6,11
38:4 45:15
135:4,4,5,6
english 1:20
2:9 5:23
117:16 118:17
118:18 142:4
enter 138:23
entering 123:7

entitled 65:17
79:3 86:6
90:23 109:17
entry 45:14
64:25,25 65:2
65:4,7,8,10,14
76:14 77:14
enumerate
111:25 127:16
enumerated
121:2
environments
123:20
equal 79:11,13
equipment
21:23,24 22:19
22:23 23:7,21
equivalence
78:18 82:7
eradicating
55:18
errata 143:11
143:13,17
error 98:1
esq 2:6,12
143:1
essence 125:14
essentially
56:15 126:1
estimation 56:3
estimator 56:6
eventually
28:11
evidence 81:16
81:20,22 82:13

98:12
exactly 52:6
examination
7:7 119:3,13
132:1 134:1
136:4
examine
138:10 139:3
example 11:24
65:2 70:16
83:24 84:9,20
85:4 87:12
107:17 111:20
119:25 120:16
125:19 126:8
127:7
examples 22:1
127:13
excerpts 11:23
85:21 86:2,5
88:15
excited 70:16
71:15 72:2
excites 70:9
excuse 19:20
66:17 75:1
118:15
excused 72:10
exemplified
106:11
exhaustive
21:25
exhibit 3:8,9,9
3:10,10,11,11
3:12,12,13,13

**[exhibit - figure]** Page 15

3:13,14,14
27:8,9 28:22
28:22 43:1
66:19,24 67:10
74:19 76:1
77:4 78:22
88:2,5,7,12
90:9,13,14,14
99:15 104:10
104:13 136:18
**exhibits**  3:7,23
11:7 27:17,18
28:2
**existence**  21:6
**exists**  59:8
**expands**  39:20
**expedite**  3:22
4:16
**experience**
18:21,24 29:15
44:6 53:22
68:17 69:3,10
69:15 119:17
120:21,24
121:25 122:13
123:17,18,25
124:1,14,15
127:21 128:17
129:21 130:13
131:8 132:19
132:21,22
133:1,7,10,13
134:8,17,20
135:1,7,11,12
135:16

**experienced**
122:18,23
**experimental**
40:3
**experiments**
53:14
**expert**  3:9,14
11:7 17:20
19:4,8,11 43:7
47:23 50:11
66:6,11,25
67:7,18 68:8
104:21 105:2
117:7,9,11,12
123:9 129:18
137:3,6,10
**expertise**
129:21 130:15
**experts**  47:3
**expires**  140:19
142:23
**explain**  87:19
89:9 120:13
**explained**
50:16 100:15
120:11
**explains**  105:10
**explicit**  115:17
**explicitly**  48:14
79:16 106:3
**expose**  39:8
**expressed**
107:3
**extended**  79:7

**extensive**  18:21
**extent**  51:11
62:22 63:1
71:4 130:22
**extremely**
124:23 138:5

**f**

**fabricate**  60:13
127:14
**fabricated**
22:15 63:2
69:17,19 121:5
125:3 130:23
133:15
**fabricating**
61:22 69:16
122:8,19
**fabrication**
24:9 39:23
44:4 62:2
68:23 123:4,10
127:22 130:10
130:12 132:23
134:9,18 135:2
135:8,17 136:1
**face**  17:19
**facility**  24:9
**fact**  51:22
106:25 112:5
124:24
**fails**  143:19
**fair**  23:22,24
25:17 122:14
122:18,23
128:19 129:1

130:18 134:13
136:8
**fall**  37:22
130:14
**familiar**  19:3
96:6 103:15,19
**far**  16:23 36:10
**feature**  87:22
**fiber**  20:20
22:11 48:11,13
**fiberoptic**
20:13
**fibers**  22:14
**field**  18:25 47:9
48:11 63:12
64:6 86:16,20
91:15 92:4,13
93:18 94:5,14
116:21 130:18
130:19 134:12
**fields**  123:10
**fifth**  56:9
**figure**  9:4,14
88:18 105:16
105:22,24
106:18,19,23
107:5,10,11,13
107:24,24
108:11,13,16
109:1,5 110:15
111:2,13,13,15
112:3,9,20,21
113:6,6,8,16,18
113:21,23,25
115:3,8,16,17

**[figure - functional]**                                    Page 16

115:22 116:5
**file** 9:19 11:2
**fill** 70:18
**filters** 22:10,12
38:10 39:3
**final** 4:16
**finally** 39:7
**financed** 55:2
**financially**
142:16
**find** 81:19,21
82:12 92:2
**finelite** 1:9,12
5:10,24 13:10
14:2 73:11,13
75:6 76:9 77:9
88:10 90:17
99:10,12 141:4
141:5 142:8,8
143:4
**finish** 109:11
109:17
**finished** 109:14
**finishing** 10:12
**firm** 5:20 16:14
117:14 118:15
**first** 16:8 18:2
28:4,21 36:18
43:19,23 44:18
44:24 53:25
69:20,24 78:11
88:5 90:13
104:23 114:14
116:12 137:18
137:24 142:6

**five** 20:8,8
68:21 78:17
111:6 114:13
115:9,13 116:1
118:9 134:7,19
135:1
**fixed** 46:4,7
**floor** 2:4
**flow** 88:21
125:11
**focus** 31:20
**focused** 85:10
**focuses** 39:19
**follow** 4:8
**followed** 27:18
28:8
**following** 44:13
94:3 102:13
**follows** 7:5
**force** 50:25
**foregoing**
140:3,15
**forget** 23:19
**form** 11:8
19:24 23:17
25:19 30:19
40:9 47:19
48:7,17 50:14
50:23 51:6,19
53:3,12 60:6
61:6,15,24
62:21 63:13
64:8 65:23
68:13,19 69:4
69:22 70:14,23

71:3,11,25
80:24 83:3,12
85:8,25 86:22
87:3,14 89:14
89:22 91:8,17
92:5,14 93:4
93:19 94:8,16
94:25 95:6
96:10 98:14
100:11 101:11
101:17 102:7,9
103:20 104:3
106:1 108:1
109:3 110:18
110:21 111:17
112:11,22
113:10 115:19
124:4,16
127:23 128:10
128:20 129:9
142:11
**formed** 82:5
111:10,22
112:18,25
114:17 119:22
120:17 125:6
130:5,23
**forth** 17:19
92:9
**forward** 124:20
**foundation**
39:19
**foundational**
38:3

**founded** 25:12
**four** 78:16
114:4,24
115:16
**fourier** 22:8
**fourth** 55:19
**frankly** 138:23
**fred** 86:8
**free** 36:20
**frequency**
17:11,12 19:4
19:9,12 22:20
30:1,4,17
34:10 35:16
38:9,23 39:1
39:24 55:17
118:4 123:23
126:1
**friday** 15:19
**front** 8:18 48:3
**fs** 35:21 36:19
**full** 16:8,20
21:15 43:19,24
44:18,24 70:11
70:13
**function** 81:7
81:17 82:22
84:8 87:9
97:24 106:14
107:7 108:20
113:13 114:21
115:2
**functional**
95:18 108:22
110:9

**functioning**
107:21
**functions**
113:19
**funded** 48:22
53:15
**further** 29:22
36:3 103:2
107:3 111:9,21
112:24 114:16
116:23 131:14
136:23 137:14
142:5,10,11,13
142:15

**g**

**g** 24:23,24
116:14
**gaas** 36:19,24
**gain** 33:13
81:16
**gallium** 24:19
25:5,10 26:7
36:25 37:1
47:5,5,8 51:22
51:23 52:13,19
52:23 53:1
64:12 70:1
79:16 82:6
84:6 119:25
120:15 121:5,9
121:9 124:1,2
124:7,9 127:8
127:18,18,19
133:8,13,15

**gao.8alo.2n**
78:15
**gap** 82:6 87:17
87:19 127:6
**gaps** 89:23
127:4
**general** 19:7
44:15 59:18
71:21 72:1
75:22,23 78:3
80:8,19 92:15
93:7 94:9 97:7
97:14,15
100:16 118:2
120:20 121:16
130:14,19
**generally** 79:7
101:24 121:17
124:11 130:11
**generate** 40:1
**generated**
124:25
**generation**
27:2 36:15,21
125:16
**generators**
22:7
**german** 35:13
**germanium**
124:3 133:11
**gesture** 7:22
**getting** 10:11
14:14 138:7
**ghz** 36:21

**giarratana**
2:12 3:5,6,22
4:13 5:22,23
7:18 9:24 11:8
12:12,14 13:12
14:4 16:16
18:1 23:17
25:19 27:11,16
27:21 28:7
30:19 40:9,15
40:22 41:1,4
42:11,11,12,17
47:19 48:7,17
49:6,9,11
50:14,23 51:6
51:19 53:3,12
60:6 61:6,15
61:24 62:21
63:13 64:8
65:23 68:13,19
69:4,22 70:14
70:23 71:3,11
71:25 76:3,5
80:1,5,24 83:3
83:12 85:8,25
86:22 87:3,14
89:14,22 91:8
91:17 92:5,14
93:4,19,24
94:7,16,23
95:6 96:10
98:14,21
100:11 101:11
101:17 102:7,9
103:20 104:3

105:18 106:1
108:1 109:3,11
109:14 110:18
110:21 111:17
112:11,22
113:10 115:19
119:1,15
122:12,17,22
123:2,14 128:1
128:12,16,23
129:7,11 130:1
130:17 131:1
131:14 133:21
134:3,16
135:15 136:6
136:13,25
137:16 139:13
143:1
**gigahertz** 33:14
**give** 7:19 16:21
22:1 28:12
37:2 64:5
83:24 84:9,19
125:19
**given** 94:19
140:3 142:12
**gives** 79:10
**giving** 85:4
109:15
**go** 5:15 7:15
28:7 40:21
48:4 61:4,10
63:14 78:4
79:4 80:24
87:18,21 90:4

