# EXHIBIT D

Stacey H. Wang (SBN 245195)
Vito Costanzo (SBN 132754)
HOLLAND & KNIGHT LLP
400 South Hope Street 8th Floor
Los Angeles, CA 90071-2040
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
stacey.wang@hklaw.com
vito.costanzo@hklaw.com

Charles H. Sanders (*pro hac vice*)
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
charles.sanders@lw.com

Michael B. Eisenberg (*pro hac vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3529
Facsimile: (212) 385-9010
michael.eisenberg@hklaw.com

Attorneys for Plaintiffs
*SEOUL SEMICONDUCTOR CO., LTD. and*
*SEOUL VIOSYS CO., LTD.*

(Defense counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation, SEOUL VIOSYS CO., LTD., a Korean corporation,<br><br>Plaintiffs,<br>v.<br><br>BED BATH & BEYOND, INC., a New Jersey corporation,<br>Defendant. | Case No. 2:18-cv-3837-SJO-SK<br><br>JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO N.D. CAL PATENT L.R. 4-3 |

Pursuant to Northern District of California Patent Local Rule 4-3, Plaintiffs Seoul Semiconductor, Ltd. and Seoul Viosys Co., Ltd., ("Plaintiffs" or "SSC") and Defendant Bed Bath & Beyond, Inc. ("Defendant" or "BB&B") (collectively the "Parties") hereby provide their Joint Claim Construction Chart and Prehearing Statement.

1

## I.   AGREED CONSTRUCTIONS

| Patent | Claim Term | Agreed Construction |
|--------|-----------|---------------------|
| '789 Patent | "LED phosphor combination" | "the combination of at least one light emitting diode and at least one phosphor substance" |
| '789 Patent | "CRI adjusting light" | "light that alters the Color Rendering Index of the base light" |
| '552 Patent | "lead frame" | "one or more structures used for mounting an LED chip and for connecting the LED chip to apply external power" |
| '552 Patent | "inset sidewalls" | "portions of an object's exterior sides that are recessed inward" |
| '552 Patent | "undercutting" | "a recessed portion under an overhanging portion" |
| '157 Patent | "phosphor member" | "a structural element comprising or containing phosphor" |
| '210 Patent | "optical thickness" | "the index of refraction of a material multiplied by its physical thickness" |

## II.  DISPUTED CONSTRUCTIONS

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|--------|-----------|-----------------------------------|-----------------------------------|
| '731 Patent | 1. "quantum dot layer" | "A semiconductor layer comprising nanoscale particles of semiconductor material"<br><br>**Intrinsic Evidence:**<br><br>Amendment of January 3, 2005 in Application 10/363,031.<br><br>**Extrinsic Evidence**<br><br>E. Fred Schubert "Light Emitting Diodes" (2003) at 171.<br><br>U.S. Patent No. 5,614,435.<br><br>S.M Reimann and M. Manninen "Electronic Structure of Quantum Dots" (2002).<br><br>Ledentsov et al. "1.3 μm luminescence and gain from defect-free InGaAs–GaAs quantum dots grown by metal-organic chemical vapour deposition."<br><br>Testimony from Professor Steven DenBaars. | "an active medium consisting of quantized electronic structures deposited on a substrate that is distinct from a semiconductor layer"<br><br>**Intrinsic Evidence:**<br><br>Claims 1, 2, 11, 12; Abstract; 1:15-39; 1:58-63; 1:64-67; 2:51-59; 3:5-21 Amendment (Jan. 3, 2005)<br><br>PCT Publication in German (Feb. 28, 2003)<br><br>**Extrinsic Evidence**<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms, 1717 (6th Ed. 2003) (BBB_0000437) |

