# EXHIBIT E



# WILEY ELECTRICAL



AND

# ELECTRONICS ENGINEERING DICTIONARY

   

## STEVEN M. KAPLAN

EXHIBIT
DX-20
11/14/2023
PENGAD 800-631-6989

**By the same author**

*English–Spanish, Spanish–English Electrical and Computer Engineering Dictionary,* published by John Wiley & Sons, Inc.

*Wiley's English–Spanish, Spanish–English Business Dictionary*

*Wiley's English–Spanish, Spanish–English Chemistry Dictionary*

*Wiley's English–Spanish, Spanish–English Dictionary of Psychology and Psychiatry*

*English–Spanish Legal Dictionary, Second Edition,* published by Aspen Publishers

# WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY

**Steven M. Kaplan**
Lexicographer



IEEE PRESS



A JOHN WILEY & SONS, INC., PUBLICATION

THE PENNSYLVANIA STATE UNIVERSITY
COMMONWEALTH CAMPUS LIBRARIES
BEHREND

TK9
.K39
2004
ree 2-9-05

Copyright © 2004 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by
any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted
under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written
permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the
Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-
8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed
to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-
6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in
preparing this book, they make no representation or warranties with respect to the accuracy or
completeness of the contents of this book and specifically disclaim any implied warranties of |
merchantability or fitness for a particular purpose. No warranty may be created or extended by sales
representatives or written sales materials. The advice and strategies contained herein may not be suitable
for your situation. You should consult with a professional where appropriate. Neither the publisher nor
author shall be liable for any loss of profit or any other commercial damages, including but not limited to
special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department
within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print, however,
may not be available in electronic format.

***Library of Congress Cataloging-in-Publication Data is available.***

Kaplan, Steven M.

Wiley Electrical and Electronics Engineering Dictionary

ISBN 0-471-40224-9

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

carrier                                     95                      carrier suppression

ich cards (3) are used
e practically obsolete.

on of data stored on a

on of data stored on a

, the accuracy of data

e which delivers small
d conditions, and at a
its pumping blood at a
may not be implanted.
or pacer.

f the variations in the
diograph is used to de-
breviation is ECG, or
m.

tects and records varia-
eart. A cardiogram is
ity. Its abbreviation is
ardiograph.

d to obtain an electro-
s electrodes applied to
ect the electrical signals
lectrocardiography, or
sentation of a cardioid

al microphone whose
s like a heart. In one di-
onse, while in the oppo-

n shaped approximately
re is nearly uniform re-
e opposite direction there

ey (^) which serves, for
ber is raised to. For ex-

, distributed, and whose
rity if the user is so in-

f a Wheatstone bridge,
es which are nearly iden-

which objects rest or are
VD changer in which the

f **carousel** compact disc
es a **carousel**. A CD car-
w discs are available, so a
this method to hold discs
ve space.

s as **carousel CD player**.
er which utilizes a **carou-**
utilized when a few discs
s is not likely to use this
be swapped, so as to save
player.

s a **carousel** CD or DVD

, numbness, and/or pain
radiate into the arm. This
dexterity and strength in
pression of a nerve which
ype of repetitive-strain in-

jury, and years of improper positioning of the wrist while typing at a keyboard is one cause. Its abbreviation is **CTS**.

**carrier** **1.** Same as **carrier wave**. **2.** Same as **charge carrier**. **3.** Same as **common carrier**.

**carrier access code** A code which an end user of a telecommunications service dials to select the service of a given carrier. In North America, such codes are in the form of 101XXXX, where the XXXX portion is the carrier identification code. Its abbreviation is **CAC**.

**carrier amplifier** An amplifier which amplifies a carrier wave or a carrier current.

**carrier beat** The result of **carrier beating**, such as patterns on a received fax.

**carrier beating** Unwanted signals resulting from the mixing of two carrier signals of slightly different frequencies. May result, for instance, in undesired patterns in a received fax, or within a TV image.

**carrier channel** **1.** The lines and equipment which serve to send a carrier current. Also called **carrier-current channel**. **2.** The path through which carrier waves travel. **3.** A path along which carrier waves can travel.

**carrier chrominance signal** Same as **chrominance signal**.

**carrier color signal** In color TV, the signal which is added to the monochrome signal, for the transmission of color information.

**carrier concentration** Same as **charge-carrier concentration**.

**carrier current** **1.** AC which is modulated, in order to transmit information. **2.** The current component of a carrier wave.

**carrier-current channel** Same as **carrier channel (1)**.

**carrier density** Same as **charge-carrier concentration**.

**carrier detect** A signal a modem sends to the equipment it is connected to, such as a computer, indicating that it has sensed a carrier signal. This signifies that it is ready to receive data. Its abbreviation is **CD**.

**carrier deviation** Same as **carrier swing**.

**carrier dropout** A temporary loss of a carrier signal.

**carrier frequency** **1.** The frequency of a carrier wave. Such a frequency is generated by an unmodulated radio transmitter, and can be modulated in frequency, amplitude, or phase, in order for it to carry information. **2.** The center frequency of a transmitted carrier wave. Also called **center frequency (1)**.

**carrier-frequency range** The continuous interval of carrier frequencies within which a transmitter may operate.

**carrier identification code** A four digit code which identifies a telecommunications carrier in North America. It consists of the last four digits of the carrier access code, which is in the form of 101XXXX, thus the XXXX portion is the carrier identification code. Its abbreviation is **CIC**.

**carrier injection** The introduction of charge carriers into a semiconductor. Also, the process utilized. Also called **injection (2)**.

**carrier leak** In suppressed-carrier transmission, the residual carrier remaining after suppression.

**carrier level** The power level of an unmodulated carrier wave, at any given point, in relation to a reference power level. Usually expressed in decibels.

**carrier lifetime** In a semiconductor material, the average time a charge carrier exists before recombination.

**carrier line** A transmission line used for transmitting a carrier signal.

**carrier loss** A loss of a carrier signal.

**carrier mobility** The average drift velocity of charge carriers in a semiconductor material, per unit electric field. Also called **drift mobility**, or **mobility**.

**carrier modulation** The process of modifying a characteristic of a carrier wave by an information-bearing signal, as occurs, for instance, in AM, FM, or PM. Also, the result of such modulation. For example, in FM, the instantaneous frequency of a sine-wave carrier is varied above and below the center frequency by an information-bearing, or modulating, signal. Also called **modulation (2)**, or **RF modulation**.

**carrier noise** In an RF signal, noise produced by variations of a carrier in the absence of any intended modulation. Also known as **residual modulation (1)**, or **incidental modulation (1)**.

**carrier noise level** In an RF signal, the level of **carrier noise**.

**carrier-operated device antinoise** Its acronym is **codan**. **1.** A device which mutes a receiver unless there is an incoming carrier signal having a given intensity. **2.** A device which mutes a receiver unless there is an incoming signal.

**carrier oscillator** In a single-sideband receiver, the RF oscillator that supplies the necessary carrier wave.

**carrier power** Same as **carrier power output**.

**carrier power output** The power an RF transmitter supplies to the transmission line of an antenna when no modulating signal is present. Also called **carrier power**.

**carrier power-output rating** The power an RF transmitter supplies to the normal-load circuit or its equivalent when no modulating signal is present.

**carrier repeater** Equipment which amplifies the power level of a carrier signal, without increasing the noise level significantly. Such equipment includes one or more amplifiers, filters, equalizers, and so on. A carrier repeater may be unidirectional or bi-directional.

**carrier sense multiple access** An Ethernet protocol in which a station attempts to verify if the network is busy, before transmitting. Its abbreviation is **CSMA**.

**carrier sense multiple access with collision avoidance** An Ethernet protocol similar to **carrier sense multiple access with collision detection**, but with the added feature of sending a brief signal indicating its intention to transmit before doing so. Its abbreviation is **CSMA/CA**.

**carrier sense multiple access with collision detection** An Ethernet protocol for handling the situation in which two stations transmit simultaneously. When this occurs, this collision of signals is detected, and to avoid another collision, each stops transmitting and waits a different, random interval before attempting to retransmit. Its abbreviation is **CSMA/CD**.

**carrier shift** **1.** In AM, the unwanted variation of average carrier power, resulting in imperfect modulation. **2.** In communications utilizing frequency-shift modulation, shifting the carrier frequency to differentiate between a mark and a space. Shifting in one direction indicates a mark, while shifting in the other indicates a space.

**carrier signal** A signal which is modulated in frequency, amplitude, or phase, in order for it to carry information. For instance, an AM radio transmitter modulates the amplitude of a carrier signal. Also called **signal carrier**.

**carrier signaling** In multichannel carrier transmission, a technique which uses carrier waves for signaling functions such as ringing and dialing.

**carrier storage** The accumulation of charge carriers in a semiconductor device such as a transistor. Also called **charge storage (2)**.

**carrier suppression** Also called **suppressed-carrier transmission**. **1.** A mode of transmission in which the carrier wave is suppressed after carrier modulation, in which case only one or both sidebands are transmitted. The carrier wave is restored at the receiving terminal for demodulation. **2.** A mode of transmission in which the carrier wave is suppressed when there is no modulating signal.

Case 3:22-cv-02989-TLT  Document 151-6  Filed 11/22/23  Page 7 of 33

**carrier swing**  For a frequency or phase-modulated carrier wave, the total deviation, ranging from the lowest to the highest instantaneous frequencies. Also called **carrier deviation**.

**carrier system**  A communications system in which a number of channels simultaneously travel over a single path by modulating each channel using a different carrier frequency and then demodulating at the receiving terminal to restore each signal to its original form.

**carrier telegraphy**  Telegraphy in which a carrier wave is modulated for transmitting signals.

**carrier telephony**  Telephony in which a carrier wave is modulated by an audio-frequency signal, for transmission over wire lines.

**carrier terminal**  The equipment at each end of a carrier transmission system. This equipment performs functions such as modulation, amplification, and demodulation. Also called **carrier terminal equipment**.

**carrier terminal equipment**  Same as **carrier terminal**.

**carrier-to-noise ratio**  The ratio of the RF carrier level to the RF noise level, before modulation. Usually expressed in decibels. Its abbreviation is **CNR**.

**carrier transmission**  Transmission of a signal which is the result of the modulation of a carrier wave. If the carrier wave is suppressed after modulation, it is called **suppressed-carrier transmission**.

**carrier voltage**  The voltage component of a carrier wave.

**carrier wave**  An electromagnetic wave which is intended to be modulated by an information-bearing signal. Such a wave may be amplitude, frequency, or phase modulated. Used in RF transmissions such as those of TV, radio, telephone, or satellite. Also called **carrier** (1). Its abbreviation is **CW**.

**carrierless amplitude phase**  A modulation technique similar to quadrature amplitude modulation. It is used in DSL, but discrete multitone is currently preferred. Its abbreviation is **CAP**.

**carry**  1. In arithmetic, the transferring of a digit to another column. For example, moving a digit to the column of the next higher position when the sum of the digits in a column exceeds the base of the number system. 2. In computers and counters, a signal, such as a carry flag, which indicates that there is a **carry** (1).

**carry bit**  A bit which indicates that there is an arithmetical operation with a **carry** (1).

**carry flag**  A signal or circuit which indicates that there is an arithmetical operation with a **carry** (1).

**carry time**  The time required for a computer or counter to perform a **carry** (1) operation.

**carrying capacity**  The maximum amount of current that a conductor, component, or device can handle safely.

**Cartesian axis**  Each of the mutually perpendicular lines which intersect at a common point called the origin, and which is used within a **Cartesian coordinate system**. When representing three planes, for instance, each axis is designated by the letters **x**, **y**, and **z**, respectively. Also called **rectangular axis**.

**Cartesian-coordinate robot**  A robot whose movements are along Cartesian axes. For example, a manipulator may be able to move along the **x**, **y**, and **z** axes. Used in robotic applications such as assembly, gluing, or arc welding. Also called **rectangular-coordinate robot**. Its abbreviation is **CCR**.

**Cartesian coordinate system**  A coordinate system in which the locations of points are given in reference to the axes, numbering two or more. Each of these coordinate axes is perpendicular to the others, and all intersect at a common point called the origin. Each coordinate axis, or Cartesian axis, represents a plane called a Cartesian plane. A number of lines, equal to the number of planes, may be drawn from the origin to any given point on a plane or in space, and the exact location of this point can be specified by giving the coordinates with respect to the axes. Also called **rectangular coordinate system**. Its abbreviation is **CCS**.

**Cartesian coordinates**  Each of the sets of numbers which locate a point on a plane or in space, according to a **Cartesian coordinate system**. If there are two planes, for instance, then a point is located by specifying the position in reference to each of the axes, one that is usually horizontal and denominated **x**, and one that is usually vertical and denominated **y**. Also called **rectangular coordinates**.

**Cartesian manipulator**  A robotic manipulator whose movements are along Cartesian axes. For example, a manipulator may be able to move along the **x**, **y**, and **z** axes. Used in applications such as assembly, gluing, or arc welding.

**Cartesian plane**  A coordinate plane whose points are specified by **Cartesian coordinates**.

**cartridge**  1. A case or container which holds a device or substance which is intended to be plugged into a larger piece of equipment. For instance, such a container enclosing ink, a magnetic tape, or a printed circuit. 2. A removable computer storage device which contains a magnetic or optical disk. For instance, a floppy disk. Also called **disk cartridge**. Also, such a device utilizing a chip or another storage medium. 3. A container, which houses a length of magnetic media, that can be plugged into the appropriate device in a manner that eliminates the need for directly handling the contents. For instance, a videotape, or a continuous-loop tape cartridge. 4. In a phonograph, an electromechanical transducer whose stylus vibrates as it follows the grooves of a record, and which converts these vibrations into electric signals. There are various types, including moving coil and piezoelectric, and each attaches to a phonograph arm. Also called **phonograph cartridge**, **phonograph pickup**, **phono cartridge**, or **pickup** (2).

**cartridge fuse**  A fuse whose fusible element is contained in an insulating enclosure, so as to minimize damage to any components immediately surrounding it. Such fuses have ferrules on each end for plug-in connection.

**CAS**  Abbreviation of **collision-avoidance system**.

**cascade**  1. A connected series of two or more images, stages, elements, or devices which interact or function in sequence. A cascading menu is an example. 2. Same as **cumulative ionization**. 3. The connection of two or more circuits or devices in a manner that the output of one is the input of the next. Seen, for example in a cascade amplifier. Also called **tandem**.

**cascade amplifier**  An amplifier with two or more stages arranged in a manner that the output of one serves as the input for the next, while amplifying at each step. Also called **cascaded amplifier**, or **multistage amplifier**.

**cascade arrangement**  Same as **cascade connection**.

**cascade connection**  An arrangement or connection which forms a **cascade**. Also called **cascade arrangement**.

**cascade control**  An automatic control system in which the control units are linked in a chain where each unit controls the succeeding one. Also called **piggyback control**.

**cascade image tube**  An image tube with various sections, in which the output image of one section serves as the input for the next. Used, for instance, for detection of low levels of light.

**cascade limiter**  A limiter circuit which has two or more stages arranged in a manner that the output of one serves as the input for the next. Also called **double limiter**.

**cascade noise**  The noise in a cascade amplifier after a signal has proceeded through all the amplifying stages.

**cascade star topo**  which are conne  Also called casc

**cascade transform**  or more step-up

**cascaded**  Arrang  cascade.

**cascaded amplifi**

**cascaded stars**  S

**cascading**  1. Th  devices or ele  quence, or tha  2. In an electr  ming from an  in widespread

**cascading menu**  which leads to  further selectio

**cascading style**  applying of st  to any Web pa  facilitates pro  and also allow  style sheets in  viation is CSS

**cascading wind**  dows arrange  The title bars  which window

**cascode**  Same a

**cascode ampli**  emitter input  stage. It fea  stance, in TV  cuit.

**cascode circuit**

**CASE**  Acrony  computer-as  automated  tems engine  gineering.

**case-based rea**  lems based o  that are rele  best suited f  have many l

**case insensiti**  guish betwe  stance, on t  in any comb  contrasts w  made.

**case sensitive**  percase and  search whe  specified to  seen on the  require cer  access the c  **sensitive**, v

**case-sensitive**  lowercase  rectly speci

**case sensitivi**

**CASE techn**  CASE.

**CASE tools**  utilizing C  coding and

Case 3:22-cv-02869-TLT   Document 151-6   Filed 11/22/23   Page 8 of 33

**cascade star topology** In LANs, two or more star networks which are connected to each other, each linked by their hub. Also called **cascaded stars**.

**cascade transformer** A transformer which incorporates two or more step-up transformers.

**cascaded** Arranged or connected in a manner which forms a cascade.

**cascaded amplifier** Same as **cascade amplifier**.

**cascaded stars** Same as **cascade star topology**.

**cascading 1.** The connection or arrangement of two or more devices or elements, in a manner that they function in sequence, or that the output of one is the input of the next. **2.** In an electrical power system, successive failures stemming from an incident at a given location. This may result in widespread service interruption.

**cascading menu** In a computer program, a pull-down menu which leads to various choices, some of which may provide further selection options, and so on.

**cascading style sheets** An HTML feature which enables the applying of style elements such as headers, fonts, and links to any Web page, separately from its specific content. This facilitates providing related Web pages with a similar style, and also allows for general modifications by changing these style sheets instead of the individual Web pages. Its abbreviation is **CSS**.

**cascading windows** On a computer screen, a group of windows arranged in a manner that they overlap one another. The title bars are generally visible, allowing a user to know which windows are open. Also called **overlaid windows**.

**cascode** Same as **cascode amplifier**.

**cascode amplifier** An amplifier circuit with a grounded-emitter input stage followed by a grounded-base output stage. It features high gain and low noise. Used, for instance, in TV tuners. Also called **cascode**, or **cascode circuit**.

**cascode circuit** Same as **cascode amplifier**.

**CASE** Acronym for **computer-aided software engineering**, **computer-assisted software engineering**, **computer-automated software engineering**, **computer-aided systems engineering**, and **computer-automated systems engineering**.

**case-based reasoning** An expert system which solves problems based on cases which encompass previous experiences that are relevant to the task at hand. Such an approach is best suited for problems that are narrow in scope, but which have many layers.

**case insensitive** Indicative of a program that does not distinguish between uppercase and lowercase characters. For instance, on the Internet, most email addresses may be written in any combination of uppercase and lowercase letters. This contrasts with **case sensitive**, where such distinctions are made.

**case sensitive** Indicative of a program that distinguishes uppercase and lowercase characters. For instance, in a text search where the capitalization of words and/or letters is specified to pinpoint the desired results. Another example is seen on the Internet, where a uniform resource locator may require certain characters to be upper and/or lower case to access the correct Web address. This contrasts with **case insensitive**, where such distinctions are not made.

**case-sensitive search** A database search where uppercase and lowercase characters are distinguished, and must be correctly specified to obtain the desired results.

**case sensitivity** The characteristic of being **case sensitive**.

**CASE technology** A software technology which enables CASE.

**CASE tools** The resources available to software engineers utilizing **CASE technology**. Such tools include automatic coding and intelligent agents.

**Cassegrain antenna** A microwave antenna in which the feed radiator, mounted at or near the surface of the main reflector, is directed towards a small convex reflector at the focal point of the dish. The small reflector then redirects the signal back to the dish, which in turn produces the desired forward beam.

**Cassegrain feed** The feed system used in a **Cassegrain antenna**.

**cassette 1.** A flat compact case containing magnetic tape and two floating reels, one for supply, the other for take-up. It is designed for easy insertion and removal from devices intended for their use. Utilized, for instance for audio or videotapes, or for data backup. Also called **tape cassette**. **2.** A lightproof housing for photographic film or plates.

**cassette deck** A magnetic tape player intended for recording and playing back audio cassettes. Also called **cassette player (2)**, or **cassette recorder (2)**.

**cassette player 1.** A magnetic tape player intended for playing back audio cassettes. **2.** Same as **cassette deck**.

**cassette recorder 1.** A magnetic tape player intended for recording audio cassettes. **2.** Same as **cassette deck**.

**cassette tape** The tape in a **cassette (1)**.

**castellations** In a chip package such as a leadless ceramic chip carrier, metallic pads which are utilized for the interconnection of conductive surfaces. Castellations are used instead of leads consisting of metal prongs or wires, and are usually flush with the package or recessed.

**castor oil** A pale yellow viscous oil used in electrical insulation compounds and in capacitors. Also called **ricinus oil**.

**CAT 1.** Acronym for **computerized axial tomography**, **computed axial tomography**, **computer axial tomography**, **computer-aided tomography**, and **computer-assisted tomography**. **2.** Acronym for **computer-aided teaching**, or **computer-assisted teaching**. **3.** Acronym for **computer-assisted training**, or **computer-aided training**. **4.** Acronym for **computer-aided testing**, or **computer-assisted testing**. **5.** Acronym for **computer-assisted translation**, or **computer-assisted translation**.

**CAT 1 cable** Abbreviation of **category 1 cable**.

**CAT 2 cable** Abbreviation of **category 2 cable**.

**CAT 3 cable** Abbreviation of **category 3 cable**.

**CAT 4 cable** Abbreviation of **category 4 cable**.

**CAT 5 cable** Abbreviation of **category 5 cable**.

**CAT 6 cable** Abbreviation of **category 6 cable**.

**CAT 7 cable** Abbreviation of **category 7 cable**.

**CAT scan** Same as **computed tomography**. Abbreviation of **computerized axial tomography scan**.

**CAT scanner** Same as **CT scanner**. Abbreviation of **computerized axial tomography scanner**.

**cat whisker** Also spelled **catwhisker**. A thin and flexible wire used to make electric contact on the surface of a semiconductor

**catalog 1.** A directory, list, or index of files or other data stored in a computer or computer application. A catalog includes information such as the name, size, location, or the like, of said files or data. **2.** To enter data into a **catalog (1)**.

