# EXHIBIT F

SEVENTH EDIT

SULF-C

# MODERN DICTIONARY of ELECTRONICS

SYRACUSE UNIVERSITY
3 2911 04107 3032

RUDOLF F. GRAF

Newnes

EXHIBIT
PENGAD 800-631-6989
DX-21
11/14/2023


SYRACUSE UNIVERSITY
3 2911 02797177 9

REFERENCE

# MODERN DICTIONARY of ELECTRONICS

SEVENTH EDITION

REVISED AND UPDATED

DOES NOT CIRCULATE





**Rudolf F. Graf** is an author whose name is well-known to engineers, technicians, and hobbyists around the world. He graduated as an electronics engineer from Brooklyn Polytechnic Institute and did his graduate work New York University. Mr. Graf has been active in the electronics industry for more than fifty years in capacities ranging from design and consulting engineer, chief engineer, chief instructor at electronics and television schools, and consulting editor. He also held various sales and marketing positions. Mr. Graf is the author or co-author of more than 150 technical articles published by major magazines. He has written about 50 books on electricity and electronics, with more than 2 million copies in print, including the best-selling *Video Scrambling & Descrambling for Satellite & Cable TV, Second Edition* and the *Circuits* series of books, both published by Newnes. A number of his books have been translated into several European languages as well as Chinese, Japanese, and Russian.



# MODERN DICTIONARY of ELECTRONICS

SEVENTH EDITION

REVISED AND UPDATED

Rudolf F. Graf

Newnes

Boston Oxford Auckland Johannesburg Melbourne New Delhi

obbyists
Institute
ectronics
er, chief
He also
than 150
icity and
rambling
ks, both
nguages

Newnes is an imprint of Butterworth-Heinemann.

Copyright © 1999 by Rudolf F. Graf

All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

Recognizing the importance of preserving what has been written, Butterworth-Heinemann prints its books on acid-free paper whenever possible.

Butterworth-Heinemann supports the efforts of American Forests and the Global ReLeaf program in its campaign for the betterment of trees, forests, and our environment.

**Library of Congress Cataloging-in-Publication Data**

Graf, Rudolf F.
Modern dictionary of electronics / Rudolf F. Graf.—7th ed., revised and updated.
p. cm.
ISBN 0-7506-9866-7 (alk. paper)
1. Electronics—Dictionaries. I. Title
TK7804.G67 1999
621.381'03—dc21 99-17889
CIP

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library.

The publisher offers special discounts on bulk orders of this book.
For information, please contact:
Manager of Special Sales
Butterworth-Heinemann
225 Wildwood Avenue
Woburn, MA 01801-2041
Tel: 781-904-2500
Fax: 781-904-2620

For information on all Butterworth-Heinemann publications available, contact our World Wide Web home page at: http://www.bh.com

10 9 8 7 6 5 4 3 2 1

Typeset by Laser Words, Madras, India
Printed in the United States of America

any unsuppressed subcarrier, added to the monochrome signal to convey color information.

**carrier color signal** — In color television, sidebands of a modulated chrominance subcarrier, plus the chrominance subcarrier, if not suppressed, that are added to the monochrome signal to convey color information.

**carrier concentration** — The number of carriers in a cubic centimeter of semiconductor material.

**carrier control** — A control by the presence or absence of an rf carrier.

**carrier current** — 1. The current associated with a carrier wave. 2. High-frequency alternating current superimposed on ordinary telephone, telegraph, or power-line frequencies. The carrier may be tone modulated to operate switching relays or transmit data.

**carrier-current communication** — The superimposing of a high-frequency alternating current on ordinary telephone, telegraph, and power-line frequencies for telephone communication and control.

**carrier-current control** — Remote control in which the receiver and transmitter are coupled together through power lines.

**carrier-current transmitter** — A device that transmits signals via the standard ac power lines.

**carrier frequency** — 1. The frequency (hertz) of the wave modulated by the intelligence wave; usually a radio frequency (rf). 2. The reciprocal of the period of a periodic carrier. 3. The frequency of the unmodulated fundamental output from a radio transmitter.

**carrier-frequency interconnection** — In the formation of carrier networks, the transfer of groups of channels between terminals of wire-line cable or radio carrier systems at carrier frequencies.

**carrier-frequency peak-pulse power** — The power averaged over that carrier-frequency cycle that occurs at the maximum pulse of power (usually half the maximum instantaneous power).

**carrier-frequency pulse** — A carrier that is amplitude modulated by a pulse. The amplitude of the modulated carrier is zero before and after the pulse.

**carrier-frequency range** — The continuous range of frequencies within which a transmitter may normally operate. A transmitter may have more than one carrier-frequency range.

**carrier-frequency stereo disc** — A stereo disc with two laterally cut channels. One channel is cut in the usual manner. The second channel is employed to frequency modulate a supersonic carrier frequency. The playback cartridge delivers the signal for one channel plus the carrier frequency containing the other channel. The latter must then be demodulated to obtain the second channel.

**carrier injection** — The process whereby light is emitted at the junction of n- and p-type semiconductors when an external electric source is applied to drive the electrons and the holes into the junction.

**carrier-isolating choke coil** — An inductor inserted in series with a line on which carrier energy is applied to impede the flow of carrier energy beyond that point.

**carrier leak** — The carrier-frequency signal remaining after suppression in a suppressed carrier system.

**carrier level** — The strength, expressed in decibels, of an unmodulated carrier signal at a particular point in a system.

**carrier lifetime** — The time required for excess carriers doped into a semiconductor to recombine with other carriers of the opposite sign.

**carrier line** — A transmission line used for multiple-channel carrier communications.

**carrier loading** — The insertion of additional lump inductance in a cable section of a transmission line utilized for carrier transmission up to about 35 kHz. Loading serves to minimize impedance mismatch between cable and open wire and to reduce the cable attenuation.

**carrier mobility** — The average drift velocity of carriers per unit electric field in a homogeneous semiconductor. The mobility of electrons is usually different from that of holes.

**carrier noise** — Undesired variation of a radio-frequency carrier signal in the absence of intended modulation. Also called residual modulation.

**carrier noise level** — Also called residual modulation. The noise level produced by undesired variations of a radio-frequency signal in the absence of any intended modulation.

**carrier on microwave** — A means of transmitting many voice messages on one microwave radio channel. Transmission is point to point by microwave antennas mounted on towers or tall buildings.

**carrier on wire** — A means widely used by the telephone companies to transmit many voice messages on a single pair of wires. Circuits involving one or more carrier links never evidence dc continuity.

**carrier-operated anti-noise device** — A device whose purpose is to mute the audio output of a receiver during standby or intervals of no carrier.

**carrier power** — The rf power output of an AM transmitter when not modulated.

**carrier power output rating** — The power available at the output terminals of a transmitter when the output terminals are connected to the normal load circuit or to a circuit equivalent thereto.

**carrier repeater** — An assembly, including an amplifier (or amplifiers), filters, equalizers, level controls, etc., used to raise the carrier signal level to a value suitable for traversing a succeeding line section while maintaining an adequate signal-to-noise ratio.

**carriers** — Entities that carry an electrical charge and are also able to move relatively freely through a crystal lattice. The two most commonly encountered carriers are conduction band electrons, which are negatively charged, and valence band holes, which are positively charged.

**carrier shift** — 1. The transmission of radio teletypewriter messages by shifting the carrier frequency in one direction for a marking signal and in the opposite direction for a spacing signal. 2. The condition resulting from imperfect modulation, whereby the positive and negative excursion of the envelope pattern are unequal, thus effecting a change in the power associated with the carrier.

**carrier signaling** — In a telephone system, the method by which ringing, busy signals, or dial-signaling relays are operated by the transmission of a carrier-frequency tone.

**carrier storage time (of a switching transistor)** — The time interval between the beginning of the fall of the pulse applied to the input terminals and the beginning of the fall of the pulse generated by charge carriers at the output terminals. (The time is generally measured between the 90-percent values of the two pulse amplitudes.)

**carrier suppression** — The method of operation in which the carrier wave is not transmitted.

**carrier swing** — The total deviation of a frequency- or phase-modulated wave from the lowest to the highest instantaneous frequency.

**carrier system** — A means of obtaining a number of channels over a single wideband communication path by modulating each channel on a different carrier frequency at the originating end and demodulating at the receiving point to restore the signals to their original form.

**carrier tap choke coil** — A carrier-isolating choke coil inserted in series with a line tap.

...up to about 35 kHz.
...ance mismatch between
...the cable attenuation.
...ge drift velocity of car-
...ogeneous semiconduc-
...sually different from that

...variation of a radio-
...sence of intended mod-
...lation.
...called residual modula-
...undesired variations of
...absence of any intended

...A means of transmitting
...crowave radio channel.
...by microwave antennas
...ings.
...widely used by the
...many voice messages
...involving one or more
...continuity.
...ise device — A device
...dio output of a receiver
...carrier.
...ower output of an AM

...ing — The power avail-
...a transmitter when the
...the normal load circuit

...bly, including an ampli-
...ers, level controls, etc.,
...el to a value suitable for
...n while maintaining an

...an electrical charge and
...freely through a crystal
...encountered carriers are
...are negatively charged,
...are positively charged.
...ssion of radio teletype-
...carrier frequency in one
...d in the opposite direc-
...condition resulting from
...positive and negative
...are unequal, thus effect-
...ted with the carrier.
...telephone system, the
...gnals, or dial-signaling
...mission of a carrier-

...switching transis-
...the beginning of the
...put terminals and the
...generated by charge
...The time is generally
...values of the two pulse

...method of operation in
...mitted.
...ation of a frequency-
...lowest to the highest

...obtaining a number of
...mmunication path by
...rent carrier frequency
...lating at the receiving
...original form.
...carrier-isolating choke
...tap.

**carrier tap transmission choke coil** — An inductor inserted in series with a line tap to control the amount of carrier energy flowing into the tap.

**carrier telegraphy** — The form of telegraphy in which the transmitted signal is formed by modulating the alternating current, under control of the transmitting apparatus, before supplying it to the line.

**carrier telephony** — Ordinarily applied only to wire telephony. That form of telephony in which carrier transmission is used, the modulating wave being at an audio frequency.

**carrier terminal** — Apparatus at one end of a carrier transmission system, whereby the processes of modulation, demodulation, filtering, amplification, and associated functions are effected.

**carrier-to-noise ratio (C/N)** — 1. Ratio of the magnitude of the carrier to the magnitude of the noise after selection and before any nonlinear process such as amplitude limiting and detection. This ratio is expressed in many different ways — for example, in terms of peak values in the case of impulse noise, and in terms of root-mean-square values in the case of random noise. 2. The ratio of the received carrier power to the noise power in a given bandwidth. The C/N is an indicator of how well an earth receiving station will perform in a particular location and is calculated from satellite power levels, antenna gain, and the combined antenna and LNA noise temperature.

**carrier-transfer filter** — A group of filters arranged to form a carrier-frequency crossover or bridge between two transmission circuits.

**carrier transmission** — 1. That form of electrical transmission in which a single-frequency wave is modulated by another wave containing the information. 2. A system for transmitting many voice channels over a common telephone circuit.

**carrier-type dc amplifier** — An amplifier system that converts a dc input to modulated ac, amplifies, and synchronously detects to provide amplifier dc output.

**carrier wave** — 1. The single-frequency transmitted wave that is modulated by another wave containing the information. 2. The basic frequency or pulse repetition rate of a signal, bearing no intrinsic intelligence until it is modulated by another signal that does bear intelligence. A carrier may be amplitude, phase, or frequency modulated.

**carry** — 1. A signal or expression produced in an electronic computer by an arithmetic operation on a one-digit place of two or more numbers expressed in positional notation and transferred to the next higher place for processing there. 2. A signal or expression — as defined in (1) — that arises when the sum of two digits in the same digit place equals or exceeds the base of the number system in use. If a carry into a digit place will result in a carry out of the same digit place and the normal adding circuit is bypassed when this new carry is generated, the result is called a high-speed or stand-on-nines carry. If the normal adding circuit is used, the result is called a cascade carry. If a carry resulting from the addition of carries is not allowed to propagate, the process is called a partial carry; if it is allowed to propagate, it is called a complete carry. A carry generated in the most significant digit place and sent directly to the least significant place is called an end-around carry. 3. In direct subtraction, a signal or expression — as defined in (1) — that arises when the difference between the digits is less than zero. Such a carry is frequently called a borrow. 4. The action of forwarding a carry. 5. The command directing a carry to be forwarded.

**carry look-ahead** — A circuit that predicts the final carry from propagate and generate signals supplied by partial adders. Used to speed up binary addition significantly by eliminating the carry propagation (or ripple) delay.

**carry time** — The time required for a computer to transfer a carry digit to the next higher column and add it there.

**cartridge** — 1. The electromechanical transducer of a phonograph pickup head that converts stylus vibrations to an electrical signal. It is generally detachable and fits into the head shell of a pickup. Most cartridges are either magnetic or piezoelectric types. 2. Generally, any enclosed package containing a length of magnetic tape and its basic winding receptacles, designed to eliminate the need for handling or threading the tape. Specifically, the word *cartridge* is used to describe that variety of package that contains a continuous (endless) loop of tape on a single reel. 3. A film or tape magazine containing only one spool. 4. A plastic container that holds recording tape for easy loading into a matching recorder or player, especially the eight-track cartridge.

*Cartridge.*

**cartridge fuse** — 1. A tubular fuse whose end caps are enclosed in a glass or composition insulating tube to confine the arc or vapor when the fuse blows. 2. A short tube of fiber containing a fusible link or wire that is connected to metallic ferrules at the ends of the tube. Serves to interrupt excessive currents by melting of the fusible link.

**cascadable counter** — A logic counting block that has available the necessary connections to permit more than one counter to be operated in series, thus increasing the modulus of the counter subsystem.

**cascade** — Also called tandem. An arrangement of two or more similar circuits or amplifying stages in which the output of one circuit provides the input of the next.

**cascade amplification** — In a series of amplifiers, amplification by each of the preceding output.

**cascade amplifier** — 1. A multiple-stage amplifier in which the output of each stage is connected to the input of the next stage. 2. A multistage amplifier whose stages are forward coupled in succession.

**cascade-amplifier klystron** — A klystron that has three resonant cavities to provide increased power amplification and output. The extra resonator is located between the input and output resonators and is excited by the bunched beam energizing from the first resonator gap, thereby producing further bunching of the beam.

**cascade connection** — Two or more similar component devices arranged in tandem, with the output of one connected to the input of the next.

**cascade control** — Also called piggyback control. An automatic control system in which the control units, linked in chain fashion, feed into one another in succession. Each unit thus regulates the operation of the next in line.

**cascaded carry** — In a computer a system of executing the carry process in which carry information cannot

*Cascade amplifier.*

be passed on to place $(N + 1)$ unless the $N$th place has received carry information or produced a carry.

**cascaded feedback canceler** — Also called velocity-shaped canceler. A sophisticated moving-target indicator canceler that provides clutter and chaff rejection.

**cascaded systems** — Multistorage operations; the input to each stage is the output of a preceding stage, thereby causing interdependence among the stages.

**cascaded thermoelectric device** — A thermoelectric device having two or more stages that are arranged thermally in series.

**cascade image tube** — An image tube that functions in low-light-level conditions by virtue of its series of stacked sections wherein the output of one section becomes the input for the next.

**cascading** — The connecting of two or more circuits in series so that the output from one provides the input to the next.

**cascode amplifier** — An amplifier using a neutralized grounded-cathode input stage followed by a grounded-grid output stage. The circuit has high gain, high input impedance, and low noise.

**CASE** — Abbreviation for computer-aided software engineering. A working environment consisting of programs and development tools that help automate the design and implementation of programs and procedures for business, engineering, and scientific computer systems.

**case** — In a computer, a set of data for use in a particular program.

**case pressure** — The total differential pressure in the internal cavity of a transducer and the ambient pressure. The term is commonly used to summarize the limiting combined differential and/or line-pressure capabilities of differential transducers.

**case temperature** — The temperature on the surface of the case at a designated point.

**Cassegrain antenna** — 1. An antenna whose feed is positioned near the vertex of the reflector, with a small subreflector placed near the focal point. The feed illuminates the subreflector, and the subreflector redirects the waves toward the main reflector, which then forms the radiated beam (called the secondary beam or pattern). The shapes of the subreflector and main reflector are so chosen that the secondary rays will emerge parallel to the main-reflector axis. 2. An antenna that utilizes a subreflector at the focal point that reflects energy to or from a feed located at the apex (center) of the main reflector.

**Cassegrain feed** — 1. A method of feeding a reflector antenna in which a waveguide located in the center of the main reflector feeds energy to a small reflector, which reflects it in turn to the main reflector. 2. An antenna feed design that includes a primary reflector, the dish, and a secondary reflector that redirects microwaves via a waveguide to a low-noise amplifier.

**cassette** — 1. A thin, flat, rectangular enclosure that contains a length of narrow magnetic recording tape permanently affixed to two flangeless floating reels that wind and unwind the tape while it passes an external recording and/or playback head. 2. A flat enclosure that contains two flangeless reels that link a narrow magnetic tape. 3. A sealed instant-load cartridge containing a length of tape and separate supply and takeup reels or hubs. Cassettes, unlike continuous-loop cartridges, can be rewound as well as fast-forwarded. 4. A film or tape magazine containing two spools. 5. Most commonly applied to the compact cassette developed by Philips, but also to a variety of micro and mini cassette systems that are not mutually compatible. 6. Recently applied to mass storage requirements of microcomputers and minicomputers. A digital cassette is certified for digital recording, which differs from the audio recording requirements. 7. A miniature reel-to-reel tape system retaining the flexibility and freedom of back-and-forth tape movement provided by a reel system; it eliminates the inconvenience of tape threading. 8. An open metal or plastic carrier used on IC production lines for moving groups of wafers.

*Cassette.*

**cassette recorder** — A magnetic tape recording and playback device for entering or storing programs.

**casting-out-nines check** — A partial verification of an arithmetical operation on two or more numbers. It involves casting out nines from the number and from the results.

**CAT** — Abbreviation for computer-aided tomography, computer-assisted tomography, and computerized axial tomography. Literally, section graphics — the graphic display of a cross section of a piece of material or of the human body. Unlike ordinary X-ray photographs, which are produced directly by X-ray radiation on a photosensitive film (resulting in shadows on the film) computer-aided tomography displays are created by a computer after it processes the sensed X-ray signals. The big advantage of CAT is that a given display is not influenced by material in front of or behind the plane of interest, as is the case with ordinary X-ray photos. In fact, a three-dimensional picture can be obtained from multiple CAT displays, each displaced a small, finite distance from the adjacent one.

Case 3:22-cv-02869-TLT Document 151-7 Filed 11/22/23 Page 10 of 37

**crystal pulling** — 1. A method of growing crystals in which the developing crystal is gradually withdrawn from a melt. 2. A technique (first developed by J. C. Czochralski) in which a monocrystalline seed is introduced into the top of a body of molten material and then withdrawn slowly to grow, or pull, a large single monocrystal. This technique is used in semiconductor manufacture to produce the uniformly doped monocrystal boules from which most devices are fabricated.

**crystal rectifier** — 1. An electrically conductive or semiconductive substance, natural or synthetic, that has the property of rectifying small radio-frequency voltages. *See* crystal diode.

**crystal set** — A simple type of radio receiver having no amplifier stages, and only a crystal-detector stage for demodulation of the received signal.

**crystal shutter** — A mechanical switch for shorting a waveguide or coaxial cable so that undesired rf energy is prevented from reaching and damaging a crystal detector.

**crystal slab** — A relatively thick piece of crystal from which crystal blanks are then cut.

**crystal speaker** — Also called piezoelectric speaker. A speaker in which the mechanical displacements are produced by piezoelectric action.

**crystal-stabilized oscillator** — Abbreviated CSO. A microwave rf source that uses a crystal oscillator operating at some low frequency (usually below 150 MHz) to drive a multiplier to obtain a microwave output frequency. A crystal oscillator can also be used for injection-locked stabilization of a free-running microwave oscillator.

**crystal-stabilized transmitter** — A transmitter employing automatic frequency control, in which the reference frequency is the same as the crystal-oscillator frequency.

**crystal transducer** — *See* piezoelectric transducer.

**crystal video receiver** — A radar receiver consisting only of a crystal detector and video amplifier.

**CSA** — Abbreviation for Canadian Standards Association, a testing and approval agency for products sold in Canada. This is the Canadian equivalent of Underwriters Laboratories in the United States.

