McCARTER & ENGLISH, LLP
MARK D. GIARRATANA (*pro hac vice*)
*mgiarratana@mccarter.com*
THOMAS J. RECHEN (*pro hac vice*)
*trechen@mccarter.com*
KEVIN L. REINER (*pro hac vice*)
*kreiner@mccarter.com*
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6700
Facsimile: (860) 724-3397

NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
*jvorhis@nossaman.com*
DAVID C. LEE (SBN 193743)
*dlee@nossaman.com*
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 398-3600
Facsimile:   (415) 398-2438

Attorneys for Defendant FINELITE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., and SEOUL VIOSYS CO., LTD.,<br><br>Plaintiffs,<br>v.<br><br>FINELITE, INC.,<br><br>Defendant.<br>-------------------------------------------------------<br>FINELITE, INC.,<br><br>Third-Party Plaintiff,<br>v.<br><br>SAMSUNG SEMICONDUCTOR, INC.,<br><br>Third-Party Defendant. | Case No:  3:22-cv-02869-TLT<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT FINELITE, INC.'S MOTION TO STAY**<br><br>Hon. Trina L. Thompson<br><br>Date: May 9, 2024<br><br>Time: 2:00 p.m.<br><br>Location: Courtroom 9, 19th Floor<br><br>Action Filed: May 13, 2022 |

Case No. 3:22-cv-02869-TLT
REQUEST FOR JUDICIAL NOTICE ISO DEFENDANT FINELITE, INC.'S MOTION TO STAY

ME1 47796489v.11

Defendant Finelite, Inc. ("Finelite") respectfully requests that the Court take judicial notice of Exhibits A-F, M, and N attached to the Declaration of Justyn P. Stokely, filed concurrently herewith, pursuant to Federal Rule of Evidence 201.

Under Fed. R. Evid. 201(b), courts may judicially notice a fact that is not subject to reasonable dispute because it is "generally known within the territorial jurisdiction of the trial court" or "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." "In general, websites and their contents may be judicially noticed." *Threshold Enters. Ltd. v. Pressed Juicery, Inc.*, 445 F. Supp. 3d 139, 145 (N.D. Cal. 2020). Accordingly, courts in this district routinely take judicial notice of non-parties' publicly accessible websites and the contents thereof. *E.g.*, *Loran K. v. Blue Cross & Blue Shield of Ill.*, No. 19-CV-07694-JSW, 2021 WL 4924777, at *2 n.1 (N.D. Cal. June 17, 2021) (taking judicial notice of websites of non-parties Pacific Quest and Spring Ridge Academy); *Threshold Enters. Ltd.*, 445 F. Supp. 3d at 145-46 (taking judicial notice of "screenshots and printouts of websites of … third parties not involved in this lawsuit"); *Minor v. FedEx Off. & Print Servs., Inc.*, 78 F. Supp. 3d 1021, 1028 (N.D. Cal. 2015) ("publicly accessible websites" at issue were "proper subjects of judicial notice"); *see Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1201 (N.D. Cal. 2014) (taking judicial notice of blog available at non-party website).

Exhibits A-F, M, and N constitute the type of non-party publicly accessible websites and contents thereof of which courts in this district have taken judicial notice. *See supra*. More specifically, the exhibits are printouts or screenshots of publicly accessible websites and their content. *See Threshold Enters. Ltd.*, 445 F. Supp. 3d at 145 (exhibits were "screenshots and printouts"). Finelite thus respectfully submits that the Court should grant this request and grant judicial notice to each exhibit.

| | |
|---|---|
| Date: March 5, 2024 | /s/ Thomas J. Rechen<br>Mark D. Giarratana (pro hac vice)<br>mgiarratana@mccarter.com<br>Kevin L. Reiner (pro hac vice)<br>kreiner@mccarter.com<br>Thomas J. Rechen (pro hac vice)<br>trechen@mccarter.com<br>McCARTER & ENGLISH, LLP<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT 06103<br><br>NOSSAMAN LLP<br>James H. Vorhis (SBN 245034)<br>jvorhis@nossaman.com<br>David C. Lee (SBN 193743)<br>dlee@nossaman.com<br>50 California Street, 34th Floor<br>San Francisco, CA 94111<br>Tel: (415) 398-3600<br>Fax: (415) 398-2438<br><br>*Attorneys for Defendant and Third-Party Plaintiff Finelite, Inc.* |