McCARTER & ENGLISH, LLP
MARK D. GIARRATANA (*pro hac vice*)
*mgiarratana@mccarter.com*
THOMAS J. RECHEN (*pro hac vice*)
*trechen@mccarter.com*
KEVIN L. REINER (*pro hac vice*)
*kreiner@mccarter.com*
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6700
Facsimile: (860) 724-3397

NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
*jvorhis@nossaman.com*
DAVID C. LEE (SBN 193743)
*dlee@nossaman.com*
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 398-3600
Facsimile:   (415) 398-2438

Attorneys for Defendant FINELITE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., and SEOUL VIOSYS CO., LTD., | Case No:  3:22-cv-02869-TLT |
| Plaintiffs, | **DEFENDANT FINELITE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| FINELITE, INC., | |
| Defendant. | Hon. Trina L. Thompson |
| -------------------------------------------------------- | Date: March 5, 2024 |
| FINELITE, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| SAMSUNG SEMICONDUCTOR, INC., | |
| Third-Party Defendant. | |

DEFENDANT FINELITE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
ME1 47797598v.1

## I.      ADMINISTRATIVE MOTION

Pursuant to Civil Local Rules 79-5(f) and 7-11, and the Orders of this Court, Defendant Finelite, Inc. ("Finelite") files this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

On March 5, 2024 Finelite filed its Motion to Stay Litigation Pending Appeal to Ninth Circuit of Third Party Complaint, ECF No. 193 ("the Motion"). Finelite filed therewith the Declaration of Justyn P. Stokely ("the Declaration") with, *inter alia*, Exhibits H-L attached thereto. Exhibits H-L are copies of agreements between Plaintiffs Seoul Semiconductor Co., Ltd., and Seoul Viosys Co., Ltd. (collectively, "Plaintiffs") and third-parties that Plaintiffs produced to Finelite during discovery in this case and Plaintiffs designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to Section 5.2(b) of the Court's *Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets* (https://www.cand.uscourts.gov/forms/model-protective-orders/).[1]  In addition, portions of the Motion and portions of the Declaration discuss content of the designated agreements. Yet further, Exhibits M and N to the Declaration, though consisting of publicly available information, in conjunction with the Motion, may in effect disclose designated content of Exhibit K.

Accordingly, Finelite has filed this Motion with respect to sealing the above-discussed materials contained in Finelite's filings. More specifically, the material to be considered for sealing is located in the aforementioned filings by Finelite as follows:

| Docket No. | Document | Portion(s) Designated as Confidential | Evidence Offered in Support of Sealing | Ruling |
| --- | --- | --- | --- | --- |

---

[1] The Court has not entered a protective order in this case. Thus, the Court's Model Order is in effect in this case. Pat. L.R. 2-2.

| Docket No. | Document | Portion(s) Designated as Confidential | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| ECF No. 193 | Defendant Finelite, Inc.'s Motion to Stay Litigation Pending Appeal to Ninth Circuit of Third Party Complaint | Table of Contents, Line 14 (as redacted); Page 8, Lines 1, 15, 16, 18–27 (as redacted); Page 9, Lines 1–25 (as redacted); Page 10, Lines 2–4, 6–10, 12 (as redacted) | Information in Exhibits H-L to the Stokely Declaration Marked as "Highly Confidential – Attorneys' Eyes Only" by Plaintiff | |
| ECF No. 193-1 | Declaration of Justyn P. Stokely ("Stokely Declaration") | Paragraph 17 – the URL therein (as redacted)  Paragraph 18 – a portion of the URL therein (as redacted) | Information in Exhibit K to the Stokely Declaration Marked as "Highly Confidential – Attorneys' Eyes Only" by Plaintiff | |
| ECF No. 193-9 | Exhibit H to the Stokely Declaration | The entirety | Information Marked as "Highly Confidential – Attorneys' Eyes Only" by Plaintiff | |
| ECF No. 193-10 | Exhibit I to the Stokely Declaration | The entirety | Information Marked as "Highly Confidential – Attorneys' Eyes Only" by Plaintiff | |
| ECF No. 193-11 | Exhibit J to the Stokely Declaration | The entirety | Information Marked as "Highly Confidential – Attorneys' Eyes Only" by Plaintiff | |

DEFENDANT FINELITE INC.'S MOTION TO SEAL RESPONSIVE CLAIM CONSTRUCTION BRIEF
ME1 47797598v.1

| Docket No. | Document | Portion(s) Designated as Confidential | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| ECF No. 193-12 | Exhibit K to the Stokely Declaration | The entirety | Information Marked as "Highly Confidential – Attorneys' Eyes Only" by Plaintiff | |
| ECF No. 193-13 | Exhibit L to the Stokely Declaration | The entirety | Information Marked as "Highly Confidential – Attorneys' Eyes Only" by Plaintiff | |
| ECF No. 193-14 | Exhibit M to the Stokely Declaration | The entirety | Information in Exhibit K to the Stokely Declaration Marked as "Highly Confidential – Attorneys' Eyes Only" by Plaintiff | |
| ECF No. 193-15 | Exhibit N to the Stokely Declaration | The entirety | Information in Exhibit K to the Stokely Declaration Marked as "Highly Confidential – Attorneys' Eyes Only" by Plaintiff | |

Finelite contends that good cause exists to grant this motion because Plaintiffs have designated the agreements and the Court's Model Order prohibits Finelite from disseminating them or the information therein to the public. Finelite believes in good faith that sealing the above-listed material would prevent public dissemination of the designated information.

In addition, Finelite submits that the proposed sealing and redactions of public versions

DEFENDANT FINELITE INC.'S MOTION TO SEAL RESPONSIVE CLAIM CONSTRUCTION BRIEF
ME1 47797598v.1

of the aforementioned filings is as narrowly tailored as possible because the redactions are limited to: (1) the designated agreements themselves (Exhibits H-L); (2) the portions of the Motion and the Declaration discussing the content of the designated agreements; and (3) Exhibits M and N to the Declaration that in conjunction with the Motion may in effect disclose designated content of Exhibit K.

## II.    CONCLUSION

For the above reasons, Finelite respectfully requests that the Court grant this motion.

Date:    March 5, 2024

McCARTER & ENGLISH, LLP

By:   /s/ *Kevin L. Reiner*

Mark D. Giarratana (*pro hac vice*)
*mgiarratana@mccarter.com*
Thomas J. Rechen (*pro hac vice*)
*trechen@mccarter.com*
Kevin L. Reiner (*pro hac vice*)
*kreiner@mccarter.com*
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6700
Facsimile: (860) 724-6697

NOSSAMAN LLP
James H. Vorhis (SBN 245034)
*jvorhis@nossaman.com*
David C. Lee (SBN 193743)
*dlee@nossaman.com*
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

*Attorneys for Defendant*
FINELITE, INC.