| | |
|---|---|
| David C. Radulescu, Ph.D. (*pro hac vice*) <br> Etai Lahav (*pro hac vice*) <br> Jonathan Auerbach (*pro hac vice*) <br> **RADULESCU LLP** <br> 5 Penn Plaza, 19th Floor <br> New York, NY 10001 <br> Telephone: 646-502-5950 <br> Facsimile: 646-502-5959 <br> david@radip.com <br> etai@radip.com <br> jonathan@radip.com | Mark D. Giarratana (*pro hac vice*) <br> Thomas J. Rechen (*pro hac vice*) <br> Kevin L. Reiner (*pro hac vice*) <br> **McCarter & English LLP** <br> 185 Asylum Street, 36th Floor <br> Hartford, CT 06103 <br> Telephone: 860-275-6700 <br> Facsimile: 860-724-3397 <br> mgiarratana@mccarter.com <br> trechen@mccarter.com <br> kreiner@mccarter.com |
| Kevin S. Kudlac (*pro hac vice*) <br> **RADULESCU LLP** <br> 111 Congress Avenue, Suite 500 <br> Austin, TX 78701 <br> Telephone: 512-656-5743 <br> kevin@radip.com | James H. Vorhis (SBN 245034) <br> David C. Lee (SBN 193743) <br> **Nossaman LLP** <br> 50 California Street, 34th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 398-3600 <br> Facsimile: (415) 398-2438 <br> jvorhis@nossaman.com <br> dlee@nossaman.com |
| ***Attorneys for Plaintiff Seoul Semiconductor Co., Ltd. and Seoul Viosys Co., Ltd.*** | **Attorneys *for Defendant Finelite, Inc.*** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., a *Korea Corporation*, SEOUL VIOSYS CO., LTD., a *Korean Corporation*, <br><br> Plaintiffs, <br><br> v. <br><br> FINELITE, INC., <br><br> Defendant. | Case No. 3:22-cv-02869-TLT <br><br> **JOINT STATUS REPORT** |
| FINELITE, INC., <br> Third-Party Plaintiff, <br><br> v. <br><br> SAMSUNG SEMICONDUCTOR, INC., <br><br> Third-Party Defendant. | |

JOINT STATUS REPORT

Pursuant to the Court's June 13, 2024 Order Re ECF Nos. 198, 200, 203 (ECF No. 204), Plaintiffs Seoul Semiconductor Co., Ltd, and Seoul Viosys Co., Ltd.'s ("Plaintiffs") and defendant Finelite, Inc. ("Finelite") respectfully submit this Joint Status Report regarding the appellate proceeding.

On March 5, 2024, the Court stayed this action pending resolution of Finelite's Appeal of the Court's Order to the Ninth Circuit.

On June 3, 2024, Finelite filed its Opening Brief in the appellate proceeding.

On June 21, 2024, Samsung Semiconductor, Inc. filed a motion to transfer the appellate proceeding to the Federal Circuit. Finelite filed its response to that motion on July 1, 2024. Samsung filed its reply on July 10, 2024, and Finelite filed a motion for leave to file a sur-reply on July 12, 2024.

On August 28, 2024, the Ninth Circuit granted Finelite's motion for leave and denied Samsung's motion to transfer without prejudice to renewing the arguments in Samsung's Answering Brief.

On November 6, 2024, Samsung filed its Answering Brief in the appellate proceeding.

Finelite's Optional Reply Brief is currently due on December 27, 2024.

On November 13, 2024, the Ninth Circuit issued a notice indicating that the case was being considered for oral argument in San Francisco, advised the parties to review the San Francisco sitting dates in March and April 2025, and ordered the parties to file a notice regarding any irreconcilable conflicts within three business days.  No such notice was filed in response to the November 13, 2024 notice.

Then, on December 6, 2024, the Ninth Circuit issued a notice indicating that the case was being considered for oral argument in San Francisco, advised the parties to review the San Francisco sitting dates in April and May 2025, and ordered the parties to file a notice regarding any irreconcilable conflicts within three business days.  Any such notice in response to the December 6, 2024 notice must be filed by tomorrow, December 11, 2024.  Finelite does not intend to file a response to the notice.

Oral argument has not yet been scheduled.

DATED: December 10, 2024	**RADULESCU LLP**

By: /s/*Jonathan Auerbach*
Jonathan Auerbach

*Attorneys for Plaintiffs*
Seoul Semiconductor Co., Ltd. and
Seoul Viosys Co., Ltd.

DATED: December 10, 2024	**MCCARTER & ENGLISH, LLP**

By: /s/*Kevin Reiner*
Kevin Reiner

*Attorneys for Defendant*
Finelite, Inc.

JOINT STATUS REPORT                                                                 2

**ATTESTATION**

I, Jonathan Auerbach, hereby attest that concurrence in the filing of this Joint Status Report has been obtained from all counsel with conformed signatures above.

Dated: December 10, 2024          **RADULESCU LLP**

<u>*s/Jonathan Auerbach*</u>
Jonathan Auerbach
*Attorneys for Plaintiffs*
Seoul Semiconductor Co., Ltd. and Seoul Viosys Co., Ltd.