UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FINELITE, INC., <br><br> Defendant. | Case No. 22-cv-02869-TLT   (LJC) <br><br> **ORDER REGARDING SETTLEMENT CONFERENCE** |

On May 12, 2025 the Court convened a mandatory settlement conference for this action. The Settlement Conference Standing Order plainly states, "Lead trial counsel *must* attend the settlement conference with the parties and the persons having full authority to negotiate and settle the case." In addition, the Standing Order states, "A party other than a natural person (e.g., a corporation or association) satisfies the attendance requirement if represented by a person (other than outside counsel) who is knowledgeable about the case and has final authority to settle up to the full amount of the opposing party's existing settlement demand or offer." The representation for Plaintiffs Seoul Semiconductor Co., Ltd and Seoul Viosys Co., Ltd. at the settlement conference did not appear to meet these requirements given both attorneys' limited prior engagement in litigating the case and Simon Park's relatively new position within the company, as indicated in his LinkedIn profile. No attorney from Radulescu LLP participated, though the firm is primarily responsible for litigating the action as indicated by docket filings.

Therefore, the Court will continue to facilitate settlement negotiations and will endeavor to schedule another settlement conference. Towards that end, by May 14, 2025, counsel for Plaintiffs shall provide a copy of Defendant Finelite, Inc.'s May 12, 2025 proposal to Kiho Kim, Lead IP Litigation Counsel and General Counsel for Seoul Semiconductor Co., Ltd., and his

business executive counterpart within the corporate organization who sits outside of the Legal Department and has authority as a executive to evaluate the proposal alongside Plaintiffs' litigation and commercial interests and decide whether to accept it.  By May 15, 2025 Plaintiffs' counsel shall email to the Courtroom Deputy for the undersigned (a) the name and job title for the business representative for Plaintiffs who received the proposal, and (b) an organizational chart that indicates where that individual sits in the corporate leadership structure.  By June 4, 2025, Plaintiffs shall provide a response and counterproposal to Finelite, Inc.  On June 16, 2025 at 10:00 am, the parties shall convene with the undersigned for a telephonic conference to discuss the status of settlement negotiations, the names and job titles for the participants in the settlement negotiations, and select another date for a further settlement conference.  The Courtroom Deputy shall provide the call-in information the day before the conference.

**IT IS SO ORDERED.**

Dated: May 13, 2025

LISA J. CISNEROS
United States Magistrate Judge