**[go - hour]**                                                    Page 18

98:7,18 109:10
110:22 112:11
136:15 139:10
**going** 7:15,17
12:14 14:4
16:22,24 28:1
28:6 35:14
40:13 41:6
42:24 56:22
66:18 74:17
75:12 78:6,21
85:12 98:20,22
119:2,4 136:3
139:14
**good** 5:4,22
7:10,11 42:5
73:7 99:6
139:13
**google** 66:1
**graduate** 123:7
**graduating**
43:17
**graduation**
43:24 44:24
**grant** 48:6,10
**greater** 15:13
79:11,12
131:10 135:11
**grew** 25:25
26:7
**ground** 7:16
**grounds** 16:16
**group** 24:17,21
24:22 25:13,18
31:21,24 34:6

63:20 124:9
**groups** 23:4
24:10,13
123:19
**grow** 26:11
**growing** 26:25
**grown** 24:18
26:22
**growth** 23:4
24:1,11,14
25:4 44:3 47:3
64:6 122:7
130:6
**guess** 17:16
**gupta** 24:21,24
25:8 51:14
124:8

**h**

**h** 24:23 25:3,3
90:6
**hall** 24:6
**hand** 23:10
35:2 36:3
142:17
**handed** 28:20
43:4 66:23
74:22 76:7
77:7 78:25
87:25 90:12
99:18 104:16
**handful** 11:21
**hands** 40:3
**happened** 65:5
**happy** 8:21

**hard** 4:6
**hardware**
20:19
**hartford** 1:21
2:10 142:4
**harvard** 33:2
**haul** 20:7
**head** 7:21
**headed** 115:6
**heading** 29:15
53:21 60:19
62:9 65:17
73:20 79:20
**health** 34:4
**healthy** 34:2
57:22
**hear** 17:6
**heard** 86:11
103:13,14
126:12
**heikkila** 90:5
93:17
**held** 1:20
**helical** 33:12
**helium** 22:6
**help** 42:10
**helped** 40:4
**hereto** 142:15
**heritage** 75:13
75:17,19 76:13
76:16
**hertz** 32:17
**heterojunction**
47:8

**heterostructu...**
49:23
**heterostructure**
26:1
**heterostructu...**
24:19 26:7,11
**high** 17:9,11
19:4,8 22:20
30:1,3,16
33:13 35:16
38:23 39:4,23
39:24 55:17
69:20 87:17,19
89:9,13,20
116:11 118:4
120:3 123:23
**highlighted**
53:18
**histories** 9:19
11:2
**history** 17:4
**hold** 62:15
124:24
**hole** 95:21,25
96:8,15,21
97:1 98:2,7,10
101:1
**holes** 78:12
**hoping** 98:18
**host** 64:11
**hosting** 26:18
**hosts** 56:16
**hotel** 42:22
**hour** 15:13
40:13 72:5

**hours** 15:6
**house** 97:11,13
**human** 34:4
**hypothetical** 91:23

**i**

**identification**
17:12 19:12
27:10 43:2
66:20 74:20
76:2 77:5
78:23 88:3
90:10 99:16
104:11,14
**identified**
134:20
**identify** 67:10
106:22 107:12
**iii** 90:24
**illinois** 45:16
52:4
**illumination**
47:18 59:18
**illustrate** 88:19
**image** 58:23,24
108:6 109:5
110:15 115:8
**imaging** 58:15
58:19,21,22,25
116:21 117:6
118:14
**immediately**
107:5 137:25
**impedance**
38:21

**impedances**
38:8
**impinj** 117:24
**implementati...**
19:12
**implied** 11:3
**importantly**
108:10
**impurities**
78:11
**in1** 79:7
**incidental**
12:10
**incidentally**
53:18
**include** 19:21
19:23,24 79:16
111:9,21
112:25 114:16
120:5 121:12
134:7
**includes** 24:9
38:21 82:5
**including** 10:2
10:7 20:13
23:4 38:6,22
38:24 39:5,22
44:3 47:4 56:7
56:17 123:18
140:4
**incoherent**
126:8
**incorporate**
50:2

**incorporated**
5:10,13
**incubator**
26:18 56:15
**indefinite**
110:12
**index** 3:1
**indicate** 12:18
12:19 29:8
32:2
**indicated** 134:6
**indicates**
107:19
**indicating**
116:8
**indirect** 127:6
**indium** 79:16
124:6,7,7
127:19
**individual**
106:23 107:12
**industry**
123:16
**infections**
55:18
**inform** 45:4
107:5 114:19
**informal** 25:11
**informed** 112:5
113:15
**informs** 81:5
**infrared** 22:9
**ingan** 92:22
**initial** 23:25

**initials** 56:19
**initiated** 25:14
**injection** 95:21
95:25 96:9,15
96:22 97:1
98:2,7,10
101:2 127:11
130:8
**injury** 34:8
**inpinj** 16:4
**input** 38:8
137:13
**installations**
46:5
**institute** 35:9
35:11,16,25
**instruct** 12:15
14:4
**instruction**
8:16
**instructs** 7:18
**instrument**
32:20
**instruments**
20:14,16 22:20
33:3 68:10,11
**insufficient**
110:10
**integrated**
17:12 22:14,17
39:22
**intended** 30:11
46:9
**intent** 50:6,25

**interaction**
33:13 34:10
**interested**
142:16
**interests** 30:21
**internally** 28:1
29:8
**international**
43:25 45:15
67:20 116:14
**interrupt** 27:12
**interrupting**
49:7
**intraband**
26:21
**intrinsic** 81:16
81:20,21 82:13
98:12 102:2
**invention** 108:8
110:3 114:9
**invited** 52:11
91:11
**involve** 12:24
19:18 25:8
33:25 46:15,24
47:2 48:23
53:1 60:1
61:14,22 65:21
120:1 129:4
130:10
**involved** 15:21
16:12 17:10
21:2 44:1,22
46:25 48:4
49:19,22 50:4

51:3,9 52:22
54:15,21 57:4
57:8,16 58:10
59:7,13 117:5
122:1,5 123:3
128:25 129:14
135:25
**involvement**
54:23 55:24
59:10 69:6
**involves** 34:1
40:2 44:14
121:21
**involving** 50:1
120:21
**iowa** 43:15,17
**ipr** 118:10,16
**iprs** 117:1,5,7,9
117:15,18,21
117:23
**issue** 18:11,13
136:23 139:8
**itc** 116:17

**j**

**jack** 46:11,13
**jenny** 1:24 5:12
7:3 141:2
142:2,21
**job** 43:19
**joffe** 107:2
**john** 27:12 80:2
**johnson** 46:20
46:23 47:1,12
47:17 57:1,2
123:6 135:21

**joined** 135:21
**joint** 8:15,19
**jonathan** 2:5,6
5:19 18:2
**jones** 17:7
**journal** 60:19
**journals**
123:19
**junction** 125:7
**june** 65:6
**jurat** 140:1

**k**

**k** 90:6,6
**keep** 8:23 10:3
28:12,13,15,17
98:20
**kerr** 53:19
66:12 67:6,7
67:16,19 69:6
133:5
**kevin** 9:12
10:13
**keysight** 40:4
**kidney** 57:12
**kind** 20:16
23:19 54:3
55:1,16 62:15
**kinds** 127:16
**kirchoff's** 38:6
38:7
**kit** 20:25
**knew** 137:5
**know** 4:2,7 8:4
11:14 13:17
14:5,7,13

15:11 16:11
18:11,13 32:4
40:23 43:21
66:7 69:23
75:21 83:10
87:4 89:13,20
92:6 98:19
100:1,9,22
117:17 132:5
137:19
**knowledge**
92:13 94:5,14
138:20,21
140:6 142:7
**knowledgeable**
95:4

**l**

**l** 90:6
**lab** 21:23 22:2
23:7,21 40:4
**labeled** 29:8
**labor** 35:14
**laboratory**
21:20 22:24
24:4,5 135:24
**lack** 80:21 96:8
**laid** 39:19
**land** 46:12
**language** 85:2
108:23 111:21
114:15 116:2
**larger** 31:21,23
82:6
**laser** 20:25
48:11,13,23,24

**[laser - line]**                                                      Page 21

51:15 56:17
71:5 125:22,25
126:16,19
**lasers**   20:23
22:5,11 26:22
63:18 121:22
135:24
**lattices**   128:7
**law**   16:14 38:7
38:7 117:14
118:15
**laws**   100:15
**lawyer**   100:14
**lawyers**   87:1
100:15 117:17
**layer**   73:23
74:4,11 75:3,8
75:14 76:14,16
76:21 77:14,16
78:10,15 79:6
79:16,25 80:14
80:22 81:5,9,9
81:23 82:5,7
82:12 83:18,20
83:25 84:6,10
84:20,23 85:5
85:11 87:9,12
88:20,25 89:4
90:23 92:19
93:2 95:5,11
95:17,21 96:1
96:9,13,15,22
96:25 98:3,7
98:10 100:4,6
101:1,2,7,10,15

101:16 102:6
102:15 127:17
127:18 130:7
**layers**   81:13
83:19 84:16,17
87:17,22 89:25
93:8 101:3
128:5
**laying**   122:7
**layout**   49:22
**leading**   122:3
122:15,20,25
123:12 124:17
128:21 129:23
130:21 134:14
134:22
**leakage**   92:21
**led**   47:22,24
48:6,14,16,24
53:19 66:11
67:7 68:14
69:14,19,20,25
70:17 71:6,9
71:10,23,24
83:25 84:10,20
85:5 126:13,13
126:23 127:1
136:7
**leds**   35:25 37:6
46:24 47:12
59:17,23 60:4
62:6,20,24
64:7 65:22
66:4 67:25
69:2,3,11,13,16