JOINT CLAIM CONSTRUCTION STATEMENT

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|--------|-----------|-----------------------------------|-----------------------------------|
| '207 Patent | 2. "transparent electrode layer" | Plain and ordinary meaning, or in the alternative, "an electrode layer comprised of material substantially transparent to the emitted light."<br><br>**Intrinsic Evidence:**<br>U.S. Patent No. 7,982,207 at 3:16-19.<br><br>**Extrinsic Evidence:**<br>Testimony from Professor Steven DenBaars. | "Layer that serves as an electrode and an electrode pad and has strong electrical characteristics and minimal interruption of light emission, through which light is emitted."<br><br>**Intrinsic Evidence:**<br>Abstract; Figs. 1-4; Claims 1-17; 1:25-50; 2:51-67; 3:16-19; 3:35-60; 4:4-11; 4:66-5:21<br><br>Invention Disclosure Forms<br><br>File Wrapper Cites including and relating to the following:<br><br>SSC_BBB-000000403-406; SSC_BBB-000000407; SSC_BBB-000000336; SSC_BBB-000000965-966; SSC_BBB-000001018-1022; SSC_BBB-000001025; SSC_BBB-000001027; SSC_BBB-000001029; SSC_BBB-000001719-1720; SSC_BBB-000001723-1726; SSC_BBB-000001729; SSC_BBB-000001732-1733 |

JOINT CLAIM CONSTRUCTION STATEMENT

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| '207 Patent | 3. "current blocking portion" | Plain and ordinary meaning, or in the alternative, "a portion that impedes the direct flow of current"<br><br>**Intrinsic Evidence:**<br><br>U.S. Patent No. 7,982,207 at 3:61-4:22; 4:66-5:10.<br><br>**Extrinsic Evidence:**<br><br>Korean Patent No. 10-0721515.<br><br>Testimony from Professor Steven DenBaars. | "portion that prevents current from directly flowing from the p-type electrode pad to the tunnel layer so that current is distributed broadly in the transparent electrode layer"<br><br>**Intrinsic Evidence:**<br><br>Abstract; Claims 1-3, 12, 13, 16; Figures 1-4; 3:60-4:3; 4:12-18; 4:22-52<br><br>File Wrapper Cites including and relating to the following:<br><br>SSC_BBB-000000963; SSC_BBB-000000966; SSC_BBB-000001027 |

JOINT CLAIM CONSTRUCTION STATEMENT

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|--------|-----------|-----------------------------------|-----------------------------------|
| '731 Patent | 4. "interrupting growth" | Plain and ordinary meaning, or in the alternative, "pausing between semiconductor growth steps. **Intrinsic Evidence:** U.S. Patent No. 6,942,731 at 2:35-40; 44-47. Amendment of January 3, 2005 in Application 10/363,031. **Extrinsic Evidence:** Sellin et al. "Close-to-ideal device characteristics of high-power InGaAs/GaAs quantum dot lasers" (2001). Testimony from Professor Steven DenBaars. | "stopping or slowing formation of quantum dots and redistributing cover layer material to smooth the surface, prevent dislocations, and minimize concentration of dot defects" **Intrinsic Evidence:** Abstract, Claims 1, 2; 1:39-45; 2:35-52; 2:51-59; 3:4-21 Amendment (Jan. 3, 2005) |

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| '731 Patent | 5. "coherent quantum dots" | "Nanoscale particles of semiconductor material that are relatively free of defects"<br><br>**Intrinsic evidence:**<br><br>U.S. Patent No. 6,942,731 at 1:40-58; 2:44-47; 2:60-62.<br><br>**Extrinsic Evidence:**<br><br>S.M. Reimann and M. Manninen "Electronic Structure of Quantum Dots" (2002).<br><br>Ledentsov et al. "1.3 μm luminescence and gain from defect-free InGaAs–GaAs quantum dots grown by metal-organic chemical vapour deposition."<br><br>Testimony from Professor Steven DenBaars. | "Quantized electronic structures that are stable with respect to desorption at the temperature and duration of the growth interruption."<br><br>**Intrinsic evidence:**<br><br>Abstract; Claim 1;1:15-39; 1:58-63; 1:64-67; 2:8-25; 2:51-59; 3:5-21<br><br>Amendment (Jan. 3, 2005)<br><br>Specification (Aug. 8, 2003)<br><br>Preliminary Amendment (Aug. 8, 2003)<br><br>**Extrinsic Evidence**<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms, 1717 (6th Ed. 2003) (BBB_0000437) |