**catalyst 1.** A substance that accelerates a chemical reaction significantly, and which is not itself consumed in the process. By the end of the reaction, a catalyst is returned to its original state. An example is the platinum utilized in a fuel cell. **2.** Any agent which speeds up a process significantly.

**cataphoresis** Migration, toward the cathode, of charged particles suspended in a medium under the influence of an electric field produced by electrodes immersed in said medium. When migration is toward the anode, it is called **anaphoresis**.

into the corresponding audio-frequency vibrations. Mostly used for reproduction of high frequencies. Also called **crystal loudspeaker**, or **piezoelectric speaker**.

**crystal spectrometer** An instrument used to analyze crystal structure by using X-rays. In it, a beam of collimated X-rays strikes the crystal, and a detector measures the angles and intensities of the reflected beam. Applying Bragg's Law to these measurements yields details about the crystal structure. Used, for instance, for X-ray diffraction studies that determine the structure of crystalline DNA. **DNA** is the abbreviation of deoxyribonucleic acid, and in its strands are contained the chemical basis of heredity. Also known as **crystal-diffraction spectrometer, Bragg spectrometer**, or **ionization spectrometer**.

**crystal tester** A device utilized for testing crystals, such as quartz, used in electronics. For instance, it may verify if a crystal oscillates, its frequency, its temperature coefficient, and so on.

**crystal transducer** A transducer whose sensitive element is a piezoelectric crystal, especially quartz. Piezoelectric crystals, when subjected to mechanical energy, generate electrical energy, and vice versa. Used, for example, in microphones, pickups, and speakers. Also called **piezoelectric transducer**.

**crystal unit** A piezoelectric crystal mounted on its crystal holder.

**crystal video receiver** A video receiver which incorporates a crystal detector that converts the incoming microwave signal into a video and/or audio signal. Used, for instance, in radars.

**crystal whisker** A single-crystal filament made of a metal, such as cobalt, or a refractory material, such as aluminum oxide. Such crystals feature very high tensile strength and temperature resistance. Also called **whisker** (1).

**crystalline** Pertaining to, composed of, or incorporating one or more crystals.

**crystallography** The science that deals with crystal formation, structure, and phenomena.

**Cs** Chemical symbol for **cesium**.

**CSA** Abbreviation of **client/server architecture**.

**CSCL** Abbreviation of **computer-supported collaborative learning**.

**CSCW** Abbreviation of **computer-supported collaborative work**.

**CSD** Abbreviation of **circuit-switched data**.

**CSLIP** Acronym for **Compressed SLIP**.

**CSMA** Abbreviation of **carrier sense multiple access**.

**CSMA/CA** Abbreviation of **carrier sense multiple access with collision avoidance**.

**CSMA/CD** Abbreviation of **carrier sense multiple access with collision detection**.

**CSNET** An academic and research computer network which was merged with BITNET to form a network run by CREN. It was originally an abbreviation of Computer and Science Network.

**CSP** Abbreviation of **chip-scale package**.

**CSS** Abbreviation of **cascading style sheets**.

**CSTN** Abbreviation of **color super-twist nematic**.

**CSTN display** Abbreviation of **color super-twist nematic display**.

**CSU** Abbreviation of **channel service unit**.

**CSU/DSU** Abbreviation of **channel service unit/data service unit**.

**CSV** Abbreviation of **circuit-switched voice**.

**CSWR** Abbreviation of **current standing-wave ratio**.

**CT** **1.** Abbreviation of **computed tomography, computerized tomography**, or **computer tomography**. **2.** Abbreviation of **center tap**. **3.** Abbreviation of **computer telephony**.

**CT-cut crystal** A piezoelectric crystal cut used for vibration frequencies below 1 MHz.

**CT scan** Same as **computed tomography**.

**CT scanner** An instrument which takes a **computed tomography**. It is an abbreviation of computed tomography **scanner**, computerized tomography **scanner**, or computer tomography **scanner**.

**CTD** Abbreviation of **charge-transfer device**.

**CTE** Abbreviation of **coefficient of thermal expansion**.

**CTFM sonar** Abbreviation of **continuous-transmission frequency-modulated sonar**.

**CTFT** Abbreviation of **color thin-film transistor**.

**CTFT display** Abbreviation of **color thin-film transistor display**.

**CTI** Abbreviation of **computer telephony integration**, or **computer telephone integration**.

**Ctrl** Abbreviation of **control key**.

**CTRL** Abbreviation of **control key**.

**Ctrl-Alt-Del** The simultaneously holding down of the Ctrl, Alt, and delete keys on a computer keyboard. Used, for instance, to reboot some systems.

**Ctrl-Break** Abbreviation of Control-Break. The pressing of the break key while holding down the control key on a computer keyboard. This key combination may be used, for instance, to stop a given operation in progress.

**CTRL-BREAK** Same as **Ctrl-Break**.

**Ctrl key** Abbreviation of **control key**.

**CTRL+ALT+DEL** Same as **Ctrl-Alt-Del**.

**Ctrl+click** Abbreviation of **control+click**.

**CTS** **1.** Abbreviation of **clear to send**. **2.** Abbreviation of **carpal-tunnel syndrome**.

**Cu** Chemical symbol for **copper**.

**cubical antenna** An antenna whose radiating elements are arranged so as to form a cube.

**cubical quad antenna** An essentially omnidirectional antenna whose elements are in the shape of four-sided loops. Two elements are usually utilized, one driven and the other parasitic. Also called **quad antenna**.

**cue circuit** A one-way communications circuit utilized to transmit control information. May be used for radio and TV programming.

**cumulative backup** A data backup technique in which the only files copied are those that have been modified since the last backup, and in which all versions are saved, not just the last one, as is the case of a **differential backup**. This also contrasts with a **full backup**, in which all files are copied, including those that have not been modified since the previous backup. Also called **incremental backup**.

**cumulative ionization** Also called **cascade** (2), **avalanche, Townsend ionization, Townsend avalanche**, or **ion avalanche**. When the only produced charged particles are electrons, it is called **electron avalanche**. **1.** A cumulative ionization process in which charged particles are accelerated by an electric field and collide with neutral particles, creating additional charged particles. These additional particles collide with others, so as to create an avalanche effect. **2.** In semiconductors, the cumulative generation of free charge carriers in an avalanche breakdown.

**cup core** A core which encloses a coil, providing a magnetic shield.

**cupric bromide** Same as **copper bromide**.

**cupric chloride** Same as **copper chloride**.

**cupric cyanide** Same as copper cyanide.

**cupric ferrocyanide** Same as copper ferrocyanide.

**cupric hydroxide** Same as copper hydroxide.

**cupric nitrate** Same as copper nitrate.

**cupric oxide** A brownish black powder whose chemical formula is $CuO$. It is used in batteries, electrodes, and in electroplating. Also called copper monoxide, or copper oxide black.

**cupric selenide** Same as copper selenide.

**cupric sulfate** Same as copper sulfate.

**cupric tungstate** Same as copper tungstate.

**cuprous cyanide** A chemical compound whose formula is $CuCN$. It is used in electroplating.

**cuprous oxide** Reddish-brown crystals whose chemical formula is $Cu_2O$. Used in electroplating, ceramics, rectifiers, and photocells. Also called copper oxide red, or copper suboxide.

**cuprous selenide** Dark blue to black crystals whose chemical formula is $Cu_2Se$. Used in semiconductors.

**cuprous sulfide** A blue to black powder whose chemical formula is $Cu_2S$. Used in solar cells, rectifiers, and electrodes.

**curie** A unit of radioactivity defined as exactly $3.7 \times 10^{10}$ atomic disintegrations per second, which is the approximate decay rate of one gram of pure radium. Its abbreviation is Ci.

**Curie law** A law stating that the susceptibility of certain paramagnetic materials is inversely proportional to its absolute temperature. It doesn't always hold true, especially for liquids or solids.

**Curie point** Same as Curie temperature.

**Curie temperature** The temperature at which the ferromagnetic properties of a material become paramagnetic. At or above this temperature, the thermal energy in the material is too great to exhibit ferromagnetism. Also called Curie point, ferromagnetic Curie temperature, or magnetic transition temperature.

**Curie-Weiss law** A variation of the Curie law which takes into account the mutual interactions between particles, especially in a liquid or solid. Only holds true at temperatures above the Curie temperature.

**curium** A synthetic element whose atomic number is 96. It is a reactive silvery-white metal, and has about 20 known isotopes, all of which are unstable. It is used, for instance, for compact thermionic or thermoelectric power generation, especially for use in remote areas such as outer space. Its chemical symbol is $Cm$.

**current** Its symbol is $I$, and it is expressed in amperes. Also called electric current. 1. A flow of an electric charge through a conductor. Electrons, electron holes, or ions may transport an electric charge. 2. The rate of flow of electric charge through a conductor.

**current amplification** Also called current gain. 1. For an amplifying device such as a transistor, electron tube, or photomultiplier tube, the ratio of the output current to the input current. Also called current ratio. 2. The production of an output current which is greater than the input current.

**current amplifier** A device, such as a transistor or electron tube, whose output current is greater than its input current.

**current antinode** For a medium having standing waves, such as a transmission line or antenna, the point at which there is a maximum of current. Also called current loop.

**current attenuation** 1. For an amplifying device such as a transistor, electron tube, or photomultiplier tube, the ratio of the input current to the output current. 2. The production of an output current which is lesser than the input current.

**current balance** An ammeter which operates by having a current pass through two nearby coils connected in series. One of the coils is fixed, while the other is attached to the arm of a balance. The attractive force between the coils is counterweighed by the force of gravity acting on a known weight on the arm of the balance, which in turn indicates the current strength on its scale. Also called Ampère balance, or Kelvin balance.

**current calibrator** A source whose steady current level serves as a basis for calibrating instruments.

**current-carrying capacity** The maximum amount of current that a conductor can handle safely.

**current coefficient** 1. A coefficient depicting a current change resulting from a variation in another electrical parameter, such as voltage or resistance. 2. A coefficient depicting a variation in another electrical parameter, such as voltage or resistance, resulting from a current change.

**current consumption** Same as current drain.

**current-controlled current source** A dependent source whose level of output current depends on its input current. An example is a current amplifier. Its abbreviation is CCCS.

**current-controlled device** A device, such as a switch, whose function is controlled by an input current.

**current-controlled switch** A switch, such as a semiconductor device, whose switching action is determined by an input current.

**current-controlled voltage source** A dependent source whose level of output voltage depends on its input current. An example is a transresistance amplifier. Its abbreviation is CCVS.

**current crest** Same as current peak.

**current density** The current flowing per unit of cross-sectional area of a conductor. Its SI unit is amperes per square meter. Its symbol is $J$. Also called electric current density.

**current detector** A component, circuit, or device which indicates the presence of a current.

**current divider** A device which serves to deliver a given proportion of the total current to one or more circuits or branches.

**current drain** The current a circuit or load draws from a power source. Also called current consumption, or drain (1).

**current feed** The feeding of an antenna by connecting its transmission line at a current antinode.

**current feedback** Feedback in which a proportion of the current output to the load is fed back to the input circuit in series.

**current flow** The flow of an electric charge through a conducting medium. Electrons, electron holes, or ions may transport an electric charge.

**current gain** Same as current amplification.

**current generator** 1. A device which generates DC. For instance, a rotating electric machine which converts mechanical power into DC power. 2. A device which generates AC. For example, a rotating electric machine which converts mechanical power into AC power.

**current hogging** The undesired condition in which one out of multiple components operated in parallel draws more current than it should. This can lead to a malfunction or failure of the component.

**current-instruction register** Same as control register.

**current intensity** The magnitude of a current flow. Also called current strength, or current magnitude. When expressed in amperes it is called amperage.

**current lag** Within a circuit, a change in current which lags behind a change in voltage. For example, in an inductive circuit the current lags behind an applied voltage. This contrasts with **current lead**.

**current lead** Within a circuit, a change in current which leads a change in voltage. For instance, in a capacitive circuit the current leads an applied voltage. This contrasts with **current lag**.

**current leakage** Also called **leakage current**. **1.** Current which flows through unwanted paths of a circuit, such as from the output to the input when not intended. **2.** Current which flows between electrodes of an electron tube by any route except the interelectrode space. **3.** Current which flows along the surface or through the body of a dielectric or insulator. **4.** DC which flows through the dielectric of a capacitor. **5.** AC which flows through a rectifier without being rectified. **6.** Current which flows through a component, circuit, or device which is in the off state. Also called **off-state leakage current**.

**current limit** **1.** The maximum output current a **current limiter** allows. **2.** The maximum current a device can handle without damage.

**current limiter** A device which limits its output current to a given maximum value, regardless of the applied voltage. Used, for instance, to protect equipment from surges. It may or may not provide protection for lesser fluctuations in current or voltage, which may also be destructive. Also called **current-limiting device**.

**current limiting** The limiting of an output current to a given maximum value, through the use of a **current limiter**.

**current-limiting device** Same as **current limiter**.

**current-limiting fuse** A fuse which interrupts a current that exceeds a given value. Used to protect components and equipment.

**current-limiting resistor** A resistor that limits the flow of a current to a given maximum value. Used to protect components and equipment. Also called **limiting resistor**.

**current loop** Same as **current antinode**.

**current magnitude** Same as **current intensity**.

**current maximum** Same as **current peak**.

**current meter** A device which measures and indicates current. For instance, an ammeter or a galvanometer.

**current mirror** A circuit in which the current on one side is forced to be a replica of that of the other side. Accomplished, for instance, by the bases and emitters of two bipolar junction transistors being connected together.

**current-mode logic** A logic circuit in which the transistors operate in an unsaturated mode, which provides faster switching. Its abbreviation is **CML**.

**current node** For a medium having standing waves, such as a transmission line or antenna, the point at which there is a minimum of current, or zero current.

**current noise** Also called **excess noise**. **1.** Electrical noise produced by current flowing through an electrical component, especially a resistor. **2.** Electrical noise produced by current flowing through a semiconductor material.

**current peak** Also called **current maximum**, **current peak value**, or **current crest**. **1.** The maximum value of a current. **2.** The maximum value of the displacement from a reference position, such as zero, for a current. **3.** The **current peak** (1), or **current peak** (2) for a given time interval.

**current peak value** Same as **current peak**.

**current rating** **1.** The maximum amount of current that a conductor or device can handle safely. **2.** The maximum amount of continuous current that a conductor or device can handle safely, or within a prescribed operating temperature range.

**current ratio** Same as **current amplification** (1).

**current-regulated power supply** Same as **constant-current source**.

**current-regulated supply** Same as **constant-current source**.

**current regulation** The maintenance of the current flowing through a circuit essentially constant utilizing a **current regulator**.

**current regulator** A device which maintains the current flowing through a circuit essentially constant, despite variations in variables such as load resistance, line voltage, and temperature, so long as they are within a prescribed range.

**current relay** A relay which is actuated at a specific current value, as opposed to a given voltage or power value.

**current saturation** In an electron tube, the condition in which the anode current can not be further increased, regardless of any additional voltage applied to it, since essentially all available electrons are already being drawn to said anode. Also called **plate saturation**, **anode saturation**, **voltage saturation**, or **saturation** (3).

**current source** A source from which current flows. For example, a power outlet.

**current standing-wave ratio** For a given transmission line, such as a coaxial cable or waveguide, the ratio of the maximum current to the minimum current. It is a measure of the impedance matching of the line. This ratio is equal to 1 when there is complete impedance matching, in which case the maximum possible RF power reaches the load, such as an antenna. Its abbreviation is **CSWR**. Also called **standing-wave ratio** (2).

**current strength** Same as **current intensity**.

**current surge** A sudden and momentary increase in current. May be caused, for instance, by lightning, or faults in circuits. If protective measures are not employed, such a surge may bring about a failure, or significant damage. Also called **surge current**, or **transient current**.

**current transformer** A transformer utilized for increasing or decreasing current. For example, an arrangement in which the primary winding of such a transformer is connected in series with the main circuit, with the secondary winding to a measuring instrument, can help avoid exposing said instrument to a current whose magnitude is too great.

**current-voltage characteristic** For a component, circuit, or device, a curve plotting current as a function of voltage. Also called **current-voltage curve**.

**current-voltage curve** Same as **current-voltage characteristic**.

**cursor** **1.** On a display, especially that of a computer screen, an indicator such as a blinking underline or a solid rectangle which indicates the location where a keystroke will appear on screen. Also called **insertion point** (1). **2.** On a computer screen, an indicator, such as a small hand, arrow, or I-beam, that moves as the mouse is moved. It serves to select text, menus, and the area of the screen where the next text input or other action will occur, by clicking the mouse there. Also called **pointer** (1), **mouse pointer**, or **mouse cursor**. **3.** A **cursor** (2) indicated by a pointing device, such as a trackball, other than a mouse. **4.** The pointing device of a digitizing tablet. It is similar to a mouse, but is much more accurate, because its location is determined by touching an active surface with an absolute reference. Also called **pen** (1), **puck**, or **stylus** (2).

**cursor control** The control of the movement or placement of a **cursor** (2) or **cursor** (3). A cursor may be moved or placed in various manners, including the use of keyboard keys, pointing devices such as a mouse, or a system in which a camera detects head motions.

**cursor control device** A device used for **cursor control**.

diamond-like carbon                    184                    dielectric heating

**diamond-like carbon**  An artificially-prepared form of carbon, with a structure similar to that of diamond.  Although its properties are not quite as defined as that of diamond, it has many applications in electronics, including its use in capacitors, in optical windows for bar-code readers, in disk-drive heads, and in semiconductors.

**diamond needle**  Same as **diamond stylus**.

**diamond stylus**  A phonograph pickup whose tip is a ground diamond.  Also called **diamond needle**.

**diaphragm  1.**  A vibrating membrane in a speaker.  It produces a sound-wave output in response to its electric input.  Cones and domes are examples of commonly utilized diaphragms in speakers.  Also called **speaker diaphragm**, or **loudspeaker diaphragm**.  **2.**  A vibrating membrane in a microphone.  It produces an electric output in response to its sound-wave input.  Also called **microphone diaphragm**.  **3.**  A pressure-sensitive element in some sensors, such as certain barometers.  **4.**  A membrane, disk, adjustable opening, or other device or mechanism which serves to restrict or regulate the passage of a waves and/or matter, such as light waves or electrolytes.

**diathermy**  The use of high-frequency radio waves for therapeutic purposes.  Used, for example, to generate localized heat in body tissues.

**diatomic**  Occurring as, pertaining to, or consisting of two atoms.  For example, molecular oxygen, whose chemical formula is $O_2$.

**DIB  1.**  Abbreviation of **device-independent bitmap**.  **2.** Abbreviation of **Directory Information Base**.

**dibit**  Any of the four possible combinations of two consecutive bits, which are 00, 01, 10, and 11.  Used, for instance, in differential phase-shift keying when four states are represented.

**diborane**  A colorless and reactive gas whose chemical formula is $B_2H_6$.  It is used as a semiconductor dopant.

**dice**  Plural form of **die (1)**, or **die (2)**.

**dichotomizing search**  A search technique in which the desired item is compared to a list to determine in which half it is located, the other half being discarded.  Then, within this half, a similar search is performed.  This process of pinpointing the half that contains the item is continued successively until the search is complete.  Also known as **binary search**.

**dichotomy  1.**  Characterized by branching into two divisions, such as a routine into two subroutines.  **2.** Characterized by continued branching into two divisions.  For example, two branches, each forming two, for a total of four, then those four forming eight, and so on.

**dichroic mirror**  A mirror which reflects light of given frequencies, while transmitting the rest.  Used, for instance, in color TV cameras.

**dichroism  1.**  A property of some crystals, in which different colors are exhibited when viewed from different axes.  **2.** A property of some substances or materials, in which different colors are exhibited when viewed through different thicknesses.  Occurs, for instance, in some solutions.

**dichromate cell**  An electrolytic cell with a carbon electrode immersed in an approximately 12% potassium dichromate solution, and a zinc electrode immersed in an approximately 9% sulfuric acid solution.

**dicing**  The cutting of a semiconductor material into **dice**.

**DID**  Abbreviation of **direct inward dial**, or **direct inward dialing**.

**die  1.**  A piece of semiconductor material or dielectric upon which one or more electrical components may be mounted, etched, or formed.  Used, for instance, for fabrication of repetitive units in semiconductor manufacturing.  Its plural form is **dice**.  Also called **chip (2)**, or **semiconductor die**

**(1)**.  **2.**  A piece of semiconductor material or dielectric upon which one or more electrical components has been mounted, etched, or formed.  Its plural form is **dice**.  Also called **chip (3)**, or **semiconductor die (2)**.  **3.** To cease functioning.  **4.** A tool, device, or mold which serves to impart a desired shape and/or finish to a molten or semisolid material.  It may consist, for instance, of a mold into which a molten metal is forced.

**die attach**  The attachment of a **die (1)** to a substrate.  An epoxy resin, for instance, may be used for such bonding.  Also called **die attachment**, or **die bonding**.

**die attachment**  Same as **die attach**.

**die bonding**  Same as **die attach**.

**dielectric**  A material which is an electric insulator.  An electric field may be applied through such a material with little or no energy loss.  Dielectrics are used, for instance, to separate the plates in a capacitor, or between the conductors of a cable.  Examples of dielectrics include air, cil, glass, paper, rubber, and various plastics and ceramics.  A vacuum is a perfect dielectric.  Also known as **dielectric material**.