**C-scope** — A rectangular radar display in which targets appear as bright spots with azimuth indicated by the horizontal coordinate and elevation angle by the vertical coordinate.

**CSMA** — Abbreviation for carrier sense multiple access. A contention scheme in which stations listen for the presence of a carrier on thc channel before sending a packet.

**csv** — Abbreviation for corona start voltage.

**CTCSS** — Abbreviation for Continuous Tone-Coded Squelch System. Also called subaudible tones or PL tones (trademarked name by Motorola). This is a tone that is transmitted in addition to a voice signal. When it is equipped with a CTCSS decoder, a repeater will not function unless it receives both the CTCSS tone and the carrier signal.

**CT-cut crystal** — A natural quartz crystal cut to vibrate below 500 kHz.

**CTL** — Abbreviation for complementary transistor logic.

**CTS** — Abbreviation for clear to send. A control signal between a modem and a controller used to initiate data transmission over a communication line.

**cubical antenna** — An antenna array whose elements are positioned to form a cube.

**cue** — *See* address.

**cue bus** — In a mixing console, the bus or channel that is used to feed a program to a performer's headphones. Also called foldback.

*Cubical antenna.*

**cue circuit** — A one-way communication circuit for conveying program control information.

**cue control** — A switch that temporarily disables a recorder's tape lifters during fast-forward and rewind, so the operator can judge what portion of the recording is passing the heads.

**cuff electrode** — An electrode in the shape of the letter "C" designed for application of potentials to small circular bodies, such as peripheral nerves.

**cuing** — 1. Locating a particular spot on a recorded tape, preparatory to playing through from that spot. 2. The marking or other identification of particular points or sections of tape to aid in the location of specific, desired selections or portions of the recording. This may be done with grease pencil or other markings directly on the tape, or by making use of a digital index counter, if one exists on the recorder.

**cuing device** — A lever or control that raises and lowers the tonearm without direct handling by the operator. Usually viscous damped for uniform rise and fall times, no matter how rapidly the control is moved.

**CUJT** — Abbreviation for complementary unijunction transistor.

**cup** — A single mechanical section of a potentiometer that may contain one or more electrical resistance elements.

**cup core** — A core that forms a magnetic shield around an inductor. Usually a cylinder with one end closed. A center core inside the inductor is normally used and may or may not be part of the cup core.

**cupping** — Curvature of a recording tape in a direction perpendicular to the length of the tape.

**cup washer** — A washer formed with a recess in one side to retain compression springs or, on binding-post terminals, to prevent escape of connecting wire strands.

**curie** — A unit of radioactivity; 1 curie (Ci) equals $3.7 \times 10^{10}$ nuclear transformations per second.

**Curie point** — In ferroelectric dielectrics, the temperature or temperatures at which peak values of the dielectric constant occur. Also called Curie temperature. The (critical) temperature at which piezoelectric materials lose their polarization and therefore also their piezoelectric properties.

**Curie temperature** — Temperature in degrees Celsius at which a magnetized sample is completely demagnetized due to thermal agitation. *See* Curie point.

**curl** — The degree to which a wire tends to form a circle after removal from a spool. An indication of the ability of the wire to be wrapped around posts in long runs.

**curls** — Extruded material coming out from the edge of a bond.

**Curpistor** — A subminiature constant-current tube containing two electrodes and filled with radioactive nitrogen.

**current** — 1. The movement of electrons through a conductor. Current is measured in amperes, milliamperes, microamperes, nanoamperes, or picoamperes. 2. A movement of electrons, positive ions, negative ions, or holes. 3. The rate of transfer of electricity from one point to another.

**current amplification** — 1. The ratio of the current produced in the output circuit of an amplifier to the current supplied to the input circuit. 2. In photomultipliers, the ratio of the signal output current to the photoelectric signal current from the photocathode.

**current amplifier** — 1. A device designed to deliver a greater output current than its input current. 2. An amplifier that has a low output impedance and is capable of delivering a heavy current.

**current antinode** — Also called current loop. The point at which current is a maximum along a transmission line, antenna, or other circuit element having standing waves.

**current attenuation** — The ratio of the magnitude of the current in the input circuit of a transducer to the magnitude of the current in a specified load impedance connected to the transducer.

**current-balance relay** — A relay in which operation occurs when the magnitude of one current exceeds the magnitude of another current by a predetermined ratio.

**current-carrying capacity** — 1. The maximum current a conductor (or braid) can carry without heating beyond a safe limit. 2. The maximum current that can be continuously carried without causing permanent change in the electrical or mechanical properties of a device or conductor. (As applied to phone jacks, it refers to carrying current without interrupting the circuit.) 3. The maximum current an insulated conductor can safely carry without exceeding its insulation and jacket temperature limitations. 4. The maximum current that can be carried continuously without damage to a device, conductor, or machine. It is mainly determined by the temperature which the insulation can withstand and by the ambient temperature.

**current-carrying rating** — The current that can be carried continuously or for stated periodic intervals without impairment of the contact structure or interrupting capability.

**current-controlled oscillator** — Abbreviated CCO. A circuit that creates an ac output signal whose frequency is a function of the dc input current.

**current density** — 1. The amount of electric current passing through a given cross-sectional area of a conductor in amperes per square inch; i.e., the ratio of the current in amperes to the cross-sectional area of the conductor. 2. The ratio of current to surface area.

**current echo** — The signal that on a transmission line is reflected as the result of some discontinuity.

**current feed** — The excitation or feeding of an antenna by connecting the feeder at a point of maximum current, as at the center of a dipole or half-wave antenna.

**current flicker** — Current surges resulting from momentary shorts that can occur within a solid electrolyte capacitor. Under certain conditions, current flicker can avalanche to cause a short, which under low-impedance circuit conditions results in catastrophic destruction of the capacitor.

**current foldback** — In a dc power supply, a self-resetting protective method that reduces the output current to less than full-rated output under overload or short-circuit conditions.

**current generator** — A two-terminal circuit element with a terminal current independent of the voltage between its terminals.

**current hogging** — 1. A condition in which one of several parallel logic circuits takes the largest share of the available current because it has a lower resistance than the other circuits. 2. A condition that exists when several base-emitter junctions are driven from the same output and the input with the lowest base-emitter junction forward potential severely limits the drive current to the other transistor bases.

**current-hogging injection logic** — Abbreviated CHIL. A logic form that combines the input flexibility of current-hogging logic with the performance and packing density of injection logic.

**current limiter** — A device that detects current leakage and prevents potential shock hazard by minimizing or interrupting current flow.

**current-limiter relay** — A relay that opens its contacts when the current in a circuit exceeds a certain preset value.

**current limiting (automatic)** — 1. An overload-protection mechanism that limits the maximum output current of a power supply to a preset value and automatically restores the output when the overload is removed. 2. In a dc power supply, a self-resetting safeguard that protects the power supply against short-circuit and overload conditions by limiting output current to a predetermined maximum value. *See also* short-circuit protection.

**current-limiting fuse** — A protective device that anticipates a dangerous short-circuit current and opens the circuit, precluding the development of the peak available current.

**current-limiting reactor** — A form of reactor intended for limiting the current that can flow in a circuit under short-circuit conditions.

**current-limiting resistor** — A resistor inserted into an electric circuit to limit the flow of current to some predetermined value. Usually inserted in series with a fuse or circuit breaker to limit the current flow during a short circuit or other fault, to prevent excessive current from damaging other parts of the circuit.

**current-limit sense voltage** — The voltage across the current-limit terminals required to cause a regulator to current limit with a short-circuited output. This voltage is used to determine the value of the external current-limit resistor when external booster transistors are used.

**current loop** — 1. Means of communicating data via the presence or absence of current in a two-wire cable. 2. A two-wire transmit/receive interface in which the presence of a 20-mA current level indicates data (a binary 1 or mark) and its absence indicates no data (a 0 or space). Normally used with teletypes, and the only communication method that uses a current signal. *See* current antinode.

**current margin** — The difference between the steady-state currents flowing through a telegraph receiving instrument that correspond to the two positions of the telegraph transmitter.

**current mirror** — A circuit that relies on the collector current matching of two transistors (one strapped as a diode) when connected together base to base and emitter to emitter.

**current-mode logic** — Abbreviated CML. A nonsaturating logic circuit that employs the characteristics of a differential amplifier circuit in its design. Because it is nonsaturating, it is a very fast switching logic design with low logic swings. The gate input element is the base of a transistor, with a separate transistor for each input.

**current node** — A point at which current is zero along a transmission line, antenna, or any other circuit element that has standing waves.

**current noise** — Also called excess noise. A low-frequency noise caused by current flowing in a resistor, particularly in film and carbon resistors. The amount of energy varies widely with the type and construction of the

resistor. This low-frequency noise is generally measurable only in the region below 100 kHz; the noise power varies inversely with frequency and is a function of both the current in the resistor and the value of the resistor.

**current penetration** — The depth a current of a given frequency will penetrate into the surface of a conductor carrying the current.

**current probe** — A type of transformer, usually having a snap-around configuration, used for measuring the current in a conductor.

**current pump** — A circuit that drives, through an external load circuit, an adjustable, variable, or constant value of current regardless of the reaction of that load to the current, within rated limits of current, voltage, and load impedance.

**current rating** — 1. The maximum continuous current that can be carried by a conductor without degradation of the conductor or its insulation properties. 2. Maximum current that a device is designed to conduct for a specified time at a specified operating temperature. 3. The maximum continuous electrical current recommended for a given wire in a given situation. Expressed in amperes.

**current regulator** — 1. A device that functions to maintain the output current of a generator or other voltage source at a predetermined value, or varies the voltage according to a predetermined plan. 2. A regulating device that limits generator output and prevents excessive generator output by repeatedly inserting a resistance into the generator field circuit.

**current relay** — A relay that operates at a predetermined value of current. It can be an overcurrent relay, an undercurrent relay, or a combination of both.

**current saturation** — The condition in which the plate current of a vacuum tube cannot be further increased by increasing the plate voltage.

**current-sensing resistor** — A resistor of low value placed in series with a load to develop a voltage proportional to the output current. A regulated dc power supply regulates the current in the load by regulating the voltage across this sensing resistor.

**current-sensitivity** — The current required to give standard deflection on a galvanometer.

**current sink** — 1. A point toward which conventional current flows (electrons flow away from it). 2. An output type of sensor or analog device in which current flows from the load and into the output of the device at a low voltage when it is turned on.

**current-sinking logic** — Also called input-coupled logic. A logic form that requires that current flow out of the input of a circuit and back into the output of the preceding stage, which serves as a current sink instead of a source.

**current source** — 1. A point from which conventional current flows (electrons flow toward it). 2. An output type of switch or analog device in which current flows from it into the load at a high voltage when it is turned on.

**current-sourcing logic** — Also called collector-coupled logic. A logic form in which current flows from the output of a circuit and is forced into the input of a similar circuit to activate the circuit that drives.

**current-stability factor** — In a transistor, the ratio of a change in emitter current to a change in reverse-bias current between the collector and base.

**current-transfer ratio** — The ratio of an optocoupler's output current to input current at a specified bias. *See* beta.

**current transformer** — A transformer, intended for measuring or control purposes, designed to have its primary winding connected in series with a circuit carrying the current to be measured or controlled.

*Current transformer.*

**current-type telemeter** — A telemeter in which the magnitude of a single current is the translating means.

**cursor** — 1. A mechanically or electronically generated line that moves back and forth over another surface to delineate accurate readings. 2. A mechanical bearing line on a plan position indicator-type display for reading target bearing. 3. A visual movable pointer on a CRT used by the PC programmer to indicate where an instruction is to be added to the PC program. The cursor is also used during editing functions. 4. A small lighted line or square that appears on a video display screen at the point where the next character will appear. 5. A manually movable illuminated or flashing marker on a computer screen used to indicate the location of the next point at which an action will take place. 6. A means for indicating on a CRT screen the point at which data entry or editing will occur. The intensified element may be at constant high intensity or flashing (alternate high intensity and normal intensity). If flashing, additional data may be necessary to complete the instruction. 7. An indicator that marks the current working position on a display. 8. A blinking character that indicates where the next keyboard stroke will appear. 9. A position marker on a video display.

**cursor and update** — Circuitry that allows a user to add new material into a video terminal's memory and display. The cursor, which locates the current entry location, is generally a blinking underline, although some are overlines or boxes.

**curve tracer** — An instrument capable of producing a display of one current or voltage as a function of a second voltage or current, with a third voltage or current as a parameter.

**customer set** — *See* subscriber set.

**cut and paste** — To move graphics and/or text from one location to another.

**Cutler antenna** — A rear feed for a paraboloidal antenna reflector. It consists of a support waveguide with a terminating cavity containing two resonant slots, one on either side of the support waveguide, that face the reflector. Each slot is parallel to the broad faces of the feed waveguide.

**Cutler feed** — A resonant cavity, at the end of a waveguide, that feeds radio-frequency energy to the reflector of the antenna assembly of some airborne antennas.

**cutoff** — 1. Minimum value of bias that cuts off, or stops, the flow of plate current in a tube. 2. The frequency above or below which a selective circuit fails to respond. 3. The frequency of transmission at which the loss exceeds by 10 decibels that observed at 1000 hertz. 4. The condition when the emitter-base junction of a transistor has zero bias or is reverse biased and there is no collector current. 4. The frequency at which the modulus of measured parameter has decreased to $1/\sqrt{2}$ of its low-frequency value. (For a transistor, the cutoff

frequency usua
forward curren
or common-em
**cutoff atte**
used below th
introduce varia
**cutoff curr**
emitter current
**cutoff fiel**
**cutoff fre**
gain of an am
mum gain. 2.
passband of a
the stopband.
quency limit,
beyond which
frequency bey
mitted. It may
frequency ban
**cutoff lim**
tube below a
beyond cutoff.
**cutoff v**
reduces the de
acteristic to a
2. The voltage
plete. This ne
**cutoff wa**
electromagnet
quency of a w
**cutout** —
flow of curr
instrument, e
brought out of
than at the en
**cutout re**
generator and
to charge the
**cut over** –
**CUTS** — A
A standard m
audiocassette
recording 8 p
1200 Hz for a
**cut-signa**
which radio
carrier, the cu
a signal branc
other to precl
**cutter** —
electromechan
input into a m
ical motion th
medium).
**cut-throu**
penetration b
temperature,
**cut-throu**
resistance to
and pressure.
**cutting ra**
screw moves
a recording b
136, and gre
microgroove
used.
**cutting s**
phonograph r
has a built-in
**CVD** — A

an epoxy, eutectic, or solder alloy. 3. The attachment of a die to a gold base, such as a substrate pad, or to a header. Heat, pressure, and a mechanical scrubbing action are used to create a gold-silicon eutectic bond between the die and base.

**dielectric** — 1. The insulating (nonconducting) medium between the two plates of a capacitor. Typical dielectrics are air, wax-impregnated paper, plastic, mica, and ceramic. A vacuum is the only perfect dielectric. 2. A medium capable of recovering, as electrical energy, all or part of the energy required to establish an electric field (voltage stress). The field, or voltage stress, is accompanied by displacement or charging currents. 3. The insulating material between the metallic elements of an electromechanical component or any of a wide range of thermoplastics or thermosetting plastics. 4. Any insulating medium that intervenes between two conductors and permits electrostatic attraction and repulsion to take place across it. 5. A material having the property that energy required to establish an electric field is recoverable, in whole or in part, as electric energy. 6. A material medium in which an electric field can exist in the stationary state. 7. Characteristic of materials that are electrical insulators or in which an electric field can be sustained with a minimum dispersion of power. Such materials exhibit nonlinear properties, such as anisotropy of conductivity or polarization, or saturation phenomena. 8. An insulator. Localized regions of dielectric materials are used in semiconductor devices, for example, to provide electrical isolation between dice, between metal interconnect layers, and between the gate electrode and the channel.

**dieletric absorption** — Also called dielectric hysteresis (short-term effect), or dielectric soak (long-term effect). 1. A characteristic of dielectrics that determines the length of time a capacitor takes to deliver the total amount of its stored energy. It manifests itself as the reappearance of potential on the electrodes after the capacitor has been discharged. Its magnitude depends on the charge and discharge time of the capacitor. 2. That property of an imperfect dielectric as a result of which all electric charges within the body of the material caused by the application of an electric field are not returned to the field. 3. Reluctance of a capacitor to give up all the electrons stored when the capacitor is discharged. Primarily caused by a polarization effect of dielectric dipoles and to a lesser extent by free electrons in the dielectric requiring a finite time to move to the electrode. The recovery voltage appearing after discharge divided by the charging voltage and expressed as a percentage is called the percent dielectric absorption. 4. The property of a capacitor with slow polarization of its dielectric that results in voltage appearance on the capacitor electrodes after its short-term discharge through a low resistance.

**dielectric amplifier** — An amplifier employing a device similar to an ordinary capacitor, but with a polycrystalline dielectric that exhibits a ferromagnetic effect.

**dielectric analysis** — Method of directly monitoring resin cooking, resin staging, and resin curing. Such analysis eliminates many of the variables influencing the selection of a given set of fabrication conditions. Dielectric analyzers consist of a press with heated platens, a clamshell autoclave, and a DTA/dielectric cell.

**dielectric anisotropy** — The difference between the dielectric along the director and the dielectric perpendicular to the director of a liquid crystal system.

**dielectric antenna** — An antenna in which a dielectric is the major component producing the required radiation pattern.

**dielectric breakdown** — 1. An abrupt increase in the flow of electric current through a dielectric material as the applied electric field strength exceeds a critical value. 2. A complete failure of a dielectric material characterized by a disruptive electrical discharge through the material due to a sudden and large increase in voltage.

**dielectric breakdown voltage** — Also called electric breakdown voltage, breakdown voltage, or hi-pot. 1. The voltage between two electrodes at which electric breakdown of the specimen occurs under prescribed test conditions. 2. The voltage at which a dielectric material punctures. 3. The voltage required to cause electrical failure or breakthrough of insulation. Usually expressed as a voltage gradient (volts per mil).

**dielectric capacity** — The inductivity or specific inductive capacity of a substance, being its ability to convey the influence of an electrified body.

**dielectric constant** — Also called permittivity, specific inductive capacity, or capacitivity. 1. The ratio of the capacitance of a capacitor with the given dielectric to the capacitance of a capacitor having air for its dielectric but otherwise identical. Symbol: K. 2. That property of a dielectric that determines the electrostatic energy stored per unit volume for a unit potential gradient. 3. The property of a material that determines the amount of electrostatic energy that can be stored when a given voltage is applied.

**dielectric crystal** — A crystal that is characterized by its relatively poor electrical conductance.

**dielectric current** — The current flowing at any instant through the surface of an isotropic dielectric that is in a changing electric field.

**dielectric dissipation** — *See* loss tangent.

**dielectric dissipation factor** — The cotangent of the dielectric phase angle of a material.

**dielectric fatigue** — The property of some dielectrics in which the insulating quality decreases after a voltage has been applied for a considerable length of time.

**dielectric guide** — A waveguide made of a solid dielectric material through which the waves travel.

**dielectric heating** — A method of raising the temperature of a nominally insulating material by sandwiching it between two plates to which an rf voltage is applied. The material acts as a dielectric, and its internal losses cause it to heat up.

*Dielectric heating.*

**dielectric hysteresis** — 1. Short-term effect of dielectric absorption. 2. A lagging of an electric field in a dielectric behind the alternating voltage that produces it. It causes a loss similar to that of magnetic hysteresis. 3. *See also* dielectric absorption.

**dielectric isolation** — 1. The electrical isolation of monolithic integrated circuit elements from each other by dielectric material rather than by reverse-biased pn junctions. 2. The use of silicon dioxide barriers created during silicon IC processing to provide isolation between components on a chip.

**dielectric lens** — A lens used with microwave antennas; it is made of dielectric material so that it refracts

Case 3:22-cv-02869-TLT Document 151-7 Filed 11/22/23 Page 14 of 37

radio waves similar to the way an optical lens refracts light waves.

**dielectric loss** — 1. The power dissipated by a dielectric as the friction of its molecules opposes the molecular motion produced by an alternating electric field. 2. The time rate at which electric energy is transformed into heat in a dielectric when it is subjected to a changing electric field.

**dielectric loss angle** — Also called dielectric phase difference. The complement of the dielectric phase angle (i.e., the dielectric phase angle minus 90°).

**dielectric loss factor** — Also called dielectric loss index. The product of the dielectric constant of a material times the tangent of the dielectric loss angle.