70:7,8 83:19
84:16 86:16
92:13,23 93:18
94:6,14 95:4
127:14 129:22
130:4,14,18,22
132:23 133:2
134:9,12 135:2
135:8
**leeway**   16:22
**left**   33:1 36:3
45:22 60:16
107:19
**legal**   143:23
**length**   15:13
70:8,18
**lenses**   22:10
129:15
**leonardo**   105:9
**lesser**   135:7,10
**letter**   79:21
**level**   17:9 25:10
39:4,23 58:3
92:7 116:11
131:4 134:7,17
**light**   20:1,4,6
20:18 34:14
37:8,10 40:6
40:10 44:2
46:16 47:14
48:23 49:19,24
50:5,8,22 51:4
51:10,15,17,23
52:14,17 53:2
53:4 58:23

60:1,13 61:14
61:17,19,23
62:4 63:6,7,12
68:8,18,24
69:25 70:7,11
70:13,18,22
71:8,9,14,22,23
84:7 86:6
90:25 92:22
114:3 120:2
121:22,23
123:21 125:21
126:2,2,8,10,13
126:20,23
127:9 128:25
129:13
**lights**   68:15
**lightweight**
49:3
**limitation**
100:10 101:6,8
110:9
**limited**   87:5
109:25 114:6
**line**   41:2 43:23
44:12,21 46:12
48:25 49:9,10
49:15,16 50:11
74:11 75:11,12
76:20 77:23
79:5 80:12
82:20 83:4,15
83:16 84:16
87:7 89:8
93:12 95:23

**[line - marking]** Page 22

97:21 101:25
102:8,17 103:8
105:5,17
106:17,18
107:8 109:20
111:6,7,19
114:6 115:10
126:2 141:6
**linear** 39:2
**lines** 27:1 32:11
32:19 35:22
36:20 38:20
47:6 74:6
75:11 108:4
112:15 134:6
135:23
**link** 82:21
97:23
**list** 9:23 17:3
21:25 22:22
34:14 35:25
47:25 48:3
60:12,24 65:11
65:25 66:2,3
66:16 67:4
116:9,13,13
132:15,18
**listed** 17:3
22:20 26:14
38:19 47:25
53:25 54:4
59:17,22 60:4
61:13 62:18
65:21 66:16
67:8 121:2

**listen** 10:16,19
**listing** 75:16
97:19
**lists** 44:6 54:20
56:23 65:19
99:25 114:23
**literature**
81:12 96:21,23
**litigation** 15:20
17:3 116:18
133:4
**litigations**
118:3
**little** 14:14
132:25
**liver** 57:12
**llc** 55:20 56:23
57:14 58:5
**llp** 2:3
**load** 37:12
**local** 51:22
**localized** 31:3
31:17
**locate** 106:7,8
**located** 24:1
46:10
**lock** 39:21
**locking** 87:12
88:25 89:4
**logic** 56:2
**long** 10:9 12:7
12:20 15:4
18:12 20:7
59:13 103:15
123:3

**longer** 15:6
40:21 70:17
78:6,6
**look** 14:18
17:18 29:14
55:19 56:9
57:13 60:18
74:6 81:15,25
92:18 97:6
**looking** 17:19
55:5 83:9
91:24 101:21
**looks** 104:21
117:1
**loops** 39:21
**lost** 109:24
110:7 114:12
**lot** 21:24
**low** 22:13 31:4
35:17 39:3
58:3
**lsr** 1:24
**luke** 24:18
25:25 26:4,17
**lunch** 3:17
40:18,18,19,21
72:6,11
**lung** 55:4 57:12

**m**

**m** 24:18 47:4
52:6
**machine** 70:17
**made** 9:1 45:5
79:16 89:5
120:4,8 140:14

**madison** 21:12
29:23
**mailed** 4:13
**main** 30:17
**major** 91:6
**make** 21:15
29:11 136:9
**making** 104:5
**malignancy**
34:3
**malignant**
57:22
**managed** 26:19
**manipulation**
62:5 120:1
**mark** 2:12 5:23
10:13 27:8,15
27:18 28:5
42:24 66:18
74:17 75:24
77:2 78:21
90:8 99:14
104:9 143:1
**marked** 27:10
28:21 43:2,5
66:20,24 74:20
74:23 76:2,8
77:5,8 78:23
79:1 88:1,3
90:10,13 99:16
99:19 104:11
104:14,17
**marking** 27:12
27:17

**markings** 8:17
  8:19 9:1,6
  136:21
**marsland**
  26:19 56:18
**master** 36:5
**master's** 135:3
**masters** 36:10
  135:10
**matching** 38:21
**material** 69:24
  120:9,12,14
  124:5 128:18
  129:14 133:17
**materials** 17:5
  23:4 24:11,13
  25:5 26:22,25
  44:3 47:3
  49:23 52:9
  64:10,24 89:24
  106:6 119:21
  122:6,6 124:2
  125:7 127:16
  128:9,13
  129:14 135:4
**mathematical**
  38:10
**matter** 13:18
  15:25 16:15,18
  17:2,9 23:25
  26:16 28:24
  43:7 53:19,19
  66:11,15 67:6
  67:7,10,24
  68:5 113:16

116:18 117:20
  118:12,22
  127:15 142:7
**mawst** 24:18
  25:25 26:5,23
  26:24 51:12
**max** 35:9,10,15
  35:25
**mccarter** 1:20
  2:9 5:23
  117:16 118:17
  118:18 142:4
**mccarter.com**
  2:11 143:2
**mean** 14:12
  30:13 44:18
  70:12 78:15
  82:5 87:22
  91:21 96:15
  122:4 133:16
**meaning** 68:11
**means** 34:9
  71:15 81:7
  87:20 89:10,13
  89:20 95:18
  100:9 108:20
  113:13 126:6
  142:11
**meant** 98:2
  104:24
**measure** 52:20
  124:23
**measured**
  125:1

**measurement**
  19:5,9 22:7
  27:2 39:1 53:5
**measurements**
  22:4 54:10,12
  115:4,17
**measuring** 34:9
  52:22 105:8
**mechanical**
  110:5 114:10
**media** 5:5
**medical** 54:20
  54:21,23 55:1
  55:2,6,8,11,14
  55:16 56:24
  57:9 117:6
  118:7,14 137:7
  138:19
**meet** 135:9
**meeting** 10:9
  10:14,17,22
  11:21
**member** 54:24
**memory** 9:23
  15:11 18:22,24
  19:1 71:17
**mention** 40:6
  40:10
**mentioned**
  15:15 24:12
  31:16 49:21
  52:13 59:24
  60:8 126:12
  128:2,19,24
  129:5

**mere** 84:23
**merriam** 74:7
  74:10,14 75:2
  75:8
**met** 9:24 86:13
**metal** 22:24
**mg** 78:18
**mgiarratana**
  2:11 143:2
**microblade**
  56:23
**microblade's**
  57:7
**microfabricat...**
  29:25 30:3,16
  33:12
**microscope**
  31:9,18
**microscopes**
  22:6,8
**microscopy**
  31:3 52:21,24
**microwave**
  20:24 22:3,12
  34:10 39:9
  47:7 49:4
**middle** 48:10
  62:14 67:14
**milanoscan**
  118:10
**millimeter** 22:4
  54:10
**mine** 26:18
**mini** 4:6

minor   8:19
minus   78:17,18
minute   67:5
   82:9
minutes   24:12
mirrors   22:10
mispronounce
   42:12
mispronounced
   42:14
mistake   45:5
mix   71:18
mixed   14:14
mobile   46:9
moc   23:12
mock   26:4
mocvd   23:5,8
   23:13,22,25
   24:7,10 64:6
   64:12
models   38:24
modems   116:16
modern   39:8
   92:21
modifying
   49:15
modulation
   39:25 40:1
modulators
   20:23
molecules   70:9
moment   42:21
   118:25
monitor   5:8

months   10:2
   12:2
morning   5:4,22
   7:10,11 10:12
   42:5
motorola   43:18
   43:25 44:19,25
   45:16,19 46:15
   46:20
moving   34:17
   35:5 36:3
   54:19
mqw   92:22
   108:6 109:6
multidimensi...
   116:5
multidiscipli...
   34:6
multifunctional
   31:5,8 40:3
multihundred
   33:14
multiple   121:8
multiquantum
   92:21 108:6
   109:5 110:15
   111:8 112:24

**n**

n   16:3 47:4
   90:24 128:9
nail   55:18
nakamura
   69:23
name   3:2 5:11
   5:11,19,22

7:12 21:8,9,15
   24:24 25:3
   42:10,13 56:19
   57:9 80:13
   93:2,13 95:25
   103:10
named   142:5
names   64:5
nanometers
   20:8 115:7,11
   115:13
narrow   126:2
nature   56:14
   57:7,18 58:12
   116:12
navigation   55:3
   55:3
near   40:20
   48:11 116:21
necessarily
   107:21
need   7:23 8:23
   9:4 23:9,18
   28:10 109:12
needs   114:3
neither   142:13
network   22:3
networks   20:13
   20:21 39:2
neuwave   56:23
   57:9
new   2:4 52:11
   54:9
nfi   57:14,16,23
   58:1 116:20

nfi's   57:18
nine   37:18
nitride   25:5,10
   51:22,23 52:14
   52:19,23 53:1
   64:12 70:1
   79:17 82:6
   84:6 120:15
   124:9 127:9,18
   127:19,19
   133:14,16
nobel   70:2
nod   7:21
noise   22:13
   39:3
nominal   57:24
non   55:17
nonce   81:10
   96:13 108:21
nonlinear
   26:25 32:10,19
   35:21 36:19
   39:2 47:6
   135:23
northern   1:1
   142:9
notary   7:4
   140:18 142:23
note   4:12 17:17
   75:4 136:16
   137:2 143:10
noted   8:19 9:1
   47:24 140:5
notice   45:2
   84:6 142:3