JOINT CLAIM CONSTRUCTION STATEMENT

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| '207 Patent | 6. "arranged in the opening" | Plain and ordinary meaning, or in the alternative, "located within the opening."<br><br>**Intrinsic Evidence:**<br><br>U.S. Patent No. 7,982,207 at 3:61-22; 4:66-5:10; Figs. 1, 3, 4.<br><br>**Extrinsic Evidence:**<br><br>Korean Patent No. 10-0721515.<br><br>Testimony from Professor Steven DenBaars. | "residing wholly within the opening in the tunnel layer form through the etching process"<br><br>**Intrinsic Evidence:**<br><br>Abstract; Figures 1-4; Claims 1, 7, 16; 3:45-60; 3:60-4:3; 4:12-18; 5:1-10<br><br>File Wrapper Cites including and relating to the following:<br><br>SSC_BBB-000000963; SSC_BBB-000000966; SSC_BBB-000000977; SSC_BBB-000001020; SSC_BBB-000001025-1027 |

JOINT CLAIM CONSTRUCTION STATEMENT

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|--------|-----------|-----------------------------------|-----------------------------------|
| '054 Patent | 7. "heat dissipating slug" | Plain and ordinary meaning.<br><br>**Intrinsic Evidence:**<br><br>U.S. Patent No. 8,120,054 at 2:54-63, Figs. 1-4.<br><br>**Extrinsic Evidence:**<br><br>Testimony from Professor Steven DenBaars. | "A structure composed of conductive material used to conduct heat away from a light emitting diode, where the structure is formed outside an opening and inserted into the opening where it is held in place by friction"<br><br>**Intrinsic Evidence:**<br><br>Figs. 1-4 and associated discussion; Abstract; Claims 1-7, 9-15; 1:39-46; 1:49-52; 1:56-64; 2:53-63; 3:1-11<br><br>File Wrapper Cites including and relating to the following:<br><br>SSC_BBB-000001181-1187; SSC_BBB-000001201-1204; SSC_BBB-000001230-1232; SSC_BBB-000001239; SSC_BBB-000001248- 1252; SSC_BBB-000001260-1264<br><br>**Extrinsic Evidence**<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms, 1953 (6th Ed. 2003) (BBB_0000437) |

JOINT CLAIM CONSTRUCTION STATEMENT

| | '988 Patent | 8. "connected in parallel" | Plain and ordinary meaning.<br><br>**Intrinsic Evidence:**<br><br>U.S. Patent No. 8,168,988 at 11:55-12:2; 13:1-40; 14:1-34; 14:35-63; Figs. 9, 11, 13, 14.<br><br>**Extrinsic Evidence:**<br><br>Testimony from Professor Steven DenBaars. | "a first light emitting cell block and a second light emitting cell block are connected between first and second electrodes, as a cathode of the first light emitting cell block is connected to the first electrode, an anode of the first light emitting cell block is connected to the second electrode, a cathode of the second light emitting cell block is connected to the second electrode, and an anode of the second light emitting cell block is connected to the first electrode."<br><br>**Intrinsic Evidence:**<br><br>Figs. 1-14 and associated discussion; Abstract; Claims 1-13; 1:48-52; 6:22-40; 6:61-7:16; 11:8-24; 11:51-6:15<br><br>File Wrapper Cites including and related to:<br><br>SSC_BBB-000000326; SSC_BBB-000001420; SSC_BBB-000001434-1435; SSC_BBB-000001438-139; SSC_BBB-000001452-1455; SSC_BBB-000001467-1469; SSC_BBB-000001601; SSC_BBB-000001631; SSC_BBB-000001665-1670; SSC_BBB-000001717-1721; SSC_BBB-000001727-1733; SSC_BBB-000001736-1743; SSC_BBB-000001745- |