**dielectric absorption**  A property of certain dielectrics, in which electric polarization is retained after removal of the electric field.  Such an effect can last up to several years, and it is the basis for electrets.  Also called **dielectric hysteresis**, or **electric hysteresis (1)**.

**dielectric amplifier**  An amplifier circuit whose active component is a ferroelectric capacitor whose capacitance varies as a function of the applied voltage.  Also called **capacitor amplifier**.

**dielectric antenna**  An antenna whose radiating elements are partially or completely composed of a dielectric, such as ceramic.

**dielectric breakdown**  An abrupt increase in the electric current flowing through a dielectric, when the applied voltage exceeds a given critical value.  Such a breakdown is usually destructive.  Also called **electric breakdown (2)**.

**dielectric breakdown voltage**  For a given dielectric, the voltage at which **dielectric breakdown** occurs.  Also called **electric breakdown voltage**.

**dielectric constant**  For a given material, the property which determines the electrostatic energy that can be stored per unit volume for a unit potential gradient.  This is equivalent to the ratio of the capacitance of a capacitor using the material in question as a dielectric, to the capacitance of a capacitor using a vacuum as a dielectric.  The dielectric constant of a vacuum is defined as 1, and for most calculations air is also considered to have this value.  Also known as **relative dielectric constant**, **permittivity**, **relative permittivity**, **specific inductive capacity**, or **inductivity**.

**dielectric current**  The current flowing at any given instant through the surface of a dielectric which is in a changing electric field.

**dielectric displacement**  A vector quantity pertaining to the charge displaced by an electric field within a given medium.  It is equal to the electric field strength multiplied by the permittivity of the medium, and is usually expressed in coulombs per square meter.  Also known by various other names, including **dielectric strain**, **dielectric stress**, **displacement (2)**, **electric displacement**, **electric displacement density**, and **electric field induction**.

**dielectric fatigue**  A property of some dielectrics, which have been subjected to a sustained continuous voltage, where there is a reduction in the resistance to breakdown.

**dielectric flux density**  Same as **dielectric displacement**.

**dielectric heating**  The heating of a dielectric, such as a plastic, by applying a high-frequency electric field to it.  This is usually accomplished by placing the material between the electrodes of a two-electrode capacitor, and applying an alternating electric field.  Dielectric losses produce the heat.

**dielectric hysteresis** Same as **dielectric absorption**.

**dielectric isolation** The use of a dielectric to isolate IC regions from each other. Used, for instance, in high-performance analog ICs.

**dielectric lens** A lens composed of a dielectric. Such a lens refracts radio waves, and is usually used at microwave frequencies.

**dielectric loss** The energy converted into heat during **dielectric heating**.

**dielectric loss angle** The difference resulting when the **dielectric phase angle** is subtracted from 90°. Also called **loss angle**.

**dielectric material** Same as **dielectric**.

**dielectric phase angle** The angular phase difference between the sinusoidal voltage applied to a dielectric, and the resultant AC with the same period as the applied voltage.

**dielectric polarization** A phenomenon observed in dielectrics, in which the electrons in each atom are displaced in the direction opposite to that of an applied electric field, while the nucleus of each atom is displaced in the direction of said field. Also called **polarization (5)**, or **electric polarization**.

**dielectric power factor** The cosine of the **dielectric phase angle**.

**dielectric resonator** The resonator element in a **dielectric resonator oscillator**. Its abbreviation is **DR**.

**dielectric resonator oscillator** A microwave oscillator that utilizes a ceramic dielectric with a high Q factor as the resonator element. Such an oscillator can resonate in various modes, and is temperature-stable. Its abbreviation is **DRO**.

**dielectric rigidity** Same as **dielectric strength**.

**dielectric rod antenna** A surface-wave antenna whose radiating element is a tapered dielectric rod, and whose radiation pattern is in the direction of said rod.

**dielectric strain** Same as **dielectric displacement**.

**dielectric strength** The maximum voltage a dielectric can withstand before an abrupt increase in the electric current flowing through it. May be expressed, for instance, in volts per millimeter. Also called **dielectric rigidity**, or **electric strength**.

**dielectric stress** Same as **dielectric displacement**.

**dielectric susceptibility** A dimensionless quantity which measures the ease with which a dielectric may be polarized. It is the ratio of the dielectric polarization, to the product of the electric intensity multiplied by the permittivity of a vacuum. Also called **electric susceptibility**.

**dielectric test** 1. A test in which a voltage exceeding the breakdown voltage is applied for a specified time. Such a test is usually destructive, and is utilized to determine the margin of safety of an insulating material against breakdown. 2. Any test which determines dielectric properties, such as dielectric strength.

**dielectric waveguide** A waveguide consisting of a solid dielectric, such as glass, surrounded by another dielectric, such as air. An example is an optical fiber.

**dielectric wedge** A piece of a dielectric, in the form of a wedge, which is inserted in a waveguide to match the impedance with that of another waveguide.

**dielectric wire** A **dielectric waveguide** utilized for transmitting ultra-high frequency radio waves short distances between parts of a circuit.

**dielectric withstand voltage** Same as **dielectric withstanding voltage**.

**dielectric withstanding voltage** The maximum voltage which can be applied to a dielectric without adverse effects, such as dielectric breakdown. Also called **dielectric withstand voltage**, or **withstanding voltage**.

**DIF** Abbreviation of **Data Interchange Format**.

**difference** 1. The degree or amount by which two values vary. 2. The degree or amount by which two consecutive values vary. 3. The amount remaining after one quantity is subtracted from another quantity. 4. In relational databases, an operation utilized to create a new table based on the dissimilarities present in two existing tables.

**difference amplifier** Same as **differential amplifier**.

**difference channel** In an audio amplifier, a channel whose output is the difference between the left and right channels. Used, for instance, in surround-sound systems. This contrasts with a **sum channel**, where the output is the sum of the left and right channels.

**difference detector** A device whose output is the difference between its input signals. For instance, its output may be the difference in amplitudes of its two input waveforms.

**Difference Engine** An automatic calculator designed in the early 1800s which was steam powered and incorporated rods and rotating wheels.

**difference frequency** A frequency which is the difference of two other frequencies.

**difference signal** A signal which is the difference of two other signals. For instance, that of a difference channel.

**differential** 1. Pertaining to a difference, such as that between signals, directions, or other variables. 2. Pertaining to a circuit, device, or system whose operation depends on the difference between two quantities. Examples include differential amplifiers and control systems.

**differential amplifier** An amplifier whose output signal is a function of the difference between its two input signals. For instance, the instantaneous output voltage of a differential amplifier being proportional to the instantaneous difference between its input voltages. Ideally, such an amplifier would have a zero output when both its inputs are identical. Also called **difference amplifier**, or **differential-input amplifier** (1).

**differential analyzer** An analog computer used primarily for solving differential equations.

**differential backup** A data backup technique in which the only files copied are those that have been modified since the last backup. This contrasts with a **full backup**, in which all files are copied, including those that have not been modified since the previous backup. An **incremental backup** is similar to a differential backup, except that all versions are saved, not just the last one.

**differential capacitor** A dual variable capacitor incorporating two stator plates and one rotor plate. It is arranged in a manner so that when the rotor is turned, the capacitance of one section increases while that of the other decreases.

**differential comparator** A circuit which utilizes differential amplifiers to compare an input voltage to a reference voltage, and whose output depends on the difference between these values.

**differential cooling** Uneven cooling of an object, surface, mixture, or the like.

**differential delay** For a given frequency band, the difference between the maximum and minimum frequency delays.

**differential discriminator** A discriminator circuit which only passes pulses whose amplitudes fall within a prescribed interval. Neither of the limits of the interval may have a value of zero.

**differential encoding** A communications format in which each bit is split into two, providing a self-synchronizing data stream. A 1-bit is transmitted with a high voltage in the first period and a low voltage in the second, with a 0-bit being the converse. One advantage of this encoding is that the difference between a 0-bit and no signal is distinguished, as there is no transition in the latter case. A disadvantage is that it occupies twice the bandwidth. Also called **Manchester code**, or **Manchester encoding**.

**electromechanical switch** A switch whose moving contact is produced by a coil through which an electric current is passed. When the coil is energized, it attracts the moving contact towards a stationary contact.

**electromechanical switch** A switch whose moving contact is actuated under the influence of a magnetic field which is produced by a coil through which an electric current is passed. When the coil is energized, it attracts the moving contact towards a stationary contact.

**electromechanical system** A system which incorporates a combination of electrical and mechanical components, forces, or the like.

**electromechanical transducer** 1. A device which converts electrical energy or signals into mechanical energy or signals. For instance, an electric motor. 2. A device which converts mechanical energy or signals into electrical energy or signals. For example, an electric generator.

**electromechanics** The technology dealing with electromechanical components, devices, equipment, systems, or processes.

**electromedical equipment** Electrical and electronic equipment, such as electrocardiographs or pacemakers, which serve for the prevention, diagnosis, care, or treatment of disease.

**electrometallurgy** The separation and processing of metals through electrical or electrochemical processes, such as electrolysis.

**electrometer** An instrument which measures potential differences drawing very little or no current from the source. Such an instrument may also measure low currents by passing said currents through a high resistance. An electrometer may have an input impedance of greater than $10^{15}$ ohms.

**electrometer amplifier** An amplifier whose characteristics, such as sensitivity and precision, enable it to measure very small currents. Some such devices can measure currents in the attoampere range.

**electromigration** The movement of atoms or ions in a metal conductor, so that they become displaced. It is due to high current densities, and is intensified by heat. Electromigration can eventually open a circuit, or make an unintended electrical connection. Seen for instance, in ICs.

**electromotion** Motion produced by an electric current. For example, the torque produced by an electric motor.

**electromotive force** Its abbreviation is **emf**. Expressed in volts. 1. The electric pressure that a source of electrical energy provides, which causes current to flow through a circuit or conductor. Its symbol is $E$. 2. The potential difference between two electrodes, each of a different composition, immersed in the same electrolyte.

**electromotive series** Same as **electrochemical series**.

**electromyogram** A graphical recording of the variations in the electrical activity generated in **electromyography**. Its abbreviation is **EMG**.

**electromyograph** The instrument utilized to obtain a **electromyogram**.

**electromyography** A technique for recording the electrical activity generated in muscles that are at rest or active. Also used for recording electrical activity in muscles produced in response to electrical stimulation. Its abbreviation is **EMG**.

**electron** A negatively charged stable subatomic particle. Electrons may be present as a constituent of an atom, or in a free state. When in the orbitals surrounding the nuclei of atoms, they determine many of its properties, such as chemical bonding. Each chemical element has a unique number of electrons, which is equal to the number of protons in its nucleus. Any inequality of this number results in an ion. As electrons flow through a conductor, an electric current is produced. The charge of an electron is equal to approximately $1.6022 \times 10^{-19}$ coulomb, and its mass is approximately equal to $9.1094 \times 10^{-31}$ kg. The positron is the antiparticle equivalent of the electron.

**electron accelerator** A device, such as a betatron, which accelerates electrons to increase their energy. A betatron can achieve energies in the GeV range.

**electron acceptor** A species, such as an atom, molecule, or ion, which accepts one or more electrons from an another species. The donating species is called **electron donor**. Also called **acceptor** (2).

**electron affinity** 1. The energy released when an electron is added to a neutral atom, producing a negative ion. 2. The energy required to remove an electron from a negative ion, producing a neutral atom.

**electron avalanche** A cumulative process in which electrons are accelerated by an electric field and collide with neutral particles, liberating additional electrons. These additional electrons collide with other particles, and so on, so as to create an avalanche effect.

**electron beam** A narrow stream of electrons traveling in the same direction, with approximately the same speed, and emitted from the same source. Electric and/or magnetic fields are utilized to influence such a beam. Electron beams are used, for example, in CRTs, klystrons, lasers, and for machining or drilling. Its abbreviation is **E beam**.

**electron-beam drilling** The use of a precise electron beam to drill tiny holes in materials, such as semiconductors. The intense heat of the beam vaporizes the desired locations, which are removed in the vacuum where the drilling occurs.

**electron-beam focusing** The focusing of an electron beam in a CRT. A focusing electrode may be utilized for this purpose.

**electron-beam generator** 1. A source of electrons, such as a cathode in an electron tube. 2. A device, such as a klystron, in which extremely high radio frequencies are generated by modulating the velocity of an electron beam.

**electron-beam gun** Same as **electron gun**.

**electron-beam induced current** A technique utilized to isolate physical failure sites in semiconductors. It utilizes the electron beam of a scanning electron microscope to generate electron-hole pairs. Anomalies, such as junction defects or subsurface damage, affect the detected current. The detected current is amplified, and displayed on a monitor synchronized with the scan of the electron beam. Its abbreviation is **EBIC**.

**electron-beam lithography** A lithographic technique in which the resist is exposed by an electron beam, as opposed to light. This provides much greater precision. Used, for instance, to create patterns directly on semiconductor chips. Such patterns may be less than 50 nanometers wide. Its abbreviation is **E-beam lithography**.

**electron-beam machining** The use of a precise electron beam for machining. The intense heat of the beam vaporizes the desired locations, which are removed in the vacuum where the machining occurs. Used, for instance, for removing material in hard to reach places, for machining complex patterns, or to work with materials which are otherwise difficult to machine. Its abbreviation is **EBM**.

**electron-beam magnetometer** A device which measures the strength of a magnetic field, through its effect on the direction and intensity of an electron beam which is passed through it.

**electron-beam parametric amplifier** A parametric amplifier in which a modulated electron beam supplies a variable reactance. Also called **beam parametric amplifier**.

**electron-beam recorder** A device which utilizes an electron beam to record signals or data onto a substrate, such as film, metal, or plastic. The process occurs in a vacuum. Used, for instance, for CD or DVD mastering, or to transfer computer data onto microfilm.

**electron-beam recording** 1. A recording produced by an **electron-beam recorder**. 2. The process of producing an **electron-beam recording** (1).

**electron-beam tube** An electron tube in which one or more electron beams are produced and controlled. Examples include CRTs and klystrons.

**electron-beam welding** The use of a precise electron beam for welding. The intense heat of the beam joins the desired locations. Electron-beam welding may be utilized in a vacuum, at a low pressure, or at atmospheric pressure.

**electron binding energy** The minimum energy necessary to remove an electron from an atom or molecule.

**electron bunch** A group of electrons that form a cluster. Also called **bunch** (2).

**electron bunching** In a velocity-modulated tube, such as a klystron, the forming of electron bunches. Also called **bunching**.

**electron capture** A form of radioactive decay in which an electron from an inner shell is absorbed by the nucleus, combining with a proton, thereby reducing the atomic number of the atom by one. A neutron is formed, with the concomitant emission of a neutrino.

**electron charge** The charge carried by a single electron, which is equal to approximately $-1.6022 \times 10^{-19}$ coulomb. It is a fundamental physical constant, and all subatomic particles have an electric charge equal to this value, or a whole-number multiple of it. A single proton has the same magnitude charge, but opposite sign. Its symbol is $e$.

**electron cloud** 1. A region where electrons are aggregated, or where they tend to aggregate. For example, a region near a cathode in an electron tube where electrons which do not travel instantaneously to the anode tend to collect. 2. A region around the nucleus of an atom where electrons are predicted to be.

**electron configuration** The arrangement of an atom's electrons, according to their energy levels. The higher the energy level, the higher the energy of the contained electron.

**electron-coupled oscillator** A vacuum-tube oscillator which utilizes a screen grid that is connected in a manner that the input and the output of the tube are coupled by the electron beam emitted by the cathode. The screen grid is used as the anode, and the output is taken from the plate. Such an oscillator has reduced susceptibility to the effects of the load. Its abbreviation is **ECO**.

**electron coupling** The coupling of two circuits within a electron tube, through a shared electron stream. The electron stream between the electrodes of one circuit transfers energy to the electrodes of the other circuit.

**electron cyclotron resonance** The absorption of microwave energy by electrons which are located in a static magnetic field along with a perpendicular dynamic electric field which varies at a frequency equal to the angular speed of said electrons. This produces higher energy electrons, which increases the ionization of the gases in the chamber, which in turn produces a high-density plasma. Its abbreviation is **ECR**.

**electron cyclotron resonance ion source** The use of **electron cyclotron resonance** to generate multiply-charged heavy ions. Its abbreviation is **ECR ion source**. Also called **electron cyclotron resonance source**.

**electron cyclotron resonance plasma** The high-density plasma **electron cyclotron resonance** produces. Its abbreviation is **ECR plasma**.

**electron cyclotron resonance source** Same as **electron cyclotron resonance ion source**. Its abbreviation is **ECR source**.

**electron density** 1. The number of electrons per unit volume. 2. The number of free electrons per unit volume.

**electron device** A device whose main means of conduction is the passage of electrons through a vacuum, gas, or semiconductor. Examples include electron tubes and transistors.

**electron diffraction** The diffraction of an electron stream when passing through a medium, especially a crystal. The manner in which the electrons scatter is the diffraction pattern. Used, for instance, to study crystal structures.

**electron-diffraction analysis** The use of **electron diffraction** to analyze structure, especially that of a crystal.

**electron-discharge machining** Same as **electrical-discharge machining**. Its abbreviation is **EDM**.

**electron donor** A species, such as an atom, molecule, or ion, which donates one or more electrons to another species. The accepting species is called **electron acceptor**. Also called **donor** (1).

**electron drift** Same as **electron flow**.

**electron emission** 1. The freeing of electrons by the surface of a body into the surrounding space. This may be caused by heat, light, an electric field, electron impact, and so on. 2. The freeing of electrons by the surface of an electrode into the surrounding space.

**electron emitter** 1. A surface from which **electron emission** occurs. 2. An electrode surface from which **electron emission** occurs.

**electron flow** The movement of electrons in a conductor or semiconductor, under the influence of an electric field. Also called **electron drift**.

**electron fluence** The passing of electrons through a given area, such as a square centimeter. May be expressed, for instance, in electrons per second.

**electron gas** A concentration of free electrons within a given medium, such as an electron tube or conductor.

**electron gun** Also called **electron-beam gun**, or **gun**. 1. A device which produces, and usually controls, an electron beam. Used, for instance, in CRTs, klystrons, electron microscopes, lasers, and for machining or drilling. 2. An **electron gun** (1) in a CRT. It incorporates a cathode which emits the electrons, a control grid, and accelerating and focusing electrodes.

**electron hole** In a semiconductor, an electron vacancy that is created when an electron jumps the gap from the valence band to the conduction band. Such a hole is mobile and acts as if it were a positively-charged particle, and thus can serve as a charge carrier. Also called **hole**, or **mobile hole**.

**electron-hole pair** When an **electron hole** is created, a pair consisting of the hole itself, and the electron that jumped to the conduction band.

**electron-hole recombination** The process by which an electron which had jumped to the conduction band, to create an **electron hole**, returns to the valence band. This results in the electron hole recombining with said electron. This is accompanied by a release of energy, such as radiation. Also called **recombination** (1).

**electron image** Same as **electronic image**.

**electron imaging** Same as **electronic imaging**.

**electron injection** 1. The injection of electrons from one solid material into another, as might occur, for instance, in the transfer of electron charge carriers in semiconductors. 2. The injecting of a beam of electrons into a large electron accelerator, such as a betatron.

**electron injector** A device utilized for **electron injection** (2).

**electron lens** A device utilized to focus an electron beam, analogous to the manner in which an optical lens focuses a light beam. Electric and/or magnetic fields may be used for this purpose. Used, for instance, in CRTs, or in electron microscopes. Also called **lens** (2).

**electron linear accelerator** An electron accelerator in which the particles travel in a straight line, as opposed to having a

circular or spiral path. Currently, electrons can be accelerated in this manner to energies in the TeV range. Used, for instance, to study the nature of matter.

**electron magnetic resonance**  Same as **electron spin resonance**. Its abbreviation is **EMR**.

**electron mass**  The mass of an electron at rest. It is a fundamental physical constant equal to approximately 9.10939 x $10^{-31}$ kg. Its symbol is $m_e$. Also called **electron rest mass**.

**electron microprobe**  An X-ray device which emits a beam of electrons which is finely focused on a minute point on the surface of the specimen to be studied. The phenomena resulting from the electron bombardment, such as the characteristic X-rays emitted, and the secondary and backscattered electrons, are then analyzed. It is nondestructive, making it suitable for research in many areas, including crystallography, metallurgy, chemistry, and medicine. Also called **electron probe**.

**electron microprobe analysis**  The use of an **electron microprobe** for analysis of a specimen. Also called **electron probe microanalysis**.

**electron microscope**  A microscope which utilizes a beam of electrons focused by electron lenses to observe and record submicroscopic samples. There are various types, including transmission electron microscopes, which pass an electron beam through a thin sample, and scanning electron microscopes in which the electron beam is scanned over the surface of the specimen. Transmission electron microscopes can achieve resolutions of better than 1 angstrom. For reference, the smallest atom, that of hydrogen, has an approximate width of 1 angstrom. Its abbreviation is **EM**.

**electron mirror**  In certain electron tubes, especially photomultiplier tubes, one of multiple electrodes which produce secondary emissions of electrons. Each successive electron mirror, or dynode, in the series produces greater and greater amounts of electrons. Depending on the total number of dynodes, the electron pulse may be millions of times larger than it was at the beginning of the tube. Used, for instance, for detection and measurement of minute flashes of light, and in TV camera tubes. Also called **dynode**.