**dielectric loss index** — The product of a medium's relative permittivity and the tangent of its dielectric loss angle. *See* dielectric loss factor.

**dielectric matching plate** — In waveguide technique, a dielectric plate used as an impedance transformer for matching purposes.

**dielectric mirror** — A highly frequency-selective, multilayer dielectric reflector acting by partial reflection of light at the interface between materials of unequal refractive indices.

**dielectric phase angle** — The angular difference in phase between the sinusoidal alternating voltage applied to a dielectric and the component of the resultant alternating current having the same period.

**dielectric phase difference** — *See* dielectric loss angle.

**dielectric polarization** — *See* polarization, 3.

**dielectric power factor** — The cosine of the dielectric phase angle, or sine of the dielectric loss angle.

**dielectric process** — Also called electrographic process. A nonimpact printing technique in which specially treated paper consisting of a conductive base layer coated with a nonconductive thermoplastic material is used to hold an electric charge applied directly by a set of electrode styli. The electric charge corresponds to the latent image of the original. After charging, the image is produced by a toner system similar to that used in electrostatic copying devices. The dielectric process employed on general-purchase nonimpact printers, facsimile devices, and some photocopiers.

**dielectric rating** — Standard test voltages and frequencies above which failure occurs between specified points in a relay structure.

**dielectric resonator** — A high-$Q$, temperature-stable ceramic microwave resonator that is used in microwave oscillator circuits. It can exist in any regular geometrical form and resonates in various modes at frequencies determined by its dimensions and shielding conditions.

**dielectric-rod antenna** — An antenna in which propagation of a surface wave on a tapered dielectric rod produces an endfire radiation pattern.

**dielectric soak** — Long-term effect of dielectric absorption. *See* dielectric absorption.

**dielectric strength** — Also called electric strength, breakdown strength, electric field strength, and insulating strength. 1. The maximum voltage a dielectric can withstand without rupturing. 2. Maximum potential gradient that a dielectric can withstand before it ruptures or a conducting path forms through it. Normally expressed as the ratio of breakdown voltage to the dielectric thickness (volts per mil). 3. The property of a dielectric to withstand an electrical stress. 4. The ratio of dielectric breakdown to the thickness of the insulating materials. 5. The ultimate breakdown voltage of the dielectric or insulation of the resistor when the voltage is applied between the case and all terminals that are tied together. Dielectric strength is usually specified at sea level and simulated high-altitude air pressures.

**dielectric susceptibility** — The ratio of the polarization in a dielectric to the electric intensity responsible for it.

**dielectric tests** — 1. Tests that consist of the application of a voltage higher than the rated voltage for a specified time for the purpose of determining the adequacy against breakdown of insulating materials and spacings under normal conditions. 2. The testing of insulating materials by the application of a constantly increasing voltage until failure occurs.

**dielectric waveguide** — A waveguide constructed from a dielectric (nonconductive) substance.

**dielectric wedge** — A wedge-shaped piece of dielectric material used in one waveguide to match its impedance to that of another waveguide.

**dielectric wire** — A dielectric waveguide used for short-distance transmission of UHF radio waves between parts of a circuit.

**dielectric withstanding voltage** — Maximum potential gradient that a dielectric material can withstand without failure.

**difference** — The signal energy representing the differences in information between the signals in two or more stereo channels. A difference signal is produced when stereo signals differing in electrical polarity or in intensity are mixed together in opposing polarity.

**difference amplifier** — The basic input stage of most operational amplifiers. An amplifier with an inverting and a noninverting input. The output voltage is a function of the voltage difference between the two inputs. *See* differential amplifier.

**difference channel** — In a stereophonic sound system, an audio channel that handles the difference between the signals in the left and right channels.

**difference detector** — A detector circuit in which the output is a function of the difference between the peak or rms amplitudes of the input waveforms.

**difference frequency** — 1. A signal representing, in essence, the difference between the left and right sound channels of a stereophonic sound system. 2. One of the output frequencies of a converter. It is the difference between the two input frequencies.

**difference in depth modulation** — In directive systems employing overlapping lobes with modulated signals, a ratio obtained by subtracting from the percentage of modulation of the larger signal the percentage of modulation of the smaller signal and dividing by 100.

**difference of potential** — The voltage or electrical pressure existing between two points. It will result in a flow of electrons whenever a circuit is established between the two points.

**difference signal** — In a quadraphonic sound system, a signal arrived at by subtracting left or right back-channel signal from its respective front-channel signal. Left front and left back signals, if added to left front minus left back signals, yield a left front channel; if subtracted, they yield a left back channel.

**differential** — 1. A planetary gear system that adds or subtracts angular movements transmitted to two components and delivers the answer to a third. Widely used for adding and subtracting shaft movements in servo systems and for addition and subtraction in computing machines. 2. In electronics, the difference between two levels. 3. A method of signal transmission through two wires that always have opposite states. The signal data is the polarity difference between the wires: whenever either is high, the other is low. Neither wire is grounded. 4. Describing any device whose operation is dependent on the difference between two quantities.

**uction** — 1. Conversion
ıt induced in a conduc-
2. A wave produced by
rge. 3. A wave in which
etic displacements. 4. A
the transmission of elec-

**ıicrophones** — Micro-
varied by an electromag-
dynamic or moving-coil,
ıicrophones).
bbreviated emu. A unit
he magnetic effect of an
centimeter-gram-second
dered obsolete.
— A mechanical device
ect current and thereby
s is done where a circuit
operate. A reed within
d to two electromagnets.
-1. The radiant energy
ctric charge. It includes
violet light waves, and
A wave in which both
nt are present. 3. Waves
ual fluctuations of elec-
waves propagate at the
ich includes most real-
ree material parameters
lescribe electromagnetic
tric constant (or permit-
ivity.
e magnetic field around
and only when, current
caused by an electric

ıment used for measur-
y electronic methods.
device using electrical
vement.
A bell with a prewound
pped electrically to ring

**down** — A mechanical
chanical restoring force
ıpressive force.
**er** — *See* contact modu-

**sed-collector tran-**

'— Energy present in an

**ncy meter** — A meter
f mechanical devices to

**rder** — A device that
equivalent mechanical
a medium by cutting,

— Usually refers to a
out an electrically oper-
pneumatic and thermal
ıt relays.
**lucer** — A device that
mechanical energy and
nple of the first, and a

ranch of electrical engi-
producing or operated

**electrometallurgy** — That branch of science concerned with the application of electrochemistry to the extraction or treatment of metals.

**electrometer** — 1. An electrostatic instrument that measures a potential difference or an electric charge by the mechanical force exerted between electrically charged surfaces. 2. A dc voltmeter with an extremely high input resistance, usually around $10^{10}$ megohms, as opposed to 10 megohms or less for a conventional type.

**electrometer amplifier** — An amplifier circuit having sufficiently low current drift and other noise components, sufficiently low amplifier input-current offsets, and adequate power and current sensitivities to be usable for measuring current variations of considerably less than $10^{-12}$ A.

**electrometer tube** — A vacuum tube having a very low control-electrode conductance, to facilitate the measurement of extremely small direct currents and voltages.

**electromigration** — Motion of ions of a metal conductor (such as aluminum) in response to the passage of high current through it. Such motion can lead to the formation of "voids" in the conductor, which can grow to a size such that the conductor is unable to pass current. Electromigration is aggravated at high temperature and high current density and therefore is a reliability "wear-out" process. Electromigration is minimized by limiting current densities and by adding metal impurities such as copper or titanium to aluminum.

**electromotive force** — Abbreviated emf. 1. The force that causes electricity to flow when there is a difference of potential between two points. The unit of measurement is the volt. 2. Electrical pressure at the source. Not to be confused with potential difference, which is the voltage developed across a resistance or impedance due to current flowing through it. Both are measured in volts. 3. Electric pressure that causes a current to flow in a circuit; it is the energy put into the circuit by the source per unit electric charge that it supplies to the circuit. The unit of emf is the volt, being the electromotive force required to cause a current of 1 ampere to flow in a resistance of 1 ohm. 4. The difference of electrical potential found across the terminals of a source of electrical energy; more precisely, the limit of the potential difference across the terminals of a source as the current between the terminals approaches zero.

**electromotive force series** — A list of elements arranged according to their standard electrode potentials, with noble metals, such as gold, being positive and active metals, such as zinc, being negative.

**electromotive series** — A list of metals arranged in decreasing order of their tendency to pass into ionic form by losing electrons.

**electromyogram** — A waveform of the contraction of a muscle as a result of electrical stimulation. Usually the stimulation comes from the nervous system (normal muscular activity). The record of potential difference between two points on the surface of the skin resulting from the activity or action potential of a muscle.

**electromyograph** — An instrument for measuring and recording potentials generated by muscles.

**electromyography** — Abbreviated EMG. Recording and interpretation of the electrical activity of muscle tissue. A single electrical spike potential is generated when a muscle fiber contracts. The magnitude of the spike potentials is roughly proportional to the amount of muscular tension. Surface detecting electrodes (for many muscle fibers) or needle electrodes (for one or a few fibers) provide a signal that is amplified and displayed on a cathode-ray tube.

**electron** — An elementary atomic particle that carries the smallest negative electric charge ($1.6 \times 10^{-19}$ coulombs). Electrons are light in mass (1/1840 of the mass of the hydrogen atom, or $9.107 \times 10^{-28}$ gram), highly mobile, and orbit the nucleus of an atom. Electrons are responsible for the bonds between atoms. Positive electrons, or positrons, also exist.

**electronarcosis** — 1. The induction of unconsciousness by passage of a weak current through the brain. 2. Anesthesia induced by the passage of a precisely controlled electric current through the brain.

**electron attachment** — Process by which an electron is attached to a neutral molecule to form a negative ion. Often characterized by the attachment coefficient $\eta$, which is the number of attachments per centimeter of drift. Also characterized by the ratio $h = \sigma/\theta$, where $\sigma$ is the attachment cross section and $\theta$ the total cross section.

**electron avalanche** — The chain reaction started when one free electron collides with one or more orbiting electrons and frees them. The free electrons then free others in the same manner, and so on.

**electron band** — A spectrum band composed of molecules that is usually found in the visible or the ultraviolet because of the electron transition taking place with the molecule.

**electron beam** — 1. A narrow stream of electrons moving in the same direction under the influence of an electric or magnetic field. 2. A stream of electrons, emitted by a single source, that move in the same direction and at the same speed. 3. The electrons emitted by the cathode in a picture tube and focused into a beam that is deflected line by line across the phosphor screen to produce an image.

**electron-beam bonding** — Process using a stream of electrons to heat and bond two conductors within a vacuum.

**electron-beam evaporation** — An evaporation technique in which the evaporant is heated by electron bombardment.

**electron-beam generator** — A velocity-modulated generator, such as a klystron tube, used to generate extremely high frequencies.

**electron-beam gun** — A device generally used in a cathode-ray or camera tube to emit a stream of electrons moving at uniform velocity in a straight line. It consists of an emitting cathode and an anode, with an aperture for passage of some of the electrons.

**electron-beam instrument** — Also called a cathode-ray instrument. An instrument in which a beam of electrons is deflected by an electric or magnetic field (or both). Usually the beam is made to strike a fluorescent screen so the deflection can be observed.

**electron-beam machining** — A process in which controlled electron beams are used to weld or shape a piece of material.

**electron-beam magnetometer** — An instrument that measures the intensity and direction of magnetic forces by the immersion of an electron beam into the magnetic field.

**electron-beam mode discharge** — Abbreviated ebmd. A form of discharge produced by a perforated-wall hollow cathode operating under conditions of pressure, voltage, and geometry usually associated with the abnormal glow discharge.

**electron-beam recording** — The recording of the information contained in a modulated electron beam onto photographic or silicon-resin-coated materials.

**electron-beam tube** — An electron tube that depends for its operation on the formation and control of one or more electron beams.

**electron-beam welding**—1. The process of using a focused beam of electrons to heat materials to the fusion point. 2. Process in which a welder generates a stream of electrons traveling at up to 60 percent of the speed of light. It focuses the beam to a small, precisely controlled spot in a vacuum and converts the kinetic energy into an extremely high temperature on impact with the work piece.

**electron-bombarded semiconductor amplifier**—Abbreviated EBS amplifier. An amplifier consisting of an electron-gun modulation system, semiconductor target, and output coupling network all within a glass or ceramic envelope. The semiconductor target is a pair of silicon diodes, each consisting of two metallic electrodes with a pn junction under the top contact. Amplifier operation is based on the fact that a modulated electron beam can control the current in a reverse-biased semiconductor junction.

**electron-bombardment-induced conductivity**—In a multimode display storage tube, a process by which the image on the surface of the cathode-ray tube is erased by the use of an electron gun.

**electron charge**—Also called elementary charge. The charge of a single electron. Its value is $1.602189 \times 10^{-19}$ coulomb. The fundamental unit of electrical charge.

**electron-coupled oscillator**—Abbreviated ECO. A circuit using a multigrid tube in which the cathode and two grids operate as a conventional oscillator and the electron stream couples the plate-circuit load to the oscillator.

**electron coupling**—In vacuum (principally multigrid) tubes, the transfer of energy between electrodes as electrons leave one and go to the other.

**electron device**—Any device in which the passage of electrons through a vacuum, gas, or semiconductor is the device's principal means of conduction.

**electron diffraction**—1. The phenomenon or the technique of producing diffraction patterns through the incidence of electrons on matter. 2. The bending of an electron stream that occurs when the stream travels through a medium such as very thin metal foil.

**electron-diffraction camera**—A special evacuated camera equipped with means for holding a specimen and bombarding it with a sharply focused beam of electrons. A cylindrical film placed around the specimen records the electrons that may be scattered or diffracted by it.

**electron drift**—The movement of electrons in a definite direction through a conductor, as opposed to the haphazard transfer of energy from one electron to another by collision.

**electronegative**—Having an electric polarity that is negative.

**electronegative developer**—A developer containing negatively charged toner particles.

**electron emission**—The freeing of electrons into space from the surface of a body under the influence of heat, light, impact, chemical disintegration, or a potential difference.

**electron emitter**—In a cathode tube, the electrode that serves as a source for electrons.

**electron filter lens**—An electrostatic device that uses an electric potential barrier to allow the transmittance of electrons at or above a set level of energy while stopping the passage of those below it.

**electron flow**—The movement of electrons from a negative to a positive point in a metal or other conductor, or from a negative to a positive electrode through a liquid, gas, or vacuum.

**electron gun**—1. An electrode structure that produces and may control focus and may deflect and converge one or more electron beams. 2. A device for producing and accelerating a beam of electrons. 3. The portion of a TV picture tube or cathode-ray tube that produces the stream of electrons and may also focus and center the stream. 4. The source of the electron beam in a picture tube, comprising a cathode plus several focusing electrodes that collimate and focus the electron beam into a spot on the screen. In a color tube there may be three electron guns usually integrated into a single unit (unitized gun), or a single gun for the three colors.

A
B
C
D
E
A—CATHODE
B—GRID
C—PREACCELERATOR
D—FOCUSING
E—ACCELERATOR
−
+

*Electron gun.*

**electronic**—1. Pertaining to that branch of science which deals with the motion, emission, and behavior of currents of free electrons, especially in vacuum, gas, or phototubes and special conductors or semiconductors. This is contrasted with electric, which pertains to the flow of large currents in metal conductors. 2. Of or pertaining to devices, circuits, or systems using the principle of electron flow through a conductor. Examples: electronic control, electronic equipment, electronic instrument, electronic circuit.

**electronic autopilot**—An arrangement of gyroscopes, electronic amplifiers, and servomotors for detecting deviations in the flight of an aircraft and applying the required corrections directly to its control cables.

**electronic balance**—Weighing balance that uses forces produced by known currents to balance unknown currents, and thereby unknown weights, very accurately to within parts of a microgram.

**electronic "bug"**—A keying system that converts the Morse signals from a hand key into correctly proportioned and spaced dots and dashes.

**electronic bulletin board**—A shared file where users can enter information for other users to read or download. Many bulletin boards are set up according to general topics and are accessible throughout a network.

**electronic calculator**—Electronic device for arithmetic and logarithmic computations; may also include digital printer and computer.

**electronic camouflage**—Use of electronic means or exploitation of electronic characteristics to reduce, submerge, or eliminate the radar-echoing properties of a target.

**electronic carburetor**—A fuel-metering actuator in which the air/fuel ratio is controlled by continual variations of the metering rod position in response to an electronic control signal.

**electronic charge**—The quantity of charge represented or possessed by one electron. It is equal to $1.602189 \times 10^{-19}$ coulomb.

**electronic circuit**—A circuit containing one or more electron tubes, transistors, integrated circuits, magnetic amplifiers, etc.

**electronic commutator**—A type of switch that provides a continuous switching or sampling of a number of circuits by means of a radial-beam electronic tube or electronic switching circuit.

**electronic confusior**
a target appears to occupy
appears to that radar bean
**electronic control**—
tion. The control of a mac
devices.
**electronic control u**
**electronic counter**
counting up to several mill
**electronic counte**
reviated ECCM. 1. Equip
electronic systems such
systems to operate effect
to disrupt or jam their
electronic warfare invol
friendly and effective
spectrum despite the ene
3. Retaliatory tactics usec
electronic countermeasure
**electronic cou**
ECM. 1. All measures tak
enemy electronic systems
tions. There are two disti
reconnaissance, and activ
2. That division of electr
taken to prevent or redu
the electromagnetic spec
as chaff and barrage jan
methods to deceive the s
opposing operators that t
3. Methods of jamming
ation of enemy electronic
**electronic counter**
lection and sorting of
the purpose of measuri
2. Examination of the dat
selection and switching
little or no time delay.
**electronic couplir**
electrical energy from or
electron stream in a vacu
**electronic crowb**
device generally used in
current from more delicat
breaker, or the like has t
**electronic data exc**
**electronic data pr**
1. Operations on data c
equipment. 2. Use of elec
and read information aut
mation in accounting, f
information system and t
**electronic data-p**
viated EDP center. A p
cally operated equipmen
to simplify the interpre
by instrumentation insta
agencies.
**electronic data-p**
reviated EDPM. A mach
used primarily in or wi
system.
**electronic data-**
machine or group of a
machines capable of
classifying, computing,
numerical accounting or
**electronic decept**
diation, alteration, abso
magnetic radiations in
enemy to obtain mislea

. beams. 2. A device for
eam of electrons. 3. The
or cathode-ray tube that
s and may also focus and
of the electron beam in a
ode plus several focusing
us the electron beam into
tube there may be three
into a single unit (unitized
ee colors.

A—CATHODE
B—GRID
C—PREACCELERATOR
D—FOCUSING
E—ACCELERATOR

*un.*

o that branch of science
emission, and behavior
pecially in vacuum, gas,
ictors or semiconductors.
which pertains to the flow
uctors. 2. Of or pertain-
ms using the principle of
tor. Examples: electronic
ectronic instrument, elec-

n arrangement of gyro-
d servomotors for detect-
aircraft and applying the
ts control cables.
ghing balance that uses
ents to balance unknown
weights, very accurately

ing system that converts
ey into correctly propor-
es.
l—A shared file where
other users to read or
are set up according to
throughout a network.
ectronic device for arith-
tions; may also include

Use of electronic means
haracteristics to reduce,
-echoing properties of a

A fuel-metering actuator
controlled by continual
osition in response to an

quantity of charge rep-
electron. It is equal to

cuit containing one or
integrated circuits, mag-

-A type of switch that
or sampling of a number
beam electronic tube or

**electronic confusion area**—Amount of space that a target appears to occupy in a radar resolution cell, as it appears to that radar beam.

**electronic control**—Also called electronic regulation. The control of a machine or condition by electronic devices.

**electronic control unit**—*See* ECU.

**electronic counter**—An instrument capable of counting up to several million electrical pulses per second.

**electronic counter-countermeasures**—Abbreviated ECCM. 1. Equipment and techniques that allow electronic systems such as radar and communication systems to operate effectively while attempts are made to disrupt or jam their operation. 2. That division of electronic warfare involving actions taken to ensure friendly and effective use of the electromagnetic spectrum despite the enemy's use of electronic warfare. 3. Retaliatory tactics used to reduce the effectiveness of electronic countermeasures.

**electronic countermeasures**—Abbreviated ECM. 1. All measures taken to reduce the effectiveness of enemy electronic systems such as radar and communications. There are two distinct areas: passive measures, or reconnaissance, and active measures, such as jamming. 2. That division of electronic warfare involving actions taken to prevent or reduce an enemy's effective use of the electromagnetic spectrum. Includes techniques such as chaff and barrage jamming as well as sophisticated methods to deceive the systems without indication to the opposing operators that their systems are being affected. 3. Methods of jamming or otherwise hindering the operation of enemy electronic equipment.