**noticed**   45:3,6
  98:4
**noticing**   45:4
**november**   16:3
  16:8
**number**   1:3 5:5
  27:19 28:8
  43:10 69:12,17
  75:6 76:8 77:9
  80:8 88:10
  89:16 90:17
  95:13 97:7
  121:2 142:22
**numbered**
  67:11 88:16
**numbering**
  28:6 62:14
**numbers**   27:22
  27:24
**nxp**   16:1,2,4
  117:24
**ny**   2:4 143:15

**o**

**o**   22:6 27:7
  52:6
**o'clock**   41:9,10
  73:2 98:25
  99:1 119:7,8
**oath**   140:14
**object**   8:3
  16:16 25:19
  30:19 53:12
  61:24 65:23
  68:13 86:22
  101:11,17

103:20 109:3
110:18 112:11
112:22 113:10
136:3
**objection**   11:8
23:17 40:9
47:19 48:7,17
50:14,23 51:6
51:19 53:3
60:6 61:6,15
62:21 63:13
64:8 68:19
69:4,22 70:14
70:23 71:3,11
71:25 80:24
83:3,12 85:8
85:25 87:3,14
89:14,22 91:8
91:17 92:5,14
93:4,19 94:7
94:16,23 95:6
96:10 98:14
100:11 102:7,9
104:3 106:1
108:1 110:21
111:17 115:19
122:3,15,20,25
123:12 124:16
127:23 128:10
128:14,20
129:6,9,23
130:3,21
134:14,22
136:10

**observing**
  51:24 52:14
**occurred**   65:5
  69:8
**october**   1:19
  3:1 5:7 14:16
  14:20 15:2
  17:20,21,25
  18:3,4,5,9,18
  45:7 104:23,24
  140:4 142:4,18
  143:3
**ofchair**   105:8
**offensive**   16:7
**officer**   20:11
**offices**   142:4
**okay**   9:4 12:14
  13:9 14:13,21
  18:11 21:5,16
  25:1 28:7 35:5
  41:3 49:18
  54:6,8 65:16
  66:10 67:5,13
  68:17 72:4
  77:19 79:4
  81:25 82:2
  98:21 100:3
  101:14 102:22
  104:8,20
  105:24 110:14
  111:5 116:11
  117:4,21 118:9
  119:1,20 120:7
  129:4,18 131:2
  134:17 136:14

**once**   91:12,13
  137:11
**ones**   118:20,21
  129:12
**ongoing**   117:21
**online**   75:2
**opening**   8:13
  11:3 47:25
  100:21 101:5
  102:22,23
  103:18,25
  104:6 105:25
  106:4 132:4,11
  134:5
**operational**
  38:8
**operations**   58:1
**opine**   78:5,7
  103:21
**opined**   84:1
  92:7
**opining**   78:9
  96:12 132:12
**opinion**   63:9
  74:13 78:14
  81:4,15 84:3
  84:11,22 85:11
  92:25 95:16
  96:13,24 97:3
  106:22,25
  107:3,4,15,19
  108:18 110:9
  112:4 113:12
  115:25 135:9

**opinions**  11:3
  16:20 103:22
**opportunity**
  112:2 138:9
  139:5
**opposed**  126:7
**optametra**
  20:10,17,18
  21:3,5 26:20
  49:22 59:3,5,7
  59:10,14,25
  60:3
**optametra's**
  60:8
**optica**  63:23
**optical**  20:20
  22:9,14 63:22
**optics**  63:19
**opto**  91:3,6
**oral**  129:2
**order**  3:20,21
  3:22,22 4:11
  4:14 44:17
  54:5
**ordered**  4:15
  40:19
**ordinary**  46:11
  86:19 89:18
  91:15,23 92:3
  92:9,25 95:12
  131:4,8,10,12
  132:8,13
  134:21
**organic**  22:24

**organs**  57:12
**originally**
  107:3
**originals**  28:12
  28:13,16,18
**orleans**  52:11
**oscillators**  39:3
  47:7
**oscilloscopes**
  22:8
**outcome**
  142:16
**outside**  13:7
  16:17,23 60:7
  93:8 136:4
**overflow**  73:23
  77:21 78:8,10
  78:12 79:6
  97:24
**overnight**  4:15
**own**  27:23
  85:11 114:4
**owner**  117:12

## p

**p**  24:24 25:4
  82:7 83:20,24
  84:9,17,20
  85:5 100:4,6
  100:25 101:7,9
  101:15,16,23
  102:6,15
  128:13
**p.m.**  3:17,18,18
  3:18,19,19,19
  10:12 17:22

72:12 73:2
99:1 119:8,8
139:18
**packaging**
  129:15
**page**  3:2,8,15
  3:20 7:16 18:2
  18:4,12,14
  28:21 29:4,8
  29:14 32:9
  33:15 34:13,17
  35:6 36:4
  37:18 43:9,10
  43:11,12,20
  44:9,11,11,21
  45:13 46:19
  48:9,10 49:7,8
  50:11 53:21
  60:18,19 61:1
  61:2,2 62:8,12
  62:15 64:25
  65:2,4,7,7,8,10
  65:16 66:7
  67:12 73:18,19
  74:2 75:10
  79:4 80:3
  82:16 85:15
  88:5,16,16,17
  90:13 92:18
  95:20 97:19,21
  99:24,25
  100:21 102:22
  102:23 103:2
  104:23 105:1,1
  105:18 111:5

111:19 140:5
141:6
**pages**  67:11
  88:9 90:17
  118:5
**panther**  34:6
**papa**  16:4
**paper**  11:23
  65:11,14,15
  91:3,14,19,21
  92:7,12,19
  93:17,17 94:4
  94:13 95:3,10
**papers**  60:24
  61:4,10,13,16
  61:19,22
**paragraph**
  34:13 43:20
  48:25 53:18
  66:7 73:22
  74:2,2 75:10
  76:19 77:19
  78:4,9 79:19
  80:4,11,11
  82:4,16,17
  83:15 84:2,15
  85:15 87:7
  89:8 90:4
  93:11 95:23
  97:6,10,16
  98:4,8 100:22
  100:24 101:5
  102:1,5,14
  103:2,3,8
  105:4,15,18,21

106:3,12,16
107:9 108:10
132:5,11 134:5
**paragraphs**
80:7 85:3
**paralegals**  4:8
**parameters**
122:7
**paren**  92:20,20
92:21,22,22,23
105:11,12
**parenthesis**
35:3 66:12,12
**part**  16:13 19:3
21:17 26:17
31:13 58:2
106:13 111:13
112:20 113:5
114:5
**partial**  22:22
**participate**
10:16,19
**particular**
31:22
**parties**  5:15
103:4 117:2
142:14,15
**party**  1:13,16
67:17
**pasayat**  51:14
124:9
**passage**  82:21
**past**  31:21 36:1
52:12

**patent**  3:12,13
3:14 15:20
17:10 66:4
73:20 79:3,6
79:21 92:4
93:8 95:17
96:14,17 97:17
99:23 100:3
102:25 103:6
104:19 105:11
105:17,22,25
106:5,24 107:9
107:13 108:4
108:17 109:1,4
109:20 110:14
111:6,15 112:8
112:17 113:4
113:15 114:1
115:10,10
117:12
**patent's**  97:5
114:4
**patents**  8:14
9:18 11:1
65:17,19,21,25
66:1 71:12,13
71:20 86:20
91:16 97:22
127:15 129:16
**pattern**  22:7
**paul**  47:4
**pause**  8:2
**pending**  7:24
58:16 142:8

**penn**  2:3
**people**  92:12
94:5,14 95:3
**percutaneous**
57:11
**perform**  19:15
19:22 20:1
23:5 30:24
49:1 57:11
81:17 84:7
**performed**
22:16 47:23
123:20
**performing**
32:21,25 54:9
56:3 114:21
**performs**
106:14 115:1
**period**  69:8
**periodic**  119:24
**permissive**
111:21 114:15
116:2
**person**  9:25
10:9 89:18
91:23 92:25
131:8 132:8,12
132:15 134:21
**personally**
140:13
**persons**  86:19
91:15 92:3
95:11 131:12
**perspective**
125:10

**ph.d**  1:18 7:1
**ph.d.**  3:4 36:10
135:14
**phase**  39:21
48:11 126:9
**phases**  126:6
**philosophy**
36:5
**phone**  46:12,13
**phonon**  127:6
**phosphor**
70:21
**phosphors**  70:9
70:15 71:14
72:2
**photodetection**
125:16
**photodetectors**
60:9 121:24
124:6
**photodiode**
50:8
**photodiodes**
20:14 49:23
50:13,20,21
59:25 121:24
**photon**  127:5
**photons**  126:6
126:9 127:11
**phrase**  30:12
30:13,22 31:2
32:9 33:3,16
35:20 95:8
103:14,16