JOINT CLAIM CONSTRUCTION STATEMENT

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| | | | 1747 **Extrinsic Evidence** McGraw-Hill Dictionary of Scientific and Technical Terms, 1903 (6th Ed. 2003) (BBB_0000436) |
| '988 Patent | 9. "rectifying bridge unit" | Plain and ordinary meaning, or in the alternative, "a circuit element that converts alternating current into unidirectional current." **Intrinsic Evidence:** U.S. Patent No. 8,168,988 at 7:22-29; 12:34-64; 13:1-40; 13:41-67; 14:1-34; 14:35-63; Figs. 10, 11, 12, 13, 14. **Extrinsic Evidence:** Modern Dictionary of Electronics (7th ed.) at 631. Random House Webster's Unabridged Dictionary at 1614. Testimony from Professor Steven DenBaars. | "Four diodes arranged to apply predetermined rectified power to light emitting cells, the four diodes formed on an identical substrate in the form of a rectification bridge" **Intrinsic Evidence:** Figs. 1-14 and associated discussion; Abstract; Claims 1-13; 2:66-3:3; 7:21-29; 8:2-8; 8:41-47; 12:37-67; 13:4-31; 13:43-67; 14:3-28; 14:55-67 File Wrapper Cites including and related to: SSC_BBB-000001745; SSC_BBB-000001433; SSC_BBB-000001453; SSC_BBB-000001466; SSC_BBB-000001720; SSC_BBB-000001739-1745 |

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| '552 Patent | 10. "fixing space" | Plain and ordinary meaning, or in the alternative, "locations that when filled with material provide fixation." **Intrinsic Evidence:** U.S. Patent no. 8,829,552 at 1:57-61; 3:9-45; 4:27-53; 5:22-49; Figs. 1-9. **Extrinsic Evidence:** Random House Webster's Unabridged Dictionary at 726-27. Testimony from Professor Steven DenBaars. | "Space formed through bodies of the first and second lead frames allowing the molding unit to adhere to the top surfaces of the lead frame units" **Intrinsic Evidence:** Abstract; Figs. 1-9 and associated description; Claims 1-17; 3:8-19; 2:57-63 File Wrapper Cites including and relating to: SSC_BBB-000001868; SSC_BBB-000001847; SSC_BBB-000001863-1868; SSC_BBB-000001879; SSC_BBB-000001881-1882; SSC_BBB-000001885-1886; SSC_BBB-000001926-1928; SSC_BBB-000001931-1939 |

JOINT CLAIM CONSTRUCTION STATEMENT

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| '157 Patent | 11. "distributed Bragg reflector" | Plain and ordinary meaning, or in the alternative, "a reflector comprised of pairs of multiple dielectric layers having different indices of refraction."<br><br>**Intrinsic Evidence:**<br><br>U.S. Patent No. 9,577,157 at 5:24-28; 6:26-7:2; 8:6-29; 9:21-46; 13:66-16:16; Figs. 5-7, 18.<br><br>**Extrinsic Evidence:**<br><br>Testimony from Professor Steven DenBaars. | "reflector having a high reflectivity over a wide wavelength range and formed to reflect light emitted from the LED chip by repeating a plurality of pairs of at least two different material layers, with the different material layers affecting a reflector's reflectivity for light of the same wavelength"<br><br>**Intrinsic Evidence:**<br><br>Abstract, Claims 1-10; 1:42-45; ;2:5-12; 6:21-52<br><br>File Wrapper Cites including and relating to the following:<br><br>SSC_BBB-00000202; SSC_BBB-000002051; SSC_BBB-000002070-2072; SSC_BBB-000002134-2136; SSC_BBB-000002431-2433; SSC_BBB-000002436; SSC_BBB-000002438-2439; SSC_BBB-000002440-2441-2445; SSC_BBB-000002449-2459; SSC_BBB-00002461<br><br>**Extrinsic Evidence**<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms, 278 (6th Ed. 2003) (BBB_0000439) |

JOINT CLAIM CONSTRUCTION STATEMENT

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| '210 Patent | 12. "multi quantum well structure" | Plain and ordinary meaning, or in the alternative, "an active region comprised of multiple light emitting layers separated by barrier layers." <br><br> **Intrinsic Evidence:** <br><br> U.S. Patent No. 9,716,210 at 7:25-40; 11:30-39; Fig. 2-4. <br><br> Office Action of June 30, 2016 in Application 14/690,036. <br><br> Amendment of September 30, 2016 in Application 14/690,036. <br><br> U.S. Patent No. 6,337,493. <br><br> **Extrinsic Evidence:** <br><br> Testimony from Professor Steven DenBaars. | "structure in which a barrier layer and InGaN quantum well layer are alternately stacked" <br><br> **Intrinsic Evidence:** <br><br> Abstract; Figures 1-13; Claims 1, 6, 9, 10, 19, 22; 7:25-40 <br><br> File Wrapper Cites including and relating to the following: <br><br> SBC_BBB-00002880; SSC_BBB-000002535; SSC_BBB-000002549-2552; SSC_BBB-000002578; SSC_BBB-00002580-2582; SSC_BBB-000002879-2881 |