**electron mobility**  The average drift velocity of electrons in a semiconductor material, per unit electric field.

**electron motion**  The movement of electrons through any given medium, such as a conductor, semiconductor, gas, or vacuum.

**electron multiplier**  An electron tube in which secondary electron emissions produce current amplification. In it, a cathode releases primary electrons, which are then reflected by multiple electron mirrors, or dynodes, each producing more and more electrons. Depending on the number of dynodes, the amplification factor may be in the millions. Also called **electron-multiplier tube (1)**, **multiplier (2)**, or **secondary electron multiplier**.

**electron-multiplier phototube**  A phototube incorporating one or more electron mirrors, or dynodes. Electrons emitted from its photocathode are reflected by the dynodes, each producing more and more electrons. Depending on the number of dynodes, the amplification factor may be in the millions. Also called **electron-multiplier tube (2)**, **multiplier phototube**, **photomultiplier tube**, or **photomultiplier**.

**electron-multiplier tube**  **1.** Same as **electron multiplier**. **2.** Same as **electron-multiplier phototube**.

**electron-optical**  Pertaining to **electro-optics**.

**electron optics**  Same as **electro-optics**.

**electron pair**  A pair of valence electrons which are shared by two adjacent atoms. Each pair of such electrons forms a bond between said atoms. Also called **pair (4)**.

**electron-pair bond**  A chemical bond in which two atoms within a molecule share one or more pairs of electrons.

Such a bond may be between atoms of the same element, as in $O_2$ (molecular oxygen), or between different elements, as in GaAs (gallium arsenide). Also called **covalent bond**.

**electron paramagnetic resonance**  Same as **electron spin resonance**. Its abbreviation is **EPR**.

**electron paramagnetic resonance spectroscopy**  Same as **electron spin resonance spectroscopy**. Its abbreviation is **EPR spectroscopy**.

**electron-positron pair**  An electron and a positron created simultaneously when a photon is in a high-intensity electric field, such as that of the nucleus of an atom.

**electron-positron storage ring**  A vacuum chamber, with bending and focusing magnets, in which electrons and positrons traveling in opposite directions collide. The results of such collisions, such as annihilation and its related phenomena, are then analyzed.

**electron probe**  Same **electron microprobe**.

**electron probe microanalysis**  Same as **electron microprobe analysis**.

**electron projection lithography**  A projection lithography technique in which an electron beam, as opposed to a light beam, is utilized. Resolutions in the nanometer range are attainable.

**electron radius**  A physical constant equal to approximately 2.8179 x $10^{-13}$ cm. Its abbreviation is $r_e$. Also called **classical electron radius**.

**electron rest energy**  The energy of an electron at rest, according to the mass-energy equation. This value is approximately equal to 0.511 MeV. Also called **electron self-energy**.

**electron rest mass**  Same as **electron mass**.

**electron scanning**  The scanning of an electron beam across a given surface, usually in a given pattern at regular intervals. The beam may be moved, for instance, utilizing a magnetic field. Used, for example, in CRTs, scanning electron microscopes, or in electron-beam machining.

**electron self-energy**  Same as **electron rest energy**.

**electron shell**  Any of the several orbits around the nucleus of an atom, in which electrons may be found. Each successive orbit further from the nucleus has greater energy. Each shell may only contain a specific number of electrons, and those in the same shell have the same energy. Electrons in the outer shell produce a net transport of electric charge under the influence of an electric field. Also called **shell (1)**.

**electron spectroscopy**  Any analytical technique which examines the energy of electrons expelled from the surface of a solid which has been irradiated with particles such as electrons, photons, or ions. An example is Auger electron spectroscopy.

**electron spectrum**  The plot, or other visual output, produced when utilizing **electron spectroscopy**. For example, that expressing the number of electrons detected per second, as a function of their energy.

**electron spin**  The rotation of an electron about its own axis, which contributes to the angular momentum of said electron. This motion is independent of the electron orbiting around a nucleus.

**electron spin resonance**  The resonant absorption of microwave radiation by a paramagnetic substance, which has at least one unpaired electron, in the presence of a strong magnetic field. Its abbreviation is **ESR**. Also called **electron paramagnetic resonance**, **electron magnetic resonance**, or **paramagnetic resonance**.

**electron spin resonance spectrometer**  An instrument utilized for **electron spin resonance spectroscopy**. Also called **electron spin resonance spectrometer**, or **paramagnetic resonance spectrometer**.

pascals during operation. Such lamps produce a very intense light. Also called **high-pressure sodium vapor lamp.**

**high-pressure sodium vapor lamp**  Same as **high-pressure sodium lamp.**

**high Q**  For a component, resonant circuit, tuned circuit, periodic device, or energy-storing device, a comparatively high value of $Q$ (2). For instance, for a component or circuit, it could represent a high value for the ratio of reactance to resistance. Also called **high Q factor.**

**high Q factor**  Same as **high Q.**

**high resolution**  A level of displayed resolution that amply exceeds a given standard or typical level. A laser printer featuring high-resolution, for instance, may have a 2400 x 2400 dpi resolution, which can faithfully reproduce intricate detail to help images appear more realistic. A high-resolution monitor, for instance, may have a resolution of well over 1000 x 1000 pixels. Also, a technology utilized to obtain and present such a resolution. As technology progresses, what is considered high resolution is continually improved. Its abbreviation is **hi-res.**

**high-resolution display**  Same as **high-resolution monitor.**

**high-resolution electron microscope**  An electron microscope which incorporates enhancements such as a narrower and more stable electron beam, to attain resolutions which can be better than 1.5 angstroms. Its abbreviation is **HREM.**

**high-resolution electron microscopy**  The use of a **high-resolution electron microscope** for tasks such as the study of atomic structure. Its abbreviation is **HREM.**

**high-resolution monitor**  A monitor, such as a flat display, featuring **high resolution.** Also called **high-resolution display.**

**high-resolution radar**  A radar whose resolution enables it to distinguish between two comparatively close scanned objects. Also, a radar display which enables a user to visually distinguish between two such objects.

**high-resolution screen**  The viewing screen of a **high-resolution monitor.**

**high-speed carry**  In parallel addition, any technique or procedure utilized to accelerate the processing of carries.

**High-Speed Circuit-Switched Data**  An enhancement to GSM which increases data rates to 57.6 Kbps from the usual 9.6 Kbps. Its abbreviation is **HSCSD.**

**high-speed complementary metal-oxide semiconductor**  Same as HCMOS.

**high-speed digital subscriber line**  Same as **HDSL.**

**high-speed line**  A communications line, such as a DS3 or T3, via which data is transmitted at high speeds.

**high-speed oscilloscope**  An oscilloscope which can display very high-speed pulses. Some such oscilloscopes can be utilized to study variations in electrical phenomena occurring in the femtosecond range.

**high-speed printer**  A computer printer whose speed significantly exceeds a given prevailing standard or rate.

**high-speed relay**  A relay with an especially fast make or break interval.

**high-speed serial interface**  A serial interface supporting up to 52 Mbps, and which is used for connecting LANs to LANs, or LANs to WANs over high-speed lines. Its abbreviation is **HSSI.**

**high-speed switch**  A switch with an especially fast make or break interval.

**high-speed USB**  An enhanced version of **USB,** providing for data transfer rates of up to 480 Mbps. High-speed USB is fully compatible with USB. Also called **USB 2.0.**

**high tech**  Abbreviation of **high technology.**

**high technology**  A form of technology involving, depending upon, or incorporating highly advanced or specialized components, devices, equipment, systems, methods, or theories. Its abbreviation is **high tech,** or **hi tech.**

**high-temperature insulator**  A material whose electrical and thermal properties enable it to be used as an insulator at elevated temperatures. Certain ceramics, for instance, are suitable for such use.

**high-temperature superconductivity**  Superconductivity occurring at or above a given temperature, such as 77, 90, or 125 K. Its abbreviation is **HTS.**

**high-temperature superconductor**  A material which is exhibits superconduction at or above a given temperature, such as 77, 90, or 125 K. An example is YBCO, which is a ceramic superconductor. Its abbreviation is **HTS.**

**high tension**  Same as **high voltage.** Its abbreviation is **HT.**

**high-tension line**  Same as **high-voltage line.**

**high vacuum**  Also called **hard vacuum. 1.** An environment or system whose pressure is below $10^{-3}$ torr, but above $10^{-6}$ torr. One torr equals 1 millimeter of mercury, or approximately 133.3 pascals. **2.** In an electron tube, a pressure low enough to prevent ionization of any gas present.

**high voltage**  Its abbreviation is **HV.** Also called **high tension. 1.** A voltage that exceeds a given amount, such as 115, 230, or 500 kilovolts. Such voltages are usually used for carrying electricity over power transmission lines. **2.** A voltage level which is greater than usual for a given device, process, application, or operation.

**high-voltage insulation**  Insulation that is suitable for use at **high voltages.**

**high-voltage insulator**  A material whose electrical properties enable it to be used as an insulator at **high voltages.** Certain ceramics, for instance, are suitable for such use.

**high-voltage line**  A power line carrying a **high voltage.**

**high-voltage test**  **1.** Same as **high-potential test. 2.** Any test performed utilizing a **high voltage.**

**high-voltage testing**  The performance of **high-voltage tests.**

**highlight 1.** On a computer screen, an area which is displayed in a manner that it stands out. For example, a black text with a white background may be selected with the mouse and be converted into white-on-black. This text may then be deleted, copied, moved, have its font changed, and so on. **2.** In a display screen, such as that of a TV, an especially bright area within the overall picture.

**highpass filter**  Same as **high-pass filter.**

**HILAC**  Acronym of **heavy-ion linear accelerator.**

**HiperLAN**  A set of WLAN standards similar to IEEE 802.11.

**HIPERLAN**  Same as **HiperLAN.**

**hipot**  Same as **hi-pot.**

**hipot test**  Abbreviation of **high-potential test.** Also spelled **hi-pot test.**

**HIPPI**  Abbreviation of **High-Performance Parallel Interface.**

**hiss**  A form of random audio-frequency noise which manifests itself as a sharp sibilant sound similar to a sustained **s.** When occurring during magnetic tape playback, it may be caused, for instance, by circuit noise and/or residual magnetism on said tape.

**histogram**  A chart employing bars to communicate information. Such bars are usually vertical, and their height indicates a given value, such as a percentage or frequency of occurrence within a given category, interval, or the like, which is plotted along the horizontal axis. Alternatively, the bars may be horizontal, with the independent variable plotted along the vertical axis.

**history**  A list or record of previous user inputs or actions while utilizing a given program. Such inputs or actions may include keystrokes, commands, menus passed, and the like. A Web browser, for instance, usually has a history folder

**hit** 1. A successful retrieval of data from a cache, instead of main memory or a disk. Also called **cache hit**. 2. An instance of a Web page, or any component of it, being accessed by a user over the Internet. 3. An instance of words, data, files, URLs, or the like matching desired criteria. For instance, if an Internet search engine returns 1,500 documents based on a given combination of keywords, then there were 1,500 hits. 4. A momentary electrical disturbance in a transmission line, such as that which may be caused by a lightning stroke.

**hit rate** 1. The proportion of data accesses that are fulfilled by a cache, instead of main memory or a disk. It is the primary way to measure the effectiveness of a cache. Also called **cache hit rate**. 2. The frequency a Web page, or any component of it, is accessed by a user over the Internet. For instance, if a user first visits a Web page, then clicks on a link within it, it may count as two hits. Also, if a Web page with 25 graphics is accessed, then 26 hits may be registered, one for accessing the page, and one for each time graphics information is retrieved from the Web server.

**Hittorf dark space** In a glow-discharge tube, a narrow dark space near the cathode, between the cathode glow and the negative glow. Also called **Crookes dark space, cathode dark space,** or **dark space** (2).

**HK** Abbreviation of **Hefner candle**, or **Hefnerkerze**.

**hl** Abbreviation of **hectoliter**.

**HLL** Abbreviation of **high-level language**.

**hm** Abbreviation of **hectometer**.

**HMA** Abbreviation of **high-memory area**.

**HMD** Abbreviation of **head-mounted display**, or **head-mounted device**.

**HMM** Abbreviation of **hidden Markov model**.

**HMOS** Abbreviation of **high-density metal-oxide semiconductor**. A MOS technology with a greater concentration of transistors than ordinary MOS chips.

**Ho** Chemical symbol for **holmium**.

**hodoscope** An instrument which detects and records the path of ionizing particles. It may consist, for instance, of an array of closely-spaced ion counters. Used, for instance, to help study particles in accelerators.

**hog horn** Same as **horn antenna**.

**hog horn antenna** Same as **horn antenna**.

**hold** 1. To keep from moving or progressing without stopping operation. Also, to maintain at a given value. For example, to maintain a field at a specified intensity. 2. To retain information in a storage device. For instance, to hold data in a computer's RAM. 3. To interrupt a phone call without disconnecting it. For example, to put a call on hold. 4. Same as **hold time** (1). 5. In a charge-storage tube, the use of electron bombardment to maintain storage elements at equilibrium potentials. 6. Same as **hold control**.

**hold control** In a TV receiver, a control that is varied to prevent vertical or horizontal rolling of the picture, by adjusting the frequency of the vertical or horizontal oscillator, respectively. Also called **hold** (6).

**hold mode** 1. An operational mode in which a given movement, progress, value, output, status, or the like, is maintained steady. 2. In an analog computer, an operational mode in which integration is halted, and all variables are held at their value at that moment.

**hold queue** A queue where calls, messages, data, tasks, or the like are placed while awaiting further action such as connection, transmission, processing, execution, and so on.

**hold recall** A feature which rings the same telephone extension or line which placed a given call on hold, after a specified time interval elapses.

**hold reminder** A feature which provides an alert, such as a tone, to indicate that a given telephone call is still on hold.

**hold time** Also called **holding time**. 1. The time interval a phone call makes use of a trunk or channel. This interval may begin, for instance, as soon as the first digit is dialed, and end when the idle state is restored. Also called **hold** (4). 2. In resistance welding, the time allotted for a weld to harden. 3. After a timing pulse, such as a clock pulse, the time interval during which data input to a device must remain stable in order to insure that said data is correct. Used in the context of computing and digital communications.

**hold-up time** The length of time during which a power supply can operate within given specifications, such as at a stated voltage, following an interruption of its input AC power. Also spelled **holdup time**.

**holding beam** In an electrostatic cathode-ray storage tube, the electron beam which regenerates the charges which are retained on the surface of the dielectric.

**holding circuit** A circuit which maintains enough current in a **holding coil** to keep a relay in its actuated position after the triggering current is removed. Also called **locking circuit**.

**holding coil** A supplementary coil utilized to hold a relay in its actuated position after the triggering current is removed.

**holding current** The minimum current necessary to maintain a switching device, such as a relay, in its actuated position after the triggering current is removed.

**holding gun** An electron gun which produces a **holding beam**.

**holding time** Same as **hold time**.

**holdup time** Same as **hold-up time**.

**hole** In a semiconductor material, an electron vacancy that is created when an electron jumps the gap from the valence band to the conduction band. Such a hole is mobile and acts as if it were a positively-charged particle, and thus can serve as a charge carrier. Also called **electron hole**, or **mobile hole**.

**hole concentration** In a semiconductor material, the number of holes per unit volume. May be expressed for instance, as the number of holes per cubic centimeter. Also called **hole density**.

**hole conduction** Conduction of electricity via **holes**. Under the influence of an electric field, as holes are formed, electrons occupy them, thus producing other holes. The effective movement of such holes is equivalent to a positive charge moving in the same direction.

**hole current** A flow of an electric charge through a conductor, as transported by **holes**.

**hole density** Same as **hole concentration**.

**hole-electron pair** When a **hole** is created, a pair consisting of the hole itself, and the electron that jumped to the conduction band.

**hole injection** The introduction of mobile **holes** into a semiconductor material via the application of an electric charge. This may be accomplished through the use of a hole injector.

**hole injector** A whisker, electrode, layer, or device via which **hole injection** occurs. For example, in an n-type semiconductor this may be accomplished by applying a voltage to a point contact on its surface.

**hole mobility** The average drift velocity of **holes** in a semiconductor material, per unit electric field.

**hole storage** The accumulation of **holes** in a semiconductor device, such as a transistor.

Case 3:22-cv-02896-TLT   Document 101-6   Filed 11/22/23   Page 18 of 33

346

**hole trap**  Within a semiconductor crystal, an impurity or lattice defect which cancels **holes** by releasing electrons which fill them.

**hollow cathode**  In a glow-discharge or gas-discharge lamp or tube, a cathode which is not solid throughout and which is closed at one end.  Essentially all of the radiation it emits is from the cathode glow.

**hollow-cathode lamp**  A lamp incorporating a **hollow cathode**.  Used, for instance, as the radiation source in atomic absorption spectroscopy.

**hollow conductor**  A conductor which is not solid throughout.  An example is a waveguide.

**hollow core**  A core, such as a magnetic core, which is not solid throughout.  Such a core may have a center hole for mounting.

**holmium**  A lustrous silvery metallic chemical element whose atomic number is 67.  It is comparatively soft and malleable, has unusual magnetic properties, and has nearly 30 known isotopes, of which one is stable.  Its applications include its use as a getter, in spectroscopy, and in tracer studies.  Its chemical symbol is **Ho**.

**hologram**  A three-dimensional image which is recorded on a suitable medium such as a high-resolution photographic plate.  The recording medium stores an interference pattern which is formed by a coherent beam of light reflected by a reference mirror, and by light scattered by the object being photographed.  A laser usually serves as the source of the coherent light.  When suitably illuminated, it produces a three-dimensional image in space.  A hologram may be incorporated into a credit card, for instance, as a measure to help prevent fraud.  Acoustic or radio waves may also be utilized to create a hologram.

**holographic**  Pertaining to **holograms** or **holography**.

**holographic data storage**  Same as **holographic storage**.

**holographic data storage system**  A system utilized for **holographic storage**.  Its abbreviation is **HDSS**.

**holographic image**  The three-dimensional image in space a **hologram** produces.

**holographic memory**  Same as **holographic storage**.

**holographic storage**  The use of holograms to store information in a small optical cylinder, cube, or the like.  Using lasers to store computer-generated data in three dimensions provides significantly superior storage densities and access speeds, as compared to magnetic disks.  Also called **holographic data storage**, or **holographic memory**.

**holography**  A method of recording and reproducing three-dimensional images of objects, through the creation of **holograms**.

**home**  **1.** To navigate towards a given location, or approach a scanned object through **homing** (1).  **2.** To return to a starting position, as might occur in the case of a stepping relay.  **3.** A starting location, such as the upper left hand of a computer screen, or a home page.  **4.** Same as **home key**.

**home appliance**  A powered home device designed to help do work, perform tasks, or to assist in providing comfort or convenience.  These usually use electrical energy, and include dryers, lamps, refrigerators, and microwave ovens.  Precision electronics, such as high-fidelity components and computers are sometimes not included in this group.  Also called **household appliance**.

**home button**  An on-screen icon which when clicked with a mouse, or other pointing device, returns to a starting location such as a home page.

**home computer**  A computer which is used, or designed for use, at a home.

**home key**  On most computer keyboards, a key which when pressed serves to move the cursor to the start of a line, the start of a file, the top of a screen, and so on.  Also called **home** (4).

**home network**  A computer network used within a residence, and which controls devices and equipment such as appliances, domestic electronics, security systems, and so on.

**home page**  A Web page that serves as a starting point for navigation.  A home page may be that which is first loaded when a Web browser accesses the Internet.  It may also be the first or main page within a group of pages, such as those of a business or individual.  Also called **start page**, or **welcome page**.

**Home Phone Network Alliance**  Same as HomePNA.

**Home Phoneline Network Alliance**  Same as HomePNA.

**Home PNA**  Same as HomePNA.

**Home Radio Frequency**  Same as HomeRF.

**Home RF**  Same as HomeRF.

**home theater**  The combining of audio and video equipment to provide a listening and viewing experience approaching that of a fine movie theater.  For instance, a DVD movie may be viewed on an HDTV, with surround sound provided by a high-fidelity audio system with speakers which faithfully reproduce their input signals.

**homecam**  A Webcam designed for, or utilized in a home.

**HomePNA**  Abbreviation of **Home Phoneline Network Alliance**, or **Home Phone Network Alliance**.  A technology or standard utilizing existing telephone wires in a home to provide a home network or LAN, without affecting ordinary telephone functions such as voice telephony and fax.  Its own abbreviation is HPNA.

**HomeRF**  Abbreviation of **Home Radio Frequency**.  A home network or LAN utilizing the Shared Wireless Access Protocol.

**homing**  **1.** The following of a path of waves, such as acoustic or radio, towards their source or point of reflection.  Homing may be used, for instance, as an aid in navigation, or to approach a scanned object, and may be automatic or manual, or active or passive.  In marine or aeronautical navigation, a beacon is frequently used to emit the guiding or orienting signal.  **2.** The returning to a starting position, as might occur in the case of a stepping relay.

**homing antenna**  A directional antenna which serves for **homing** (1) when radio waves are being followed.

**homing beacon**  In navigation, a beacon providing the guiding or orienting signal for **homing** (1).  Also called **locator beacon** (1).

**homing device**  **1.** A transmitting device, such as a beacon, which provides a signal which is used for **homing** (1).  **2.** A receiving device mounted on a moving object, such as an airplane, which follows the path provided by a **homing device** (1).  Also, any receiving device which is guided towards the origin or point of reflection of a signal.  **3.** A control device which automatically starts its motion or rotation in the desired direction, as opposed to doing so from a fixed point such as an extreme.