**electronic countermeasures control**—1. Collection and sorting of large quantities of data for the purpose of measuring and defining radar signals. 2. Examination of the data received in order to determine selection and switching of countermeasure devices with little or no time delay.

**electronic coupling**—The method of coupling electrical energy from one circuit to another through the electron stream in a vacuum tube.

**electronic crowbar**—An electronic switching device generally used in a power supply to divert a fault current from more delicate components until a fuse, circuit breaker, or the like has time to respond.

**electronic data exchange**—*See* EDI.

**electronic data processing**—Abbreviated EDP. 1. Operations on data carried out mainly by electronic equipment. 2. Use of electronic memories to store, update, and read information automatically, and using that information in accounting, filing, etc. 3. Any computerized information system and the equipment used in that system.

**electronic data-processing center**—Abbreviated EDP center. A place in which is kept automatically operated equipment, including computers, designed to simplify the interpretation and use of data gathered by instrumentation installations or information-collection agencies.

**electronic data-processing machine**—Abbreviated EDPM. A machine or its device and attachments used primarily in or with an electronic data-processing system.

**electronic data-processing system**—Any machine or group of automatically intercommunicating machines capable of entering, receiving, sorting, classifying, computing, and/or recording alphabetical or numerical accounting or statistical data (or all three).

**electronic deception**—Deliberate radiation, reradiation, alteration, absorption, or reflection of electromagnetic radiations in a manner intended to cause the enemy to obtain misleading data or false indications from his electronic equipment. There are two categories of electronic deception: (*a*) Manipulative deception—the alteration or simulation of friendly electromagnetic radiation to accomplish deception. (*b*) Imitative deception—the introduction into enemy channels of radiations that imitate the enemy's own emissions.

**electronic device**—1. A device in which conduction is principally by the movement of electrons through a vacuum, gas, or semiconductor. 2. An electronic tube or valve, transistor, or other semiconductor device. This definition excludes inductors, capacitors, resistors, and similar components.

**electronic differential**—An input or output type of circuit that only amplifies or responds to the difference of two signals, and does not respond to the signal with respect to ground or a supply voltage.

**electronic differential analyzer**—A form of analog computer using interconnected electronic integrators to solve differential equations.

**electronic digital computer**—A machine that uses electronic circuitry in the main computing element to perform arithmetic and logical operations on digital data (i.e., data represented by numbers or alphabetic symbols) automatically by means of an internally stored program of machine instructions. Such devices are distinguished from calculators, on which the sequence of instructions is externally stored and is impressed manually (desk calculators) or from tape or cards (card-programmed calculators).

**electronic efficiency**—The ratio of (*a*) the power at the desired frequency delivered by the electron stream to the oscillator or amplifier circuit to (*b*) the direct power supplied to the stream.

**electronic engine control**—*See* EEC.

**electronic engineering**—A branch of electrical engineering that applies the principles of electronics to the solution of practical problems. *See also* electronics.

**electronic flash**—Also called strobe. 1. The firing of special light-producing, high-voltage, gas-filled glass tubes with a high instantaneous surge of current furnished by a capacitor or bank of capacitors that have been charged from a high-voltage source (usually 450 volts or higher). 2. A device that upon command produces a pulse of luminous energy caused by a discharge of electrical energy through a gas. The term usually implies the use of a flash tube and associated power source and trigger circuit.

**electronic flash tube**—*See* flash tube.

**electronic flash unit**—A small xenon-filled tube with metal electrodes fused into the ends. The gas flashes brilliantly when a capacitor is discharged through the tube. The duration of the flash primarily depends on the capacitance of the capacitor. As a rule of thumb, flash time is approximately equal in microseconds to capacitance in microfarads. Sometimes the flash recurs at a specified frequency, which may reach many thousands per second; such a device is called a strobe unit because it

*Electronic flash unit.*

*High-voltage probe.*

**hinged-iron ammeter** — A moving-iron ammeter in which the fixed portion of the magnetic circuit is placed around the conductor to measure the current through it.

**HIPERNAS** — Acronym for *high-per*formance *na*vigation *s*ystem. A self-compensated, pure-inertial guidance system.

**hipot** — 1. *See* dielectric breakdown voltage. 2. Contraction of high potential. Commonly refers to a device used, with high voltages, for testing insulation breakdown or leakage. High potting is the verb. 3. High-potential voltage applied across a conductor to test the insulation. 4. A test designed to determine the highest potential that can be applied to a conductor without breaking through the insulation.

**hipot tester** — A *high-pot*ential test instrument that applies a high-voltage source to the insulating material of a device or cable to determine the ability of the unit to withstand the voltage without breakdown.

**hi-rel** — A contraction of high reliability; refers to products that are assembled and inspected under rigid standards, given extra testing and conditioning, and typically used in military, space, or medical applications.

**hiss** — 1. Random noise characterized by prolonged sibilant sounds in the audio-frequency range. 2. The primary background noise in tape recording, stemming from circuit noise in the playback amplifiers or from residual magnetism of the tape.

**histogram** — 1. A graphical representation of a frequency distribution by a series of rectangles that have for one dimension a distance proportional to a definite range of frequencies, and for the other dimension a distance proportional to the number of frequencies appearing within range. 2. A description of one (or all) parameters, showing distribution, standard deviation, mean-value failure limits, and sample lot size for all samples within the lot. 3. A graph of contiguous vertical bars representing a frequency distribution in which the groups or classes of items are marked on the *x*-axis, and the number of items in each class is indicated by a horizontal line segment drawn above the *x*-axis at a height equal to the number of items in the class.

**hit** — 1. *See* flash. 2. Momentary surge of voltage on a transmission channel. 3. An impulse noise having a duration of about 1 millisecond.

**hit-on-the-fly printer** — 1. A mechanical printer in which the printing head is in continual motion. 2. A printer in which the paper and/or the printing mechanism are in constant motion so that starts and stops are not needed.

**hits** — Momentary line disturbances that could result in mutilation of characters being transmitted.

***H*-lines** — Imaginary lines that represent the direction and strength of magnetic flux on a diagram.

**HNDT** — *See* holographic nondestructive testing.

**H-network** — A network composed of five impedance branches. Two are connected in series between an input terminal and an output terminal, and two are connected between another input and another output terminal. The fifth is connected from the junction points of the two branches.

*H-network.*

**HNIL** — Abbreviation for high-noise-immunity logic.

**hobby computer** — A computer that is not used for profit.

**hog horn** — A microwave feed horn shaped so that the input energy from the waveguide approaches from the same direction as the horn opening.

**hold** — Opposite of clear. 1. To maintain storage elements in charge storage tubes at equilibrium potentials by electron bombardment. 2. To retain the information contained in one storage location for a computer after copying the information into another storage location, as opposed to clearing or erasing the information. 3. To maintain an established telephone connection, possibly while disconnecting to answer another call.

**hold control** — In a television receiver, the adjustment that controls the frequency of the vertical or horizontal scanning pulses and hence the stability of the picture.

**hold current** — Also called the electrical hold value. The minimum current that will keep the contact springs energized in a relay.

**hold electrode** — In a mercury switch, the electrode that remains in contact with the mercury pool while the circuit is being closed or opened.

**holding anode** — In a mercury-arc rectifier, a small auxiliary anode that maintains the ionization while the main anode current is zero.

**holding beam** — A diffused beam of electrons for regenerating the charges retained on the dielectric surface of an electrostatic memory or storage tube.

**holding circuit** — Also called a locking circuit. An alternate operating circuit that, when completed, maintains sufficient current in a relay winding to keep the relay energized after the initial current has ceased.

**holding coil** — A separate relay coil that keeps the relay energized after the original current has been removed.

**holding current** — 1. That value of average forward current (with the gate open) below which a silicon-controlled rectifier returns to the forward blocking state after having been in forward conduction. 2. The minimum current that must pass through a device such as a silicon-controlled rectifier, thyratron, neon glow tube, etc., to maintain it in a conducting condition. 3. The minimum current that will hold a relay in its operated position. The holding current is less than the operating current. 4. The minimum principal current required to maintain a thyristor in the on state.

**holding gun** — In a storage tube, the source of electrons constituting the holding beam.

Case 3:22-cv-02869-TLT Document 151-7 Filed 11/22/23 Page 19 of 37

**holding time** — The total time a trunk or circuit is in use on a call, including both operator's and user's time.

**holding torque** — Also called restoring or stall torque. 1. Force moment required to deflect the rotor of a stepper motor a full step with the motor energized but at a standstill. 2. A measure of the maximum torque that can be applied to the shaft of a stepper motor with one or more of its phases energized before the shaft begins to rotate.

**hold lamp** — An indicating lamp that stays lighted while a telephone connection is being held.

**hold mode** — In integrators or other charge-storage circuits, a condition or time interval in which input(s) are removed and the circuit is commanded (or expected) to maintain a constant output.

**hold-mode drop** — In a sample-and-hold circuit, the output voltage change per unit of time while in hold. Commonly specified in volts per second, microvolts per microsecond, and other convenient units.

**hold-mode feedthrough** — In a sample-and-hold circuit, the percentage of an input sinusoidal signal that is measured at the output of a sample hold when it is in hold mode.

**hold-mode settling time** — In a sample-and-hold circuit, the time from the hold-command transition until the output of the sample hold has settled within the specified error band. It includes aperture delay time.

**hold-off voltage** — The maximum voltage an electronic flash tube will stand without self-flashing. Normal hold-off voltage is reduced at the end of lamp life and in the presence of high temperatures or rf fields.

**holdover** — The condition that occurs when a lightning-protector gap continues to conduct follow current.

**holdover time** — Also called holdup time. The length of time a power supply will maintain its rated output after the input has been lost. In nonuninterruptible power supplies, the holdover time is usually measured in milliseconds.

**holdover voltage** — The steady-state voltage at which a gap just fails to clear a given value of follow current.

**hold time** — Also called release time. 1. In resistance welding, the time that is allowed for the weld to harden. 2. The length of time after the clocking of a flip-flop that data must remain unchanged.

**holdup** — The ability of a power supply to provide energy for approximately 30 to 50 milliseconds after an ac power loss. This provides an adequate amount of time to make a transfer to a standby power system. Holdup time is especially useful in computer systems, in which data in volatile memories may be lost in nuisance shutdowns.

**holdup button** — A manually actuated mechanical switch used to initiate a duress alarm signal; usually constructed to minimize accidental activation.

**holdup time** — *See* holdover time.

**hole** — 1. In the electronic valence structure of a semiconductor, a mobile vacancy that acts like a positive electronic charge with a positive mass. 2. In a semiconductor, the term used to describe the absence of an electron; this absence has the same electrical properties as an electron except that it carries a positive charge. 3. A mobile vacancy or electron deficiency in the valence structure of a semiconductor. It is equivalent to a positive charge. 4. A defect in the valence electron system of a semiconductor crystal lattice, equivalent to the absence of a single valence electron. Like a conduction electron, a hole is capable of moving through the crystal and thus forms an effective current carrier having a positive charge. However, unlike a conduction electron, the hole must remain in the valence-bonding system of the crystal and thus it has a lower mobility.

**hole conduction** — Conduction occurring in a semiconductor when electrons move into holes under the influence of an applied voltage and thereby create new holes. The apparent movement of such holes is toward the more negative terminal, and is hence equivalent to a flow of positive charges in that direction.

**hole current** — Conduction in a semiconductor when electrons move into holes, creating new holes. The holes appear to move toward the negative terminal, giving the equivalent of positive charges flowing to the terminal.

**hole density** — In a semiconductor, the density of holes in an otherwise full band.

**hole-electron pair** — A positive charge carrier (hole) and a negative charge carrier (electron) considered together as one entity.

**hole injection** — The production of mobile vacancies in an n-type semiconductor when a voltage is applied to a sharp metal point in contact with the surface of the material.

**hole injector** — A pointed metallic device for injecting holes into an n-type semiconductor.

**hole-in-the-center effect** — Also called hole-in-the-middle effect. The lower volume or absence of sound between the left and right speakers of a stereo system.

**hole mobility** — The ability of a hole to travel easily through a semiconductor.

**hole site** — The area on a computer punch card or paper tape where a hole may or may not be punched. It can be a form of binary storage, in which a hole represents a 1 and the absence of a hole represents a 0.

**hole storage factor** — In a transistor, the excess stored charge (when the transistor is in saturation) per unit excess base current. Excess base current is defined as the amount of current supplied to the base in excess of the current required to just keep the transistor in saturation.

**hole trap** — A semiconductor impurity that can trap holes by releasing electrons into the conduction or valence bands.

**Hollerith** — Pertaining to a particular type of code or punched card utilizing 12 rows per column and usually 80 columns per card.

**Hollerith code** — 1. A code based on the punching of holes in cards at specified locations. From one to three punches may be made in each column of the card and up to 80 columns may be punched in each card. Each column corresponds to one character; the specific character is determined by the number and location of the punches in that column. 2. A 12-level (12 bits per character) code that defines the relation between an alphanumeric character and the punched holes in an 80-column data card.

**hollow-cathode tube** — A gas discharge tube with a hollow cathode closed at one end. Almost all the radiation is from the cathode glow within the hollow cathode.

**hollow core** — A plain ferrite core having a center hole for mounting purposes.

**hologram** — 1. A photograph, made with laser light, that appears to have three dimensions. 2. A recording of the two-dimensional intensity distribution of the interference pattern produced by the interaction of two or more monochromatic waves that have phases derived from the same source. One of the waves is reconstructed when a replica of the other wave is diffracted from the hologram. 3. An interference pattern recorded on photographic film or similar media. This pattern is created by directing two beams of coherent light into the film. One, called the reference beam, strikes the film directly. The second, called the object beam, bounces off, or passes through the test specimen, then strikes the film. The interaction of these two beams makes up the interference pattern called a hologram. To "decode" the swirls and dots of the pattern and create a visible

three-dimensional image, a coherent light beam is directed onto the hologram.

**holographic cinematography** — A technique used to create a succession of interrelated holographic images that give an appearance of motion when projected in sequence. A flashing laser is used in both the recording and projecting of the images.

**holographic display** — A three-dimensional display created by using lasers.

**holographic lenses** — Photographic recordings of interference patterns between a plane wave and a spherical wave on a high-resolution photographic emulsion.

**holographic memory** — The storage of data as bits in memory by holographic processes. A laser beam is divided into reference and object beams, and bit information is stored as a hologram.

**holographic nondestructive testing** — Abbreviated HNDT. The application of coherent wavefront techniques to the determination of the physical state of a system without appreciably altering that state.

**holography** — 1. The optical recording of an object wave formed by the resulting interference pattern of two mutually coherent component light beams. A coherent beam is first split into two component beams, one of which irradiates the object, the second of which irradiates a recording medium. The diffraction or scattering of the first wave by the object forms the object wave that proceeds to and interferes with the second coherent beam, or reference wave, at the medium. The resulting pattern is a three-dimensional record (hologram) of the object wave. 2. The recording of an object wave (usually optical) in such a way that an identical wave can subsequently be reconstructed. Whereas a conventional photograph records only the intensity of the light incident on it, a hologram records both the amplitude and phase. The additional phase information is contained in an interference pattern that is formed from the object wave and a reference wave. 3. The science and technique of producing holograms.

**holtite contact system** — A pluggable solderless means of connecting DIP, SIP, and discrete-component packages to printed circuit boards with none of the socket material showing above the board surface.

**Home Box Office** — *See* HBO.

**home loop** — An operation involving only those input and output units associated with the hole terminal.

**home-on-jam** — A radar feature that permits angular tracking of a jamming source.

**home page** — 1. An HTML document associated with an individual or organization. It contains text, pictures, sounds, and links to other sites that appear (generally in blue) as underlined words or phrases. Clicking on these underlined words opens a network connection to other HTML documents, which can be anywhere on the Internet, or spawns an application on the host computer. 2. An HTML page that is the primary or index document representing an entity such as a company or individual. It is usually the first page received from a web server and, as such, serves as an introduction to the entity or content being served. 3. The first screen of a collection of web sites particular to one person or business.

**hometaxial-base transistor** — A transistor manufactured by a single-diffusion process so that both the emitter and collector junctions are formed in a uniformly doped silicon slice. The homogeneously doped base region that results is free from accelerating fields in the axial (collector-to-emitter) direction; such fields could cause undesirable high flow and destroy the transistor.

**homing** — 1. Approaching a desired point by maintaining some indicated navigational parameter constant (other than altitude). 2. In missile guidance, the use of radiation from a target to establish a collision course.

**homing adapter** — A device used with an aircraft radio receiver to produce aural and/or visual signals that indicate the direction of a transmitting radio station.

**homing antenna** — A type of directional-antenna array used for pinpointing a target.

**homing beacon** — A radio transmitter that emits a distinctive signal for determining bearing, course, or location.

**homing device** — 1. An automatic device that moves or rotates in the correct direction without first having to go to the end of its travel in the opposite direction. 2. A radio device that guides an aircraft to an airport or transmitter site.

**homing guidance** — A missile-guidance system in which the missile steers itself toward a target by means of a self-contained mechanism (infrared detectors, radar, etc.). It is activated by some distinguishing characteristic of the target. Homing guidance may be active, semi-active, or passive.

**homing guidance system** — A system of sensors and related instrumentation that allows a navigable object (usually a missile) to locate its destination by some distinguishing characteristics of that target, and then calculate and alter its course so that the destination is reached.

**homing relay** — A stepping relay that returns to a specified starting position prior to each operating cycle.

**homing station** — A radionavigational aid incorporating direction-finding facilities.

**homodyne reception** — Also called zero-beat reception. 1. A form of reception in which the receiver generates a signal at the original carrier frequency and combines it with the incoming signal. 2. A system of reception using a locally generated voltage at the carrier frequency.

**homogeneity** — The state or condition of being similar in nature, kind, or degree.

**homogeneous** — Of the same nature (the opposite of heterogeneous). That property of a substance that determines that all components of volume are the same relative to composition and other properties.

**homogeneous crystal** — Crystalline material having a uniform composition. In the context of impurity semiconductor materials, a homogeneous crystal is one having a uniform doping concentration.

**homogeneous multiprocessor** — A multiprocessor in which all processors of significance are functionally identical.

**homologous field** — A field in which the lines of force in a given plane all pass through one point (e.g., the electric field between two coaxial charged cylinders).

**homopolar** — Electrically symmetrical, i.e., having equally distributed charges.

**homopolar generator** — A dc generator in which all the poles presented to the armature are of the same polarity, so that the armature conductor always cuts the magnetic lines of force in the same direction. A pure direct current can thus be produced without commutation.

**homopolar magnet** — A magnet with concentric pole pieces.

**homosphere** — That part of the atmosphere which is made up mostly of atoms and molecules found near the earth's surface and which retains the same relative proportions of oxygen, nitrogen, and other gases throughout.

**homotaxial** — A term coined by RCA from *homogeneous* and *axial* to describe a single-diffused transistor with a base region of homogeneous resistivity silicon on the axial (emitter-to-collector) direction.

**iction** — Estimation of the inter-
ticular item of equipment with
:tromagnetic environment.
**:tion unit** — Abbreviated IFRU.
trap capable of being adjusted to
hin the IF passband of a receiver
ainder of the passband curve to
ed to reject an interference signal
rm of antijamming.
**:e suppression** — Techniques
urce of radiation to reduce its
gnals.
**rum** — The frequency distribu-
nterference in the propagation
eceiver.
ı apparatus that shows interfer-
e wave trains coming from the
ilso compares wavelengths with
of reflectors or other parts.
**ing** — A homing guidance sys-
ı of the target is determined by
he echo signal as received at

**m** — A method of determining
ough use of an interferometer
ses at the output terminals of
common signal from a distant

**sion** — A localized attack at
ie to the presence of impurities
n exposure to corrosive catal-
become anodic and the grains

computer, a magnetically
a tape to identify the contents.
**n ground** — The ground
irrent-carrying conductors of

nputer, to assign successive
physically separated storage
um. This serves to reduce
different interrogation modes

-Also called line interlace.
hereby the odd- and even-
re transmitted consecutively
are superimposed to create
ture, at the receiver. The
ent number of pictures and
nning process in which the
er of successively scanned

*nning.*

lines is two or more times the nominal line width, and in which the adjacent lines belong to different fields.