**[physical - prior]**                                          Page 28

physical   110:1
  110:4 114:7,10
physically
  10:14
physician
  57:10
physics   38:22
place   14:25
  16:6 32:5
  40:20
placed   44:13
plaintiff   1:7,13
  2:2 67:17,19
plaintiffs   5:21
  84:25 85:1,17
  90:5
planck   35:9,11
  35:16,25
planned   137:20
  138:6
plaza   2:3
please   5:16 6:2
  7:12,25 8:2,4
  8:24 10:3
  66:18 73:18
  77:3 84:19
  94:1 99:3
  102:11,23
  109:11 116:7
  119:10
plus   81:7 95:18
  108:20 113:13
point   16:25
  31:23 35:5
  44:10 55:5

65:24 101:25
  114:25
pointed   98:5
polaronyx   48:9
  48:12,16,22
popular   63:11
portion   16:7,9
  103:5,11,23
  107:18 108:19
  108:20,21
  109:7,22 110:3
  110:24 112:6
  113:9,13 114:1
  114:9 115:11
  115:12
portions
  106:19,23
  107:11,13
  108:12,16
  109:1 111:3,11
  111:16,23
  112:1,19 113:2
  114:18 115:8
  115:16
posa   78:5,7,14
  82:11 89:12
  115:15
posida   134:24
posita   82:4,14
  106:8
position   38:7
posito   82:21
  83:16 97:22
post   35:6,8,10

power   22:8,13
  38:9 39:3
  69:20
praysat   24:25
  25:8
preceding
  106:11
precise   70:4
  71:18 134:23
precisely   86:2
  87:15
predicting   56:7
prefer   27:21
  28:14
prep   13:18,22
preparation
  13:4 14:6,10
  15:18 18:16,19
  45:12
prepare   9:16
  137:8
preparing
  12:24 14:23
  15:15
presence   51:24
present   10:14
  42:21 108:8
  113:17
presented
  65:11,15 91:3
presenting
  65:13
president   57:24
preventing
  82:22 83:7

97:24
prevention
  73:23 78:10
  79:6
prevents   78:12
previous   95:16
previously
  11:25 22:21
  49:21 50:16
  61:25 66:10
  67:6 84:22
  95:1 112:14
  115:20 120:13
  124:8 126:23
  134:11 135:19
prices   56:7
primarily   11:1
  20:6,9 25:9
  34:1,3 58:19
  124:3
primary   31:20
  48:19
principals   60:7
principles   50:2
  50:20,21 51:14
  68:23 69:13,19
  121:21 123:22
printed   8:13
printout   75:1
  76:13 77:13
prior   15:1
  16:12 39:15
  52:13 67:9
  83:9,10 91:24
  91:25 116:13

123:7 138:15
**prize** 70:2
**probably** 4:10
9:13 17:3
27:23 40:17
103:17
**probe** 22:6,16
31:9 52:20,23
108:5
**probes** 31:5
**probing** 51:23
**procedure**
138:20
**proceedings**
3:13 90:22
**produce** 69:24
72:2
**produced** 71:9
71:23
**produces** 70:22
**professional**
53:22 142:2
**professor** 9:20
11:12 21:11,18
24:18 26:23,24
29:19 34:18,25
51:12 86:11,15
86:18 87:11
88:7,24 89:3
89:12,19 90:14
98:12 105:10
107:1 108:3
137:21,22
138:14

**professors**
51:13
**programmable**
56:2
**project** 40:2
**pronounce**
35:14
**proposal** 8:16
52:3 53:8,9,11
53:14 58:16
**proposals**
25:21 51:13
124:9
**proposed** 51:22
52:20 79:15
**proposing**
134:24
**protected**
12:17
**provide** 21:25
46:10 68:7,7
120:20,23
129:2,3 132:21
**provided** 11:22
11:23 66:17
68:2 96:15
97:1 107:1
131:3
**provides** 87:20
89:16 115:3
**providing** 66:1
**provision** 84:23
**ps** 36:18
**public** 7:4
140:18

**publication**
90:22
**publications**
32:1,4 60:20
105:7 121:3
123:18 124:18
**publicly** 91:25
**published**
25:21 26:15
**pulse** 27:1
39:25 125:15
**pulses** 27:3
36:16,19,20
124:23 125:1
**purpose** 26:10
53:5 75:23
80:8 97:7,14
121:10
**purposes** 14:17
40:19 124:22
**pursuant** 142:3
**put** 23:10 27:14
51:13 53:10
84:5 92:9
**puter** 55:20,22
55:24 56:1,2
**puts** 63:20
**px** 28:8 44:21
**px1** 3:9 27:9,13
27:18 28:5,21
29:4 44:6,9
**px10** 3:13
99:14,15,19
**px11** 3:14
104:9,10,17,18

**px12** 3:14
104:13,17,20
104:24
**px2** 3:9 42:24
43:1,5,11,20
66:6 73:16
134:5
**px3** 3:10 66:18
66:19,24 116:7
**px4** 3:10 74:18
74:19,23 75:5
**px5** 3:11 75:24
76:1,3,4,8
**px6** 3:11,12
77:2,4,8
**px7** 78:21,22
79:1
**px8** 3:12 88:1,2
**px9** 3:13 90:8,9
90:13,17,19
91:1 93:17

**q**

**quality** 69:25
**quanticare**
117:23
**quantifi** 21:10
**quantificare**
116:24
**quantification**
79:10
**quantum** 26:22
50:2,3 70:10
70:15,21 105:9
110:4 114:10
121:8,10,14

128:3
**question** 7:24
7:25 13:25
19:1 23:19,20
75:4 84:13,19
89:18 92:1,2
93:21 94:4,19
94:21,25 95:1
101:22 102:10
102:14,18
108:24
**questions** 7:17
8:3,5 118:25
132:7 133:19
137:15
**quickly** 138:25
**quite** 13:17
19:3 138:23
**quote** 36:14
78:10 80:14,15
80:21,22 82:20
82:23 83:17,17
83:18 84:16
87:7,16,17,19
89:9,9 92:19
93:14,15 100:4
100:24,25
101:1,1,2
103:5,5,10,11
105:6 108:2
111:7 112:20
132:22
**quotes** 97:21
102:20 116:3

**quoting** 82:17
97:16

**r**

**r** 22:6 24:23
25:3,4 32:17
47:4,4
**radar** 54:14
58:15,20,21,22
58:22,25
**radiation** 27:4
36:16
**radio** 17:12
19:12,15,21,25
34:10 44:15
49:2,19
**radip.com** 2:5
**radulescu** 2:3
5:20
**random** 97:11
97:13 126:9
**ranges** 116:3
**ranging** 16:20
18:25 22:12
49:2
**ray** 16:3
**read** 23:18
36:24 78:8
82:25 93:24
94:1,3 102:13
108:21 114:5
129:16 143:9
**reader** 30:15
**reading** 81:6
89:12,19 93:1

**ready** 26:14
**realization**
121:20
**realize** 69:25
**realized** 121:4
**reason** 8:6
30:21 96:24
141:6 143:11
**recall** 10:11
11:6,20 12:20
13:6,21 14:9
14:16 15:12
23:20 24:14
26:8 45:3
48:18 52:6
64:4 81:14
83:13 96:23
98:6 104:4
131:4 132:9
133:2
**receipt** 143:18
**received** 9:10
36:5,10 43:14
48:6 137:2,22
**receiver** 20:18
**receivers** 20:14
21:1
**recent** 25:7
**recently** 24:20
34:5
**recess** 3:15,17
3:17,18,19
41:9 72:11
98:25 119:7

**recite** 100:18
**recited** 97:23
129:16
**recites** 100:10
100:25 101:15
**recognize** 29:4
43:6 66:25
67:3 74:23
76:10 77:10
79:1 88:11
90:19 99:20,22
104:18,20
**recollection**
12:3 26:15
67:15 70:5
**record** 5:15,17
7:12 11:10,17
13:15 17:17,23
26:16 35:21
36:19 41:6
42:1,2 72:7
73:5 75:5 94:3
98:22 99:4
102:13 114:5
119:4,11
124:24 136:16
139:10,14
142:12
**recovery** 22:19
**recross** 3:6
134:1 136:4
**redirect** 3:5
132:1
**reduce** 92:20

**reduced** 142:10
**refer** 18:9
  21:14 44:15,18
  108:3
**reference** 20:22
  32:3 75:7
  76:15 77:15,17
  86:23 88:6,6
  105:16,22
  113:11
**referenced**
  88:25 143:6
**references**
  11:22
**referencing**
  64:20,23
**referred** 11:15
  56:16,18 57:19
  79:2 86:2
  121:13
**referring** 31:19
  44:23 65:4
  66:15 80:17
  85:20 96:3,5,5
  101:6,8,9
**refers** 109:22
  112:3
**refresh** 71:17
**regard** 60:8
**regarded** 125:9
**regarding** 14:2
  119:17 120:24
  121:25 129:17
**regions** 127:12

**registered**
  142:2
**regular** 4:14
  46:12 114:24
  115:22
**regularly**
  135:25
**reiner** 9:12,25
  10:1 12:1,8
  13:4 14:22
  42:21
**related** 18:22
  19:2 23:21
  49:24 58:16
  66:4 116:19
  127:19 142:14
**relating** 23:8
  23:12
**relative** 89:23
  131:8 142:15
**relatively** 116:2
**relevant** 11:2
  63:10
**relying** 97:7,10
**remain** 59:13
**remember** 15:9
  15:10,16 45:6
  45:9,10 110:17
**remembered**
  45:11
**remind** 118:2
**remote** 46:4
**removal** 130:9
**repeat** 28:3
  78:6