JOINT CLAIM CONSTRUCTION STATEMENT

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| '210 Patent | 13. "barrier layer" | Plain and ordinary meaning, or in the alternative, "a layer having a wider bandgap than an adjacent quantum well layer."<br><br>**Intrinsic Evidence:**<br><br>U.S. Patent No. 9,716,210 at 7:25-40; 11:30-39; Fig. 2-4.<br><br>Office Action of June 30, 2016 in Application 14/690,036.<br><br>Amendment of September 30, 2016 in Application 14/690,036.<br><br>U.S. Patent No. 6,337,493.<br><br>**Extrinsic Evidence:**<br><br>Testimony from Professor Steven DenBaars. | "layer formed of a GaN-based semiconductor that is undoped"<br><br>**Intrinsic Evidence:**<br><br>Abstract; Figures 1-13; Claims 1, 6, 9; 2:19-28; 7:27-30; 7:34-40; 11:29-39<br><br>File Wrapper Cites including and relating to the following:<br><br>SSC_BBB-000002535; SSC_BBB-000002549; SSC_BBB-00002550-2551; SBC_BBB-000002554; SBC_BBB-000002580; SBC_BBB-000002841; SBC_BBB-000002851; SBC_BBB-000002856-2858; SBC_BBB-000002880 |

JOINT CLAIM CONSTRUCTION STATEMENT

| | | | | |
|---|---|---|---|---|
| '210 Patent | 14. "super-lattice layer [including a plurality of layers]" | "a semiconductor layer including a plurality of barrier sublayers alternating with a plurality of well sublayers."<br><br>**Intrinsic Evidence:**<br><br>U.S. Patent No. 9,716,210 at 7:25-40; 11:30-39; Fig. 2-4.<br><br>Office Action of June 30, 2016 in Application 14/690,036.<br><br>Amendment of September 30, 2016 in Application 14/690,036.<br><br>U.S. Patent No. 6,337,493.<br><br>**Extrinsic Evidence:**<br><br>WO 01/17035.<br><br>Fiddy "Foreword to Special Issue" Waves in Random and Complex (2014).<br><br>Tsu "Applying the insight into superlattices and quantum wells for nanostructures: Low dimensional structures and devices" (2007).<br><br>Esaki and Tsu "Superlattice and Negative Differential | "Structure that includes a first layer grown on and directly contacting an electron reinforcing layer, a final layer that the active layer grows upon and directly contacts, the final layer doped with a high-concentration silicone to improve junction characteristics between the superlattice layer and the active layer, and the remaining layers in between being substantially undoped to reduce leakage current of an LED."<br><br>**Intrinsic Evidence:**<br><br>Figures 1-13; Claims 1, 6, 22; Abstract; 3:45-57; 6:33-60<br><br>File Wrapper Cites including and relating to the following:<br><br>SSC_BBB-000002535; SSC_BBB-000002549-2550; SSC_BBB-000002578; SSC_BBB-000002582; SBC_BBB-000002671; SBC_BBB-000002843-2844; SBC_BBB-000002847; SBC_BBB-000002849-2852; SBC_BBB-000002862-2863; SBC_BBB-000002865-2866; SBC_BBB-000002868-2870; SBC_BBB-000002879; |

JOINT CLAIM CONSTRUCTION STATEMENT

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| | | Conductivity in Semiconductors" (1970).<br><br>Ando *et al.* "Electronic Properties of Two-Dimensional Systems" (1982).<br><br>Bastard, "Superlattice Band Structure in the Envelope-Function Approximation" (1981).<br><br>Wacker "Semiconductor Superlattices: A model system for nonlinear transport" (2001).<br><br>Testimony from Professor Steven DenBaars. | SBC_BBB-000002882 |