**homing station**  A station which has a transmitting device, such as a beacon, which provides a signal which is used for **homing** (1).

**homing system**  A system combining transmitting and receiving **homing devices**.

**homodyne receiver**  A radio receiver utilizing **homodyne reception**.

**homodyne reception**  Radio reception in which the incoming signal is combined with an internally-generated signal of the same frequency.  Also called **zero-beat reception**.

**homogeneous**  Consisting of, or characterized by having similar elements, constituents, or qualities.  For example, a solution incorporates two or more components to form a homogeneous mixture.  This contrasts with **heterogeneous**, which consists of, or is characterized by having dissimilar elements, constituents, or qualities.

interlaced

spatial distribution of
ressure, energy flux, or
n which is produced by
w slits. A hologram
s formed by a coherent
ce formed, and by light
aphed.

erence suppression.

omponents or devices,
terfering signals.

fering signal. 1. Any
the quality of a desired
it, component, device,
a communications sys-
minishes the ability to
rs its quality.

on or elimination of the
/ be accomplished, for
or in the case of a re-
na with the appropriate
eduction, or interfer-

n signal-to-noise ratio
iunications.

e signal.

nic record made by an

ch a beam of electro-
quently recombined af-
length. This results in
s which can be utilized
e extremely accurate
esses, or indices of re-
ment can be used for
and study electromag-
in space or at a sub-

utilization of interfer-
terference patterns of

een multiple frames of

n in which temporal
of compression takes
successive frames, so
: coded, providing for
rasts with intraframe
cy is not factored in.
or interframe (2).

frame coding.

r memory or storage
formation that awaits
example. Also called

utilized for exchang-
nomous system, such

network routing pro-
Protocol. It utilizes
he link's speed, and
or data, and uses less
us systems, such as
col itself has an im-
Interior Gateway
GRP.

anning.

rporating interlaced

**interlaced GIF** A GIF image that starts as a fuzzy outline and progresses until fully focused. Seen, for instance, when using a dial-up connection. Also called **progressive GIF.**

**interlaced scan** Same as **interlaced scanning.**

**interlaced scanning** A scanning system, such as that used in TVs and some computer monitors, in which the electron beam traces all odd-numbered lines followed by the tracing of all even-numbered lines. The pattern created by tracing the even-numbered lines is called the even field, while the pattern created by tracing the odd-numbered lines is called the odd field. A complete displayed frame consists of both of these interlaced fields. For a given refresh rate, image flicker is less apparent than that of a non-interlaced display. This contrasts with **non-interlaced scanning**, in which the electron beam traces all lines sequentially from top to bottom. Also called **interlaced scan, interlacing, interlace scanning,** or **line interlace.**

**interlacing** Same as **interlaced scanning.**

**interLATA** Between different **LATAs.** A call made from one LATA to another is a long-distance call. Also spelled **inter-LATA.**

**interlayer dielectric** In an IC or PCB, an insulating medium placed between layers. Such a dielectric helps increase packing density, while reducing interference such as crosstalk. Also spelled **inter-layer dielectric.** Its abbreviation is **ILD.**

**interleave** To position memory structures in a manner which improves performance. For example, if a data file spans more than one sector on a hard disk, these sectors may be staggered so that all sectors can be read in a single revolution, as opposed to multiple turns. This speeds up access time.

**interleaving** The positioning of memory structures in a manner which improves performance. An example is memory interleaving.

**interlock** 1. A circuit, device, or mechanism which prevents a piece of equipment from operating under certain potentially hazardous conditions. For instance, a switch that shuts off power when a protective door or panel is opened or removed. Also called **electrical interlock.** 2. A circuit, device, or mechanism which prevents operating devices or ongoing processes from interfering with each other. For example, to prevent a computer routine from running until a given task is completed. 3. To connect in a manner in which the motion or operation of one or more parts affects one or more other parts.

**interlock circuit** 1. A circuit which serves as an **interlock** (1). 2. A circuit which serves as an **interlock** (2).

**interlock device** 1. A device which serves as an **interlock** (1). 2. A device which serves as an **interlock** (2).

**interlock mechanism** 1. A mechanism which serves as an **interlock** (1). 2. A mechanism which serves as an **interlock** (2).

**interlock relay** 1. A relay which serves as an **interlock** (1). 2. A relay which serves as an **interlock** (2).

**interlock switch** 1. A switch that serves as an **interlock** (1). 2. A switch that serves as an **interlock** (2).

**intermediate frequency** Its abbreviation is **IF.** 1. In a superheterodyne receiver, the frequency resulting from the mixing of the received signal with that generated by a local oscillator. The use of one or more intermediate frequencies improves the performance of such a receiver. 2. A frequency resulting from the mixing of a received signal with an internally generated signal. For example, the audible beat frequency produced in a heterodyne receiver. The use of one or more intermediate frequencies improves the performance of such a receiver.

**intermediate-frequency amplifier** In a receiver, a stage which amplifies an **intermediate frequency.** Its abbreviation is **IF amplifier.**

**intermediate-frequency interference** In a receiver, interference from signals at an **intermediate frequency.** Its abbreviation is **IF interference.**

**intermediate-frequency rejection** The ability of a receiver to reject a received signal at an **intermediate frequency.** Its abbreviation is **IF rejection.**

**intermediate-frequency signal** Its abbreviation is **IF signal.** 1. In a superheterodyne receiver, the signal resulting from the mixing of the received signal with that generated by a local oscillator. 2. In a receiver, the signal resulting from the mixing of a received signa. with an internally generated signal.

**intermediate-frequency stage** In a receiver, a functional unit, such as an intermediate-frequency amplifier, which processes an **intermediate frequency.** Its abbreviation is **IF stage.**

**intermediate-frequency transformer** A transformer used with an **intermediate-frequency amplifier.** Its abbreviation is **IF transformer.**

**intermediate language** A computer language that is between a source language and a target language. For example, a language between a low-level language and a high-level language.

**intermediate result** Any result, other than the final one, in a multiple-step computer operation.

**intermediate state** Any state between two defined states.

**intermediate storage** Computer storage for information and values which await further processing.

**Intermediate System-to-Intermediate System** An OSI link-state protocol. Its abbreviation is **IS-IS.**

**intermetallic compound** A chemical compound whose constituents are elements which are metals and/or metalloids. There are many such compounds utilized in semiconductors, including gallium arsenide and gallium antimonide.

**intermittent** Occurring at intervals. For example, that which occurs occasionally, in a non-continuous manner, in a random or unpredictable manner, or at selected times.

**intermittent condition** A condition occurring at intervals. For instance, an intermittent fault, or contact bounce.

**intermittent current** 1. A current which flows at intervals. 2. A unidirectional current which flows at intervals.

**intermittent discharges** Discharges occurring at intervals. For instance, corona discharges.

**intermittent duty** The work or operation of a device, piece of equipment, or system, at intervals. This may consist of alternate periods such as those of load and no-load; load and rest; load, no-load, and rest, and so on.

**intermittent-duty rating** A rating based on the **intermittent duty** of a device, piece of equipment, or system, as opposed to continuous duty. Also called **intermittent rating.**

**intermittent error** An error occurring at intervals.

**intermittent failure** 1. A failure occurring at intervals, as opposed, for instance, to a complete failure. 2. A failure occurring at intervals, and which has the same cause on each occasion.

**intermittent fault** 1. A fault occurring at intervals. 2. A fault occurring at intervals, and which has the same cause and/or location on each occasion.

**intermittent light** Light which flashes on an off at intervals. For example, the light utilized in a pu.sed laser.

**intermittent malfunction** 1. A malfunction occurring at intervals. 2. A malfunction occurring at intervals, and which has the same cause on each occasion.

laser

410

laser retroreflector array

**laser** Abbreviation of light amplification by stimulated emission of radiation. **1.** A device whose output is a coherent, monochromatic, and essentially non-divergent beam of light in the visible, infrared, ultraviolet, or X-ray region of the electromagnetic spectrum. The input power of a laser is utilized to excite the electrons of atoms, molecules, or ions to higher energy levels, and these particles are made to radiate in phase within a cavity with mirrors at the ends. Any of various materials or mediums may be stimulated through electrical, chemical, or other means into emitting laser radiation, including crystals, dyes, gases, or liquids. The coherent light produced may be continuous, or it may occur in pulses. Lasers have many applications, including their uses in communications, surgery, cutting, drilling, heating, holography, distance measurement, printing, spectroscopy, and disc storage and retrieval. Also called **optical maser**. **2.** Same as **laser beam**.

**laser altimeter** An instrument which measures and indicates altitude above a reference level, such as a given terrain, through the utilization laser technology.

**laser amplifier** A laser utilized to amplify light, such as the output of another laser.

**laser beam** The coherent, monochromatic, and essentially non-divergent beam emitted by a laser. Also called **laser (2)**.

**laser-beam communications** Same as **laser communications**.

**laser-beam printer** Same as **laser printer**.

**laser cavity** A mirrored resonant cavity utilized in a laser. An example is a Fabry-Perot cavity. Also called **laser resonator**.

**laser communication** The use of lasers to transmit information between two or more points. Lasers are used, for instance, in fiber-optic communications. Also called **laser-beam communications**.

**laser cooling** The use of a laser to cool particles to extremely low velocities. For example, atomic clocks which utilize lasers to cool atoms to nearly absolute zero should be able to achieve an error of less than one second per billion years in the not too distant future.

**laser cutting** The use of a laser beam for precise cutting.

**laser deposition** The use of a laser beam for the precise concentration of matter at a specific location, or on a given surface.

**Laser Detection and Ranging** Same as **laser radar**. Its acronym is ladar.

**laser diode** A laser in which a forward-biased pn junction diode is used to convert its DC input into a coherent light output. Used, for instance, as a light-pulse generator for transmission of information over fiber-optic lines. Also called **laser diode light source, diode laser, semiconductor laser, injection laser, injected laser**, or **injection laser diode**.

**laser diode light source** Same as **laser diode**.

**laser disc** Same as **Laserdisc**.

**laser disk** Same as **Laserdisc**.

**laser Doppler radar** Same as **laser radar**. Its acronym is lopplar.

**laser Doppler velocimetry** A method for measuring the velocity of particles or objects, in which the velocity is calculated based on the Doppler shift of laser light scattered by said particles or objects. Used, for instance, to measure the velocity of particles within flowing fluids. Its abbreviation is LDV.

**laser drilling** The use of a laser beam for precise drilling.

**laser dye** A dye, such as rhodamine B, utilized in a dye laser.

**laser extensometer** An instrument which utilizes a high-speed laser to measures small variations in the dimensions

of a solid. Such an instrument does not require contact with the specimen, and some can be used at very high temperatures and may be able to measure in the sub-micrometer range.

**laser gyro** Abbreviation of **laser gyroscope**. A gyroscope in which two laser beams travel in opposite directions over a ring-shaped path utilizing multiple angled mirrors. During any movement of the aircraft, or other vehicle it is mounted on, the angular rotation rate is measured by determining the frequency shift in the beams, thus providing the angular position. Such a gyro is very rugged, and has no moving parts. Also called **ring laser**, or **ring laser gyro**.

**laser gyroscope** Same as **laser gyro**.

**laser heating** The use of a laser beam for precise heating.

**laser interferometer** An interferometer whose source of light is a laser. The resolution of such interferometers can be in the picometer range.

**laser light** The coherent, monochromatic, and essentially non-divergent light emitted by a laser.

**laser memory** Computer memory that utilizes a laser for storage and retrieval.

**laser printer** A printer in which a laser beam is utilized to reproduce images. In it, a photoconductive surface, usually a drum, is positively charged with static electricity, then exposed to an optical image of that which is to be reproduced, forming a corresponding electrostatic pattern. A laser beam, along with a rotating mirror and lenses, is utilized to draw the desired image on the drum. A fine powder, called toner, which has been negatively charged is spread over this surface, adhering only to the charged areas of the drum. The toner is then fused to the paper, which has been positively charged, forming the final image. Laser printers are comparatively quiet, reproduce graphics excellently, and can have resolutions exceeding 2,400 dpi. Most copy machines also utilize this technology. Also called **laser-beam printer**.

**laser pulse** A short burst of **laser light**.

**laser pumping** In a laser, the excitation of electrons, molecules, or ions to higher energy levels, so as to initiate and sustain lasing action. Common methods utilized are the application of light, an electrical discharge, or through the effect of a chemical reaction. Also called **pumping (1)**.

**laser radar** A radar system in which the beam of a laser is used to track objects. Its acronym is ladar. Also known as **Laser Detection and Ranging, laser Doppler radar**, or colidar.

**laser Raman spectroscopy** A laser spectroscopic technique that utilizes the Raman effect to obtain information on the vibrational or rotational energy of molecules. Used, for instance, in conjunction with IR spectroscopy to reveal additional detail pertaining to molecular vibrations, as the mechanism for Raman scattering is different from that of IR absorption. Widely used for the determination of quantitative and qualitative aspects of molecular samples, such as structure. Also called **Raman spectroscopy**.

**laser rangefinder** A rangefinder which utilizes a laser to determine the precise distance to objects.

**laser ranging** The use of a laser to determine the precise distance to objects. For instance, the time required for a laser beam to be reflected off an object can be utilized to calculated its distance.

**laser resonator** Same as **laser cavity**.

**laser retroreflector** In a laser, a device which serves to reflect light back in the direction it came from, or a path parallel to this direction. Its abbreviation is LR, or LRR. Also called **retroreflector (2)**.

**laser retroreflector array** Multiple **laser retroreflectors** utilized for tracking objects, such as satellites, or for per-

**latent heat of evaporation**  Same as **latent heat of vaporization**.

**latent heat of fusion**  The amount of heat necessary, with the pressure and temperature held constant, to convert a given amount of a solid into its liquid form.  Also called **heat of fusion**.

**latent heat of vaporization**  The amount of heat necessary, with the pressure and temperature held constant, to convert a given amount of a liquid into its vapor form.  Also called **latent heat of evaporation**, or **heat of vaporization**.

**latent image  1.** An image which is not yet visible, but which will become so when developed.  **2.** An image which is electrostatically formed or stored, but which is not yet visible.

**lateral diffusion**  In the manufacturing of semiconductor devices, diffusion of the dopant atoms parallel to the surface of the semiconductor material.

**lateral transistor**  A bipolar junction transistor in which current across the base flows parallel to the wafer surface, as opposed to flowing perpendicularly.

**laterally-diffused metal-oxide semiconductor**  Same as **LDMOS**.

**laterally-diffused metal-oxide silicon**  Same as **LDMOS**.

**latitude**  Imaginary circles which are drawn parallel to the equator, and whose circumferences diminish as they approach each pole.  All points along the equator have a latitude of 0°, while parallels of latitude above the equator work their way towards 90 °N, and those below the equator work their way towards 90 °S.  These circles cross the meridians of **longitude** at right angles, and together serve to define locations on the planet.  Its abbreviation is **lat**.

**latitude effect**  Any effect which varies depending on the latitude where it occurs or is observed.  For example, the increase in cosmic radiation as the latitude increases, due to the geomagnetic field.

**lattice  1.** A regular and periodic arrangement of points, particles, components, conductors, lines, or objects throughout a given area or space.  For example, a crystal lattice, or a lattice network.  **2.** The geometric arrangement in space of the atoms, molecules, or ions of a crystal.  The pattern of such a lattice is regular and three-dimensional.  Also called **crystal lattice**, or **space lattice**.

**lattice coil**  A coil whose successive windings are crisscrossed.  This provides a low distributed capacitance.  Also called **honeycomb winding**.

**lattice defect**  In a crystal, a flaw in the geometric arrangement of its contained atoms, molecules, or ions.  Also called **lattice imperfection**, or **crystal defect**.

**lattice filter**  A **lattice network** utilized as a filter.

**lattice imperfection**  Same as **lattice defect**.

**lattice network**  A network consisting of four branches and four terminals arranged in a mesh.  It has two input terminals, which are nonadjacent, while the other two serve as output terminals.  An example is a bridge network.

**lattice scattering**  In a crystal, the scattering of electrons through collisions with vibrating atoms, molecules, or ions within the structure of the lattice.  Such scattering may affect the mobility of charge carriers.

**lattice wave**  A wave which propagates through a crystal lattice.

**launch  1.** To propel into motion, or to initiate.  For example, to load and run a computer program.  **2.** To transfer energy from a wire or cable to a waveguide.

**launching  1.** The act or process of propelling into motion, or initiating.  **2.** The process of transferring energy from a wire or cable to a waveguide.  A loop, for instance, may be used for this purpose.

**Lauritsen electroscope**  An electroscope in which the sensitive element is a metallized quartz fiber.  Gold is usually plated on the fiber, and such electroscopes are very sensitive.  Also called **quartz-fiber electroscope**.

**lavalier microphone**  Same as **lavaliere microphone**.

**lavaliere microphone**  A small microphone which is usually worn on a cord around the neck of a user.  Also spelled **lavalier microphone**.  Also called **lapel microphone (2)**.

**law**  A statement which describes a phenomenon, or a relationship between phenomena, under specified conditions and which has been proven or is assumed to hold true.  For example, the law of energy conservation, or the law of charge conservation.

**law of charge conservation**  A law that states that the total charge in an isolated system never changes.  This means, for instance, that if a positive charge is created in an isolated system, that an equal negative charge will also appear in the system.  Also called **conservation of charge**, or **charge conservation**.

**law of charges**  Same as **law of electric charges**.

**law of electric charges**  A law that states that there is an attractive force between opposite charges, and a repulsive force between like charges.  It is part of the law of electrostatic attraction.  Also called **law of charges**.

**law of electromagnetic induction**  A law which states that the electromotive force induced in a conductor is proportional to the rate of change of magnetic flux through it.  Also called **law of induction**, or **Faraday's law of electromagnetic induction**.

**law of electrostatic attraction**  A law which states that the force between two charged particles is directly proportional to the product of their magnitudes, and inversely proportional to the square of their distance.  This force occurs along a straight line between the charges, and is a repulsive force if the charges are like, or an attractive force if they are opposite.  Also called **Coulomb's law**, or **electrostatic attraction law**.

**law of energy conservation**  A law which states that energy cannot be created nor destroyed in an isolated system, but that it can be changed from one form to another.  For instance, kinetic energy being transformed into potential energy, while the total energy in the system remains constant.  Also called **conservation of energy (1)**, or **energy conservation (1)**.

**law of gravitation**  A law that states that for any two particles or bodies, the force of attraction is directly proportional to the product of their masses, and inversely proportional to the square of the distance between them.  This force occurs along a straight line between the particles or bodies, and applies to all matter, including electrons and stars.  Also called **Newton's law of gravitation**.

**law of induction**  Same as **law of electromagnetic induction**.

**law of inverse squares**  A law stating that a given physical quantity will vary as the inverse square of the distance from the source.  Most forms of energy that are radiated from a point source obey this law.  These include electromagnetic, thermal, and nuclear energy.  For instance, if the distance to a light source is halved, then the intensity of the received radiation will be four times greater.  Also called **inverse-square law**.

**law of magnetism**  A law that states that there is an attractive force between opposite poles, and a repulsive force between like poles.

**law of mass conservation**  A law which states that mass, or matter, cannot be cannot be created nor destroyed in an isolated system.  For instance, the mass remains constant when a substance changes form a solid to a gas in an isolated system.  This law does not always hold true when dealing with subatomic particles.  Also called **law of matter conservation**, **conservation of mass**, or **mass conservation**.

**law of matter conservation** Same as **law of mass conservation.**

**law of reflection** A law stating that a wave or ray, such as sound or light, which strikes a reflecting surface at a given angle, is reflected at an equal angle in the opposite direction with respect to a perpendicular line arising from the point of incidence. The striking ray or wave is called incident ray or wave, respectively, and is in the same plane as the reflected ray or wave. Also called **reflection law.**

**LAWN** Acronym for **local-area wireless network.**

**lawnmower** In radars, a type of preamplifier which is especially useful for reducing clutter produced by background electrical noise.

**lawrencium** A synthetic chemical element whose atomic number is 103. It has about 10 known isotopes, all of which are unstable, and is an alpha emitter. The techniques employed to produce this element are utilized to help discover new elements with higher atomic numbers. Its chemical symbol is **Lr.**

**lay** The lateral direction in which a conductor, or group of conductors, is wound around a cable core, or around another layer of conductors. The direction of lay may be left-hand or right-hand. If the conductors form counterclockwise spirals when traveling away from an observer viewing along the longitudinal axis of a cable, then it is left-hand. The converse is true for right-hand. Also called **direction of lay.**

**layer** **1.** A defined thickness which is part of a material, or which surrounds it. For example, an atmospheric or ionospheric layer, a layer in a semiconductor, or that produced through plating. **2.** In communications and computers, a defined set of capabilities, functions, and protocols which pertain to a given stratum within a hierarchical arrangement. For instance, any of the seven layers within OSI Reference Model.