**interlace factor** — A measure of the degree of interlace of normally interlaced fields.

**interlace operation** — A type of computer operation in which data can be read out of or copied into the memory without causing interference to the other activities of the computer. *See also* interrupt; time sharing, 1.

**interlacing** — A method of scanning used in television, in which each picture is divided into two or more complete sets of interlacing lines to reduce flicker.

**interlayer connection** — An electrical connection between conductive patterns in different layers of multilayer printed board. *See* through connection.

**interleave** — 1. In a computer, to insert segments of one program into another program so that the two programs can be executed essentially simultaneously. 2. *See* interlace.

**interleaving** — 1. Placing between. For example, in the transmission of a composite color signal, the bands of energy of the chrominance signal are interleaved with, or placed between, those of the luminance signal. 2. Assigning successive memory locations to different physical memory modules.

**interlock** — A device actuated by the operation of some other device with which it is directly associated, to govern succeeding operations of the same or allied devices. Interlocks may be either electrical or mechanical.

**interlock circuit** — A circuit in which a given action cannot occur until after one or more other actions have taken place. The interlocking action is generally obtained through the use of relays.

**interlocking** — The forcing of a voltage of one frequency to be in step with a voltage of another frequency.

**interlock relay** — 1. A relay in which one armature cannot move or its coil be energized unless the other armature is in a certain position. 2. A relay with two sets of coils and respective armatures and contacts, so arranged that movement of one armature or energizing of its coil is dependent on the position of the other armature.

**interlock switch** — A safety switch that deenergizes a high-voltage supply when a door or other access cover is opened.

**intermediate code** — Machine input in a form between source and machine code; for example, pseudocode.

**intermediate current** — The range of current (milliamperes) at which formulation of carbonaceous material may significantly affect contact resistance.

**intermediate fluxes** — Fluxes consisting of mild organic acids and certain of their derivatives, such as the hydrohalides. As a class, they are weaker than the inorganic salt types.

**intermediate frequency** — Abbreviated IF. 1. A frequency to which a signal wave is shifted locally as an intermediate step in transmission or reception. 2. The fixed frequency resulting from heterodyning (i.e., beating or modulating to develop the sum or difference frequency signal) the incoming signal with a signal from the local oscillator. The IF used in FM tuners is commonly 10.7 MHz, and in AM tuners is 455 kHz. The IF signal is amplified in the IF channel, and it is here where most of the selectivity is introduced by tuned bandpass transformers and/or crystal or ceramic filters. 3. In superheterodyne receiving systems, the frequency to which all selected signals are converted for additional amplification, filtering, and eventual detection.

**intermediate-frequency amplifier** — 1. An amplifier tuned to a fixed frequency, or capable of single-control tuning over a range of frequencies, for the purpose of selecting one of the frequency components generated in a mixer circuit. 2. The central stages of a superheterodyne radio receiver that amplify the signals after they have been converted to a fixed intermediate frequency by a mixer (frequency converter).

**intermediate-frequency harmonic interference** — Interference caused in superheterodyne receivers by the radio-frequency circuit accepting harmonics of the intermediate-frequency signal.

**intermediate-frequency interference ratio** — *See* intermediate-frequency response ratio.

**intermediate-frequency jamming** — A form of jamming in which two cw signals are transmitted at frequencies separated by an amount equal to the center frequency of the IF amplifier in the radar receiver.

**intermediate-frequency response ratio** — Also called intermediate-frequency interference ratio. In a heterodyne receiver, the ratio of intermediate-frequency signal input at the antenna to the desired signal input for identical outputs.

**intermediate-frequency strip** — Also called IF strip. A subassembly containing the intermediate-frequency stages in a receiver.

**intermediate-frequency transformer** — Also called IF transformer. A transformer designed for use in the intermediate-frequency amplifier of a superheterodyne receiver.

**intermediate-frequency transformer-lead color code** — Transformer leads in many radio receivers are identified by the following standard EIA colors:

Blue: Plate    Green: Grid or diode
Red: B +    Black: Grid return
Green-black: Second diode (full-wave transformers only)

*Intermediate-frequency amplifier.*

*Latch-in relay.*

**latch mode** — A mode of operation for a storage circuit in which all encoder contact closures, even momentary ones, are latched "on."

**latch-up** — 1. A condition in which the collector voltage in a given circuit does not return to the supply voltage when a transistor is switched from saturation to cutoff. Instead, the collector finds a stable operating point in the avalanche region of the collector characteristics. 2. An unintended stable circuit mode that will not revert to a previous intended circuit mode after removal of a stimulus such as a spurious signal or radiation. The effect is usually caused by parasitic circuit elements. 3. The characteristic of some op amps to remain in positive or negative saturation after their maximum differential input voltage is exceeded. 4. The switching of an electronic circuit to an unintended mode by improper voltage application. 5. An undesirable phenomenon in which either a pnpn or an npnp thyristor-type parasitic structure suddenly turns to an on state, thereby bypassing or shorting out portions of an IC.

**latch voltage** — The effective input voltage at which a flip-flop changes states.

**late contacts** — In a relay, contacts that open or close after other contacts when the relay operates.

**latency** — 1. In a serial storage computer system, the time necessary for the desired storage location to appear under the drum heads. 2. In computers, the time required to establish communication with a specific storage location, not including transfer time, i.e., access time less word time. 3. A state of seeming inactivity, such as that occurring between the instant of stimulation and the beginning of response. 4. A delay encountered in a computer when waiting for a specific response. Latency is caused by propagation delays and the queuing of disks or tapes when randomly addressed.

**latency time** — The time required to shift to any given bit (word) in a serial memory, such as in CCDs and bubble memories.

**latent image** — A stored image (e.g., the one contained in the charged mosaic capacitance in an iconoscope).

**lateral chromatic aberration** — Aberration that affects the sharpness of images off the axis. This occurs because different colors produce different magnifications.

**lateral compliance** — The force required to move the reproducing stylus from side to side as it follows the modulation on a laterally recorded record.

**lateral-correction magnet** — In a three-gun picture tube, an auxiliary component used for positioning the blue beam horizontally so that beam convergence will be obtained. It operates on the principle of magnetic convergence and is used in conjunction with a set of pole pieces mounted on the focus element of the blue gun.

**lateral forced-air cooling** — A method of heat transfer that employs a blower to produce side to side circulation of air through or across the heat dissipators.

**lateral loss** — A power loss, expressed in decibels, due to the deviation from optimum coaxial alignment of the ends of separable optical conductors.

**lateral recording** — A mechanical recording in which the groove modulation is perpendicular to the direction of motion of the recording medium and parallel to its surface.

**latex** — Rubber material used for insulation of wire.

**lattice** — 1. In navigation, a pattern of identifiable intersection lines placed in fixed positions with respect to the transmitters that establish them. 2. The geometrical arrangement of atoms in a crystalline material.

**lattice network** — A network composed of four branches connected in series to form a mesh. Two nonadjacent junction points serve as input terminals, and the remaining two as output terminals.

**lattice structure** — In a crystal, a stable arrangement of atoms and their electron-pair bonds.

**lattice-wound coil** — *See* honeycomb coil.

**launch angle** — In an optical fiber or fiber bundle, the angle between the input radiation vector, i.e., the input light chief ray, and the axis of the fiber radiation vector, i.e., the axis of the fiber or fiber bundle. If the ends of the fibers are perpendicular to the axis of the fibers, the launch angle is equal to the angle of incidence when the ray is external and the angle of refraction when initially inside the fiber.

**launch complex** — The entire launch, control, and support system required for launching rockets.

**launching** — The transferring of energy from a coaxial cable or shielded paired cable in a waveguide.

**lavalier microphone** — A microphone with acoustical and vibration-isolation properties suiting it to use for speech pickup from a position on the speaker's chest. Lavalier mikes are fitted with a band or strap for hanging around the neck, and are frequently used when it is important that the mike not be conspicuously visible (as to a TV audience). The use of this mike frees the speaker's hands and allows a certain amount of freedom to move about.

**lawn mower** — 1. In facsimile, a term often used when referring to a helix-type recorder mechanism. 2. A type of rf preamplifier used with a radar receiver.

**law of electric charges** — Like charges repel; unlike charges attract. *See also* Coulomb's law.

**law of electromagnetic induction** — *See* Faraday's laws, 3.

**law of electromagnetic systems** — Every electromagnetic system tends to change its configuration so that the flux of magnetic induction will be a maximum.

**law of electrostatic attraction** — *See* Coulomb's law.

**law of magnetism** — Like poles repel; unlike poles attract.

**law of normal distribution** — The Gaussian law of the frequency distribution of any normal, repetitive function. It describes the probability of the occurrence of deviants from the average.

**law of reflection** — The angle of reflection is equal to the angle of incidence — i.e., the incident, reflected, and normal rays all lie in the same plane.

**laws of electric networks** — *See* Kirchhoff's laws, 1 and 2.

**lay** — 1. Pertaining to wire and cable, the axial distance required for one cable conductor or conductor strand

to complete one revolution about the axis around which it is cabled. 2. The distance between successive points where the same strand (or insulated conductor) when twisted with one or more strands (or insulated conductors) presents itself in the same position. 3. The length measured along the axis of a wire or cable required for a single strand (in stranded wire) or conductor (in cable) to make one complete turn about the axis of the conductor or cable.

**layer** — 1. The consecutive turns of a coil lying in a single plane. 2. One of several films in a multiple-film structure on a substrate.

**layer-to-layer adhesion** — The tendency for adjacent layers of recording tape in a roll to adhere, particularly after prolonged storage under conditions of high temperature and/or humidity.

**layer-to-layer signal transfer** — The magnetization of a layer of tape in a roll by the field from a nearby recorded layer. The magnitude of the induced signal tends to increase with storage time and temperature, and to decrease after the tape is unwound. These changes are a function of the magnetic instability of the oxide.

**layer-to-layer spacing** — The thickness of dielectric material between adjacent layers of conductive circuitry in a multilayer printed board.

**layer winding** — A coil-winding method in which adjacent turns are placed side by side and touch each other. Additional layers may be wound over the first and are usually separated by sheets of insulation.

**layout** — 1. Diagram indicating the positions of parts on a chassis or panel. 2. The actual positions of the parts themselves. 3. The topological arrangement of conductors

Construction.

Drive electronics.

*LCD.*

Case 3:22-cv-02869-TLT Document 151-7 Filed 11/22/23 Page 24 of 37

and components in the design of integrated circuits. It precedes the artwork. 4. A visual representation of a complete physical entity, usually to scale.

**layout wiring drawing** — A type of circuit diagram, made to show explicitly each wire, its gage, color coding, and terminations.

**lay-up** — The technique of registering and stacking layers of a multilayer board before the laminating cycle.

**L-band** — 1. Microwave band in which the wavelengths are at or near 23.5 cm. 2. A radio-frequency band of 390 to 1550 MHz and corresponding wavelengths of 77 to 19 cm. Used for mobile communications.

**L-carrier system** — A telephone carrier system employed on coaxial-cable systems and microwave line-of-sight and tropospheric-scatter radio systems. It occupies a frequency band extending from 68 kHz to over 8 MHz.

**LCC** — Abbreviation for leadless chip carrier. A surface-mounted package having metallized contacts (terminals) at its periphery. Usually made of ceramic material.

**LCD** — Abbreviation for liquid crystal display. 1. A seven-segment (typically) display device consisting basically of a liquid crystal hermetically sealed between two glass plates. One type of LCD (dynamic scattering) depends on ambient light for its operation, while a second type depends on a backlighting source. The readout is either dark characters on a dull white background or white on a dull black background. LCDs have very low power requirements. 2. A display whose segments or elements consist of transparent electrodes etched on glass separated by a liquid that has some crystalline properties, including orderly molecular alignment. Voltage applied to opposing electrodes alters the alignment in the liquid between them, affecting the passage of light through the region (reflected or transmitted), rendering the segments visible by contrast. 3. An optically passive device, in that it does not generate light to produce contrast, whose operation depends on the ability of the liquid crystal to rotate plane-polarized light relative to a pair of crossed polarizers attached to the outside of the display. Rotation of the plane of polarization is a function of the applied field and decreases with increasing field or voltage.

***LC* product** — Inductance ($L$) in henrys multiplied by capacitance ($C$) in farads. *See* figure on p. 416.

***L/C* ratio** — Inductance in henrys divided by capacitance in farads.

**LCS** — Abbreviation for loudness-contour selector.

**L cut** — A trim notch in a film resistor that is created by the cut starting perpendicular to the resistor length and turning 90° to complete the trim parallel to the resistor axis, thereby creating an L-shaped cut.

**LD** — *See* laser diode.

**LD coupler** — *See* laser diode coupler.

**LDCS** — Abbreviation for long-distance control system. A computer-based communication management system (Datapoint Corporation) that routes long-distance calls over least-cost lines and maintains accounting data on calls.

**L-display** — Also called L-scan. A radar display in which the target indication appears as two horizontal blips, one extending to the right and one to the left from a vertical time base. Azimuth pointing error is indicated by relative blip amplitude, and range is indicated by the position of the signal along the base line.

**leaching** — The process of dissolving and removing impurities and soluble components from plated items, tank materials, and the like.

**lead** — 1. A wire to or from a circuit element. 2. To precede (the opposite of lag). 3. A wire, with or without terminals, that connects two points in a circuit. 4. A conductive path that is usually self-supporting.

**lead-acid cell** — Also called lead cell. A cell in an ordinary storage battery. It consists of electrodes (plates) immersed in an electrolyte of dilute sulfuric acid. The electrodes contain certain lead oxides that change their composition as the cell is charged or discharged.

*Lead-acid cell.*

**lead-acid storage cell** — A storage cell in which both plates are lead-antimony or lead-calcium grids filled with spongy lead for the negative plate and lead peroxide for the positive plate. During discharge, the material in both plates is converted to lead sulfide. The electrolyte is a solution of sulfuric acid with a specific gravity of 1.200. The cell voltage is nominally 2 volts but rises to 2.15 volts on float and drops to 1.85 volts on discharge.

**lead cell** — *See* lead-acid cell.

**lead-covered cable** — A cable with a lead sheath. The sheath offers protection from the weather and mechanical damage to the wires contained therein.

**lead dress** — The placement or routing of wire and component leads in an electrical circuit.

**leader** — 1. Special nonmagnetic tape that can be spliced to either end of a magnetic tape to prevent damage and possible loss of recorded material and to indicate visually where the recorded portion of the tape begins and ends. 2. Tough, nonmagnetic tape spliced ahead of the recorded material on a tape that is expected to receive rough or frequent handling. Usually has one matte-finished surface for writing on, and often available in a variety of colors for coding purposes.

**leader cable** — A navigational aid in which the path to be followed is defined by a magnetic field around a cable.

**leader tape** — Also called timing tape. Plain nonmagnetic tape for splicing to either end of magnetic tape to facilitate threading and preserve recorded material, or for splicing between recorded tapes to separate selections or provide pauses.

**lead frame** — 1. A metal frame that holds the leads of a plastic encapsulated package (DIP) in place before encapsulation and is cut away after encapsulation. 2. The metal part of a solid-state device package that achieves electrical connection between the die and other parts of the system of which the IC is a component. Large-scale integrated circuits are welded onto lead frames in such a way that leads are available to facilitate making connections to and from the various solid-state devices

**leaf insulator**—Leaf-spring-shaped insulator located in a switch stack adjacent to a contact spring or actuator spring to keep that spring from making electrical contact with an adjacent spring or other metallic surface.

**leak**—A condition that causes current to be shunted away from its destination through a low resistance.

**leakage**—1. Undesired flow of electricity over or through an insulator. 2. The portion not utilized most effectively in a magnetic field (e.g., at the end pieces of an electromagnet).

**leakage coefficient**—Ratio of total to useful flux produced in the neutral section of a magnet.

**leakage current**—1. An undesirable small-value stray current that flows through (or across the surface of) an insulator or the dielectric of a capacitor. 2. A current that flows between two or more electrodes in a tube other than across the interelectrode space. 3. Current prior to switching at a specified voltage. 4. Undesirable flow of current through or over a surface of an insulating material or insulator. 5. All currents, including capacitively coupled currents, that may be conveyed between energized parts of a circuit and ground or other parts. 6. The conduction current through a capacitor when a direct voltage is applied.

**leakage flux**—The flux that does not pass through the air gap, or useful part, of the magnetic circuit.

**leakage inductance**—A self-inductance due to the leakage flux generated in the winding of a transformer.

**leakage power**—In tr and pre-tr tubes, the radio-frequency power transmitted through a fired tube.

**leakage radiation**—Spurious radiation in a transmitting system—i.e., radiation from other than the system itself.

**leakage rate**—A laboratory procedure used to determine the amount and duration of resistance of an article to a specific set of destructive forces or conditions.

**leakage reactance**—1. The reactance represented by the difference in value between two mutually coupled inductances when their fields are aiding and then opposing. 2. That portion of the reactance of a transformer primary which is due only to leakage flux.

**leakage resistance**—The normally high resistance of the path over which leakage current flows.

**leakance**—The reciprocal of insulation resistance.

**leaktight**—*See* hermetic.

**leaky**—Usually applied to a capacitor in which the resistance has dropped so far below normal that objectionably high leakage current flows.

**leaky waveguide**—A waveguide with a narrow longitudinal slot, permitting a continuous energy leak.

**leaky waveguide antenna**—An antenna constructed from a long waveguide with radiating elements along its length. It has a very sharp pattern.

**leapfrogging**—The process of phasing, or delaying, the ranging pulse of a tracking radar in order to move or shift (on the scope presentation) the tracking gate (at target blip) past the target blip from another radar.

**leapfrog test**—A computer check routine using a program that calls for performing a series of arithmetical or logical operations on one section of memory locations, transferring to another section, checking correctness of transfer, and repeating the series of operations. Eventually, all storage positions are checked by this process.

**learning curve**—The improvement that occurs in manufacturing processes with experience.

**leased line**—Also called dedicated or private line. A semipermanent leased telephone circuit that connects two or more points and is continuously available to the subscriber. *See also* dedicated line.

**least maximum deviation**—A manner of expressing nonlinearity as a deviation from a straight line for which the deviations for proportional or normal linearity are minimized.

**least mechanical equivalent of light**—The radiant power that is contained in 1 lumen at the wavelength of maximum visibility. It is equal to 1.46 milliwatts at a wavelength of 555 nanometers.

**least significant bit**—Abbreviated LSB. 1. In a system in which a numerical magnitude is represented by a series of binary (i.e., two-valued) digits, that digit (or bit) that carries the smallest value or weight; usually the rightmost bit. 2. The lowest-order bit or the bit with the least weight. Binary digit having a weight of $2^0$, or 1. 3. Smallest value that can be digitized; lowest-order digital output.

**least significant digit**—Abbreviated LSD. 1. The digit that has the lowest place value in a number; usually the rightmost digit. 2. Number at the extreme right of a group of numbers. Example: 6937. Digit 7 is the LSD.

**least voltage coincidence detection**—Abbreviated LVCD. A system that provides protection against interfering signals by blocking all signals except those having a pulse-repetition frequency the same as or some exact multiple of the radar-set pulse-repetition frequency.

**Lecher line**—*See* Lecher wire.

**Lecher oscillator**—A device for producing standing waves on two parallel wires called Lecher wires.

*Lecher oscillator.*

**Lecher wire**—1. A type of transmission line used to measure wavelength, consisting of a pair of wires whose electrical length is adjustable. If a source of radio frequency is coupled to one end of the line and the line is adjusted until a set of standing waves is formed, the wavelength may be determined by measurement of the distance between adjacent nodes. 2. Two parallel wires with a movable shunt that are connected to the output of a radio-frequency source and are used mainly to measure wavelengths shorter than about 10 meters.

**Leclanche cell**—1. Type of dry cell comprising a positive carbon pole contained in a porous vessel filled with manganese dioxide, the whole assembly standing in a container of an ammonium chloride solution that also contains the negative zinc pole. The electromotive force generated by a cell of this type is approximately 1.5 volts. 2. An ordinary dry cell. It is a primary cell with a positive electrode of carbon and a negative electrode of zinc in an electrolyte of sal ammoniac and a depolarizer of manganese dioxide.