**rephrase** 82:1
  120:23
**reply** 3:14 8:14
  13:11 14:2,11
  14:13,15,23
  17:18,19 45:7
  101:19,21
  102:4 104:21
  105:1,4,15
  106:16 107:2
  108:11 137:3
**report** 3:9,14
  13:16 14:3,7
  14:11,13,15,23
  16:24 17:20,25
  18:3,9,15,18
  28:23 43:7
  45:11 47:25
  48:25 50:11
  66:6,25 68:8
  73:17 75:11
  76:20 77:19
  78:5 79:15,20
  80:4 82:17
  83:15 84:15
  85:16 89:7
  90:4 97:6
  98:11,16
  100:13,19,21
  101:6 102:23
  102:24 103:18
  103:25 104:6
  104:21 105:2,5
  105:15,25
  106:4,16 107:2

  129:3 132:4,11
  134:5 137:3,9
  137:18 138:3,7
  139:1
**reporter** 1:24
  4:2,5,9,12 5:12
  5:18 7:21 8:23
  10:3 16:2 23:1
  23:9,12,14,16
  24:22 25:1
  26:4 27:6,14
  28:11,15,20
  32:16 33:18
  37:1,9 66:23
  74:17,22 76:7
  77:8 78:25
  88:1 90:12
  94:3 99:18
  102:13 104:17
  122:10 141:2
  142:2,22
**reports** 11:11
**represent** 5:12
  28:21,22 88:6
**representing**
  2:2,8 5:24
  13:10 14:2
**require** 101:2
**requirements**
  132:15,16,18
**research** 19:15
  19:22 20:1,11
  21:17,20 30:5
  30:6,15,18,21
  30:24 31:7,14

31:17 32:13,21
33:6,9,10,22,25
34:15 35:8,10
35:15,25 36:1
44:15 48:10
49:1,18 64:11
64:24 123:17
123:19 132:22
134:8,18 135:2
135:7,17 136:1
**researcher** 35:7
**researching**
68:18 69:3
**reservations**
42:22
**respect** 17:24
50:20,21 64:21
69:2 137:17
138:12,21,22
**response** 7:19
137:17 138:7
**responses** 7:20
**responsive** 11:3
137:18 138:3
139:1
**rest** 28:6 88:9
90:16
**restarts** 62:14
**result** 33:13
**resulted** 121:3
**results** 25:22
26:13
**retained**
136:22

**retracting** 82:8
**return** 143:13
143:17
**returned** 3:23
**reveal** 12:15
13:13
**reverse** 54:5
124:21
**review** 9:18
10:22 83:10
95:19 136:23
137:11 138:10
143:7
**reviewed** 9:19
11:6,21,21
18:15,18 85:16
86:5 90:5 91:1
106:4
**reviewing**
11:20 45:11
138:1
**rewrite** 85:1
**rfdi** 19:23
**rfid** 17:14,15
18:21,24 19:2
19:13,18,24
49:2 118:4
**rifd** 19:3
**right** 15:17
18:9 19:6,9,16
29:18 34:15
35:1,2 36:1
38:13 45:21
46:14 59:6,18
61:12 62:20

65:8,9 67:22
79:17 82:23,24
85:6 89:13
91:7 101:16
105:19 107:14
107:18 109:2
111:1,3 113:4
116:8 117:2,12
117:25
**rj11** 46:10
**rob** 26:19
56:18
**role** 54:17
55:10,10 57:23
90:23
**room** 60:16
122:8
**rough** 4:16
**rpr** 1:24 7:3
142:21
**rules** 7:16
**run** 56:18
**running** 21:3
57:25

**s**

**s** 1:7,10 24:18
25:3,4 52:6
**sabbatical**
59:15
**sampling**
125:16
**samsung** 1:15
141:5 142:8
**sapphire** 22:5

**saying** 15:16
28:25 82:3
110:17
**says** 17:20
28:22 29:15,18
29:22,25 31:2
32:10 34:21
35:3,6,15,20
36:4,8,18
43:23 49:1
53:23 55:6,19
56:10 57:1,13
60:19,22 68:2
79:14,23,24
88:5,18 90:4
90:13 92:19
95:21 102:24
108:5,9 109:20
111:7,20
112:14,23
113:4 114:16
115:14 118:6
**scanning** 22:5
31:5,9 52:20
52:23
**schaumburg**
45:16
**scheduled** 16:6
16:7,11 39:12
137:19,25
**scheduling**
40:19
**schematic** 89:2
**school** 123:7

**schubert** 11:23
85:17,21,22,22
86:9,11 87:8
87:16,18 88:15
88:17,24 89:3
89:8,16
**schubert's**
86:15,19 87:11
89:12,19
**science** 36:6
**scientific**
116:23 118:10
135:5
**scope** 16:17,23
17:4 136:4
**seal** 142:17
**search** 96:23
**searched** 65:25
**searches** 81:12
96:21
**second** 5:3 18:4
29:25 32:9
42:2 54:19
99:3 119:10
137:21,23
**section** 33:16
34:12,14 35:24
52:19,22 59:17
60:4,13,24
61:14 62:19
65:19 79:20
82:18 95:19
98:10,16
**sections** 62:9
62:16,18 63:5

97:17 107:4,6
**securities** 56:8
**see** 29:15,19,23
30:1,7,11 31:2
32:9 33:17
35:2,22 36:16
41:4 43:23
44:4 45:17
49:5 53:23
54:1 55:6,20
56:10,24 57:14
58:6 59:3 62:9
62:12,17 65:1
65:17 66:12
67:16 68:3
73:19,20,23
74:6,8 75:11
75:17 77:17
79:8,20,25
80:15 83:22
85:17 88:22
89:10 90:1,6
92:23 95:3,20
95:21 96:1
99:25 100:3,5
101:3 102:25
103:6,11
105:13,15,21
105:23 106:19
111:13,14,18
111:19 116:24
118:7,10 134:9
**seek** 137:12
**seeking** 85:1

**selected** 65:17
66:2
**sell** 20:17 59:17
**semester** 37:22
39:10
**semesters**
39:16
**semiconductor**
1:5,15 5:9
38:25 44:2,14
46:16 48:13,22
50:1,12,12
51:4,10,17
52:8 59:25
60:9 61:18
62:23 68:22
77:15 79:3
80:19 82:7
100:4,6 101:1
101:7,9,15,16
101:24 102:2,6
102:15 119:17
120:7,8,9,12,21
120:25 122:2
122:14,19,24
123:5,11 124:4
124:13 125:1
125:13,20,22
125:23 126:24
127:2 128:9,13
128:18 129:7
129:22 130:16
133:12 134:13
135:18 136:2,7
141:3,5 142:7

142:8 143:4
**semiconduct...**
46:25 47:2,10
47:11 62:25
63:3,9 69:18
75:7 76:15
77:17 83:20
84:17 119:20
119:21 120:4
121:5,8 122:1
123:24 124:12
125:17 126:20
127:3,8,14
130:6,13,20,24
133:14 134:19
135:21
**seminal** 86:15
**send** 28:13
**sensing** 57:20
57:21 59:1
**sensors** 30:1,4
30:17 33:17,19
34:1
**sent** 143:14
**sentence** 44:11
44:13,17,20,23
49:5,15,16
50:6,10 51:3
80:18 83:9
**seoul** 1:5,5 5:9
141:3,3 142:7
142:7 143:4
**september**
18:15 28:23
29:5,7,11 35:3

43:6 66:6,24
73:17 79:19
88:7 90:15,15
98:11,16
**served**  14:20
17:21 20:10
25:11 45:7
67:7
**service**  18:5
46:11,13
**services**  56:3
**serving**  67:17
**session**  3:18
73:1 98:19
**set**  27:23
114:23 137:25
**several**  10:2
11:25 12:2
15:1 30:20
52:12 61:16
74:3 77:20
97:16 138:8
**shape**  110:1,4
114:7,10
115:22 116:5
**shapes**  114:24
115:21
**share**  68:23
**sheet**  143:11
**shockwave**
118:7
**short**  27:1
36:25 40:13,22
70:8 119:3
124:23

**shorter**  15:7,14
**shortest**  124:25
**shorthand**
30:14 32:15
**show**  8:20
**showing**  88:19
111:2
**shown**  106:19
107:11 108:12
111:12 112:20
113:5
**shows**  107:24
**shubhra**  24:24
**sic**  126:4
**side**  99:24
**sides**  7:23
**sign**  143:12
**signal**  20:6
22:19 36:21
38:23
**signals**  62:6
**signature**  43:11
43:11 105:2
142:21
**signed**  104:25
143:20
**significance**
30:10
**significant**
121:19
**silicon**  124:3
127:7 133:11
**similar**  50:21
69:13,18 135:5

**simply**  138:24
**simulated**
95:14
**single**  105:9
115:24 116:4
121:13 126:1
**sir**  23:1
**sitting**  32:3
**sixth**  56:22
**size**  115:11,13
**skill**  81:6,15
84:3,5 86:20
86:24 89:18
91:15,23 92:3
92:9,25 95:12
107:20 109:21
112:5 113:15
114:19 115:1
130:5 131:4,8
131:10,12
132:8,13 134:7
134:21
**skilled**  91:19
96:6,16,25
97:2,3 107:5
107:16,23
108:19
**skin**  34:4 57:22
**slash**  106:6
**small**  30:7
**society**  63:22
64:11,24
**soft**  55:4
**software**  20:19
39:8

**sold**  20:15,18
20:22,25 59:17
**solid**  57:11
**solutions**
143:23
**sorry**  8:25,25
10:5 23:9 26:2
26:3 27:11
45:24 61:8
64:2 80:1
103:3 106:17
126:5
**sort**  56:1
**sought**  127:17
**sources**  20:24
**space**  36:20
**speak**  42:6,9
73:8,10 91:11
99:7,9
**speaking**  32:8
33:8
**speaks**  114:14
**species**  119:22
120:15,19
**specific**  63:7
82:15 102:1
**specifically**
15:3 49:1
61:19 64:6
69:2 81:5
134:6
**specification**
82:18 93:6,9
96:17 97:5
106:4,9,12