JOINT CLAIM CONSTRUCTION STATEMENT

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| '210 Patent | 15. "bandgap" | Plain and ordinary meaning, or in the alternative, "the amount of energy needed to transition an electron into the conduction band." **Intrinsic Evidence:** Office Action of June 30, 2016 in Application 14/690,036. Amendment of September 30, 2016 in Application 14/690,036. U.S. Patent No. 6,337,493. **Extrinsic Evidence:** Modern Dictionary of Electronics (7th ed.) at 57. Testimony from Professor Steven DenBaars. | "an energy difference between two allowed bands of electron energy" |

| Patent | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|--------|-----------|-----------------------------------|-----------------------------------|
| '210 Patent | 16. "spacer layer [including a plurality of layers disposed between the superlattice layer and the n-type contact layer and having a bandgap smaller than that of the barrier layer and greater than that of the quantum well layer]" | Plain and ordinary meaning, or in the alternative, "a layer of semiconductor material in the space that separates the superlattice layer and n-type contact layer and that has a bandgap smaller than the barrier layer and greater than the quantum well layer."<br><br>**Intrinsic Evidence:**<br><br>U.S. Patent No. 9,716,210 at 9:39-11:29; Fig. 6-10.<br><br>Office Action of June 30, 2016 in Application 14/690,036.<br><br>Amendment of September 30, 2016 in Application 14/690,036.<br><br>U.S. Patent No. 6,337,493.<br><br>**Extrinsic Evidence:**<br><br>Testimony from Professor Steven DenBaars. | "a layer disposed between an n-type contact layer and the active region, made up of a N-based group III-nitride semiconductor"<br><br>**Intrinsic Evidence:**<br><br>Abstract; Figures 1-13; Claims 1, 3-6, 9, 12-14, 18; 4:4-13; 10:11-22; 11:49-52; 10:23-61<br><br>File Wrapper Cites including and relating to the following:<br><br>SSC_BBB-000000404; SSC_BBB-000000407 |

## III.  ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING

The parties anticipate that the length of the claim construction hearing will be no longer than one day.

## IV. WHETHER ANY PARTY PROPOSES TO CALL WITNESSES

Neither Plaintiffs or Defendants presently intends to call any witnesses at the claim construction hearing.

Dated:  March 22, 2019                    Respectfully submitted,

                                          HOLLAND & KNIGHT LLP

                                          By:  /s/ *Michael B. Eisenberg*
                                          Michael B. Eisenberg (*pro hac vice*)
                                          Stacey H. Wang
                                          Vito A. Costanzo

Dated:  March 22, 2019                    LATHAM & WATKINS LLP

                                          By:  /s/ *Charles Sanders*
                                          Charles H. Sanders (*pro hac vice*)

                                          *Attorneys for Plaintiffs Seoul*
                                          *Semiconductor Co., Ltd. and*
                                          *Seoul Viosys Co., Ltd.*

Dated:  March 22, 2019                    RUSS AUGUST & KABAT

                                          By:  /s/ *Paul Kroeger*
                                          Paul A. Kroeger
                                          12424 Wilshire Boulevard, 12th Floor
                                          Los Angeles, CA 90025
                                          Tel: (310) 826-7474
                                          Fax: (310) 826-6991
                                          pkroeger@raklaw.com

                                          *Attorneys for Defendant Bed Bath &*
                                          *Beyond, Inc. with respect to the Feit*
                                          *Electric accused products.*

JOINT CLAIM CONSTRUCTION STATEMENT

1
2
## **L.R. 5-4.3.4(a) CERTIFICATION**
3    Pursuant to L.R. 5-4.3.4(a)(2), Michael B. Eisenberg hereby attests that all
4 other signatories listed, and on whose behalf the filing is submitted, concur in the
5 filing's content and have authorized the filing.
6
7                                    By:    /s/  *Michael B. Eisenberg*
8                                          Michael B. Eisenberg (*pro hac vice*)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT CLAIM CONSTRUCTION STATEMENT

## PROOF OF SERVICE

State of California )
                    )  ss.
County of Los Angeles )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, 8th Floor, Los Angeles, California 90071.

On **March 22, 2019,** I served the document described as JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO N.D. CAL PATENT L.R. 4-3 on the interested parties in this action:

[x] By Electronic Transfer to the CM/ECF System

In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-3.2, and General Order 07-08, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **March 22, 2019,** at Los Angeles, California.

_____/s/ Elena Zyalyukova_____
Elena Zyalyukova

JOINT CLAIM CONSTRUCTION STATEMENT