**layer 1** Within the OSI Reference Model for the implementation of communications protocols, the first, or lowest, of the seven layers. This layer deals with the hardware aspects of sending and receiving data in the network. Layer 1 provides the specifications for the transmission medium, such as fiber-optic cable or coax, for the adapter cards, connectors and their pinouts, and so on. At the sending end this layer accepts the bit stream from layer 2, places it in the physical medium, and at the receiving end extracts the bit stream and returns it to layer 2. Also called **physical layer.**

**layer 2** Within the OSI Reference Model for the implementation of communications protocols, the second lowest level, located directly above layer 1. This layer takes care of functions such as the coding, addressing, and transmission of information between nodes. Also called **data-link layer.**

**Layer 2 Tunneling Protocol** Same as **L2TP.**

**layer 3** Within the OSI Reference Model for the implementation of communications protocols, the third lowest level, located directly above layer 2. This layer deals with tasks pertaining to establishing the route the data will take, and ensuring that said data is delivered. It provides specifications for addressing, the creation of virtual circuits, switching, routing, and the like. Also called **network layer.**

**layer 4** Within the OSI Reference Model for the implementation of communications protocols, the fourth level, located below layer 5 and above layer 3. This layer helps ensure that data transfers between nodes are complete and error free, handling tasks such as flow control, and error detection and correction. Also called **transport layer.**

**layer 5** Within the OSI Reference Model for the implementation of communications protocols, the third highest level, located directly above layer 4. This layer takes care of functions such as establishing, managing, and terminating all exchanges of data. Also called **session layer.**

**layer 6** Within the OSI Reference Model for the implementation of communications protocols, the second highest level, located directly above layer 5. This layer is responsible for the selection and use of a common syntax for representing information, and involves tasks such as encryption, decryption, compression, data conversion, text formatting, and text display. Also called **presentation layer.**

**layer 7** Within the OSI Reference Model for the implementation of communications protocols, the highest level, located directly above layer 6. This layer takes care of the exchange of information between applications, including tasks such as file transfers, email, and access to a remote computer. Also called **application layer.**

**layer winding** A coil-winding method in which each layer is wound over the layer within it, all layers being separated by an insulating layer.

**layered architecture** An architecture, such as that of a communications or neural network, which is hierarchically organized into **layers (2).**

**layered network** A network which is hierarchically organized into **layers (2).**

**layout** The arrangement of components or devices in an object or system. For example, the layout of the components on a printed circuit. Also, a graphical representation of such an arrangement. Also, the process of arranging said components or devices.

**lazy evaluation** A programming method in which certain actions only take place when necessary. For instance, a given calculation is performed only when demanded as an input for another calculation.

**lazy-H antenna** An antenna array consisting of two vertically-stacked collinear elements. It features vertical and horizontal directivity. Also called **H antenna.**

**lb** Abbreviation of **pound.**

**Lb** Symbol for **lambert.**

**lb ft** Abbreviation of **pound-foot.**

**LBA** **1.** Abbreviation of **logical block addressing. 2.** Abbreviation of **link budget analysis.**

**lbf** Abbreviation of **pound force.**

**lbf ft** Abbreviation of **pound-foot.**

**lbf/ft²** Abbreviation of **pounds per square foot.**

**lbf/in²** Abbreviation of **pounds per square inch.**

**LC** Abbreviation of **liquid crystal.**

*LC* Abbreviation of **inductance-capacitance. 1.** A combination of inductance and capacitance in a circuit. **2.** A circuit or device with a combination of inductance and capacitance, such as that provided by coils and capacitors. For example, certain types of filters. **3.** Pertaining to an *LC* (1), or that incorporating such a combination.

*LC* **circuit** Abbreviation of **inductance-capacitance circuit.** A circuit composed of, or incorporating inductances and capacitances.

*LC* **connector** A fiber-optical cable connector that is similar, but smaller, than an SC connector. An SC connector has a 2.5 mm ferrule, while an LC connector has a 1.25 mm ferrule.

*LC* **filter** Abbreviation of **inductance-capacitance filter.** A filter composed of, or incorporating inductances and capacitances.

*LC* **meter** Abbreviation of **inductance-capacitance meter.** A meter which measures and indicates inductances and capacitances.

*LC* **network** Abbreviation of **inductance-capacitance network.** An electric network composed of, or incorporating inductances and capacitances.

*LC oscillator* Abbreviation of **inductance-capacitance oscillator**. An oscillator whose frequency is determined by inductances and capacitances.

**LCC** 1. Abbreviation of **leadless chip carrier**. 2. Abbreviation of **leaded chip carrier**.

**LCCC** 1. Abbreviation of **leadless ceramic chip carrier**. 2. Abbreviation of **leaded ceramic chip carrier**.

**LCD** Abbreviation of liquid-crystal display. A display incorporating **liquid crystals** sandwiched between glass plates which have a transparent conductive coating, or electrodes, which serve to vary the electric field surrounding said crystals, thus changing their optical properties. LCDs can be reflective or transmissive, and are used in a variety of flat-display devices, such as those of portable computers, calculators, or watches. Improved viewing characteristics may be seen, for instance, in active-matrix displays and nematic-crystal displays. Also called **LCD display (1)**.

**LCD display** 1. Same as **LCD**. 2. Same as **LCD monitor**.

**LCD monitor** Abbreviation of liquid-crystal display **monitor**. A computer monitor incorporating an **LCD**. Also called **LCD display (2)**.

**LCD panel** Abbreviation of liquid-crystal display **panel**. A data projector that presents the visual output of a computer through an **LCD**. It may incorporate its own light source, or be used in conjunction with an overhead projector for display on a remote screen.

**LCD printer** Abbreviation of liquid-crystal display **printer**. A type of printer similar to a laser printer, but which utilizes a bright lamp instead of a laser to create an image on the drum or other photoconductive surface.

**LCD projector** Abbreviation of liquid-crystal display **projector**. A projector which incorporates an **LCD panel** and a light source. Such a projector is usually portable, and has a much more powerful output than an LCD panel without the light source. An LCD projector may also incorporate other features, such as a cordless mouse for simplified operation.

**LCD screen** Abbreviation of liquid-crystal display **screen**. The viewing screen of an **LCD display**.

**LCI** Abbreviation of **logical channel identifier**.

**LCN** Abbreviation of **logical channel number**.

**LCP** Abbreviation of **Link Control Protocol**.

**LCR** Abbreviation of **least cost routing**.

*LCR* Abbreviation of **inductance-capacitance-resistance**. 1. A combination of inductance, capacitance, and resistance in a circuit. 2. A circuit or device with a combination of inductance, capacitance, and resistance, such as that provided by coils and capacitors. For example, certain tuned circuits. 3. Pertaining to an *LCR* (1), or that incorporating or measuring such a combination, such as a meter.

*LCR* **meter** Abbreviation of **inductance-capacitance-resistance meter**. A meter which measures and indicates inductances, capacitances, and resistances.

**LD** Abbreviation of **Laserdisc**.

**LDAP** Abbreviation of **Lightweight Directory Access Protocol**.

**LDC** Abbreviation of **leaded chip carrier**.

**LDCC** Abbreviation of **leaded ceramic chip carrier**.

**LDE** Abbreviation of **long-delayed echo**.

**LDM** Abbreviation of **limited-distance modem**.

**LDMOS** Abbreviation of laterally-diffused metal-oxide semiconductor, or laterally-diffused metal-oxide silicon. A modified metal-oxide semiconductor whose characteristics include added flexibility, enhanced performance, higher efficiency, and superior reliability. Used, for instance, in high-power RF applications, such as wireless communications infrastructure systems.

**LDMOS transistor** A transistor incorporating **LDMOS** technology.

**LDR** Abbreviation of **light-dependent resistor**.

**LDV** Abbreviation of **laser Doppler velocimetry**.

**lead** 1. A conductor, usually a wire, by which circuit elements or points are connected to components, devices, equipment, systems, points, or materials. Also called **lead wire**. 2. The state or condition of being ahead, or preceding, in time or phase. Also, that which leads. Also, the extent of such a lead. For example a lead angle, or a leading current. 3. A dense and soft grayish silvery-blue metallic chemical element whose atomic number is 82. It is poisonous, malleable, ductile, and corrosion resistant. Lead is a poor electrical conductor, and has about 35 known isotopes, of which 4 are stable. It has many applications including its use in storage batteries, in cable coverings, in solder and fusible alloys, in ceramics, certain glasses, and as a radiation shield. Its chemical symbol, **Pb**, is from the Latin word for lead: **plumbum**.

**lead-acid battery** A storage battery in which the cathode is lead plated with an oxide, such as lead oxide, the anode is lead, and the electrolyte is dilute sulfuric acid. Each cell produces about 2.1 volts, and a typical car battery, for instance, has 6 such cells for a total output of about 12.6 volts. Also called **lead storage battery**, or **lead battery**.

**lead-acid cell** A single cell in a **lead-acid battery**. Also called **lead cell**.

**lead angle** For two periodic quantities with the same frequency, the lead in phase of one respective to the other. Expressed in radians or degrees. Also called **angle of lead**.

**lead battery** Same as **lead-acid battery**.

**lead borate** A white powder used in certain ceramic or glass conductive coatings.

**lead cell** Same as **lead-acid cell**.

**lead coplanarity** The arrangement of component leads along the same plane.

**lead dioxide** A brown powder whose chemical formula is $PbO_2$. It is used in storage batteries and in battery electrodes.

**lead fluoride** Colorless crystals whose chemical formula is $PbF_2$. It is used in lasers and optics.

**lead-in** A transmission line that connects an antenna to a receiver or transmitter. Also called **lead-in wire (2)**, or **down-lead**.

**lead-in insulator** An insulator in the form of a tube through which a **lead-in wire** is passed. Also called **lead-in tube**.

**lead-in tube** Same as **lead-in insulator**.

**lead-in wire** 1. A wire by which power is introduced to a structure, such as a building. 2. Same as **lead-in**. 3. A wire by which an electrode is connected to an external circuit.

**lead lanthanum zirconate titanate** A ferroelectric ceramic which exhibits the piezoelectric effect, and whose properties are similar to **lead zirconate titanate**. Its abbreviation is **PLZT**. The first letter of its abbreviation is taken from **Pb**, the chemical symbol for lead.

**lead magnesium niobate** An electrostrictive ceramic utilized in ultrasonic imaging devices and sonar systems.

**lead oxide** A red powder whose chemical formula is $Pb_3O_4$. It is used in storage batteries and in ceramics. Also called **lead tetroxide**.

**lead plating** The plating of component leads with a material such as tin, gold, or an eutectic alloy of tin and lead.

**lead selenide** Gray colored crystals whose chemical formula is PbSe. It is used in infrared detectors and in semiconductors.

**lead silicate** A red powder whose chemical formula is $PbSiO_3$. It is used in ceramics.

**lead spacing** The distance between adjacent component leads.

**lead storage battery** Same as **lead-acid battery**.

**leaky  1.** That which has **leakage.** For example, a leaky waveguide. **2.** That which has substantially more leakage than would ordinarily be expected. For instance, a leaky capacitor.

**leaky capacitor**  A capacitor with excessive leakage current, or whose dielectric is flawed.

**leaky-wave antenna**  A wideband antenna with a narrow beam which is used in the microwave range.

**leaky waveguide  1.** A waveguide with a slot which allows electromagnetic radiation to escape. **2.** A waveguide from which electromagnetic radiation escapes in an undesired manner.

**leapfrog test**  In computers, a diagnostic routine which copies itself throughout an available storage medium.

**learning bridge**  In networks, a bridge that can learn the locations of users or systems and deliver messages accordingly. Also known as **transparent bridge,** or **adaptive bridge.**

**learning curve**  The time and processes involved in acquiring a new skill, becoming familiar with a given subject, or the like. For example, the time and effort required to learn to utilize a computer application proficiently. Also, a graph representing such progress.

**learning machines**  Devices and systems that have the ability to apply knowledge that has been previously programmed and recorded, in order to analyze and better face new situations.

**learning portal**  A Web portal that provides multiple education and/or training resources which have been collected from several Web sites.

**learning robot**  A robot that has the ability to apply knowledge that has been previously programmed and recorded, in order to analyze and better face new situations.

**leased circuit**  Same as **leased line.**

**leased line**  A permanent communications channel between two or more locations. Such a service includes private switching arrangements and a defined transmission path, and provides an exclusive high-speed connection which is available at all times. T1 and T3 lines are examples. Also called **leased circuit, dedicated line** (1), **dedicated circuit, dedicated connection,** or **private line.**

**leased-line modem**  A modem utilizing a **leased line.**

**least cost routing**  A method for automatically selecting the least costly route for a telephone call. For example, specialized software may utilize a table of area codes to determine which fax server out of many should be utilized for broadcasting. Its abbreviation is **LCR.** Also called **automatic route selection.**

**least-significant bit**  Within a sequence of bits, that with the lowest weight or place value. It is usually the bit furthest to the right. Its abbreviation is **LSB.**

**least-significant byte**  Within a sequence of bytes, that with the lowest weight or place value. It is usually the byte furthest to the right. Its abbreviation is **LSB.**

**least-significant character**  Within a sequence of characters, that with the lowest weight or place value. It is usually the character furthest to the right. Its abbreviation is **LSC.**

**least-significant digit**  Within a sequence of digits, that with the lowest weight or place value. It is usually the digit furthest to the right. Its abbreviation is **LSD.**

**least-time principle**  A principle stating that an electromagnetic wave, such as a light ray, travels between points taking the path that requires the least time. This path may or may not be a straight line. Also called **Fermat's principle.**

**LEC  1.** Abbreviation of **liquid-encapsulated Czochralski.** **2.** Abbreviation of **local exchange carrier.**

**Lecher lines**  Same as **Lecher wires.**

**Lecher wires**  Two long insulated wires which are separated from each other by a short distance, with a shorting bar which slides along them. One side of the wires is connected to a source of radio-frequency energy, and the location of the bar is manually varied so as to determine the positions of standing-wave nodes. The distance between said nodes can be utilized to calculate wavelengths. Also called **Lecher lines.**

**Leclanché cell**  A dry primary cell in which the positive electrode is carbon, the negative electrode is zinc, and the electrolyte is ammonium chloride. Its voltage output is about 1.5 volts. Also called **dry cell** (1).

**LED**  Abbreviation of **light-emitting diode.** A diode consisting of a pn junction which emits light when forward-biased. The light produced is incoherent, and its wavelength depends on the semiconductor material and doping. Such light may be red, another visible color, or it may be located in the infrared region. LEDs are frequently utilized in alphanumeric readouts and for indicating the on/off status of a function, device, or piece of equipment.

**LED display**  Abbreviation of **light-emitting diode display.** A display incorporating one or more **LEDs.**

**LED printer**  Abbreviation of **light-emitting diode printer.** A type of printer similar to a laser printer, but which utilizes a matrix of LEDs, instead of a laser, to create an image on the drum or other photoconductive surface.

**LEED**  Abbreviation of **low-energy electron diffraction.**

**left channel  1.** In a stereo audio system, the channel intended for speaker output situated to the left of a listener. Also called **left stereo channel. 2.** In a multiple-channel or surround sound audio system, a channel intended for speaker output situated to the left of a listener. This may be, for instance, either from the left front speaker, or the left rear speaker.

**left click**  To press and release the left button on a computer mouse, or its equivalent. A computer may be programmed to exchange the signals sent by the left and right mouse buttons.

**left front speaker**  In a multiple-channel or surround sound audio system, the speaker whose output is intended to be to the front and left of a listener. Also called **left speaker** (1).

**left-hand lay**  One or more conductors which form counterclockwise spirals when traveling away from an observer viewing along the longitudinal axis of a cable. Such conductors may be wound around a cable core, or around another layer of conductors. This contrasts with **right-hand lay,** where the converse is true.

**left-hand polarized wave**  An elliptically polarized transverse electromagnetic wave in which the rotation of the electric field vector is towards the left when viewed along the direction of propagation. Also called **counterclockwise-polarized wave.**

**left-hand rule**  Also called **Fleming's left-hand rule.** If conventional current is used instead of electron flow, each of these become **right-hand rules,** as conventional current travels in the opposite direction. **1.** A rule stating that if the thumb of a left hand is oriented along the same axis as the flow of electrons through a conducting wire, that the fingers of this hand will curl along the same direction as the magnetic field produced by the wire. **2.** For a conducting wire moving through a magnetic field, a rule stating that if the middle finger, index finger, and thumb of a left hand are extended at right angles to each other, that the middle finger will indicate the direction of the flow of electrons, the index finger the direction of the magnetic field, and the thumb will indicate the direction of the movement of the wire.

**left minus right**  Same as **L − R.**

**left plus right**  Same as **L + R.**

**: automation**

**· spelled off-**

**Also spelled**

**ates directly
transformer**

**g at a maxi-
mparatively**

**· consumed
ands.**

**component,
s not on or
iich no cur-
rval during
the time in-**

**which cur-
rcuit or de-
. 2. For a
iipment, or**

**a meter or
se location
rated scale**

**trument, a**

**t.
through a
tate. Also
e current**

**circuit, or**

**sting, not
ramming.**

**ie state it
e without**

**rcuit, the
: 2. The
system is
mainte-
wntime,**

**off-hook**

**ik state.**

**or office
spread-**

**ces, ma-
:e tasks
s auto-
s which
y exam-
ita, pre-
use of**

emails, real-time messages, faxes, and teleconferencing for communications.

**office suite**   An software package incorporating a group of **office applications**.

**OfficeJet**   A popular line of multifunction printers.

**offline**   Also spelled **off-line**. This contrasts with **online**. **1.** Not connected to a computer. Said, for instance of a peripheral, or of data stored in a removable medium which is not inserted at the moment. **2.** Not installed in a computer, said for example, of hardware or software. **3.** Not connected to a computer or communications network. Said, for instance, of a user, or of a computer system. **4.** Not under the control of a computer. Said, for example, of a manufacturing process. **5.** Connected to, or controlled by, a computer, but not in an operational state. Said, for instance, of a printer which is connected, but not ready to receive data. **6.** Not in an operational mode or state. Said, for example, of a piece of equipment that is in standby.

**offline backup**   A backup performed while the data being duplicated is not in use. This contrasts with an **online backup**, in which an application is using the data. Also spelled **off-line backup**. Also called **cold backup**.

**offline browser**   Same as **offline reader**. Also spelled **off-line browser**.

**offline navigator**   Same as **offline reader**. Also spelled **off-line navigator**.

**offline reader**   An application which downloads email, Web pages, and other online messages and content to a local disk, where they are available for viewing once a network connection, such as that to the Internet, is terminated. This may serve, for instance, to save paid connection time, or free resources for other uses. Also spelled **off-line reader**. Also called **offline browser**, or **offline navigator**.

**offline storage**   Storage of data in a medium which is not immediately accessible by a computer system. For example, discs kept in a data library. Also spelled **off-line storage**.

**offload  1.** To transfer data to a peripheral. **2.** To transfer tasks or processing demands from one computer, device, or system, to another.

**offset _1.** That which serves to balance, counteract, neutralize, or otherwise compensate for something else. Also, to balance, counteract, neutralize, or otherwise compensate for something else. **2.** An imbalance between two halves or sections of a circuit, such as that of a differential amplifier. Also, the magnitude or value of such an imbalance. **3.** In a control system, the steady-state difference between the theoretical or desired value of the controlled variable, and the actual value. **4.** The distance a memory address is from a base address. Also, the value added to the base address to obtain a second address. Also called **displacement (3)**.

**offset current**   For an operational amplifier, the DC that must be applied to the inputs to produce a zero output voltage.

**offset QPSK**   Abbreviation of **offset quadrature phase-shift keying**.

**offset quadrature phase-shift keying**   A form of quadrature phase-shift keying in which an offset is introduced, for improved spectral efficiency. Its abbreviations are **offset QPSK**, or **OQPSK**.

**offset voltage**   For an operational amplifier, the DC input voltage that must be applied to the inputs to produce a zero output voltage.

**OFHC**   Abbreviation of **oxygen-free high-conductivity copper**.

**OH**   Abbreviation of **off-hook**.

**ohm**   The SI unit of resistance, impedance, and reactance. It is defined as the resistance between two points through which a current of one ampere will flow, when there is a potential

difference of one volt between said points. Its symbol is $\Omega$ (omega).

**ohm-centimeter**   A unit of resistivity equal to 0.01 ohm-meter. Its symbol is $\Omega$-cm.

**ohm-meter**   The SI unit of resistivity. It is the resistance of a material or conductor, expressed in ohms, multiplied by its cross sectional area, expressed in square meters, divided by its length in meters. Its symbol is $\Omega$-m.

**Ohm's law**   A law stating that the current the flowing through a DC circuit is directly proportional to the voltage, and inversely proportional to the resistance. It may be expressed as follows: $I = E/R$, where $I$ is the current, $E$ is the voltage, and $R$ is the resistance. For an AC circuit, the relationship would be: $I = E/X$, where $I$ is the current, $E$ is the voltage, and $X$ is the impedance. When a conductor or material obeys this law, it is said to be ohmic. Ohm's law does not apply to all conductors of electricity

**ohmage**   Same as **ohmic value**.

**ohmic  1.** A conductor or material which obeys **Ohm's law**. **2.** Pertaining to a conductor or material which obeys Ohm's law. **3.** Pertaining to a region of a characteristic curve which obeys Ohm's law.

**ohmic contact**   A contact between two materia_s in which an increase in voltage results in an increase in current, as dictated by Ohm's law. A metal-semiconductor contact which exhibits this characteristic is an ohmic contact, while a **Schottky contact** has rectifying properties.

**ohmic dissipation**   Same as **ohmic losses**.

**ohmic heating**   Heating of a material or conductor through which an electric current passes, due to the resistance of said material or conductor.

**ohmic loss**   Same as **ohmic losses**.

**ohmic losses**   Power losses due to **ohmic heating**. Also called **ohmic dissipation**, or **ohmic loss**.

**ohmic region**   For a given device, a region within a characteristic curve in which an increase in voltage results in an increase in current, as dictated by Ohm's law. Usually utilized in the context of negative-resistances devices, to contrast with negative-resistance regions.