**LED**—Abbreviation for light-emitting diode. 1. A pn junction semiconductor device specifically designed to

emit light when forward biased. This light can be one of several visible colors — red, amber yellow, or green — or it may be infrared and thus invisible. Electrically, a LED is similar to a conventional diode in that it has a relatively low forward voltage threshold. Once this threshold is exceeded, the junction has a low impedance and conducts current readily. This current must be limited by an external circuit, usually a resistor. The amount of light emitted by a LED is proportional to the forward current over a broad range, thus it is easily controlled, either linearly or by pulsing. The LED is extremely fast in its light output response after the application of forward current. Typically, the rise and fall times are measured in nanoseconds. LEDs are constructed in either a multisegment (typically seven segments) display format or a dot-matrix display format. Red is used most often because of its lower cost. 2. A diode that operates similar to a laser diode, with the same output power level, the same output limiting modulation rate, and the same operational current densities, i.e., thousands of amperes per square centimeter, which causes catastrophic and graceful degradation, but with greater simplicity, tolerance, and ruggedness and about ten times the spectral width of its radiation.

Layering.

Construction.

Symbol.

*LED.*

**ledger balance** — A facility used with message switching equipment to ensure that no messages are lost within the center. It involves comparing the number of addresses received with the number of addresses transmitted.

**left-handed polarized wave** — Also called counterclockwise-polarized wave. An elliptically polarized transverse electromagnetic wave in which the electric intensity vector rotates counterclockwise (looking in the direction of propagation).

**left-hand rule** — *See* Fleming's rule, 1.

**left-hand taper** — The greater resistance in the counterclockwise half of the operating range of a rheostat or potentiometer than in the clockwise half (looking from the shaft end).

**left (or right) signal** — The electrical output of a microphone or combination of microphones placed so as to convey the intensity, time, and location of sound originating predominantly to the listener's left (or right) of the center of the performing area.

**left (or right) stereophonic channel** — The left (or right) signal as electrically reproduced in the reception of FM stereophonic broadcasts.

**leg** — A section or branch of a component or system (e.g., one of the windings of a transformer).

**legend** — A table of symbols or other data placed on a map, chart, or diagram to assist the reader in interpreting it.

**Lenard rays** — Cathode rays that emerge from a special vacuum tube through a thin glass window or metallic foil.

**Lenard tube** — An electron tube in which the beam can be taken through a section of the wall of the evacuated enclosure.

**length of a scanning line** — 1. The length of the path traced by the scanning or recording spot as it moves from line to line. 2. On drum-type equipment, the circumference of the drum. 3. The spot speed divided by the scanning-line frequency.

**lens** — 1. An optical device that focuses light by refraction. 2. An electrical device that focuses microwaves by refraction or diffraction. 3. An acoustic device that concentrates sound waves by refraction. 4. An electronic optical device that focuses electrons. 5. A transparent optical component consisting of one or more pieces of optical glass with surfaces so curved (usually spherical) that they serve to converge or diverge the transmitted rays of an object, thus forming a real or virtual image of that object.

**lens antenna** — A microwave antenna with a dielectric lens placed in front of the dipole or horn radiator so that the radiated energy is concentrated into a narrow beam.

**lens disc** — A television scanning disc having a number of openings arranged in a spiral, with a lens set into each opening.

**lens speed** — Refers to the ability of a lens to transmit light, represented as the ratio of the focal length to the diameter of the lens. A fast lens would be rated f/1.2; a much slower lens might be designated as f/8. The larger the f-number, the slower the lens.

**lens turret** — On a camera, an arrangement that accommodates several lenses and can be rotated to facilitate their rapid interchange.

**Lenz's law** — The current induced in a circuit due to a change in the magnetic flux through it or to its motion in a magnetic field is so directed as to oppose the change in flux or to exert a mechanical force opposing the motion. If a constant current flows in a primary circuit A and if, by motion of A or the secondary circuit B, a current is induced in B, the direction of the induced current will be such that, by its electromagnetic action on A, it tends to oppose the relative motion of the circuits.

**LEO** — Abbreviation for low earth orbit. Any orbit around the earth substantially below the geostationary satellite orbit, generally within several hundred kilometers above the earth's surface and usually inclined to the equatorial plane.

**Lepel discharge** in early radiotelegra excitation.

**letter quality** — F writer.

**letter-quality pri** a typewriter, by pressi ribbon onto paper.

**letters shift** — In t following which all ch the group containing le

**let-through curr** passes through a circui ditions.

**level** — 1. The magn an arbitrary reference in the same units as th volts, ohms, etc.). How that express the ratio to 2. A voltage that remai time. 3. In describing co 4. The intensity of an el

**level above thre** level. The pressure leve its threshold of audibility

**level compensator** that minimizes the effec received signal. 2. A de the gain in telegraph-rece

**level indicator** — A level of the audio signal, optimum amount of sign

**level shifting** — The ential signal input to a operational amplifier.

**level translator** — A signals at one pair of vol signals at a different pair a circuit to translate the − of ECL to the −0.8-V "ze for COS/MOS.

**level-triggered flip-fl** to the voltage level rather input signal.

**lever switch** — Com lever or lever key. 1. A ha opening and closing a c lever (toggle), whose move indirectly in the connection terminations in a specified

**Lewis antenna** — A consisting of a lensed flat rectangular opening across be moved to scan the be the incorporation of a 45° rectangular end is formed i which the feed can be rotate region that results has a coni as base.

**Leyden jar** — The origi metal foil sheets on the insi The foil serves as the plates a

**LF** — Abbreviation for lo and 300 kHz).

**LFM** — A VHF fan-type (5 watts) and has a range of

**librarian** — A system pro creating, editing, and deleting

**library** — 1. A collection, tape, of computer programs o poses. 2. A group of standar

**off-period** — That portion of an operating cycle during which an electron tube or semiconductor is nonconducting.

**offset** — 1. The measure of unbalance between halves of a symmetrical circuit. Generally caused by differences in transistor betas or in values of biasing resistors. 2. The change in input voltage necessary to cause the output voltage in a linear amplifier circuit to be zero. 3. In digital circuits, the dc voltage on which a signal is impressed. 4. The difference between the desired value or condition and the value or condition actually attained. 5. The voltage that must be applied between the inverting and noninverting inputs of an operational amplifier to cause the output voltage to go to zero. 6. A number that a computer adds to a base address to get a new effective address. 7. In a Hall-effect element, the output voltage at 0 gausses. 8. The difference between an amateur radio repeater's input and output frequencies. The offset on 2 meters is generally 600 kHz.

**offset angle** — In lateral-disc reproduction, the smaller of the two angles between the projections, into the plane of the disc, of the vibration axis of the pickup stylus and the line connecting the vertical pivot (assuming a horizontal disc) of the pickup arm with the stylus point.

**offset binary** — A natural binary code except that it is offset (usually $1/2$ scale) in order to represent negative and positive values. Maximum negative scale is represented to be all 0s while maximum positive scale is represented as all 1s. Zero scale (actually center scale) is then represented as a leading 1 and all remaining 0s.

**offset current** — 1. The difference in current into the two inputs of an operational amplifier required to bring the output voltage to zero. 2. The difference between the two bias currents drawn by the inputs of a differential input stage of an electronic meter.

**offset error** — 1. The error by which the transfer function fails to pass through the origin, referred to the analog axis. This is adjustable to zero in available analog-to-digital converters. 2. The analog value by which the transfer function of a D/A or A/D converter fails to pass through zero; it is generally specified in millivolts or in percent of full scale.

**offset nulling** — The adjustment of an external resistor in an operational amplifier circuit so that the output voltage is made zero when both input potentials are zero.

**offset stacker** — In a computer, a card stacker having the ability to stack cards selectively under machine control so that they protrude from the balance of the stack, thus giving physical identification.

**offset voltage** — 1. The difference in voltage at the two inputs of an operational amplifier required to bring the output voltage to zero. 2. The deviation from zero output voltage of an amplifier having zero input voltage.

**off-state** — The condition of a thyristor corresponding to the portion of the principal characteristic between the origin and the breakover point or points.

**off-state current** — The principal current when a thyristor is in the off state.

**off-state voltage** — The principal voltage when a thyristor is in the off state.

**off-target jamming** — Employment of a jammer away from the main units of the force. This is done to prevent the enemy from monitoring the jamming signals and using them to pinpoint the location of the force.

**off-the-line supply** — A supply in which raw dc is obtained by rectifying the line voltage directly without using an isolation transformer. Most switchers are off-the-line units.

**OGO** — Abbreviation for Orbiting Geophysical Observatory.

**ohm** — Symbolized by the Greek letter *omega* (Ω). 1. The unit of resistance. It is defined as the resistance, at 0°C, of a uniform column of mercury 106.300 cm long and weighing 14.451 grams. 2. The electrical resistance between two points of a conductor when a constant difference of potential of 1 volt, applied between these points, produces in this conductor a current of 1 ampere, the conductor not being the source of any electromotive force.

**ohmic contact** — 1. Between two materials, a contact across which the potential difference is proportionate to the current passing through it. 2. A contact between two materials across which the voltage drop is the same regardless of the direction of current. 3. An electrical connection that passes current linearly in both directions. 4. In the context of semiconductor device design, a contact to a semiconductor crystal expressly designed so that it does not possess any of the unilateral properties of a normal metal semiconductor or p-type/n-type semiconductor junction. Usually all exterior electrode connections to a device chip are made by means of ohmic contacts.

**ohmic heating** — The energy imparted to charged particles as they respond to an electric field and make collisions with other particles. The name was chosen due to the similarity of this effect to the heat generated in an ohmic resistance due to the collisions of the charge carriers in their medium.

**ohmic resistance** — Resistance to direct current.

**ohmic value** — The resistance in ohms.

**ohmmeter** — A direct-reading instrument for measuring electric resistance. Its scale is usually graduated in ohms, megohms, or both. If the scale is graduated in megohms, the instrument is called a megohmmeter; if the scale is calibrated in kilohms, the instrument is a kilohmmeter.)

**ohmmeter zero adjustment** — In an ohmmeter, a potentiometer or other means of compensating for the drop in battery voltage with age. Usually a knob is rotated until the meter pointer is at zero on the particular scale being used.

**Ohm's law** — The voltage across an element of a dc circuit is equal to the current in amperes through the element, multiplied by the resistance of the element in ohms. Expressed mathematically as $E = IR$. The other two equations obtained by transposition are $I = E/R$ and $R = E/I$.

*Ohm's law.*

**ohms per square** — Also shown as ohms/square. 1. A unit of measurement of resistance by topological shape. A resistor topology can be considered to consist of continuous squares. The value of a resistor is equal to the number of squares times the ohms per square. 2. A unit of measure for thin- and thick-film resistors. The value of a film resistor depends on the sheet resistivity (ohms per square) and the aspect ratio (length to width). Resistors of different sizes but equal aspect ratios will have the same value. 3. The unit of sheet resistance or, more properly, of sheet resistivity.

**ohms per square per mil** — The unit of sheet resistivity. *See* sheet resistivity.

**ohms per volt** — A sensitivity rating for voltage-measuring instruments (the higher the rating, the more sensitive the meter). On any particular range, it is obtained by dividing the input resistance of the instrument (in ohms) by the full-scale voltage value of that range.

**oil circuit breaker** — A circuit breaker in which the interruption occurs in oil to suppress the arc and prevent damage to the contacts.

**oiled paper** — Paper that has been treated with oil or varnish to improve its insulating qualities.

**oil-filled cable** — Paper-insulated, lead sheathed cable into which high-grade mineral oil is forced under pressure, saturating the insulation. Main object is to prevent moisture and gases from entering. Also, it is easier to detect flaws due to leakage, as the oil is kept under constant pressure at all times.

**oil fuse cutout** — An enclosed fuse cutout in which all or part of the fuse support is mounted in oil.

**oil-immersed forced-oil-cooled transformer (class FOA or FOW)** — A transformer having its core and coils immersed in oil and cooled by the forced circulation of its oil through an external heat exchanger. If the heat exchanger utilizes forced circulation of air, the transformer is class FOA; if it utilizes forced circulation of water, the transformer is class FOW.

**oil-immersed self-cooled/forced-air-cooled transformer (class OA/FA)** — A transformer having its core and coils immersed in oil and having a self-cooled rating with cooling obtained by the natural circulation of air over the cooling surface (class OA) and a forced-air-cooled rating with cooling obtained by the forced circulation of air over this same cooling surface (class FA).

**oil-immersed self-cooled transformer (class OA)** — A transformer having its core and coils immersed in oil, the cooling being effected by the natural circulation of air over the cooling surface. (Smooth tank surfaces are generally sufficient to cool small transformers, but for about 25 kVA and larger, a supplementary heat-dissipating surface is provided in the form of external fins, tubes, or tubular radiators.)

**oil-immersed transformer** — A transformer whose core and coils are immersed in oil.

**oil-immersed water-cooled transformer (class OW)** — A transformer having its core and coils immersed in oil, the cooling being effected by the natural circulation of oil over the water-cooled surface. The water-cooled surface is provided by water flowing through copper cooling coils immersed in the oil and located inside the main transformer tank, through which the oil flows by thermosiphon action.

**oil switch** — A switch in which the interruption of the circuit occurs in oil to suppress the arc and prevent damage to the contacts.

**Omega** — A long-range hyperbolic navigation system that transmits interrupted cw signals from which phase differences are extracted. Transmissions occur from two or more locations on a single carrier frequency utilizing time-sharing techniques.

**omnibearing** — The bearing indicated by a navigational receiver on transmissions from an omnirange.

**omnibearing converter** — An electromechanical device that combines an omnirange signal with aircraft heading information to furnish electrical signals for operating the pointer of a radio magnetic indicator. *See also* omnibearing indicator.

**omnibearing indicator** — An omnibearing converter to which a dial and pointer have been added.

**omnibearing line** — One of an infinite number of straight, imaginary lines radiating from the geographical location of a VHF omnirange.

**omnibearing selector** — Instrument capable of being set manually to any desired omnibearing or its reciprocal in order to control a course-line deviation indicator.

**omniconstant** — A calculator that can add consecutively in any steps of any predetermined size, raising the power of any number in consecutive steps.

**omnidirectional** — Also called nondirectional. 1. All-directional; not favoring any one direction. Having no particular direction of maximum emission or sensitivity. An omnidirectional speaker is one that theoretically radiates equally in all directions. 2. Responding equally to sounds arriving from any direction. 3. Emitting sound equally in all directions. Frequently applied to speakers that are only "omni" in the forward or upward hemisphere.

**omnidirectional antenna** — Also called nondirectional antenna. 1. An antenna producing essentially the same field strength in all horizontal directions and a directive vertical radiation pattern. 2. An antenna that radiates or receives equally well in all directions in a horizontal plane.

**omnidirectional hydrophone** — A hydrophone having a response that is essentially independent of the angle of arrival of the incident sound wave.

**omnidirectional microphone** — Also called nondirectional microphone. 1. A microphone that responds to a sound wave from almost any angle of arrival. 2. A microphone that picks up sound relatively evenly from all directions.

**omnidirectional radio range** — Radio aid to air navigation using a transmitter that radiates throughout 360° azimuth, providing aircraft with a direct indication of the bearing of the transmitter.

**omnidirectional range** — Also called omnirange. A radio facility providing bearing information to or from such facilities at all azimuths within its service area.

**omnidirectional range station** — In the aeronautical radionavigational service, a land station that provides a direct indication of the bearing (omnibearing) of that station from an aircraft.

**omnigraph** — An instrument that produces Morse-code messages for instruction purposes. It contains a buzzer circuit that is usually actuated by a perforated tape.

**omnirange** — *See* omnidirectional range.

**OMR** — Abbreviation for optical mark recognition.

**on** — Said of an electronic element that is conducting current.

**on-board** — Located on a circuit board. Most frequently refers to the motherboard of a computer.

**on-call channels** — Similar to allocated channels except that full-time exclusive use of the channel is not warranted.

**on-course curvature** — In navigation, the rate at which the indicated course changes with respect to the distance along the course path.

**on-course signal** — The monotone radio signal that indicates to the pilot that he is neither too far to the right nor to the left of the radio beam being followed.

**on-delay** — A circuit that produces an output signal some definite time after an input signal is applied.

**on-demand system** — A system from which the desired information or service is available at the time of request.

**ondograph** — An instrument for drawing alternating-voltage waveform curves. It employs a capacitor that is momentarily charged to the amplitude at a particular point on the curve and then discharged through a recording galvanometer. This is repeated at intervals of about once every hundred cycles, with the sample taken a little farther along on the waveform each time.

**ondoscope** — A glow-discharge tube used on an insulating rod to indicate the presence of high-frequency radiation near a transmitter. The radiation ionizes the gas in the tube, and the visible glow indicates the presence of radiation.

**one-input terminal** — Called the set terminal. The terminal which, when triggered, will put a flip-flop in the 1 (opposite of starting) condition.

**one-line unit** — In a computer, the input/output device or auxiliary equipment under direct control of the computer.

**one-many function switch** — A function switch in which only one input is excited at a time and each input produces a combination of outputs.

**one output** — *See* one state.

**one-output terminal** — The terminal that produces an output of the correct polarity to trigger a following circuit when a flip-flop circuit is in the 1 condition.

**ones complement** — 1. Having to do with arithmetic that provides a method of negating a binary number so that binary subtraction can be performed with the techniques of addition. The ones complement of a binary number is obtained by complementing all bits in that number. In ones-complement addition, end-around carry must be used. 2. A binary digit that when added to another binary digit yields 1; the inverse binary state of any given bit.

**ones-complement arithmetic** — A binary arithmetic system in which negative numbers are created by inverting individual bits in the binary representation of the positive number.

**one-shot** — 1. A circuit that produces an output signal of fixed duration when an input signal of any duration is applied. 2. *See* monostable. 3. A type of multivibrator that provides an output pulse of a specific length whenever it receives an input pulse. Often used to provide delays or stretch or expand pulses that are the wrong length or shape.

**one-shot multivibrator** — *See* monostable multivibrator.

**one state** — Also called one output. In a magnetic cell, the positive value of the magnetic flux through a specified cross-sectional area, determined from an arbitrarily specified direction. *See also* zero state.

**one-third-octave band** — A frequency band in which the ratio of the extreme frequencies is 1.2599.

**one-to-partial-select ratio** — In a computer, the ratio of a 1 output to a partial-select output.

**one-to-zero ratio** — In a computer, the ratio of a 1 output to the 0 output.

**O-network** — A network composed of four impedance branches connected in series to form a closed circuit. Two adjacent junction points serve as input terminals, and the remaining two as output terminals.

*O-network.*

**one-way communication** — Applied to certain radiocommunication or intercommunications systems in which a message is transmitted from one station to one or more receiving stations that have no transmitting apparatus.

**one-way repeater** — *See* repeater.

**on-hook** — 1. A condition that exists when the telephone handset is on its mounting, thus keeping the hookswitch open. The on-hook condition opens the dc loop, indicating that calls can be accepted. 2. The signal that is sent to the central office (i.e., loop open, no current) as a result of the on-hook condition. 3. The condition that indicates the idle state or open loop of a telephone customer's line. A modem not in use is said to be on-hook.

**online** — 1. Pertaining to a computer that is actively monitoring or controlling a process or operation, or to an operation performed by such a computer. 2. Pertaining to equipment or devices under direct control of the central processing unit. 3. Pertaining to a user's ability to interact with a computer. 4. Describes equipment or devices that are connected to the communications line. 5. A word or data processing operation that is performed on a local system connected to and sharing the facilities of a remote central processor. 6. The condition in which a user, terminal, or other device is actively connected with the facilities of a communications network or computer; opposite of offline. 7. Any equipment or process that sends information directly to a computer for immediate processing and immediate results is said to be online. This is in contrast with storing the information and having the computer process it later. 8. Pertaining to peripheral equipment or devices in direct communication with the central processing unit of a computer. May also be used to describe terminal equipment that is connected to a transmission line. 9. A direct connection between a remote terminal and a central processing site. 10. Refers to equipment or devices in a system that are directly connected to and under the control of the computer. 11. Physically connected to and using a communications medium or remote computer.

**online computers** — Incorporation of calculators or small computers into spectroradiometric systems to control wavelength intervals, wavelength ranges, and detector signals, and to produce computed absolute spectroradiometric values.

**online data reduction** — The processing of information as rapidly as the information is received by the computing system or as rapidly as it is generated by the source.

**online debugging technique** — *See* octal debugging technique.

**online operation** — 1. An operation carried on within the main computer system (e.g., computing and writing results onto a magnetic tape, printed report, or paper tape). 2. Operation in which information concerning a controlled process is fed directly into a computer, and the computer exercises direct control on the basis of this information. Since the computer reacts without appreciable time lag, results are said to be in real time. 3. A type of system application in which the input data to the system

**output axis** — The axis around which the spinning wheel of a gyroscope precesses after the wheel has received an input.