110:11
**specifications** 97:17
**specifying** 122:6
**spectrometer** 22:9
**spectroscopy** 31:17 32:10,18 35:17 48:12
**spectrosocopy** 31:3
**spectrum** 22:4 70:11,13,18 71:2,9,16,23 72:3
**speech** 109:13 109:15
**speed** 120:3
**spelling** 37:3
**spells** 52:7
**spie** 3:13 90:22 91:3
**splitters** 22:11
**sponsored** 64:10
**spot** 107:18
**spots** 107:15,17 107:20
**spring** 39:10,12 39:15
**ssc** 88:10 90:17
**stamford** 36:8 36:12 37:5 135:23

**stand** 63:16 95:16 112:4 115:25
**standing** 3:21 3:22,22 4:10 4:14
**stanford** 123:7
**start** 20:10 25:12 26:17,19
**started** 10:11 45:19 123:6 135:19
**starting** 32:6 44:21 75:11 79:5 80:4,11 83:16 84:2 93:12 95:23 105:17 106:17 106:17 109:20 114:6
**starts** 49:15,16 50:10 111:7
**startup** 53:25 56:16 58:5 59:17 60:13
**startups** 53:23 54:20 55:6 56:9,23 57:13 59:2,23 60:4
**state** 5:16 7:4 7:12 46:3 80:12 82:20 83:16 85:16 87:18,21 89:8 95:23 97:22

100:24 103:3,8 103:18,25 105:5 106:17 106:17 107:9 108:10 110:5 114:5,10 142:1 142:2
**stated** 84:15,22 85:3 113:14
**statement** 92:16 94:9 96:4 104:5
**states** 1:1 66:10 67:21 79:6 87:16 92:19 112:17 115:10 142:8
**stating** 95:13 111:15
**stations** 22:16
**status** 117:22
**stenographic...** 142:10
**sticking** 33:15 34:12
**strategies** 130:12
**street** 1:21 2:10 142:4
**strike** 59:21 61:8 78:8 105:19 113:24 126:11
**structural** 108:23

**structure** 52:17 53:6 79:15 80:12,14 81:17 81:23 82:12,22 83:18 84:7 87:12,20 88:19 88:24 93:3,5 93:12,14 95:4 95:11,24,25 97:23 103:9,10 106:6,8,14 109:23,25 110:10 111:8 112:24 113:20 114:6,20,25 120:17 121:19 127:17
**structured** 127:10
**structures** 33:12 50:4 51:24 52:14 61:18 62:4 63:2 68:9 69:12,18 70:10 80:13 93:13 95:14,24 97:4 103:9 121:10 121:12,15,20 121:22,23 125:15 127:9 127:22 128:3 128:18 129:5,8 129:14

sttr   48:11
student   31:8,11
   31:16,19,22
   32:21,24 33:1
students   31:24
   38:12 39:8
   131:11
study   95:15
style   141:3
sub   36:18
subheader
   102:24
subheading
   53:22 60:22
   79:24 95:20
subject   16:17
   17:9 37:5
   67:24 68:5
   95:18 116:18
   118:12
submit   137:20
   138:2,6
submitted
   11:11,12
subpicosecond
   27:3 36:16
subscribed
   140:15
subscriber   44:1
   45:15 46:4,7
subsequently
   122:9,11
subset   107:22
   130:19 134:12

substance
   12:16 13:4,13
   14:8 42:16
   73:12 81:14
   99:11
substantial
   18:23 62:1
   123:16,17
substantiated
   106:25
substantive
   13:6,21 14:1
substantively
   12:24
sufficient   69:24
   81:23 82:12
   106:9 139:7
sufficiently
   133:17 139:1
suit   8:14 11:1
   17:10 71:12,13
   71:20
summary   23:22
   23:24
summer   135:22
super   38:7
   128:7
superimposes
   115:6
supervising
   31:10
supplies   22:8
supply   67:20
support   17:6
   74:13

supports   107:3
supposed   83:6
suppress   84:25
suppressing
   84:4,12
sure   14:17
   21:15 24:17
   27:20 40:15,17
   89:15
surgical   55:2
   55:18
surmount
   85:12
surrounding
   89:24 125:25
swear   5:18 6:2
sworn   7:2
   142:6
sybron   53:20
   66:12 67:6,8
   67:14,15
synchronous
   126:7
system   32:18
   32:25 133:17
systems   19:5,13
   19:16,18,22
   22:7 24:1,2,7
   24:10 35:17
   38:15 44:16
   49:2,19 118:7
   124:5

**t**

t   24:18,24 25:4
   32:17 83:17
table   119:24
tags   19:18,23
   49:3
take   7:21,23,25
   14:25 16:6
   34:7 40:13,21
   73:16 98:17
   119:2
taken   41:9
   72:12 98:25
   119:7 138:11
   142:10,14
talk   41:1 98:7
talked   25:24
   40:8 42:22
   59:5,16 89:7
   104:22 110:19
   117:24 136:17
talking   18:7,8
   24:5 52:18
   71:20,21 102:5
   102:15
talks   52:3
target   58:24
taught   39:15
   131:11
teach   39:10
   123:22
teaching   37:12
   37:15,19,21
tear   69:7

technical 20:11 74:15 75:20,22 76:24 78:1 117:4 118:2,12 129:18

techniques 34:7 38:11,21 39:2,8,23 44:3 57:21 58:15 62:23 125:18 130:7,10

technologies 18:22,24,25 19:2 40:5 125:18

technology 21:8 49:4 116:12

techtronics 21:7

tektronix 59:8

telecom 20:7

telephone 10:20 13:2,3 45:14 46:4,11

telephonic 9:25 12:1,10 14:21

telephonically 13:23

telescopes 22:10

tell 116:11

ten 78:17

tera 58:5,10,12 58:13,17

terahertz 27:3 32:15,16,18 36:15

term 73:23 74:3,11 75:13 76:21 77:21 78:6,7,9,14,15 81:2,4,5,6,7 82:5 84:12 85:10 89:20 95:17 96:13 97:4 101:14 102:6,16,19 103:5,22 108:18,20,20 110:11 113:13 126:10,12

terminal 120:5 120:6 124:19 125:6

terms 4:4 40:16 75:22 82:15 87:9 90:1 132:16,18

terrific 72:6

test 15:11

tested 125:3

testified 7:5 11:25 12:4 51:11 62:1 66:11 100:13 110:14 112:14 115:21 119:16 120:22 121:1 124:8 128:25

132:25 133:7 133:10 134:11 135:19

testify 8:6 59:20 126:23 142:6

testifying 24:4

testimony 3:10 14:17 26:8 42:17 44:20,22 49:14 66:16 67:4,9 68:2,6 73:13 82:8,11 99:12 111:1 114:2 116:9,13 129:2 140:3 142:10,12 143:9,18

testing 22:17 49:22 69:7 122:9,11,24 123:4,10,21 127:22 133:1

tests 22:16

texas 15:25

text 85:21 86:3 88:15

textbook 85:23 86:6,8,15,16,19 87:1 88:17 89:4

thank 6:1 28:8 49:11 65:1 76:5 80:5 136:14 139:11

theory 38:20

thing 22:5 137:1

things 19:18 33:11 136:16

think 7:14 11:21 12:9 14:15 15:5,8 16:17 17:2 27:16,17,22 28:17 31:25 40:12,23 42:21 42:22 72:4,5 74:18 84:1 93:20 98:1 100:12 108:24 114:3 116:8 119:2 120:11 124:11 126:22 128:2,24 139:8 139:9

thinking 138:24

third 1:13,16 55:5 107:18

three 9:1 15:5 15:12 40:7 43:20 48:9 49:8 64:5 78:17,18 79:5 79:5 85:6 117:1 120:5 121:11 134:7 134:19 135:1

threshold 135:10
thursday 15:19
thz 32:10,15 36:21
time 1:20 4:4 5:8 9:15 14:22 31:23 32:22,24 39:1 40:18 41:7 42:2,13 43:19,24 44:18 44:24 45:10 58:2,4 64:17 72:6,7 73:5 93:1 98:23 99:4 119:5,11 131:15 135:24 136:2 137:5,12 139:3,7,12,15 143:19
timeframe 143:8
times 64:1 78:16,17 85:7 100:18 126:12
timing 139:7
tissue 34:2,11 57:22
tissues 55:4
titanium 22:5
title 37:24
titled 36:14 62:9
titles 32:1

tlt 1:3
today 7:18 8:7 8:10 9:8 28:7 32:3 40:23 109:16 120:22 121:1 126:13 128:24 136:20 137:15 138:9 138:10 139:12
today's 5:7 9:16 12:24 13:5 18:16,19
together 25:21 25:22
tomic 108:5
tomography 108:6
tone 46:14
took 32:5 142:3
tools 38:6
top 32:9 34:13 43:12 64:5 88:17 102:23 118:6
topics 38:2,18 39:18 40:7,11
touches 30:23
tran 4:5
transceiver 20:4 39:21 46:8
transceivers 20:2 46:8 49:3
transcript 3:20 4:3 141:1

143:6,20
transcription 142:11
transform 22:9
transisters 38:23 39:24 47:9 121:13
transistors 25:10 47:8 120:6
transmission 27:1 32:11,19 35:21 36:20 38:20 47:6 135:23
transmitter 20:22
transport 90:24 105:8
trap 103:5,10 103:13,14,16 103:23 105:12 106:9,13,19,23 107:10,13,25 108:7,9,12,16 108:18,22,22 108:25 109:6,7 109:22 110:3 110:16,17,23 111:2,9,10,16 111:22,23 112:1,6,9,18,19 112:25 113:1,9 113:13,20 114:1,9,14,16