**ohmic resistance**   The resistance to DC offered by a circuit, device, or material. Such a resistance obeys Ohm's law. Also called **DC resistance**.

**ohmic response**   A response, such as that of a component, circuit, or device, which obeys Ohm's law.

**ohmic value**   Resistance expressed in **ohms**, or in multiples of ohms, such as megohms. Also called **ohmage**.

**ohmmeter**   An instrument graduated in ohms, or fractions/multiples of ohms, which is utilized to measure and indicate the magnitude of electric resistance of conductors, insulators, and other materials. Such an instrument usually has multiple ranges to choose from, and some may provide accurate readings as low as a single micro-ohm, while others may extend to the teraohm range.

**ohms per square**   A measure of the resistance between parallel edges of a thin-film resistive material, such as a metal or semiconductor. The resistance of a four-sided material is defined as the resistance, in ohms, multiplied by its width, and divided by its length. Since the length and width of a square are equal, the measured resistance value will be the same for any size square. The resistance of such a material could then be stated in ohms, but in this context is expressed in units of ohms per square.

**ohms per volt**   A measure of the sensitivity of a instrument, such as a voltmeter. It refers to the resistance, in ohms, divided by the full-scale voltage value for a given range. The higher the ohms-per-volt rating, the greater the sensitivity of the meter.

**ohnosecond** In computers and networks, the instant during which a user realizes that the wrong key was pressed, and that a significant mistake was made. For example, pressing "no" when prompted to save a document which has been worked on a while, or clicking "send" during a real-time chat when an unadvisable text was present.

**oil capacitor** Also called **oil-filled capacitor**, or **oil-immersed capacitor. 1.** A capacitor in which the dielectric consists of oil-impregnated paper. **2.** A capacitor in which the dielectric is oil.

**oil circuit breaker** A circuit breaker in which the contacts are immersed in a special oil which extinguishes an electric arc which may form between said contacts. Its abbreviation is OCB. Also called **oil switch** (1), or **oil-filled circuit breaker**.

**oil-cooled transformer** Same as **oil-filled transformer**.

**oil-cooled unit** A unit, such as a transformer, in which a circulating oil is utilized for cooling.

**oil dielectric** A highly refined oil utilized as a dielectric in components and devices such as capacitors and transformers. Examples include castor oil and mineral oil.

**oil-diffusion pump** A diffusion pump which utilizes rapidly moving molecules of a special oil to create a high vacuum.

**oil-filled cable** A cable in which an oil, such as mineral oil, is contained at an approximately steady pressure. The presence of such an oil helps prevent voids in the cable's insulation and helps provide high voltage and power capacity to maximize transmission economy, in addition to being better-suited to self monitoring. Also called **oil-immersed cable**.

**oil-filled capacitor** Same as **oil capacitor**.

**oil-filled circuit breaker** Same as **oil circuit breaker**.

**oil-filled switch** Same as **oil switch**.

**oil-filled transformer** A transformer in which a circulating oil is utilized for cooling. Also called **oil-cooled transformer**, or **oil-immersed transformer**.

**oil-immersed cable** Same as **oil-filled cable**.

**oil-immersed capacitor** Same as **oil capacitor**.

**oil-immersed switch** Same as **oil switch**.

**oil-immersed transformer** Same as **oil-filled transformer**.

**oil-impregnated** A material, such as paper, which is impregnated with oil.

**oil-impregnated paper** Paper, such as kraft paper, which is impregnated with oil. Used, for instance, in oil capacitors.

**oil switch** Also called **oil-filled switch**, or **oil-immersed switch. 1.** Same as **oil circuit breaker. 2.** A switch that is immersed in oil. Immersion in oil serves for cooling, and suppresses an arc which may form between the contacts.

**oiled paper** An insulating paper, such as kraft paper, which is impregnated with oil. Used, for instance, in capacitors, or to help protect from moisture.

**OLAP** Acronym for Online Analytical Processing. Decision support software which enables a user to quickly, often in real-time, analyze considerable amounts of data which has been collected then processed from multiple perspectives. Used, for instance, to expedite complex business decisions such as market trends. Also, the technology employed for such processing.

**OLAP database** Abbreviation of Online Analytical Processing database. A database where the raw information utilized in OLAP is collected and processed.

**OLAP server** Abbreviation of Online Analytical Processing server. A high-capacity server specifically designed for OLAP.

**OLE** Acronym for Object Linking and Embedding.

**OLED** Abbreviation of Organic Light-Emitting Diode, or Organic Light-Emitting Device.

**OLED display** Abbreviation of **Organic Light-Emitting Diode Display**, or **Organic Light-Emitting Display**.

**OLTP** Abbreviation of **online transaction processing**.

**OMA** Abbreviation **Object Management Architecture**.

**omega (Ω)** A Greek letter utilized as a symbol for **ohm**.

**Omega** A phase-difference radio navigation system which utilizes the same signal from multiple fixed transmitters to determine a line-of-position.

**OMG** Abbreviation of **Object Management Group**.

**omni-bearing** Same as **omnibearing**.

**omni-directional** Same as **omnidirectional**.

**omni-directional antenna** Same as **omnidirectional antenna**.

**omni-directional beacon** Same as **omnidirectional radio beacon**. Also spelled **omnidirectional beacon**.

**omni-directional hydrophone** Same as **omnidirectional hydrophone**.

**omni-directional loudspeaker** Same as **omnidirectional speaker**. Also spelled **omnidirectional loudspeaker**.

**omni-directional microphone** Same as **omnidirectional microphone**.

**omni-directional radio beacon** Same as **omnidirectional radio beacon**.

**omni-directional radio range** Same as **omnidirectional range**. Also spelled **omnidirectional radio range**.

**omni-directional range** Same as **omnidirectional range**.

**omni-directional range station** Same as **omnidirectional range station**.

**omni-directional signal** Same as **omnidirectional signal**.

**omni-directional speaker** Same as **omnidirectional speaker**.

**omni-range** Same as **omnirange**.

**omni-range station** Same as **omnidirectional range station**. Also spelled **omnirange station**.

**omnibearing** A bearing obtained utilizing an **omnidirectional range** as a reference. Also spelled **omni-bearing**.

**omnidirectional** Also spelled **omni-directional. 1.** Pertaining to, or indicating all directions in space. **2.** Sending or receiving signals in all directions. **3.** Capable of sending or receiving signals with the same efficiency or sensitivity in all directions. Also called **non-directional** (3). **4.** Functioning at essentially the same level of performance in all directions. Also called **non-directional** (4).

**omnidirectional antenna** Also spelled **omni-directional antenna**. Also called **non-directional antenna. 1.** An antenna which radiates or receives with essentially the same efficiency or sensitivity in all directions. **2.** An antenna which radiates or receives with essentially the same efficiency or sensitivity in all directions within a given plane.

**omnidirectional beacon** Same as **omnidirectional radio beacon**. Also spelled **omni-directional beacon**.

**omnidirectional hydrophone** A hydrophone whose sensitivity is the same in all directions. Also spelled **omni-directional hydrophone**.

**omnidirectional loudspeaker** Same as **omnidirectional speaker**. Also spelled **omni-directional loudspeaker**.

**omnidirectional microphone** A microphone whose sensitivity is the same in all directions. Also spelled **omni-directional microphone**. Also known as **non-directional microphone**, or **astatic microphone**.

**omnidirectional radio beacon** Also spelled **omni-directional radio beacon**. Also called **omnidirectional beacon**, or **non-directional radio beacon. 1.** A beacon which emits signals in all directions. **2.** A beacon which emits signals in all directions within the horizontal plane.

**omnidirectional radio range** Same as **omnidirectional range**. Also spelled **omni-directional radio range**.

**omnidirectional range** A radio navigation system in which each of its multiple stations transmit signals which provide bearings in all directions to and from the transmitter. Such a transmitter emits beacon signals of equal strength in all directions along a given plane, which provide directional guidance within a given area. A common example is VOR. Used extensively by pilots and aircraft. Also spelled **omnidirectional range**. Its abbreviation is **omnirange**. Also called **omnidirectional radio range**.

**omnidirectional range station** A land station within an **omnidirectional range** service. Also spelled **omni-directional range station**. Also called **omnirange station**.

**omnidirectional signal** A signal whose intensity is the same in all directions. Also spelled **omni-directional signal**.

**omnidirectional speaker** A speaker that produces essentially equal amounts of acoustic energy in all directions. Also spelled **omni-directional speaker**. Also called **omnidirectional loudspeaker**.

**omnirange** Abbreviation of **omnidirectional range**. Also spelled **omni-range**.

**omnirange station** Same as **omnidirectional range station**. Also spelled **omni-range station**.

**OMR 1.** Abbreviation of **optical mark reading**. **2.** Abbreviation of **optical mark reader**. **3.** Abbreviation of **optical mark recognition**.

**OMT** Abbreviation of **Object Modeling Technique**.

**OMVPE** Acronym for **organometallic vapor-phase epitaxy**.

**on** Also called **on state**. **1.** A state in which a current, voltage, or other signal passes, so that a component, circuit, switch, device, piece of equipment, or system is connected or otherwise operating. **2. On** (1), as opposed to **off** (1), when there are only two such states available to a component, circuit, switch, device, piece of equipment, or system.

**on air** Same as **on the air**.

**on-board computer** A computer contained within another device, apparatus, or system. Examples include computers in satellites, car engines, navigation systems, appliances, and toys. Also spelled **onboard computer**.

**on-chip cache** A memory cache that is built right into the CPU. This contrasts with **external cache**, which utilizes a memory bank between the CPU and main memory. On-chip cache is faster, but smaller than external cache, while external cache is still faster than main memory. Also called **L1 cache**, **level 1 cache**, **first-level cache**, **internal cache**, or **primary cache**.

**on-course signal** A signal indicating that an aircraft is following a given fixed or desired course. For instance, a continuous tone heard from an AN range.

**on current** Same as **on-state current**.

**on-delay** The time interval that elapses between the arrival of the actuating signal and the subsequent connection of a circuit or device.

**on-demand 1.** Same as **on-demand system**. **2.** Pertaining to an **on-demand system**. **3.** That which is available only when paid or requested.

**on-demand programming 1.** TV programming immediately available on upon payment or request. An example is movies-on-demand. **2.** Programming immediately available on upon payment or request.

**on-demand system** A system utilized for on-demand programming, or another service where delivery or access is provided immediately after payment or request. Also called **on-demand** (1).

**on-hook** The condition where a telephone is in not use. This state occurs, for instance, when the handset is resting on its cradle, which keeps the hookswitch depressed. Also, when another device, such as a fax, is not in use. This contrasts with **off-hook**, where the telephone or other device is in use. Also spelled **onhook**. Also called **on-hook state**, or **on-hook condition**.

**on-hook condition** Same as **on-hook**. Also spelled **onhook condition**.

**on-hook state** Same as **on-hook**. Also spelled **onhook state**.

**on interval** Same as **on period**.

**on-line** Same as **online**.

**On-line Analytical Processing** Same as **OLAP**. Also spelled **Online Analytical Processing**.

**On-line Analytical Processing database** Same as **OLAP database**. Also spelled **Online Analytical Processing database**.

**On-line Analytical Processing server** Same as **OLAP server**. Also spelled **Online Analytical Processing server**.

**on-line backup** Same as **online backup**.

**on-line community** Same as **online community**.

**on-line computer system** Same as **online computer system**.

**on-line content** Same as **online content**.

**on-line data reduction** Same as **online data reduction**.

**on-line help** Same as **online help**.

**on-line information service** Same as **online information service**.

**on-line service** Same as **online service provider**. Also spelled **online service**

**on-line service provider** Same as **online service provider**.

**on-line transaction processing** Same as **online transaction processing**.

**on/off control 1.** A control system where the controlled output quantity or device is either fully on or fully off. The term is utilized to distinguish from systems where there are intermediate settings or levels of operation. **2.** Same as **on/off switch**.

**on/off keying** Amplitude shift keying in which two signal levels are used, one of which is zero. For example, a mark can be made with the energized level, and a space with the zero level. Its abbreviation is **OOK**. Also called **binary amplitude shift keying**.

**on/off operation 1.** For a switch, component, circuit, device, piece of equipment, or system, a transition from an on state to an off state. **2.** For a switch, component, circuit, device, piece of equipment, or system, operation which involves transitions from an on state to an off state. For example, on/off keying.

**on/off switch** Also called **on/off control** (2). **1.** A switch that serves to change between the on state and the off state. That is, the switch either turns something on, or it turns it off. Also called **power switch** (1). **2.** A switch that serves to change between the on state and a standby state. Also called **on/standby switch**, or **power switch** (2). **3.** A switch that serves to change between states in on/off keying.

**on-peak energy** Electrical energy supplied or consumed during periods of comparatively high system demands.

**on period** Also called **on interval**, or **on time**. **1.** The time during which a component, circuit, device, piece of equipment, or system is in the on state. **2.** A time interval during which current passes. **3.** In an electron tube, a time interval during which current passes. **4.** In on/off operation, the time interval during which an on state occurs.

**on position 1.** For a switch or relay, a position in which current, or another signal, passes, so that a circuit or device is connected or otherwise operating. **2.** For a component, switch, circuit, device, piece of equipment, or system, the position corresponding to the on state.

**on resistance** Same as **on-state resistance**.

**on-screen display** Its abbreviation is **OSD**. Also called **OSD display**. **1.** A control, used for monitor or TV settings, which is displayed on the screen. Used, for instance, to adjust brightness, contrast, horizontal centering, and so on. **2.** A display on the screen of a TV, or other projection device, which provides menus, settings, and other options and information. An example is the content showed when utilizing a device with an on-screen menu or on-screen programming.

**on-screen menu** A menu, such as that of a DVD or VCR, which is shown on the screen of the TV, or other device, it is displayed through. Such a menu serves to select from choices pertaining to audio, language, programming, playback mode, and so on. Such menus are usually text-based, but may incorporate icons to facilitate navigation.

**on-screen programming** For a device such as a DVD recorder or VCR, the showing of programming options and settings through the TV, or other device, it is displayed through.

**on/standby switch** Same as **on/off switch (2)**.

**on state** Same as **on**.

**on-state current** The current flowing thorough a component, circuit, or device which is in the on state. Also called **on current**.

**on-state resistance** The resistance of a component, circuit, or device which is in the on state. Also called **on resistance**.

**on-state voltage** The voltage across a component, circuit, or device which is in the on state. Also called **on voltage**.

**on the air** In radio, TV, or another form of broadcasting, currently transmitting programming. Also, currently recording for a future broadcast. Also called **on air**.

**on the fly** Pertaining to that which occurs concurrently with, and in response to something else. For example, dynamic allocation, an AutoCorrect spell-check feature, or a dynamic Web page.

**on time** Same as **on period**.

**on voltage** Same as **on-state voltage**.

**onboard computer** Same as **on-board computer**.

**ondogram** The record produced by an **ondograph**.

**ondograph** An instrument which graphically records oscillatory vibrations, especially an alternating current.

**ondoscope** A glow-discharge tube which is utilized to detect intense RF fields, without the need for a direct connection. The contained gas ionizes when placed in a field of sufficient intensity.

**one-address instruction** In computer programming, an instruction which contains a single address part. Also called **single-address instruction**.

**one-chip computer** A complete computer that is contained on a single chip. Such a chip must have a CPU, memory, a clock, and input/output circuits. Such chips may be used in countless items, including automobiles, toys, appliances, clocks, and so on. Also called **microcontroller**, **micro-computer (2)**, or **computer-on-a-chip**.

**one condition** Same as **one state**.

**one input** An input, such as that of a flip-flop or logic gate, corresponding to a **one state**. Also called **logic one input**, or **logic high input**.

**one output** An output, such as that of a flip-flop or logic gate, corresponding to a **one state**. Also called **logic one output**, or **logic high output**.

**one-pass compiler** A compiler that translates source code or language statements after a single pass.

**one-shot** Same as **one-shot multivibrator**.

**one-shot circuit** Same as **one-shot multivibrator**.

**one-shot execution** Same as **one-shot operation**.

**one-shot multivibrator** A multivibrator with one stable state and one unstable state. A trigger signal must be applied to change to the unstable state, where it remains for a given interval, after which it returns to the stable state. Also called **one-shot circuit**, **one-shot**, **monostable multivibrator**, **univibrator**, or **single-shot multivibrator**.

**one-shot operation** A computer operational mode in which each instruction, or part of an instruction, is executed in response to an external signal which is usually controlled manually by a user. Utilized, for instance, for debugging, or for detecting hardware malfunctions. Also called by various other names, including **one-shot execution**, **single-step operation**, and **step-by-step operation**.

**one state** In digital logic, a level within the more positive of the two ranges utilized to represent binary variables or states. A high level corresponds to a 1, or true, value. Also called **one condition**, **logic one**, **logic 1**, **logic high**, or **high level**.

**one-third octave band** A frequency band in which the ratio of the upper frequency limit to the lower frequency limit is equal to one third of an octave. The 1000 Hz one-third octave band, for instance, comprises frequencies ranging from about 891 Hz to 1122 Hz. Also called **one-third octave frequency band**, or **third octave band**.

**one-third octave-band analysis** The use of a **one-third octave-band analyzer** to determine sound magnitudes. Used, for instance, to study the noise levels that are present in a given environment.

**one-third octave-band analyzer** An instrument which analyzes sounds levels one-third octave band at a time. For example, it may analyze a band from 891 Hz to 1122 Hz, among various selectable ranges. Such a device may also provide a computer interface for analysis and storage of gathered data. Also called **one-third octave-band noise analyzer**.

**one-third octave-band noise analyzer** Same as **one-third octave-band analyzer**.

**one-third octave frequency band** Same as **one-third octave band**.

**one-time pad** A form of encryption which utilizes a random key the same length as the message. Such a key is only used once. If only the recipient has the key, such communication is totally secure.

**one-time password** A password which can only be used once. Such passwords may be generated by special software, and help thwart malicious programs which intercept passwords for future use.

**one-time programmable** That which can only be programmed once. Examples include ROM chips and CD-ROMs. Its abbreviation is **OTP**.

**one-time PROM** Same as **OTPROM**.

**one-tuner picture-in-picture** A picture-in-picture feature in which the TV does not have a second tuner dedicated to the second picture. The source of the second picture must then be another input, such as that of a DVD or VHS. This contrasts with a **two-tuner picture-in-picture** TV, where the second picture may also be that of another channel. Its abbreviation is **one-tuner PIP**.

**one-tuner PIP** Abbreviation of **one-tuner picture-in-picture**.

**one-way communication** Communication in which one or more locations receive, but do not transmit. Examples include broadcasting, and that utilized by one-way intercom systems. Also called **simplex communication (1)**.

**one-way hash function** A hash function which converts a text input into a fixed string of digits. It is termed one-way due

**over-load** Same as **overload**.

**over-modulation** Same as **overmodulation**.

**over-modulation indicator** Same as **overmodulation indicator**.

**over-potential** Same as **overpotential**.

**over-sampling** Same as **oversampling**.

**over-scan** Same as **overscan**.

**over-scanning** Same as **overscan**. Also spelled **overscanning**.

**over-shoot** Same as **overshoot**.

**over-swing** Same as **overshoot** (2). Also spelled **overswing**.

**over-temperature** Same as **overtemperature**.

**over-temperature protection** Same as **overtemperature protection**.

**over-the-horizon communication** Communication by means of radio waves that are propagated well beyond line-of-sight distances. This is usually due to scattering by the ionosphere or troposphere. Also called **beyond-the-horizon communication, forward-scatter communication, scatter communication**, or **extended-range communication**.

**over-the-horizon propagation** Propagation of radio waves well beyond line-of-sight distances. This is usually due to scattering by the ionosphere or troposphere. Also called **beyond-the-horizon propagation, forward-scatter propagation, scatter propagation**, or **extended-range propagation**.

**over-the-horizon radar** A radar in which the transmitted and reflected beams are bounced off the earth's ionospheric layer. This may allow detection of scanned objects well beyond line-of-sight distances. Its abbreviation is **OTHR**.

**over-the-horizon transmission** Transmission of radio waves well beyond line-of-sight distances. This is usually due to scattering by the ionosphere or troposphere. Also called **beyond-the-horizon transmission, forward-scatter transmission, scatter transmission**, or **extended-range transmission**.

**over-travel** Same as **overtravel**.

**over-voltage** Same as **overvoltage**.

**over-voltage crowbar** Same as **overvoltage crowbar**.

**over-voltage crowbar circuit** Same as **overvoltage crowbar circuit**.

**over-voltage protection** Same as **overvoltage protection**.

**over-voltage protection circuit** Same as **overvoltage protection circuit**.

**over-voltage relay** Same as **overvoltage relay**.

**over-voltage release** Same as **overvoltage release**.

**over-voltage switch** Same as **overvoltage switch**.

**over-voltage test** Same as **overvoltage test**.

**overall distortion** The total distortion introduced by a given device, piece of equipment, or system, as opposed to that of a given component or stage.

**overall efficiency** The extent to which power is transferred from source to load under specified conditions. It is usually stated as the ratio of power emitted or supplied by the source, to the power absorbed or consumed by the load.

**overall gain** The gain of an entire device or system, as opposed to that of a single stage. For example, the total gain of a power amplifier with multiple stages.

**overall noise** The total noise introduced by a given device, piece of equipment, or system, as opposed to that of a given component or stage.