**output block** — 1. In a computer, a portion of the internal storage reserved for holding data that is to be transferred out. 2. A block of computer words treated as a unit and intended to be transferred from internal storage to an external location. 3. A block used as an output buffer.

**output capability** — The intensity of the strongest signal that a device can put out without exceeding certain limits of overload distortion.

**output capacitance** — 1. Of an $n$-terminal electron tube, the short-circuit transfer capacitance between the output terminal and all other terminals, except the input terminal, connected together. 2. The shunt capacitance at the output terminal of a device.

**output capacitive loading** — The maximum capacitance that can be placed on the output of an operational amplifier at unity gain without increasing the phase shift to the point of inducing oscillation. The limiting value increases in direct proportion to the closed-loop gain.

**output capacity** — The number of loads that can be driven by the output of a circuit.

**output device** — 1. The part of a machine that translates the electrical impulses representing data processed by the machine into permanent results such as printed forms, punched cards, and magnetic writing on tape. 2. Any device, such as a solenoid, motor starter, etc., that receives data from a programmable controller. 3. The unit of a computer, such as a card punch, that converts electrical signals into the form used by the output device, such as holes punched into cards.

**output equipment** — Equipment that provides information in visible, audible, or printed form from a computer.

**output gap** — An interaction gap with which usable power can be extracted from an electron stream.

**output impedance** — Also called dynamic output impedance. 1. The impedance measured at the output terminals of a transducer with the load disconnected and all impressed driving forces (including those connected to the input) taken as zero. 2. The impedance presented by a power supply to the load. It is calculated from the ratio of the change in output voltage (at the prescribed terminals) to the change in load current causing the change. The impedance is specified from dc to a stated maximum ac. 3. The impedance a device presents to its load.

**output indicator** — A meter or other device that indicates variations in the signal strength at the output circuits.

**output limit** — The maximum output signal available when an operational amplifier is operated in the saturation region.

**output load current** — The maximum current that the amplifier will deliver to, or accept from, a load. This rating includes the amount, however small, that is caused to flow in the feedback loop.

**output meter** — An alternating-current voltmeter that measures the signal strength at the output of a receiver or amplifier.

**output-meter adapter** — A device that can be slipped over the plate prong of the output tube of a radio receiver to provide a conventional terminal to which an output meter can be connected during alignment.

**output offset voltage** — 1. The difference between the dc voltages at the two output terminals (or at the output terminal and ground in an amplifier that has one output) when both input terminals are grounded. 2. The output voltage of a negative-feedback op-amp circuit when the input voltage to the circuit is zero. An ideal op amp has zero output offset voltage.

**output port** — In a fluidic device, the port at which the output signal appears.

**output power** — 1. The power that a system or component delivers to its load. 2. The maximum amount of power, limited by clipping or a specified value of distortion, that an amplifier is capable of delivering to a load of given value.

**output resistance** — The small-signal ac resistance of an operational amplifier seen looking into the output with no feedback applied and the output dc voltage near zero.

**output saturation voltage** — The lowest voltage level to which the collector of the output transistor can be reduced without degrading circuit performance.

**output stage** — The final stage in any electronic equipment. In a radio receiver, it feeds the speaker directly or through an output transformer. In an audio-frequency amplifier, it feeds one or more speakers, the cutting or recording head of a sound recorder, a transmission line, or any other load. In a transmitter, it feeds the antenna.

**output transformer** — A transformer used to couple the output stage of an amplifier to a load.

**output tube** — A power-amplifier tube designed for use in an output stage.

**output unit** — 1. A computer unit that transfers data from the computer to an external device or from internal storage to external storage. 2. A device capable of recording data coming from the internal storage unit of a computer, e.g., card punch, line printer, CRT display, magnetic disk, or teletypewriter.

**output voltage** — The maximum output voltage that an amplifier will develop in the linear operating region (i.e., before the onset of saturation).

**output voltage swing** — The peak output voltage swing of an operational amplifier referred to zero that can be obtained without clipping.

**output winding** — The winding of a saturatable reactor, other than a feedback winding, through which power is delivered to the load.

**outside lead** — *See* finish lead.

**outward WATS** — Outward wide-area telephone service that permits a customer, for a monthly charge, to place outgoing station-to-station paid calls to telephones within prescribed service areas.

**oven** — An enclosure and associated sensors and heaters for maintaining components at a controlled temperature.

**overall bandwidth** — The width of a receiver resonance curve which represents the ratio of signal strength required at various frequencies of resonance to the signal strength at resonance in order to give constant output.

**overall electrical efficiency (induction- and dielectric-heating usage)** — Ratio of the power absorbed by the load material to the total power drawn from the supply lines.

**overall loudness level** — A measure of the response of human hearing to the strength of a sound. It is scaled in phons and is an overall single evaluation calculated for the levels of sound pressure of several individual bands.

**overall thermoelectric generator efficiency** — The ratio of electrical power output to thermal power input to the thermoelectric generator.

**overall ultrasonic system efficiency** — The acoustical power output at the point of application, divided by the electrical power input into the generator.

**overbiasing** — A setup procedure whereby the bias current of a tape recorder is adjusted to slightly beyond the point that produces maximum or peak output from the tape. Overbiasing reduces differences due to imperfect uniformity from one tape to another, at the cost of some high-frequency response.

**overbunching** — The condition in which the buncher voltage of a velocity-modulation tube is higher than required for optimum bunching of the electrons.

**overcharging** — Continued charging of a battery after it has reached a charged condition. This action damages the battery and shortens its life.

**overcoat** — A thin film of insulating material, either plastic or inorganic (e.g., glass or silicon nitride), applied over integral circuit elements for the purposes of mechanical protection and prevention of contamination.

**overcompounding** — In a compound-wound generator, use of sufficient series turns to raise the voltage as the load increases, in order to compensate for the increased line drop. In a motor, overcompounding makes it run faster as the load increases.

**overcoupled circuit** — A tuned circuit in which the coupling is greater than the critical coupling. The result is a broadband response characteristic.



*Overcoupled circuit.*

**overcurrent** — In a circuit, the current that will cause an excessive or even dangerous rise in temperature in the conductor or its insulation.

**overcurrent protection** — *See* overload protection.

**overcurrent protective device** — 1. A device operative on excessive current that causes and maintains the interruption of power in the circuit. 2. A device designed to open an electric circuit automatically at a predetermined overcurrent level.

**overcurrent relay** — A protective device that separates one portion of an electric network from another when current exceeds a predetermined value.

**overcutting** — In disc recording, the cutting through of one groove into an adjacent one when the level becomes excessive.

**overdamping** — Any periodic damping greater than the amount required for critical damping. *See also* aperiodic damping.

**overdriven amplifier** — An amplifier stage designed to distort the input-signal waveform by permitting the driving signal to drive it beyond cutoff or even into saturation.

**overflow** — 1. The condition occurring whenever the result of an arithmetic operation exceeds the capacity of the number representation in a digital computer. 2. The carry digit arising from (1) above. 3. The generation of a quantity that exceeds the capacity of the computer storage facility. 4. That portion of the result of an operation that exceeds the capacity of the intended unit of storage. 5. In a calculator, when a number that is entered, or the answer to a calculation, exceeds the capacity of the working register, the excess digits overflow the register. In most machines, an overflow signal (either audible or visible) indicates when overflow occurs.

**overflow indicator** — 1. A bistable trigger that changes state on the occurrence of overflow in the computer register with which it is associated. The overflow indicator may be interrogated and/or restored to the original state. 2. In a calculator, a warning light or illuminated letter E to indicate existence of overflow condition.

**overflow position** — In a computer, an extra register position in which the overflow digit is developed.

**overflow storage** — Additional storage provided in a store and forward switching center of a computer to prevent the loss of messages (or parts of messages) offered to a completely filled line store.

**overglaze** — 1. A glass coating that is over another component or element, normally for physical or electrical protection purposes. 2. A glass compound in low-melting, vitreous form, used as a coating for passivate thick-film resistors and offering mechanical protection.

**overglazed** — Coated with a layer of printed and fired glass paste. Overglazing may be a solder barrier, a protective coating for resistors, or an insulator to prevent possible short circuits, as in the case of a wire bond crossing over a printed conductor.

**overhang** — 1. In terms of printed wiring, the inverted shelf of plating formed when conductor material is selectively removed from under the plating. The measurement between the base copper and the plating (generally refers to one side of the conductor only; thus, for a conductor width reduction, one must take two times the overhang). 2. The critical dimension by which the stylus overreaches the center spindle of a turntable when an offset tonearm is mounted for minimum tracking error.

**overhead line** — A conductor carried on elevated poles (e.g., telephone or telegraph wires).

**overinsulation** — In a coil, the insulating material placed over a wire that is brought from the center over the top or bottom wall.

**overlap** — 1. The amount by which the effective height of a scanning facsimile spot exceeds the nominal width of the scanning line. When the spot is rectangular, overlap may be expressed as a percentage of the nominal width of the scanning line. 2. To perform one operation at the same time that another operation is being performed; for example, to carry on input/output operations at the same time that instructions are being executed by the central processing unit. 3. The contact area between a film resistor and film conductor. 4. A mode of computer operation in which several processes take place seemingly simultaneously. In a multiprocessor system, simultaneous operation is truly possible. In a single-processor system, processes time-share the processor and appear to happen simultaneously but actually they occur in a time-sequential mode. Real time savings can be realized in either case, especially when extensive I/O to many devices of differing speeds is taking place.

**overlapping contacts** — Combinations of two sets of contacts actuated by a common means, each set closing in one of two positions and so arranged that the contacts of one set open after the contacts of the other set have been closed.

**overlap radar** — Long-range radar that is located in one sector but also covers a portion of another sector.

**overlay** — 1. In a computer, the technique of using the same blocks of internal storage for different routines during different stages of a problem, e.g., when one routine is no longer needed in internal storage, another routine can be placed in that storage location. 2. Memory management technique in which various routines occupy overlapping memory areas in succession. 3. A technique used to execute programs that are larger than the available memory size in systems without paging or segmentation capabilities. To utilize this method a program must be manually divided into a number of mutually exclusive groups of software modules.

**overlaying** — The technique of repeatedly using the same blocks of internal storage during different stages of a program, e.g., when one routine is no longer needed, another routine can replace all or part of it.

**overlay load module** — A computer load module that has been divided into overlay segments and has been provided by the linkage editor with information that permits the desired loading of segments to be implemented by the overlay supervisor when requested.

**overlay supervisor** — A routine for control of the sequencing and positioning of computer program segments in limited storage during their execution.

**overlay transistor** — A transistor containing a large number of emitters connected in parallel to provide maximum power amplification at extremely high frequencies.

**overlay zone** — An area of memory used to contain different programs or data at different times during the operation of a system.

**overline** — In teletypewriter operation, the printing of one group of characters over another.

**overload** — 1. A load greater than that which an amplifier, other component, or a whole system is designed to handle. It is characterized by waveform distortion or overheating. 2. An electrically operated counter that indicates the number of times all trunks are busy between the various telephone office units. 3. In an analog computer, a condition within a computing element or at its output that causes a significant computing error as a result of the saturation of one or more parts of the computing element. 4. The amount beyond the specified maximum magnitude of the measurand which, when applied to a transducer, does not cause a change in performance beyond specified tolerance. 5. Any input that causes a meter to read beyond its rated range (full-scale range for analog meters or "full" range for digital meters).

**overload capacity** — The level of current, voltage, or power beyond which a device will be ruined. It is usually higher than the rated load capacity.

**overload level** — The level at which a system, component, etc., ceases to operate satisfactorily and produces signal distortion, overheating, damage, etc.

**overload margin** — In an amplifier, the safety margin prior to the onset of overload to avoid clipping on transients. This also enhances the reproduction, giving it a smoother quality in many cases.

**overload operating time** — The length of time a system, component, etc., may be safely subjected to a specified overload current.

**overload protection** — Also called overcurrent protection. 1. A device that automatically disconnects the circuit whenever the current or voltage becomes excessive. 2. Effect of a device operative on excessive current, but not necessarily on short circuit, to cause and maintain the interruption of current flow to the device governed. 3. A device or circuit that protects a power supply from damage due to excessive current demand by the load. Some schemes are also designed to protect the load. *See* foldback current limiting.

**overload recovery time** — The time required for an amplifier to regain its ability to amplify within stated specification limits after distortion of the output voltage amplitude by the application of a specified input voltage exceeding the rated amplitude.

**overload relay** — A relay designed to operate when its coil current rises above a predetermined value.

**overmodulation** — Modulation greater than 100 percent. Distortion occurs because the carrier is reduced to zero during certain portions of the modulating signal.

*Overmodulation.*

**overpotential** — Also called overvoltage. A voltage greater than the normal operating voltage of a device or circuit.

**overpressure** — Pressure greater than the full-scale rating of a pressure transducer.

**overpunch** — Also called zone punch. A hole punched in one of the three top rows of a punch card and which, in combination with a second hole in one of the nine lower rows, identifies an alphabetic or special character.

**overrange** — The situation in which the signal being measured exceeds the full-scale value of a digital panel meter. Digital panel meters are designed to indicate this condition with a blinking display or the actuation of an appropriate symbol.

**overranging** — A feature of a digital panel meter or digital voltmeter wherein some indication is given (usually by blinking or flashing display) that the quantity being measured is too high in value for the range selected.

**override** — To manually or otherwise deliberately overrule an automatic control system or circuit and thereby render it ineffective.

**oversampling** — A technology used in CD players for noise reduction after digital-to-analog conversion. The higher the rate, the lower the noise. An oversampling rate of 256*x* virtually eliminates any noise, even at low recording levels.

**overscan** — A video-display effect in which the image is enlarged, resulting in its edges being off the screen.

**overscanning** — In a cathode-ray tube, the deflection of the electron beam beyond the normal limits of the screen. This is the deflection of the beam of the tube over an angle that surpasses the angle that subtends the suitable area of the screen.

**overscan recovery** — A characteristic of differential comparators that states the time required for the amplifier to recover to within some amount of voltage after a return to the screen of a CRT.

**overshoot** — 1. The initial transient response, which exceeds the steady-state response, to a unidirectional change in input. 2. Amplitude of the first maximum excursion of a pulse beyond the 100-percent amplitude level expressed as a percentage of this 100-percent amplitude. 3. A transient rise beyond regulated output limits, occurring when the ac power input is turned on or off, and for line or load step changes. 4. The amount that the indicator travels beyond its final steady deflection when a new constant value of the measured quantity is suddenly applied to the instrument. The overtravel and deflection are determined in angular measure, and the overshoot is expressed as a percentage of the change in

**polysulfones**—Plastics that are transparent and have high dimensional stability and high heat-deflection temperature. They are tough and strong and have excellent dimensional stability and electrical properties.

**polyvinyl chloride**—Abbreviated PVC. A general-purpose thermoplastic used for insulations and jackets on components, wire, and cable.

**pony circuit**—A local, on-base circuit that does not have direct entry into a relay network.

**pool cathode**—A cathode at which the principal source of electron emission is a cathode spot on a metallic-pool electrode.

**pool tube**—A gas tube with a pool cathode.

**popcorn noise**—Also called burst noise. 1. So named for the audible characteristic, popcorn noise is randomly occuring random-amplitude noise, lasting from a few microseconds to several seconds. A type of noise generally associated with operational amplifiers. When popcorn noise is present, it does not occur in all devices made by a given process or even in all devices on the same wafer. It becomes worse at low temperatures, and it disappears above some threshold temperature. 2. An undesired source of interference associated with semiconductor devices that usually exceeds the background noise by at least a factor of 2 and occurs randomly at very long intervals. Popcorn noise is characterized by pulses of current in a semiconductor device operating in an electrical circuit. It can be observed by placing a high-value resistor in the base circuit of a transistor and observing the amplified noise signal present at the collector.

**Pope cell**—*See* sulfonated polystyrene sensor.

**pop filter**—1. A cloth, foam, or similar shield placed over a microphone to prevent popping sounds resulting from sudden bursts of breath. 2. A filter that attenuates low frequencies where the popping sounds exist. Typically, a high-pass filter with its cutoff at approximately 70 Hz to 100 Hz. 3. *See* blast filter.

**POPI**—Post Office Position Indicator. A British long-distance navigational system for providing bearing information. It is a continuous-wave, low-frequency system in which the phase difference between sequential transmissions on a single frequency is measured.

**pops**—A form of record noise that usually results from disc imperfections and the ever-present electrostatic charge (with its attendant crackling sounds) on the disc.

**population**—Sometimes called universe. The entire group of items being studied, from which samples are drawn..

**population inversion**—1. A nonequilibrium condition that exists when there are more atoms in the excited state than in the ground state. Atoms return to the lower-energy level, and release energy and emit photons. 2. A condition in a stimulated material, such as a semiconductor, in which the upper energy level of two possible electronic energy levels in a given atom, distribution of atoms, molecule, or distribution of molecules has a higher probability (usually only slightly higher but nevertheless higher) of being occupied by an electron. When population inversion occurs, the probability of downward energy transitions giving rise to radiation is greater than the probability of upward energy transitions. This thus brings about stimulated emission, i.e., laser action. 3. The condition in which there are more atomic systems in the upper of two energy levels than in the lower, so stimulated emission will predominate over stimulated absorption. 4. In the context of semiconductors, any situation in which the normal majority/minority carrier ratio of an impurity semiconductor region is disturbed, to a degree that the nominal minority carriers are actually present in larger numbers than the nominal majority carriers. 5. A redistribution of energy levels in a population of elements such that instead of having more atoms with lower energy level electrons there are fewer atoms with higher energy level electrons, i.e., an increase in the total number of electrons in the higher excited states occurs at the expense of the energy in the electrons in the ground or lower state and at the expense of the resonant energy source, i.e., the pump. This is not an equilibrium condition. The generation of population inversion is caused by pumping.

**porcelain**—A glazed ceramic insulating material made from clay, quartz, and feldspar.

**porcelain capacitor**—A fixed electrostatic capacitor whose dielectric is a high grade of porcelain molecularly fused to alternate layers of fine silver electrodes so as to form a monolithic capacitor.

**porcelainize**—To coat and fire a metal with glass material, forming a hybrid circuit substrate.

**port**—1. A point of access into a computer (such as the serial and parallel ports on the back of most PCs), a network, or other electronic system; the physical or electrical interface through which one gains access; the interface between a process and a communications or transmission facility. 2. The hardware that permits data to enter or exit a computer, network node, or communications device. *See also* communications port. 3. A place of access to a system or circuit. Through it, energy can be selectively supplied or withdrawn or measurements can be made. Examples are the port in a waveguide or in a base-reflex speaker enclosure. 4. A fluid connection to the servovalve (e.g., supply port, return port, control port). 5. An external opening of an internal passage. 6. The physical circuit that interfaces a computer to a peripheral, and the numerical address the computer uses in communicating through it. 7. An opening in a speaker enclosure, permitting the bass radiation from the back of the woofer cone to be combined with its forward radiation to enhance the total response. 8. An input/output channel, including the physical connector and control logic, to interface a peripheral device to a mainframe. 9. A set of lines for internal and external communication with a computer. 10. An outlet in a processor where a peripheral plugs in, in equipment in which the peripheral is compatible with the processor. 11. The gateway that connects the computer to its outside world. 12. To convert software to run in a different computer environment.

**portable data medium**—A data medium intended to be transportable easily and independently of the mechanism used in interpreting it.

**portable duress sensor**—A device carried on a person that may be activated in an emergency to send an alarm signal to a monitoring station.

**portable intrusion sensor**—A sensor that can be installed quickly and that does not require the installation of dedicated wiring for the transmission of its alarm signal.

**portable operation**—Radiocommunication conducted from a specific geographical location other than that shown on the station license.

**portable recorder**—A sound and/or video recorder designed for easy mobility, but which may require connection to a 120-volt ac supply for operation. Also applied to battery-powered recorders that do not require external power for operation.

**portable standard meter**—A portable meter used principally as a standard for testing other meters.

**portable transmitter**—A transmitter that can be readily carried on one's person and operated while in motion (e.g., walkie-talkies, Handie-Talkies, and similar personal transmitters). *See also* transportable transmitter.