114:18 115:10 115:12,16
trapped 109:24 110:7 114:12
trapping 114:21 115:2
traps 103:19 104:2 105:6 107:7,21 113:17
traumatic 34:8
travel 12:13,22 13:7
treatments 55:18
trial 3:10 13:19 15:16,20 16:6 67:4
tried 120:13
true 140:4 142:12
truth 140:14 142:6,6
truthfully 8:7
tucson 52:10
tumors 55:3 57:11
turn 29:4 37:18 43:20 44:9 45:13 46:19 48:25 53:17,21 60:18 62:8 65:16 66:6 70:10,13,17 73:18 76:19

79:4,19 82:16
85:15 92:18
93:11 99:24
100:21 102:22
111:5,5 115:9
116:7 118:5,5
132:4 134:4
**turning**   43:9,10
75:10 105:4
**twice**   64:4
**two**   11:11 15:5
15:6 25:15
26:12,12 29:4
69:8 111:10,23
112:19 113:1
114:17 115:13
117:23 118:5
119:22 120:5
120:14,14,18
124:19 125:6,7
125:24 133:21
134:24 136:16
137:23
**type**   40:1 54:11
58:22 78:11
82:7 83:17,20
83:24 84:9,17
84:20 85:5
100:4,6,25
101:7,9,15,16
101:23,25
102:6,15
105:12 125:19
127:17,22
128:9,13 136:7

**types**   22:15
54:9 123:24
124:12,13
126:16 128:3
128:17 129:5
**typewritten**
142:11
**typically**
119:23 125:9
**typo**   44:19 45:2
83:4,11 98:4
**typographical**
98:1

**u**

**u**   24:24 25:3
47:4
**ultimately**
53:14
**ultra**   17:11
118:4
**ultralight**
58:18
**under**   21:8
29:18,22 36:8
48:9 53:21
54:19 55:5
56:9,22 57:13
58:5 59:2,22
79:23 96:14
116:8,17
142:11
**undergoing**
138:19,19
**underlined**
8:22

**understand**   8:5
18:8 48:19
78:5,7,15 82:4
82:15,21 83:17
84:4 93:2
96:16 97:2,4
97:22 100:14
103:4 104:22
115:15 133:16
138:18
**understanding**
16:10 34:8
38:22 39:21
49:14 77:1
81:2,8,16 84:2
91:5,22 96:11
97:1 100:16
**understands**
130:5
**understood**
96:25 108:19
114:3 136:25
**undoped**   88:19
**unit**   46:4,7
**united**   1:1
67:21 142:8
**university**
21:12 29:22
34:21,25 36:8
43:15 52:4
**unquote**   105:6
**update**   29:11
**updated**   29:9
**urbana**   52:5

**url**   74:7 75:16
**use**   9:14 22:17
27:21 39:5
50:24 61:17
63:8 67:25
69:13,18
125:17 135:24
**used**   22:24
26:25 36:20
37:7 38:6
42:13 47:9
48:12,22 56:5
56:6 62:23
68:9 69:13
81:2 92:20
95:17 100:18
102:19 120:1
124:5 125:15
126:10 127:9
127:14,20
143:20
**useful**   32:20
**users**   56:6
**uses**   39:7 56:2
95:7,14 114:15
116:2
**using**   31:4
32:19 34:9
39:19 47:7
52:20,23 54:11
71:14 109:23
110:6 114:11
122:6 124:19
124:20 130:6
135:20

utralight   58:14

**v**

**v**   35:21 67:19
   143:4
**valence**   88:22
**valve**   125:10
**van**   1:18 3:4
   5:6,25 7:1,13
   7:14 11:11
   18:7 42:5 43:4
   73:7 88:11
   90:19 99:6
   109:18 119:16
   134:4 136:17
   137:2,17 138:2
   139:3,11 140:2
   140:10,13
   141:22 142:3
   143:5
**vapor**   22:25
   23:2
**variable**   124:21
**variety**   56:7
**various**   129:16
   130:6
**vd**   23:14
**vdw**   56:10,12
   56:19
**vector**   22:3
**ventilation**
   24:2
**venture**   55:2
**ver**   66:12
**verbal**   7:20

**verify**   143:9
**veritext**   3:23
   5:13 143:14,23
**veritext.com.**
   143:15
**versus**   5:10
   16:4 53:19
   57:22 67:6,8
   116:24 118:7
   118:10
**victor**   23:15
**videographer**
   2:14 5:3 6:1
   41:6 42:1
   60:16 72:7
   73:4 98:22
   99:3 119:4,10
   139:14
**videotaping**
   5:14
**viosys**   1:5
   141:4 142:7
**visible**   58:23
   69:25 70:11,13
**vitae**   3:9
**voice**   8:24 10:4
**voltage**   38:7
   124:21 125:16
**vs**   1:8,14 141:4
   141:5 142:7,8

**w**

**w**   24:18 52:6
**want**   4:3,5
   14:12,16,18
   18:13 21:15

27:15 37:18
   40:13 71:17
   75:4 137:2
**wanted**   4:13
   11:16 136:16
**warren**   7:13
**watkins**   46:20
   46:23 47:1,12
   47:17 123:6
   135:21
**wave**   20:1,4,6
   20:18 22:4
   33:12 54:10
   70:8,18
**wavelengths**
   22:12
**way**   30:14 81:8
   85:1 125:10
**we've**   126:12
**weapons**   59:1
**web**   77:13
**webster**   74:7
   74:10,14 75:2
   75:8
**week**   10:7 12:5
   12:23 13:3,10
   13:18 14:2,11
   16:8,12 138:4
**weeks**   137:23
**weide**   1:18 3:4
   5:6,25 7:1,13
   7:14 11:11
   18:7 42:5 43:4
   73:7 88:11
   90:19 99:6

109:18 119:16
   134:4 136:18
   138:2 139:4,11
   140:2,10,14
   141:22 142:3
   143:5
**weide's**   137:3
   137:18
**wells**   50:3
   121:8 128:3
**went**   14:15
   59:15
**western**   15:24
   67:21
**whatsoever**
   102:3
**white**   70:7,19
   70:22 71:2,10
   71:14,24
**wide**   18:25
   116:3
**widely**   127:9
**width**   126:2
**wireless**   33:4,4
   39:5 49:4
   116:15
**wisconsin**
   21:12,14,18,20
   22:2 23:25
   25:15 29:23
   31:14 34:6
   37:12 38:4
   39:16 67:22
**wish**   84:25
   94:17

**witness**  3:2
  5:18 6:2 7:2
  8:25 10:5
  12:13,15 13:17
  14:5,9 16:3
  17:7 23:3,11
  23:13,15,20
  24:23 25:3,20
  26:2,5 27:7
  28:25 30:20
  32:17 33:20
  37:10 40:10
  42:12 47:20,23
  48:8,18 49:12
  50:15,24 51:7
  51:21 53:4,13
  60:7 61:7,16
  61:25 62:22
  63:14 64:9
  65:24 66:11
  67:7 68:14,20
  69:5,23 70:15
  70:24 71:4,12
  72:1,10 81:1
  83:4,13 85:9
  86:1,23 87:4
  87:15 89:15,23
  91:9,18 92:6
  92:15 93:5,20
  93:25 94:17,24
  95:7 96:11
  98:15 100:12
  101:12,18
  102:10,19
  103:21 104:4

106:2 108:2
109:4,19
110:23 111:18
112:13,23
113:11 115:20
122:4,11,16,21
123:1,13
124:18 127:24
128:11,15,22
129:10,24
130:4,22
134:15,23
136:5,12
142:12,17
143:8,10,12,19
**woccesmad**
  52:6
**won**  70:1
**word**  76:14
  81:10 83:7
  96:13 100:18
  108:21
**words**  35:13
  50:24 96:19
  110:2 111:18
  114:4,8 121:14
  127:4
**work**  20:5,9
  26:15 31:10,13
  32:2,4 40:3
  44:1,6,13,22,23
  46:15,23 47:1
  47:16,23 48:8
  48:21 49:18,21
  50:1 51:3,9,12

51:13,16,21
52:2,22 53:10
53:19 57:19
59:24 62:1,24
64:12 68:21
70:3 116:19
117:14,14
118:15,19
121:3 122:5
123:6 124:8
125:14 135:22
**worked**  43:17
  46:20 47:3,12
  47:22 50:12,19
  117:17 121:7
  124:12 125:12
  126:16
**working**  16:14
  31:8,22 33:11
  45:19 46:19
  117:19 118:21
**workshop**  52:8
**workshops**
  52:5,10,12
**world**  124:24
**write**  50:10,19
  106:3
**writing**  96:18
**written**  8:17
  30:7 50:7 68:2
  68:5 86:8,19
  87:1 91:14
  92:3,8,12
  93:18 94:4,13
  100:13 129:3

**wrote**  30:21
  44:11 50:15,25
  87:7,8 93:11
  93:16

### x

**x**  16:3,3 58:5
  58:10,13 79:7
  79:10,11
**x's**  58:17
**xes**  58:12

### y

**y**  22:6 25:4
  79:10,12
**ye**  31:15
**year**  46:1
**years**  25:16
  52:12 68:17,21
  69:3,8,10,15
  105:7 134:8,20
  135:1,16
**yesterday**  9:25
  10:10,14,23
**ygaxalyn**  79:7
**york**  2:4

### z

**zero**  20:9 79:11
  79:12 121:15
**zoom**  10:17

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.