**overall sound-pressure level** Same as **overall SPL**.

**overall SPL** Abbreviation of **overall** sound-pressure level. **1.** The total SPL taking into account multiple sources of sound energy. For example, the SPL produced by a speaker with multiple drivers, or that of a specific location within a city where cars, trucks, buses, trains, construction sites, factories, people, and many other sources contribute the overall noise present. **2.** The SPL for a given interval of frequencies which encompasses other intervals. For instance, the SPL produced by a speaker system, as opposed to that produced by the subwoofer only.

**overbunching** In a velocity-modulated tube, such as a klystron, bunching which exceeds the optimum level.

**overcharging** The continued application of a charging current once a storage battery or storage cell is fully charged. This can lead to overheating, impaired function, loss of electrolyte, evolution of excessive gas, and so on. Also spelled **over-charging**.

**overclock** To run a processor or system faster than it was rated to. For example, running a 4 GHz processor at 4.4 GHz. Although overclocking will speed-up performance, doing so improperly may produce unwanted consequences such as overheating or failure of components. Also spelled **over-clock**.

**overcoupling** In a resonant circuit, coupling which exceeds critical coupling. Also spelled **over-coupling**.

**overcurrent** For a component, circuit, device, piece of equipment, or system, a current that exceeds the optimum, operational, or rated current. Such a current may produce a malfunction or failure, and may result, for instance, from a short circuit. Also spelled **over-current**.

**overcurrent circuit breaker** A circuit breaker which is automatically actuated when a current exceeds a set amount. Also spelled **over-current circuit breaker**.

**overcurrent protection** The use of components, devices, or mechanisms, such as fuses or circuit breakers, to prevent damage due to overcurrents. Also spelled **over-current protection**.

**overcurrent relay** A relay which automatically opens a circuit when a current exceeds a set amount. Also spelled **over-current relay**. Also called **overload relay** (2).

**overcurrent release** A device or mechanism, such as an overcurrent circuit-breaker, which opens a circuit when the current exceeds a specified maximum. Also spelled **over-current release**.

**overdamping** Damping which exceeds critical damping. In an indicator with a needle, for instance, overdamping may prevent rapidly changing values to be indicated. Also spelled **over-damping**.

**overdrive** Also spelled **over-drive**. Also called **overexcite**. **1.** To provide a voltage, current, power, or other input whose signal level exceeds that which a component, circuit, device, piece of equipment, or system is designed to safely handle. **2.** To provide an amplifier with an input signal whose amplitude level exceeds that which can be properly or safely handled.

**overdriven amplifier** An amplifier, or amplifier stage, whose input signal amplitude exceeds that which it was designed to properly handle. When overdriven, an amplifier goes into saturation and cutoff.

**overdub** For a given audio and/or video recording, to add or replace sounds, or one or more sound tracks, while listening to previously recorded sounds. Used, for instance, when building a song track-by-track. Also spelled **over-dub**. Also called **overdub recording**..

**overdub recording** Same as **overdub**.

**overdubbing** For a given audio and/or video recording, the adding or replacing of sounds, or of one or more sound tracks, while listening to previously recorded sounds. Also spelled **over-dubbing**.

**overexcite** Same as **overdrive**. Also spelled **over-excite**.

**overflow** Also called **arithmetic overflow**. **1.** The condition in which the result of an operation exceeds the capacity of its designated storage location. For example, an operation whose exponent exceeds the number of bits allotted to it. Also called **overflow condition**. **2.** The amount by which the result of an operation exceeds the capacity of its designated storage location.

**overflow condition** Same as **overflow (1)**.

**overflow error** An error which occurs as a result of dividing by zero, or by a number so small that the result exceeds the capability of a program or computer. Also called **divide overflow**.

**overflow indicator** A component, device, mechanism, or message which alerts to an **overflow condition**.

**overflow record** **1.** A data record which is too large to fit in the allotted storage space. Such a record, for instance, may be stored in another area, or may be discarded. **2.** A location or record indicating any discarded records, such as those that were too large or not processed in time.

**overhaul** **1.** The careful examination, or disassembling, of devices, equipment, or systems, seeking out any components, units, or mechanisms which require adjustment, repair, and/or replacement. **2.** To make extensive adjustments, repairs, and/or replacements.

**overhead** **1.** Time, space, or procedures which are necessary for a given function or task, but which do not necessarily form a part of it. **2.** In communications, bandwidth occupied by control codes, origin and destination information, error detection and correction coding, encryption, and so on. In ATM, for instance, each cell consists of 53 bytes, 48 of which are payload, and 5 of which are overhead. **3.** In computers, procedures or processing time required for desired tasks, such as running applications, but which do not necessarily form a part of a given task. Housekeeping is an example. **4.** Something located, operating, or originating from above something else.

**overhead bits** In communications, the bits utilized for **overhead (2)**.

**overhead line** **1.** Same as **overhead power line**. **2.** Same as **overhead transmission line**.

**overhead power line** A power line whose conductors are suspended above the ground using supports, such as poles, towers, or other structures such as buildings. Since open-wire lines are usually used, a dielectric such as ceramic or glass is utilized to safely attach such lines to their supports. Also called **overhead line (1)**.

**overhead projector** A projector utilized to reproduce transparencies. Such a projector usually incorporates a Fresnel lens.

**overhead transmission line** A transmission line, such as that utilized for power or communications, whose conductors are suspended above the ground using supports, such as poles, towers, or other structures such as buildings. If open-wire lines are used, a dielectric such as ceramic or glass is utilized to safely attach such lines to their supports. Also called **overhead line (2)**.

**overlaid windows** On a computer screen, a group of windows arranged in a manner that they overlap one another. The title bars are generally visible, allowing a user to know which windows are open. Also called **cascading windows**.

**overlap** **1.** The performance of all or part of an operation while one or more other operations take place. Also, the time during which this occurs. **2.** To partially cover something, or have an area, region, or segment in common. Also, the area covered or in common.

**overlay** **1.** To cover a surface with a layer or design. Also, that which is placed over, or which otherwise covers something else. For example, a graticule placed over the screen of an oscilloscope. **2.** The superimposition or insertion of one image onto or into another. Used, for instance, to place a computer-generated image onto a filmed image. **3.** The use of the same area of a computer's RAM for multiple segments of the same program. When the size of a program exceeds the memory capacity of a given system, segments that are not needed at a given instant are shuttled out of the main memory, and when needed are shuttled back in, each time overwriting the segment which had been there earlier. **4.** Same as **overlay segment**. **5.** An area code whose boundaries overlap with those of another area code. Also called **area code overlay (1)**. **6.** An area code whose boundaries are the same as those of another area code. That is, both area codes serve the same specific region or zone. Also called **area code overlay (2)**.

**overlay network** One of multiple communications networks which share the same geographic region. For example, a cellular network in the same area as a land-based telephone system.

**overlay program** **1.** A program which may be divided into **overlay segments**. **2.** A program which is divided into **overlay segments**.

**overlay segment** One of multiple segments of a program, which, one at a time, occupies the same area of RAM in **overlay (3)**. Also called **overlay (4)**.

**overload** Also spelled **over-load**. **1.** A load which exceeds the optimum, operational, or rated load of a component, circuit, device, piece of equipment, machine, or system. Such a load may produce, for instance, distortion, excessive heating, malfunction, or failure. Also, to deliver a signal which leads to this condition. **2.** In a communications network, a level of traffic which exceeds that which can be reliably handled. When such a condition occurs in a telephone network, for instance, calls may be blocked or delayed, the quality of connected calls may be diminished, and so on. **3.** Same as **overloading (2)**.

**overload capacity** The extent to which a component, circuit, device, piece of equipment, machine, or system can withstand an overload condition without permanent damage.

**overload condition** A state in which an **overload (1)** exists.

**overload distortion** Distortion resulting from an **overload (1)**.

**overload indicator** A component, device, display, mechanism, or alarm which alerts to an **overload condition**.

**overload level** **1.** The operational level beyond which an **overload (1)** begins. **2.** The maximum level of **overload (1)** which can be tolerated without malfunction, failure, or danger. **3.** The extent to which an **overload (1)** occurs.

**overload protection** The utilization of **overload protectors**.

**overload protector** A device or mechanism, such as a circuit breaker or peak limiter, which is utilized to prevent **overloads (1)**, or their harmful effects.

**overload recovery time** The time it takes a component, circuit, device, piece of equipment, or system, to resume ordinary operation after an **overload (1)**. Some devices can recover within a nanosecond after being overdriven. Also called **recovery time (2)**.

**overload relay** **1.** A relay which is actuated when a load exceeds a given value. Used, for instance, as an overload protector. **2.** Same as **overcurrent relay**.

**overload release** A device or mechanism, such as a peak limiter, which opens a circuit when the load exceeds a specified maximum.

**overload time** **1.** The duration of an **overload (1)**. **2.** The maximum time an **overload (1)** can occur without causing permanent damage or creating a safety hazard.

**overloaded circuit** **1.** An electric circuit whose load exceeds that which it can handle safely. Such an overload, for instance, may blow a fuse, or cause permanent damage. **2.** A

communications circuit whose traffic or bandwidth exceeds that which it can reliably handle. Such an overload, for example, may lead to blocked calls or transmission errors.

**overloading 1.** The condition where a load exceeds the optimum, operational, or rated load of a component, circuit, device, piece of equipment, machine, or system. Also, the delivery of a signal which leads to this condition. **2.** In computer programming, the assigning of multiple meanings to the same variable, operator, procedure, or routine. Also called **overload (3).**

**overmodulation** Amplitude modulation of a carrier which exceeds a given maximum, such as 100%. This causes distortion, an example of which is sideband splatter. Also spelled **over-modulation.** Also called **overthrow (3).**

**overmodulation indicator** A component, device, display, mechanism, or alarm which alerts to an **overmodulation condition.** Also spelled **over-modulation indicator.**

**overpotential** Same as **overvoltage.** Also spelled **over-potential.**

**overpower relay** A relay which is actuated when the power in a circuit exceeds a given threshold.

**overpower switch** A switch that is actuated when the power in a circuit exceeds a given threshold.

**override 1.** To counteract or nullify an operation or mechanism which would have otherwise automatically occurred. Also, such an act of counteracting or nullifying. **2.** To counteract or nullify the influence of an automatic control system. Also, such an act of counteracting or nullifying.

**oversampling** Sampling above the Nyquist rate, or other minimum sampling frequency, for a given signal. The higher the sampling rate, the more accurate the conversion, and some devices feature rates which are hundreds of times the minimum necessary. For example, if the Nyquist rate for a given signal is 44.1 kHz, then 2X oversampling means that the signal is sampled at 88.2 kHz. In this case 8X oversampling would yield a rate of 352.8 kHz, and so on. Also spelled **over-sampling.**

**overscan** In a display, such as a CRT, the deflection of the scanning beam beyond the edges of the screen. This may result in the loss of images at the edges of the display. Also spelled **over-scan.** Also called **overscanning.**

**overscanning** Same as **overscan.** Also spelled **over-scanning.**

**overshoot** Also spelled **over-shoot. 1.** To go beyond or exceed that which is necessary, desired, or expected. For example, a momentary excursion of a pulse or parameter outside of set limits, as might occur when turning on a device. Also called **overthrow (1). 2.** In an analog indicating device, a momentary excursion of the pointer beyond the value to be indicated. Proper damping minimizes this. Also called **overswing,** or **overthrow (2). 3.** The extent to which **overshoot (1)** or **overshoot (2)** occurs.

**overstress** A transient or steady-state condition in which the ratings and/or capabilities of a device are exceeded. For instance, the voltage or current rating being exceeded. Such overstress does not necessarily manifest the damage it causes immediately.

**overswing** Same as **overshoot (2).** Also spelled **over-swing.**

**overtemperature** A temperature that exceeds that at which a component, circuit, device, piece of equipment, or system can operate safely. Operation at such temperatures may result in overheating, reduced operational life, malfunction, or failure. Also spelled **over-temperature.**

**overtemperature protection** Devices or mechanisms, such as thermostats, which prevent the temperature of a component, circuit, device, piece of equipment, or system to exceed a specified value. Also spelled **over-temperature protection.**

**overthrow 1.** Same as **overshoot (1). 2.** Same as **overshoot (2). 3.** Same as **overmodulation.**

**overtone** For a complex tone, sound, signal, wave, or vibration which is periodic, a component whose frequency is a whole-number multiple, greater than one, of the fundamental frequency. Overtones are the same as **harmonics,** except that the first overtone is the same as the second harmonic, the second overtone is the same as the third harmonic, and so on. The fundamental frequency is also called fundamental component, or first harmonic.

**overtone content** For a complex tone, sound, signal, wave, or vibration which is periodic, all overtones.

**overtone crystal** A quartz crystal which oscillates at an **overtone frequency.**

**overtone crystal oscillator** An oscillator which incorporates an **overtone crystal.** Also called **overtone oscillator (1).**

**overtone frequency** The frequency of an **overtone.**

**overtone oscillator 1.** Same as **overtone crystal oscillator. 2.** An oscillator which produces overtones.

**overtravel** For a component, device, piece of equipment, or mechanism, any movement beyond the operating position which does not result in damage. For example, pressing a switch beyond that necessary for the contacts to initially touch, but not far enough to damage the mechanism. Also spelled **over-travel.**

**overtype** Same as **overwrite mode.**

**overtype mode** Same as **overwrite mode.**

**overvoltage** Also spelled **over-voltage.** Also called **overpotential. 1.** A voltage which exceeds the optimum, operational, or rated value of a component, circuit, device, piece of equipment, machine, or system. Such a voltage may produce, for instance, distortion, excessive heating, malfunction, or failure. **2.** The extent to which an **overvoltage (1)** occurs.

**overvoltage crowbar** Also spelled **over-voltage crowbar. 1.** A circuit or device which protects against overvoltage, by rapidly placing a low-resistance shunt across the terminals where a given voltage is exceeded. Also called **crowbar (1). 2.** The low-resistance shunt utilized in a **overvoltage crowbar (1).** Also called **crowbar (2).**

**overvoltage crowbar circuit** A circuit which serves as an **overvoltage crowbar (1).** Also spelled **over-voltage crowbar circuit.** Also called **crowbar circuit.**

**overvoltage protection** The use of components, devices, or mechanisms, such as an overvoltage crowbar, to prevent damage due to overvoltage. Also spelled **over-voltage protection.** Its abbreviation is OVP.

**overvoltage protection circuit** A circuit, such as an overvoltage crowbar circuit, which serves to protect against overvoltage. Also spelled **over-voltage protection circuit.**

**overvoltage relay** A relay which is actuated when the voltage in a circuit exceeds a given threshold. Also spelled **over-voltage relay.**

**overvoltage release** A device or mechanism, such as an overvoltage crowbar, which opens a circuit when the voltage exceeds a specified maximum. Also spelled **over-voltage release.**

**overvoltage switch** A switch that is actuated when the voltage in a circuit exceeds a given threshold. Also spelled **over-voltage switch.**

**overvoltage test** A test, such as a high-potential test, in which a voltage exceeding the rated or operational voltage is applied to a conductor, circuit, device, piece of equipment, or system. Used, for instance, to evaluate new devices or equipment. Also spelled **over-voltage test.**

**overwrite 1.** To write into an area of storage where data was already present, thereby destroying the data that had occu-

**populate**

ant, waterproof,
n with an ex-
self-lubricating
in bearings and
or electrical and
E. Much better
nfluoroethylene

olytetrafluoro-

tting synthetic
nt, durable, and
ncluding its use
impact protec-

ant, and tough
polymerization
is $C_2H_3Cl$. It
d, for instance,
in molded arti-

sting of a pool
de. **2.** A cath-
lly mercury.
Abbreviation

a stack. This
n to the top of

col server A
asks, such as
s.

at it displays
browser win-
e, when the
ve as pop-up

opup.

eb page in a
le such ads,
elled popup

p windows.
ns a smaller
topic is se-

orm of pop-
the window

sage, which
h messages
sing "OK,"
p message.

p message,
ecified cir-
alled pop-

lar to pop-
lio circuits
n the junc-

ices, data,
omponents

**population** **1.** In statistics, an aggregate of items from which samples are taken. **2.** The placement or supplying of components, devices, data, members, or the like. For example, the mounting of components on a circuit board.

**population inversion** For an atomic system, the condition where there are more electrons in a higher energy state than a given lower state, such as the ground state. Population inversion is required to establish and maintain lasing action. Since atomic systems tend to prefer more electrons in lower states, external energy, such as electromagnetic radiation of a suitable frequency, is required to maintain population inversion.

**popup** Same as **pop-up**.

**popup ad** Same as **pop-up ad**.

**popup help** Same as **pop-up help**.

**popup menu** Same as **pop-up menu**.

**popup message** Same as **pop-up message**.

**popup window** Same as **pop-up window**.

**porcelain** A hard white ceramic which is strong, translucent, and which usually has a hard glaze. Used, for instance, as a insulator, a dielectric, and in capacitors.

**porcelain capacitor** A capacitor in which a high-grade porcelain serves as the dielectric.

**porcelain insulator** An electrical insulator composed of, or incorporating, porcelain.

**porch** In a composite video signal, either the front porch or the back porch.

**port** **1.** A point or opening which provides an input, output, or interface. For example, an I/O port, a speaker port, or an input to an electric network. **2.** An input, output, or other point where a signal or energy can be provided to, or taken from, a circuit or system. For instance, a point where a meter may be placed for readings. **3.** An input, output, or interface between a computer and a peripheral, another computer, or a network. For instance, a data port. **4.** An input, output, or interface between a CPU and a peripheral. For example a USB port, or a serial port. Also called **I/O port**. **5.** To modify a program so that it can function properly within a different system or architecture. **6.** A carefully-dimensioned opening in a loudspeaker enclosure. It is employed for various purposes, but it is mainly used to extend and extend the reproduction of low frequencies. Also called **speaker port, duct** (5), **ducted port,** or **vent** (3). **7.** An opening in a waveguide through which energy can be fed to, or taken from. For example, an opening utilized to take measurements. Also called **waveguide port**.

**Port 80** A port number commonly used over the Internet for HTTP traffic.

**port address** Same as **port number**.

**port address translation** The process of redirecting a given IP address or port to a different IP address or port. It is a type of network address translation. Its abbreviation is PAT. Also called **port mapping**.

**port aggregation** The use of multiple paths between network nodes, so as to increase transmission speed.

**port density** The number of ports for a given network device. Such ports may be physical or logical.

**port expander** A device which serves to connect multiple inputs to a single port. An example is a USB hub.

**port mapping** Same as **port address translation**.

**port number** In a communications network such as a TCP/IP, a number which identifies the type of port. Port 80, for instance, is commonly used over the Internet for HTTP traffic. Also called **port address, protocol port,** or **protocol port number**.

**port replicator** A device which has multiple computer ports, such as those utilized for keyboards, monitors, printers, and

other peripherals, and which provides a single socket into which a portable computer is plugged in. This saves the time and inconvenience of plugging in all components each time the computer is at this location. A port replicator is similar to a docking station, except that the latter provides additional slots for expansion.

**port speed** The data transfer rate of a given **port** (4). For example, a USB 2.0 port supports rates of up to 480 Mbps, FireWire provides up to over 2 Gbps, and a 100-Gigabit Ethernet port supports data transfer rates of up to 100 Gbps.

**portable** **1.** That which can be easily moved from one location to another. For example, a portable computer. **2.** Computer software which can be utilized across multiple platforms with little or no modifications.

**portable computer** A computer, such as a PDA or notebook, that can be easily moved from one location to another.

**Portable Document Format** Same as **PDF**.

**portable language** A computer language, such as C, which works essentially equally well across multiple platforms.

**Portable Network Graphics** A format for storing bitmapped images, which features lossless compression, grayscale support, and color correction across multiple platforms. Its acronym is PNG.

**Portable Operating System Interface for UNIX** Same as **POSIX**.

**portable station** A station which can be moved from one location to another. Such a station may or may not be reasonably carried by a single person.

**portal** A Web site, such as *www.google.com*, which serves as a starting point to most any activity on the Internet. Web portals usually provide news, email, search engines, directories, chats, shopping, local interest topics, and so on. Also called **Web portal,** or **Internet portal**.

**ported cabinet** A speaker enclosure which incorporates one or more **ports** (5). Also called **ported enclosure,** or **vented cabinet**.

**ported enclosure** Same as **ported cabinet**.

**ported loudspeaker** Same as **ported speaker**.

**ported speaker** A speaker with a **ported cabinet**. Also called **ported loudspeaker**.

**portrait** **1.** Same as **portrait mode**. **2.** In computers, pertaining to something whose height is greater than its width, such as a portrait display.

**portrait display** A computer display whose height is greater than its width. Also, the positioning of a monitor in this fashion when both portrait and landscape orientations are available. Also called **portrait monitor**.

**portrait format** Same as **portrait mode**.

**portrait mode** A manner of printing, or presenting information on a screen, in which the height of a page is greater than its width. This contrasts with landscape mode, in which the width is greater than the height. Also called **portrait** (1), **portrait orientation,** or **portrait format**.

**portrait monitor** Same as **portrait display**.

**portrait orientation** Same as **portrait mode**.

**pos** **1.** Abbreviation of **positive**. **2.** Abbreviation of **position**.

**POS** **1.** Abbreviation of **point of sale**. **2.** Abbreviation of **packet over SONET**.

**POS keyboard** Same as **point-of-sale keyboard**.

**POS system** Abbreviation of **point-of-sale system**.

**POS terminal** Abbreviation of **point-of-sale terminal**.

**position** Its abbreviation is **pos**. **1.** The specific location of something within space. For example, the location of a magnetic pole, a ship, or where a laser beam is directed. Also, to place in such a location. **2.** The location of something relative to something else. For instance, a line of posi-