**portamento**—The continuous change of a tone from one pitch to another. *See also* glissando.

s with lower energy level
with higher energy level
total number of electrons
ırs at the expense of the
und or lower state and at
gy source, i.e., the pump.
lition. The generation of
y pumping.
mic insulating material
lspar.
ixed electrostatic capaci-
ade of porcelain molecu-
fine silver electrodes so
or.
l fire a metal with glass
it substrate.
into a computer (such
s on the back of most
onic system; the physical
which one gains access;
s and a communications
hardware that permits
uter, network node, or
to communications port.
tem or circuit. Through
applied or withdrawn or
xamples are the port in
speaker enclosure. 4. A
e (e.g., supply port, return
al opening of an internal
hat interfaces a computer
cal address the computer
it. 7. An opening in a
e bass radiation from the
ombined with its forward
ponse. 8. An input/output
l connector and control
device to a mainframe.
l external communication
in a processor where a
it in which the peripheral
or. 11. The gateway that
ide world. 12. To convert
mputer environment.
A data medium intended
dependently of the mech-

— A device carried on a
an emergency to send an
tion.
r — A sensor that can be
ot require the installation
ansmission of its alarm

idiocommunication con-
hical location other than
e.
und and/or video recorder
which may require con-
or operation. Also applied
at do not require external

— A portable meter used
ting other meters.
transmitter that can be
n and operated while in
ndie-Talkies, and similar
transportable transmitter.
ous change of a tone from
lissando.

**port selector** — A switching device that extends the capability of a computer to handle more data traffic without additional ports. It eliminates dedicated line-to-port interfacings, so fewer ports can handle more data lines.

**pos** — Abbreviation for positive.

**posistor** — A thermally sensitive resistor that has a positive temperature characteristic of resistance.

**position** — 1. The location of an object with respect to a specific reference point or points. 2. In a string, a location that can be occupied by a character or bit and that can be identified by a serial number.

**positional crosstalk** — In a multibeam cathode-ray tube, the deviation of an electron beam from its path under the influence of another electron beam within the tube.

**positional notation** — One of the schemes for representing numbers. It is characterized by the arrangement of digits in sequence, with successive digits forming coefficients of successive powers of an integer called the base of the number system.

**position-changing mechanism** — The mechanism used to move a removable circuit-breaker unit to and from the connected, disconnected, and test positions.

**position control system** — A discrete or point-to-point control in which the controlled motion is used as a means of arriving at a given end point without path control during the movement between end points.

**position dialing** — Dialing over the regular position cord circuits by means of a relay circuit controlled by a dial of the regular cord circuits.

**position feedback** — A feedback signal that is proportional to the position or deflection of some object.

**position-independent code** — Abbreviated PIC. Machine-coded programs using only relative addressing, permitting the program to reside in any portion of system memory.

**position of effective short** — The distance between a specified reference plane and the apparent location of the short circuit of a fixed switching tube in its mount.

**position sensor** — A device that measures position and converts the measurement into a form convenient for transmission as a feedback signal.

**position-type telemeter** — *See* ratio-type telemeter.

**positive** — Abbreviated pos 1. Any point to which electrons are attracted — as opposed to negative, from where they come. 2. An artwork, artwork master, or production master in which the intended conductive pattern is opaque to light, and the areas intended to be free from conductive material are transparent.

**positive bias** — The condition in which the control grid of a vacuum tube is more positive than the cathode.

**positive charge** — An electrical charge with fewer electrons than normal.

**positive column** — The luminous glow, often striated, between the Faraday dark space and the anode in a glow-discharge, cold-cathode tube.

**positive electricity** — The electricity that predominates in a glass body after it has been electrified by rubbing with silk. *See* positive charge.

**positive electrode** — The conductor that is connected to the positive terminal of a primary cell and serves as the anode when the cell is discharging. Electrons flow to it through the external circuit.

**positive electron** — *See* positron.

**positive feedback** — 1. The process by which the amplification is increased by having part of the power in the output circuit returned to the input circuit in order to reinforce the input power. 2. Recycling of a signal that is in phase with the input to increase amplification. Used in digital circuits to standardize the waveforms in spite of any anomalies in the input. *See also* regeneration, 1.

**positive ghost** — A television ghost-signal display with the same tonal variations as those of the image.

**positive-going** — Increasing toward a positive direction (e.g., a current or waveform).

**positive grid** — A grid with a more positive potential than the cathode in a vacuum tube.

**positive-grid multivibrator** — A multivibrator that has one or more grids connected to the plate-voltage supply, usually through a large resistance.

**positive-grid oscillator** — *See* retarding-field oscillator.

**positive-grid oscillator tube** — Also called a Barkhausen tube. An oscillating triode in which the grid has a more positive quiescent voltage than either of the other electrodes.

**positive ground** — The positive battery terminal of a vehicle is connected to the body and frame.

**positive-intrinsic-negative photodiode coupler** — A coupling device that enables the coupling of light energy from an optical fiber or cable onto the photosensitive surface of a positive-intrinsic-negative (pin) diode of a photon detector (photodetector) at the receiving end of an optical-fiber data link. The coupler may be only a fiber pigtail epoxied to the photodiode.

**positive ion** — An atom that has lost one or more electrons and, thus, has an excess of protons, giving it a positive charge.

**positive-ion emission** — Thermionic emission of positive particles from the cathode of a vacuum tube. They either are made up of ions from the metal in the cathode or are due to some impurity in it.

**positive-ion sheath** — A collection of positive ions on the control grid of a gas-filled triode tube. If too high a negative bias is applied to the grid, this positive sheath will block the plate current.

**positive light modulation** — Modulation in which the transmitted power increases as the light intensity does, and vice versa.

**positive logic** — A form of logic in which the more positive logic level represents 1 and the more negative level represents 0.

**positive magnetostriction** — Magnetostriction in which a material expands whenever a magnetic field is applied.

**positive modulation** — Also called positive picture modulation. In an AM television system, modulation in which the brightness increases as the transmitted power does, and vice versa.

**positive phase-sequence relay** — A relay that is energized by the positive phase-sequence component of the current, voltage, or power of a circuit.

**positive picture modulation** — *See* positive modulation.

**positive picture phase** — 1. The condition in which the picture-signal voltage goes positive above the zero level whenever a positive scene or picture increases in brilliance. 2. Positioning of the composite video signal so that the maximum point of the sync pulses is at zero voltage. The brightest illumination is caused by the most positive voltages.

**positive plate** — 1. A hollow lead grid filled with active material and connected to the positive terminal of a storage battery. When the battery is discharging, electrons flow toward it through the external circuit. 2. In a charged capacitor, the plate that has fewer electrons.

**positive ray** — *See* canal ray.

**positive temperature coefficient** — The condition whereby the resistance, capacitance, length, or other

Case 3:22-cv-02869-TLT Document 151-7 Filed 11/22/23 Page 35 of 37

**transolver** — A servo unit with a three-phase stator and a two-phase rotor that can be used either as a control transmitter (with one rotor phase excited and the other shorted) or as a control transformer with the signal obtained from one phase of the rotor, making sure the other phase is equally loaded to prevent unbalances.

**transonic speed** — A speed of 600 to 900 miles per hour (965 to 1448 km/h), corresponding to about Mach 0.8 to 1.2.

**transparent** — 1. Implying clear and unimpeded transit of light. Window glass is a common example. 2. A computer process or function that is invisible to the user.

**transparent computer voice** — Digitized and reconstructed voice that 80 percent of uncued listeners would not recognize as having come from a computer.

**transparent device** — A device on a communications network that functions without making its presence known to the end terminals.

**transponder** — 1. A combination receiver, frequency converter, and transmitter package designed to receive a signal and to retransmit it on another frequency. Broadcast and telecommunication satellites are equipped with transponders, which have a typical output of 5 to 10 watts and operate over a frequency band with a 36 to 72 megahertz bandwidth in the L, C, Ku, and sometimes Ka bands. Communication satellites typically have between 12 and 24 onboard transponders, although the INTELSAT VI has 50. 2. A component designed to receive a signal and to retransmit it on another frequency. 3. A radio transmitter-receiver that transmits identifiable signals automatically when the proper interrogation is received. *See also* pulse repeater. 4. A device (usually in the form of a radio transmitter) which sends a confirming or identifying message or releases a stored message after being triggered by an interrogator. Used on communication satellites. 5. A microwave repeater that receives, amplifies, downconverts, and retransmits signals from a communication satellite.

**transponder dead time** — The time interval between the start of a pulse and the earliest instant at which a new pulse can be received or produced by a transponder.

**transponder efficiency** — A ratio expressed as a percentage of the number of replies to the number of interrogations from a transponder.

**transponder suppressed time delay** — The overall fixed delay between reception of an interrogation and the transmission of a reply.

**transport** — Also called tape transport. 1. Platform or deck of a tape recorder on which the motor (or motors), reels, heads and controls are mounted. It includes those parts of the recorder other than the amplifier, preamplifier, speaker, and case. 2. That portion of a tape recorder which holds the reels of magnetic tape and draws the tape at a constant speed past the recording and playback heads.

**transportable transmitter** — Sometimes called a portable transmitter. A transmitter designed to be readily carried from place to place, but normally not operated while in motion.

**transport time** — In an automatic system, the time required to move an object, element, or information between two predetermined positions.

**transposition** — The interchanging of the relative positions of the conductors in an open-wire line to reduce noise, interference, and crosstalk.

**transposition blocks** — Spreaders used to space and reverse the relative positions of two conductors at fixed intervals.

**transposition section** — A length of open-wire line to which a fundamental transposition design or pattern is applied as a unit.

**transradar** — A bandwidth-compression system for use in long-range narrow-band transmission of radio signals from a radar receiver to a remote location.

**transrectification** — The rectification that occurs in one circuit when an alternating voltage is applied to another circuit.

**transrectification characteristic** — The graph obtained by plotting the direct voltage values for one electrode of a vacuum tube as abscissas against the average current values in the circuit of that electrode as ordinates, for various values of alternating voltage applied to another electrode as a parameter. The alternating voltage is held constant for each curve, and the voltages on other electrodes are maintained constant.

**transrectification factor** — The change in average current of an electrode, divided by the change in the amplitude of the alternating sinusoidal voltage applied to another electrode (the direct voltages of this and other electrodes being maintained constant).

**transrectifier** — A device, ordinarily a vacuum tube, in which rectification occurs in one electrode circuit when an alternating voltage is applied to another electrode.

**transresistance amplifier** — An amplifier that supplies an output voltage proportional to an input current. The transfer function of the amplifier is $e_o/i_{in} = R_m$, where $R_m$ is the transresistance.

**transverse-beam traveling-wave tube** — A traveling-wave tube in which the electron beam intersects the signal wave rather than moving in the same direction.

**transverse crosstalk coupling** — Between a disturbing and a disturbed circuit in any given section, the vector summation of the direct couplings between adjacent short lengths of the two circuits, without dependence on intermediate flow in nearby circuits.

**transverse electric wave** — Abbreviated TE wave. In a homogeneous isotropic medium, an electromagnetic wave in which the electric field vector is everywhere perpendicular to the direction of propagation. The dominant mode in a rectangular waveguide is $TE_{10}$.

**transverse electromagnetic wave** — Abbreviated TEM wave. In a homogeneous isotropic medium, an electromagnetic wave in which the electric and magnetic field vectors both are everywhere perpendicular to the direction of propagation. This is the normal mode of propagation in coaxial line, open-wire line, and stripline.

**transverse-field traveling-wave tube** — A traveling-wave tube in which the traveling electric fields that interact with the electrons are essentially transverse to the average motion of the electrons.

**transverse interference** — Interference occurring across terminals or between signal leads.

**transverse magnetic E-mode** — A type of mode in which the longitudinal component of the magnetic field is zero and the longitudinal component of the electric field is not zero.

**transverse magnetic wave** — Abbreviated TM wave. In a homogeneous isotropic medium, an electromagnetic wave in which the magnetic field vector is everywhere perpendicular to the direction of propagation.

**transverse magnetization** — Magnetization of a recording medium in a direction perpendicular to the line of travel and parallel to the greater cross-sectional dimension.

**transverse recording** — The technique of rotating heads that are oriented perpendicular to the edge and surface of the tape.

**transverse wave** — A wave in which the direction of displacement is perpendicular to the direction of propagation at each point of the medium. When the direction of displacement forms an acute angle with the

direction of propagation, the wave is considered to have both a longitudinal and a transverse component.

**trap** — 1. A selective circuit that attenuates undesired signals but does not affect the desired ones. *See also* wave trap. 2. A crystal imperfection that can trap carriers. 3. An unprogrammed conditional jump to a known location, the jump being activated automatically by hardware; the location from which the jump occurs is recorded. 4. A device, usually a switch, installed within a protected area, which serves as secondary protection in the event a perimeter alarm system is successfully penetrated. Examples are a trip-wire switch placed across a likely path for an intruder, a mat switch hidden under a rug, or a magnetic switch mounted on an inner door. 5. A volumetric sensor installed so as to detect an intruder in a likely traveled corridor or pathway within a security area. 6. A CPU-initiated interrupt that is automatically generated when a predetermined condition, such as an illegal instruction, a breakpoint, a specified error, or power failure, is detected. Two vector locations are dedicated for each trap type. The vector locations contain the pc and ps for the trap service routine. 7. A method of catching computer program error when illegal instructions are executed or illegal memory locations are accessed. 8. A frequency-sensitive device that is used to attenuate specific signals that cause interference.

**TRAPATT diode** — Abbreviation for trapped plasma avalanche transit time diode. 1. A microwave avalanche diode that has either an n+pp+ or a p+nn+ structure. It may be manufactured from either silicon or germanium. When the diode is biased into breakdown, an electron-hole plasma fills the entire p or n region, and the voltage across the diode drops. A large current, induced by the low residual electric field, extracts the plasma from the diode. After the plasma is removed, the current drops and voltage rises. Energy stored in the resonant circuits of an oscillator raises the voltage above breakdown, and the cycle repeats. 2. A semiconductor microwave diode that, when its junction is biased into avalanche, exhibits a negative resistance at frequencies below the transit-time frequency range of the diode due to generation and dissipation of trapped electron-hole plasma resulting from the intimate interaction between the diode and a multiresonant microwave cavity.

**TRAPATT oscillator** — *See* trapped avalanche triggered transit (TRAPATT) oscillator.

**trapezoidal distortion** — Distortion in which a televised picture has the shape of a trapezoid (wide at top or bottom) instead of a rectangle. It is due to the interaction between the vertical- and horizontal-deflection coils (or plates) of the cathode-ray tube.

**trapezoidal generator** — An electronic circuit that produces a trapezoidal voltage wave.

**trapezoidal pattern** — An oscilloscope pattern that indicates the percentage of modulation in an amplitude-modulated system.

*Trapezoidal pattern.*

**trapezoidal wave** — 1. A trapezoidal-shaped waveform. 2. A square wave onto which a sawtooth has been superimposed. It is a voltage wave necessary to give a linear deflection current through the coils of a magnetically deflected cathode-ray tube.

**trapped avalanche triggered transit (TRAPATT) oscillator** — Oscillator device composed of a semiconducting diode in a coaxial resonating cavity. When the biasing current is applied to the diode, high-frequency waves are emitted into the cavity, where they are reflected back and forth and eventually produce a radio-frequency output.

**trapped flux** — In a material in the superconducting state, magnetic flux linked with a closed superconducting loop.

**trapped plasma avalanche transit time diode** — *See* TRAPATT diode.

**trapping** — 1. The holding of electrons or holes by any of several mechanisms in a crystal, thereby preventing them from moving. 2. In a computer, instructions that cause initiation by the central processing unit of an internal interrupt that transfers control to a subroutine which activates the desired operation of the instruction. Also, the subroutine can be changed, thereby causing the operation on the instruction to be changed.

**trap wire** — A low-voltage wire used at hinge points where severe flexing occurs, usually in burglar alarm systems. It is made with tinsel conductor.

**traveling detector** — A probe mounted on a slider and free to move along a longitudinal slot cut into a waveguide or coaxial transmission line. The traveling detector is connected to auxiliary measuring apparatus and used for examining the relative magnitude of any standing-wave system.

**traveling plane wave** — A plane wave in which each frequency component has an exponential variation of amplitude and a linear variation of phase in the direction of propagation.

**traveling wave** — The resulting wave when the electric variation in a circuit takes the form of translation of energy along a conductor, such energy being always equally divided between current and potential forms.

**traveling-wave amplifiers** — A two-port amplifier in which the input signal excites a space-charge wave at one end of a slab of negative-differential-resistivity bulk material. The wave travels through the material between ohmic contacts that serve as a transmission line. The charge builds as it moves, so the output is a larger version of the input.

**traveling-wave magnetron** — A traveling-wave tube in which the electrons move in crossed static electric and magnetic fields that are substantially normal to the direction of wave propagation.

**traveling-wave magnetron oscillations** — Oscillations sustained by the interaction between the space-charge cloud of a magnetron and a traveling electromagnetic field with approximately the same phase velocity as the mean velocity of the cloud.

**traveling-wave parametric amplifier** — A parametric amplifier that has a continuous iterated structure incorporating nonlinear reactors and in which the signal, pump, and difference-frequency waves are propagated along the structure.

**traveling-wave phototube** — A traveling-wave tube that has a photocathode and a window that admits a modulated laser beam, which causes the emission of a current-modulated photoelectron beam. This beam is then accelerated by an electron gun and directed into the helical slow-wave structure of the tube.

**traveling-wave tube** — Abbreviated TWT. A tube in which a stream of electrons interacts continuously or

repeate
substan
that the
the wa
**trav**
fying p
over br
tain TV
and th
rated.
**trav**
extende
wave t
a man
retarde
occupie
**tr b**
**tr c**
**treb**
voice;
from m
of audi
**treb**
tude-fr
accentu
**tree**
**tree**
which
insulati
**tree**
**tren**
tone, w
ate eff
itself.
modula
lation i
tion eff
effect,
of an i
rather
tion in
betwee
**TRF**
**tri** —
**tria**
bidirec
that fu
ac loa
trigger
pulse
alterna
into cc
main t
functio
The tri



Case 3:22-cv-02869-TLT Document 151-7 Filed 11/22/23 Page 37 of 37

*Traveling-wave tube.*

repeatedly with a guided electromagnetic wave moving substantially in synchronism with it, and in such a way that there is a net transfer of energy from the stream to the wave.

**traveling-wave-tube amplifier** — A power-amplifying piece of equipment yielding about 30 dB of gain over broad bandwidths. The units are built around certain TWTs in the most commonly used frequency bands, and they have external modulation circuitry incorporated.

**traveling-wave-tube interaction circuit** — An extended electrode arrangement used in a traveling-wave tube to propagate an electromagnetic wave in such a manner that the traveling electromagnetic fields are retarded to the point at which they extend into the space occupied by the electron stream.

**tr box** — *See* transmit-receive switch.

**tr cavity** — The resonant portion of a tr switch.

**treble** — 1. The higher part in harmonic music or voice; of high or acute pitch. In music, the frequencies from middle C (261.63 hertz) upward. 2. The upper range of audio frequencies.

**treble boost** — Deliberate adjustment of the amplitude-frequency response of a system or component to accentuate the higher audio frequencies.

**tree** — A set of connected branches without meshes.

**treeing** — A progressive type of insulation failure in which branching hollow channels slowly penetrate the insulation at rather low applied voltages.

**tree network** — *See* hierarchical network.

**tremolo** — 1. The amplitude modulation of an audio tone, widely used in musical-instrument amplifiers to create effects that add to the capability of the instrument itself. It is a musical effect characterized by a subaudio modulation of the musical tone. When amplitude modulation is used, it is called tremolo; a frequency modulation effect is termed vibrato. 2. A warbling or fluctuating effect, approximately seven times per second, in the tone of an instrument characterized by a variation in intensity rather than pitch. *See also* vibrato. 3. A regular variation in the amplitude of a sound, generally at a frequency between 0.5 and 20 Hz.

**TRF** — Abbreviation for tuned radio frequency.

**tri** — Abbreviation for triode.

**triac** — Also called bidirectional triode thyristor. 1. A bidirectional rectifier (essentially two SCRs in parallel) that functions as an electrically controlled switch for ac loads and having an npnpn structure that can be triggered into either forward or reverse conduction by a pulse applied to its gate electrode. A triac will pass an alternating current. 2. A thyristor that can be triggered into conduction in either direction. Terminals are called main terminal 1 and gate. 3. A semiconductor device that functions as an electrically controlled switch for ac loads. The triac is one type of thyristor.

Construction and connections.

Symbol. Junctions.

Characteristic

*Triac.*

**triad** — 1. Three radio stations operated as a group for determining the position of aircraft or ships. 2. A group of three dots, one of each color-emitting phosphor, on the screen of a color picture tube. 3. A group of three bits or three pulses, usually in sequence on one wire or simultaneously on three wires. 4. Also called a triplex. A group of three insulated conductors twisted together without (or with) a sheath overall. Usually color-coded